# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DECUS, INC., *et al.* | : CIVIL ACTION |
| v. | : |
| | : NO. 16-5849 |
| HEENAN, *et al.* | : |

## ORDER

**AND NOW**, this 18th day of April 2017, upon consideration of Plaintiffs' Motion to dismiss Count V of the Counterclaim (ECF Doc. No. 16), Defendants' Response (ECF Doc. No. 20), Plaintiffs' Reply (ECF Doc. No. 21) and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion to Dismiss Count V of the Counterclaim (ECF Doc. No. 16) is **GRANTED without prejudice** to Defendants' ability to later plead standing if warranted under Fed. R. Civ. P. 11. Plaintiff shall answer the remaining portions of the Counterclaim no later than **April 28, 2017**.

KEARNEY, J.