# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DECUS, INC. and DECUS CONSTRUCTION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARK HEENAN and HEENAN HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 2:16-cv-5849-MAK |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' JURY INSTRUCTIONS

Plaintiffs, Decus, Inc. and Decus Construction, Inc. ("Decus") by and through the undersigned counsel, hereby submit this Response to Defendants' Objections to Plaintiffs' Proposed Jury Instructions.

Defendants object to Plaintiffs' Proposed Jury Instructions for Trademark Infringement and Cyberpiracy under the Lanham Act. Defendants propose that the following additional language be added to Plaintiffs' Proposed Jury Instructions: "the plaintiffs [have] established [the Decus Logo] as a trademark for plaintiff[s' services]." Plaintiffs' Proposed Jury Instructions, however, specifically state that Decus must prove it is the owner of the trademark. As such, this additional language proposed by Defendants is not necessary.

Additionally, Defendants object to Plaintiffs' Proposed Jury Instructions for Punitive Damages. The basis for Defendants' objection is that Plaintiffs rely upon the language of 5-87 Modern Federal Jury Instructions- Civil P 87.03. Notably, Defendants do not object to the actual language set forth in this Proposed Jury Instruction. Indeed, the language set forth in Plaintiffs' Proposed Jury Instruction No. 8 contains a standard instruction on punitive damages, and

therefore the proposed language is applicable to this case. In the event this Honorable Court agrees with the Defendants' objection, Plaintiffs respectfully request that 4-77 Modern Federal Jury Instructions- Civil P 77.05 be substituted for Plaintiffs' Jury Instruction No. 8.

**OFFIT KURMAN, P.A.**

By: /s/ *Kevin B. Watson*
Kevin B. Watson
*Attorneys for Plaintiffs*

Date: September 20, 2017

**CERTIFICATE OF SERVICE**

I, Kevin B. Watson, counsel for Plaintiffs, Decus, Inc. and Decus Construction, Inc., state that a true and correct copy of the within Response to Defendants' Opposition to Plaintiffs' Jury Instructions was served upon the following via ECF filing this 20th day of September, 2017.

Julie Lavan, Esquire
LAVAN LAW
271 West Main Street
Moorestown, NJ 08057
julie@jlavanlaw.com
*Attorneys for Defendants, Mark Heenan and Mark Heenan, LLC*

                                      **OFFIT KURMAN, P.A.**

                      By:    /s/ *Kevin B. Watson*
                             Kevin B. Watson
                             *Attorneys for Plaintiffs*