# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DECUS, INC., *et al.* | : CIVIL ACTION |
|---|---|
| v. | : NO. 16-5849 |
| HEENAN, *et al.* | : |

## **ORDER**

**AND NOW**, this 26th day of January 2018, upon considering Defendants' Motion for leave to allow production of documents found on the night before jury selection (ECF Doc. No. 68), Plaintiffs' Opposition in open Court today, review of the identified documents showing both admissions and third party documents which Defendants' counsel concedes may not be used at trial, it is **ORDERED** Defendants' Motion (ECF Doc. No. 68) is **GRANTED in part to allow production** and Defendants may use an identified document authored by the Plaintiffs or their agents as impeachment but shall not introduce the remaining documents without an authenticating witness identified in the pre-trial memoranda (ECF Doc. Nos. 47, 50).

KEARNEY, J.