IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DECUS, INC., *et al.* : CIVIL ACTION
:
v. :
: NO. 16-5849
HEENAN, *et al.* :
:

# ORDER

**AND NOW**, this 29th day of January 2018, upon review of the transcript of William J. Hessert's January 23, 2018 deposition and the parties' January 28, 2018 submissions where, it is

**ORDERED** we rule upon Defendants' attached objections:

| | | |
|---|---|---|
| a. | pp. 20, l.24-p.26, l. 25: | **overruled as to p.21, l. 7-15; p.23, l. 12- p.24, l.15; p. 25, l.9 – p.26, l.17 (no lawyer statements); remainder sustained** |
| b. | pp. 32, l.20-p.33, l.5: | **overruled** |
| c. | p.33, l.6-25: | **sustained** |
| d. | p.34, l.6-25: | **overruled as refreshing recollection** |
| e. | p.35, l.19-25: | **overruled** |
| f. | p.37, l.7- p.43, l.12: | **sustained (document and references hearsay)** |
| g. | p.45, l.12 – p.46, l.25: | **sustained (document and references hearsay)** |
| h. | p.117, l.1-25 | **overruled** |
| i. | p.119, l. 1-25 | **overruled** |
| j. | p.120, l. 1-25 | **overruled** |
| k. | p.121, l. 1-8 | **overruled** |

KEARNEY, J.