# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DECUS, INC. and DECUS CONSTRUCTION, INC.** | : : : : |
| Plaintiff, | : : **CIVIL ACTION** |
| v. | : : |
| | : **NO.** 16-5849 |
| **MARK HEENAN and HEENAN HOLDINGS, LLC.** | : : : : |
| Defendants. | : |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF COURTS:**

Kindly enter the appearance of Edward Seglias, Esquire, as counsel on behalf of Defendants, Mark Heenan and Heenan Holdings, LLC in the above-captioned matter.

                               **COHEN, SEGLIAS, PALLAS,**
                               **GREENHALL & FURMAN, P.C**

                               By:      /s/ *Edward Seglias*
                                        Edward Seglias, Esquire  (#55103)
                                        COHEN SEGLIAS PALLAS
                                        GREENHALL & FURMAN, P.C.
                                        30 South 17th St, 19th Floor
                                        Philadelphia, PA 19103
                                        (215) 564-1700
                                        eseglias@cohenseglias.com
                                        *Attorneys for Mark Heenan and*
                                        *Heenan Holdings, LLC*

## CERTIFICATE OF SERVICE

I, Edward Seglias, Esquire, hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing Entry of Appearance upon the following parties via the ECF:

KEVIN B. WATSON
OFFIT KURMAN
American Executive Centers
600 West Germantown Pike
Suite 400
Plymouth Meetin, PA 19462
484-351-1705
Fax: 484-351-1735
Email: kwatson@offitkurman.com
*Attorneys for Plaintiffs*

KATHRYN E. PETTIT
OFFIT KURMAN
600 West Germantown Pike
Suite 400
Plymouth Meeting, PA 19462
484-531-1706
Fax: 484-531-1735
Email: kpettit@offitkurman.com
*Attorneys for Plaintiffs*

Date: February 22, 2018                    /s/Edward Seglias
                                           **EDWARD SEGLIAS**