**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DECUS, INC.,** *et al.* | **:  CIVIL ACTION** |
| | : |
| **v.** | : |
| | **:  NO.  16-5849** |
| **HEENAN,** *et al.* | : |
| | : |

## <u>ORDER</u>

**AND NOW**, this 27th day of February 2018, upon considering the jury verdict (ECF Doc.
No. 76), our January 30, 2018 Order (ECF Doc. No. 81), Plaintiffs' Motion for attorney's fees
(ECF Doc. No. 82), Defendants' Response (ECF Doc. No. 84) and for reasons in the
accompanying Memorandum, it is **ORDERED**:

      1.     Plaintiffs' Motion for attorney's fees (ECF Doc. No. 82) is **DENIED**; and,

      2.     The parties may file post-trial motions under Fed. R. Civ. P. 50(b) on or before
**March 27, 2018**.

**KEARNEY, J.**