# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DECUS, INC.,** *et al.* | : CIVIL ACTION |
| v. | : |
| | : NO. 16-5849 |
| **HEENAN,** *et al.* | : |

## ORDER

**AND NOW**, this 2nd day of April 2018, upon considering Defendants' Motion for a new trial or to alter our January 30, 2018 Judgment (ECF Doc. No. 87), Plaintiffs' Response (ECF Doc. No. 90) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 87) is **GRANTED in part** as to reduce the amount of punitive damages awarded to each Plaintiff for the fraud verdict against Defendant Mark Heenan consistent with due process but the Motion is otherwise **DENIED**.

KEARNEY, J.