```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                            ---

 3   DECUS, INC. and DECUS          :   CIVIL ACTION

 4   CONSTRUCTION, INC.             :

 5

 6
        vs.                        :
 7                                  :
     MARK HEENAN and HEENAN         :   NO. 16-CV-5849
 8   HOLDINGS, LLC

 9

10
                PHILADELPHIA, PENNSYLVANIA
11                  January 25, 2018
            BEFORE HONORABLE MARK A. KEARNEY, J.
12                     JURY TRIAL

13
     APPEARANCES:
14

15   FOR THE PLAINTIFF: OFFIT KURMAN, P.A.
                        BY:  KEVIN B. WATSON, ESQUIRE
16                      KATHRYN E. PETTIT, ESQUIRE
                        450 Sentry Parkway, Suite 200
17                      Blue Bell, Pennsylvania 19422

18

19
     FOR THE DEFENDANT:  LAVAN LAW
20                      JULIE A. LaVAN, ESQUIRE
                        271 West Main Street
21                      Moorestown, New Jersey 08057

22

23

24            GREGG B. WOLFE, RPR, CM
           601 Market Street, Room 1234
25        Philadelphia, Pennsylvania 19106
                 (215) 460-1511

             Gregg B. Wolfe, RPR, CM
                  215-460-1511
```

```
 1
 2              (The Court resumed the proceedings
 3    at 11:15 a.m.)
 4              THE COURT:  Mr. Watson, do you wish to
 5    present an opening statement?
 6              MR. WATSON:  I do, Your Honor.
 7              THE COURT:  You may proceed.
 8              MR. WATSON:  May it please the Court,
 9    counsel, ladies and gentlemen, ladies and gentlemen of
10    the jury.  I should say gentlemen and lady of the jury.
11    My name is Kevin Watson.  His Honor mentioned my
12    affiliation and my firm and Kate Pettit.
13         I want to introduce my clients to you, give you
14    sort of a brief outline of what we hope to present by
15    way of evidence today, give you sort of a snapshot of
16    the law that would apply to this case, and give you an
17    idea of what we're seeking in terms of relief.
18              First, let me introduce you to Thomas Aloia and
19    John Sciotto.  We struggle with his name.  Young by my
20    standards, but two people who have been in the
21    construction industry for tens of years.  These
22    gentlemen started a company back in 2013, started by
23    John, and Thomas joined the company later on.
24              That company is Decus, Inc.  That's the
25    plaintiff in this case.  They had specialized in
```

1   contracting construction, contracting building,

2   essentially commercial facilities.  That's what this

3   case involves, building essentially two or three

4   finished projects and projects that were either finished

5   or not, but mostly commercial facilities.

6        These gentlemen got together for a reason.

7   They got together because they had the synergy that

8   comes from dedication, hard work, developing contacts,

9   developing a name for themselves.  They put that synergy

10  together to start Decus and move forward in this market

11  and in the New Jersey market to start a business.  It's

12  the American dream.

13       Up until 2016, the American dream was

14  everything that they had hoped for.  They had their

15  struggles early.  But they were able to build a company

16  that captured a segment of the market that was important

17  to them, and they were executing on their game plan.

18  They were successful, and they had developed a name for

19  themselves that was represented by a logo.

20       That's important in this case.  The logo was a

21  Decus logo, and their name Decus, Inc. and Decus

22  Construction, Inc.  That's going to be called by His

23  Honor and by us as a trademark.  It's a piece of

24  property, if you will, that is personal intellectual

25  property that is personal to the corporations that own

1    it.  They had developed that and everything that goes

2    behind it.  You'll hear testimony from Mr. Aloia talking

3    about the dollars that he spent developing that

4    trademark and how important that symbol was to their

5    business.

6         This case is complicated in that it involves

7    things that we don't deal with every day, contracting,

8    change orders, applications for payment, labor hours,

9    margins, profit, solar panels, things that we really

10   don't encounter in everyday life.

11        This case is also complicated in the fact that

12   we have those exhibits and those binders that we have to

13   get through.  Not all of them.  Remember, it's Monday

14   and we have to get you out of here.

15        But there is a lot of very detailed information

16   in these documents that have been pulled through the

17   discovery process, which has taken over two years to get

18   to here.  It's complicated in the sense, then, that

19   there's a lot of paper and the subject matter is not

20   every day.

21        I would submit to you that there's a rule that

22   you can use to get through this.  It's not so much about

23   whether all of these facts come together to form

24   something cohesive that you can understand.  I'm going

25   to make it easy on you.

1          This case is about integrity.  It's about lies.

2    It's about theft, and in part it's about a videotaping.

3    We'll get to that.  Lies, theft and a videotaping.

4          My clients claim that Mr. Heenan stole from

5    them claims that he purposefully, with intent, took not

6    just information, but took business opportunities from

7    my client.  We'll get into the details.  But, again,

8    it's about lies, theft and a videotaping.

9          The story starts on October 19th, 2016.  That's

10   when everybody met.  Prior to that time, Decus was, as I

11   said, successful, executing work, moving forward and

12   again a successful company.  On the flip side, prior to

13   that time, Mark Heenan was on the street.

14         Mark Heenan had worked in the construction

15   industry essentially for his uncle, Hessert

16   Construction, who you'll hear about later, and had

17   worked his way up through the ranks and his uncle had

18   actually given him an ownership interest in certain of

19   those companies.

20         Unfortunately, on August 26th, 2016, something

21   happened.  Something happened that put him out on the

22   street.  We'll get to that.

23         But when he came to us, when he came to us,

24   when he came to Decus, he said that he had left

25   voluntarily from Hessert and he was looking for work to

6

1    help this team.  My clients were impressed.  He gave a

2    resumé that showed 47 projects that he had worked with

3    for Hessert that he had managed, that he had supervised

4    as an owner of Hessert.  Mr. Aloia vets that resumé very

5    carefully with him and asks him questions and with all

6    of that they decide to bring him on board.

7            They bring him on board on October 19th, 2015.

8    That was a conversation between the parties, three

9    parties, where they had a handshake deal.  His Honor

10   will instruct you later on that, yes, you can have a

11   legally enforceable contract through a handshake.  It

12   was a handshake.  It was an oral contract.  That's the

13   legal term.

14           They entered into an oral contract where

15   Mr. Heenan would come on and work for them in a

16   consulting capacity.  In this case, he was supposed to

17   be paid $750 per week, and he would get a commission for

18   new work that he brought into the company.

19           What was intriguing about Mr. Heenan was that

20   he was a marketeer, very handsome, very engaging, very

21   outgoing, very smart.  They liked the way that he

22   presented to potential work.  He had, according to his

23   CV/resumé, a wealth of business contacts in the industry

24   that was appealing to my clients because they wanted to

25   take it to the next level.

7

1          In fact, he came on board with that handshake

2     deal, which was essentially a probationary deal where he

3     comes on, he works for a salary, essentially, and if it

4     works out, if it works out, let's talk about the next

5     step.  Let's talk about the next step.

6          They worked for a period of time.  Mr. Heenan

7     came on and worked at a couple of projects.  In fact, he

8     was able to bring in through his contacts the three

9     contracts that we talked about, or the judge had asked

10    you about in the voir dire.

11         There are the three projects in New Jersey.

12    There's the Gloucester Data Center project.  There's the

13    South Jersey CML Project, and then there's the Dunkin'

14    Donuts project.  So Mr. Heenan was able to bring those

15    into Decus.  Decus executes the contracts, right, and we

16    move forward.

17         During the same period of time, on a parallel

18    path, Mr. Heenan is having discussions with my client

19    about what are the next steps.  "I want to be an owner.

20    I want to be a part of this.  I want some stock.  I want

21    to be a limited partner.  Give me some skin in the

22    game."

23         "Fine.  We'll do that."  Decus says, "We're

24    happy to talk to you.  We like you.  We like what you're

25    doing.  Let's sit down and negotiate.  Let's negotiate."

8

1          They sat down and negotiated.

2          You'll hear testimony from Mr. Aloia where they

3     talked about negotiations.  You'll see drafts of

4     shareholder agreements.  You'll see E-mails back and

5     forth about terms, what should the profit be, what

6     should my ownership be, what should be my duties.  All

7     right?

8          Nobody denies that those discussions took

9     place.  What's at issue in this case is whether we

10    promised him that he would be a partner and we breached

11    that promise.  That's their contention.  Our contention

12    is nothing was signed.  There was never an agreement.

13    Although there can be an oral agreement, in this case

14    the parties had envisioned a written agreement for the

15    shareholder buy-in, and nobody denies it was never

16    signed.  There was never any promise to Mr. Heenan that

17    he would be a partner.

18          We move forward.  This is in 2016.  Mr. Heenan

19    starts working in November of 2015.  He starts to get

20    disenchanted with the process.  He doesn't like the fact

21    that he's being asked to work, yet there's no future.

22    We haven't rejected him yet.  There's negotiation, but

23    it's not going fast enough for him.  Don't ask me why.

24    Don't ask me to get inside his head but something

25    happened.  Something turned.

9

1          We think that it has to do with this videotape.

2     But at some point he became very embittered.  He became

3     very intent on not only moving away from Decus, but

4     taking Decus with him, taking Decus with him.

5          What did he do?  How can you take a business?

6     How can you take somebody's business?  Well, you're not

7     going to believe it, but he actually went out without

8     any knowledge or authority from Decus and set up a

9     website called Decus.  He went out with his own company,

10    Heenan Holdings, and set up a dba in New Jersey called

11    Decus Construction.  He went out and cloned, attempted

12    to clone, our website onto his.

13         That's not the best part.  The best part is he

14    went to the owners of those contracts and said, "I'm a

15    partner.  I'm a principal in Decus.  I need you to sign

16    a new contract.  Sign this one.  It's Decus.  The one

17    that says Decus, Inc., scratch that out.  It's Decus

18    Construction, dba Heenan Holdings."

19         They said, "Yes."

20         Why?  Because he's got them.  He's a salesman.

21         So he goes in and he gets all these contracts

22    signed and then guess what happens?  By the way, our

23    clients' address is King of Prussia.  His address is

24    Cherry Hill.  What happens?  The work is being

25    performed, the checks are being stroked to him at his

1    Cherry Hill address, Decus Construction.  We have the

2    checks.  We have them signed by Mark Heenan.  He doesn't

3    deny that.  He's taking all of the money from those

4    projects and putting them in his pocket.  Integrity.

5    Integrity.

6            We find out nobody is happy.  Nobody is happy.

7    We'll hear some testimony about a meeting, when we found

8    out, August 26th, 2016 where we sat down, and we said,

9    "Mark, what the hey?  You're taking our money.  We got

10   to work through this.  Give us the money back.  Give us

11   the money back."

12           Guess what we did?  Did we kick him out?  Did

13   we call the police?  No.  We said, "Give us the money

14   back.  Let's talk about it.  Let's talk about it.  Let's

15   work through this.  Okay?"

16           You'll hear about that meeting.  He says that

17   we threatened him, that we coerced him, that we somehow

18   forced to give back the money that he had taken from us.

19   That's a claim from us.  It's for you to decide whether

20   we coerced him, or whether we reached an agreement by

21   doing that.

22           That brings us essentially to this litigation.

23   We came into court asking the Court to do the right

24   thing; that was to allow us to present to you our case

25   to determine whether or not he breached the consulting

1    agreement by going out and actively interfering with our

2    contracts with others and stealing our money; whether or

3    not he has taken our trademark because when he is

4    signing all these contracts, our trademark is on this

5    fictitious name; whether he misappropriated our

6    trademark; whether he was fraudulent; whether he lied to

7    us.  Fraud, intentional misrepresentation of a material

8    fact that we rely upon to our detriment, right?

9            Mark is out there.  We think he's executing

10   contracts for us.  He's out there stealing our money.

11           There are no dictionaries anymore.  It's

12   Google.  Definition of "integrity:  The quality of being

13   honest and having strong moral principles."  Integrity.

14   You know, our parents, our moms, our dads, they taught

15   us that, right?  We taught it to our kids.

16           You wouldn't believe Fox and CNN because we're

17   not seeing a lot of integrity into today's society, but

18   this case is about integrity.  This Court demands

19   integrity.  If somebody is not telling the truth, the

20   judge is going to read the law to you, and you must make

21   a decision, you must judge that.  Integrity is

22   important.

23           We appreciate your time.  We hope to be quick.

24   We thank you for being here.  All we ask is that you

25   listen and that you do the right thing, which would be

1    to enter a judgment, a money judgment, in favor of our

2    clients with substantial damages that they have incurred

3    because of Mark Heenan's lack of integrity.  Thank you.

4              THE COURT:  Thank you, counsel.  Counsel,

5    do you wish to clear the podium?

6         Ms. LaVan, do you wish to open this time or

7    defer?

8              MS. LAVAN:  I'm going to defer until I set

9    my case forward.

10             THE COURT:  Certainly.

11        Ladies and gentlemen, I mentioned to you that

12   Defense counsel can do it now, or they can do it when

13   they get a chance for their case.  It's entirely

14   appropriate.

15        We now move into evidence, which is what I

16   talked about.

17        Mr. Watson, do you wish to call your first

18   piece of evidence?

19             MR. WATSON:  Yes, Your Honor.

20        We call Mr. Mark Heenan.

21             THE COURT:  Mr. Heenan.

22        MARK HEENAN, was duly sworn.

23                 DIRECT EXAMINATION

24   BY MR. WATSON:

25   Q.    Good morning, Mr. Heenan.  We've met before.

1            Do you recall being deposed by me?

2    A.      I do.

3    Q.      You're under oath.

4            Do you understand what that means?

5    A.      I certainly do.

6    Q.      What does that mean to you?

7    A.      What you just spoke about, integrity, and

8    having it.

9    Q.      Mr. Heenan, when you met with my clients, you

10   presented to them a resumé of your credentials, the

11   past projects that you had worked on, correct?

12   A.      I presented it to John after meeting with

13   him.

14   Q.      Is it not true that the information that you

15   provided was not entirely accurate?

16   A.      I think that's largely subjective.  I think

17   in anything you do in promotion, you know, there's

18   the ability to be honest, but it's also promotion.

19   Q.      I'll ask the question again.

20           Isn't it true that that paper that you provided

21   to my clients, which is going to be Exhibit 5 -- and you

22   can turn to that.

23   A.      Which paper in Exhibit 5 is that?

24   Q.      It's the only paper in Exhibit 5.

25   A.      There are four pieces of paper in Exhibit 5.

                    Gregg B. Wolfe, RPR, CM
                         215-460-1511

1    Q.      The first piece of paper.

2            What is that, for the record?

3    A.      It's the first page of a Curriculum Vitae or

4    a resumé that was prepared by me.  I mean, prepared

5    for Hessert Construction Group LLC by the Marketing

6    director about me.

7    Q.      You prepared it?

8    A.      No.  The Director of Marketing at Hessert

9    Construction.

10   Q.      You looked at it, and you approved it?

11   A.      Yes, I did.

12   Q.      You gave it to Mr. Sciotto?

13   A.      Yes, I did.

14   Q.      And Mr. Aloia discussed it with you?

15   A.      Mr. Aloia did not discuss it with me at that

16   time.

17   Q.      Did he later?

18   A.      I do not ever recall discussing it with

19   Mr. Aloia.

20   Q.      You heard my opening statement.  You heard

21   just now.  You were here?

22   A.      I did.

23   Q.      Is it not true that you went out and formed a

24   dba for Decus Construction for Heenan Holdings?

25   A.      After discussion with John about it, yes.

1  Q.      Isn't it true that you went out and bought a

2  website domain, www.DecusConstruction.com?

3  A.      With no intent to hide it from anybody, yes.

4  Q.      Isn't it true that you went out and took

5  contracts that had been executed by Decus and marked

6  out the names or entered your own companies' names,

7  Heenan Holdings, dba Decus Construction or Heenan

8  Holdings?

9  A.      At the request of my clients, yes.

10  Q.      Isn't it true that you went out and put on a

11  BuildZoom site that you were a principal in Decus?

12  A.      I believe I was.

13  Q.      Isn't it true that you sometimes told people

14  in the field, some of these owners, that you were in

15  fact an owner of Decus?

16  A.      Again, I believed I was.  I copied them on

17  the communications in which I said so.

18  Q.      Isn't it true that you believed you were an

19  owner of Decus, yet you had nothing signed or

20  executed by Decus that gave you an ownership in

21  Decus, correct?

22  A.      I was told that the entity was formed with

23  three equal party shareholders.  It wasn't until

24  August 1st or 2nd of 2015 that I discovered by going

25  online that I wasn't a shareholder.

1    Q.       I will ask you this question again.  Listen

2    carefully.

3             Was there a writing provided to you by Decus

4    that said that you were a shareholder or an owner in

5    Decus?

6    A.       In my opinion, yes.

7    Q.       What was that writing?

8    A.       There were a number of messages and written

9    communications, and I'm sure they will be brought

10   into evidence.  I can't remember each exhibit right

11   here, but in which the phrases, you know, references

12   from Sciotto or Aloia to having formed Decus as a

13   clean entity, and referencing their existing lawsuits

14   and the problems that we had discussed, me not

15   wanting to be associated with, as well as Decus' --

16   being equal parties, and others that said stuff along

17   the lines of "a clean slate," and what I believed to

18   be the case that this was a new company essentially.

19   Q.       You're referring to E-mail exchanges by the

20   parties, correct?

21   A.       Yes, and text messages.

22   Q.       E-mails and text messages that you believe

23   made you a partner in Decus?

24   A.       As well as the representation that they

25   formed it as equal partners, yes.

1    Q.      E-mails, text messages and words.

2            That's what you think gave you an ownership

3    interest?

4    A.      Didn't you say something about the handshake

5    contract?

6    Q.      That is the consulting contract.

7    A.      It works for a consulting contract but not an

8    ownership agreement?

9    Q.      You exchanged drafts of the shareholders

10   agreement, correct?

11   A.      At a certain point later, yes.  They did send

12   a draft, yes, nothing filled out with nobody's names.

13   Q.      It wasn't filled out?

14   A.      It is a shareholder agreement to me --

15           MR. WATSON:  I would direct the witness to

16   answer the question.

17   BY MR. WATSON:

18   Q.      Let me ask you again.

19           Was a written shareholders agreement ever

20   signed by you and Decus?

21   A.      No.  It was signed by me, and it was

22   represented that it was signed by them, but I hadn't

23   gotten a written copy yet.

24   Q.      Nobody ever handed you shares from Decus?

25   A.      They didn't.

1    Q.      Nobody handed you shares of Decus.

2            Isn't it true that you placed a video camera in

3    a bathroom at the Hessert business?

4    A.      That's a serious mischaracterization.  Every

5    time I walk into a bathroom with my cellphone in my

6    pocket a video camera is in a bathroom.

7    Q.      Didn't you take a video camera in a bathroom

8    at Hessert?

9    A.      No.

10   Q.      Why did you leave Hessert?

11   A.      In mid August 2015, I found that my uncle,

12   who was a silent partner and really an investor, was

13   doing an insurance project through the company; his

14   house had an insurance loss.  I found that he was

15   asking the employees who had been his employees for

16   years before not to charge money to his job, to his

17   house, essentially defrauding me and maybe anybody

18   else where the people in our construction company are

19   building his house free of charge, so I'm footing

20   half the bill, as well as a number of other issues.

21           He was trying to get back into taking control

22   of the entity because I left his company and then

23   started a new one and took him on with him after leaving

24   and going somewhere else he called me and asked me to

25   come and start a new company, so we did.

1          I built that company up, and then eventually

2     purchased his companies.  I was the sole managing

3     member.  I was running everything, and he started

4     making --

5     Q.     I asked you --

6     A.     I'm getting there.  There's a little back

7     story to it.  His sons had a couple of failing

8     businesses who all grew up in the business with him.

9     Q.     The question is why did he leave, not why did

10    he start.

11              THE COURT:  I think you gave a couple

12    reasons, but move on.

13              THE WITNESS:  Another reason was his

14    attempts to wrangle more ownership interests and

15    renegotiate an ownership deal.  It also found that he,

16    as others, I found out, had formed LLCs telling me that

17    they were formed with both our names on them.  However,

18    the formation documents were prepared by an attorney of

19    his and named only him.

20              THE COURT:  I think the question, sir, is

21    so he did all those things, but why did you leave?

22              THE WITNESS:  I left -- I --

23              THE COURT:  That's his conduct.

24              THE WITNESS:  I found all of these things,

25    and it started a dispute, which, as I'm sure you'll see

1    through this, when you get into a business dispute, two

2    parties see totally different sides of things, and the

3    attorneys make it further apart.

4            I was young.  I had a lot of opportunity ahead

5    of me.  He was older than me, our horizons were totally

6    different, and so I went out on my own.

7    BY MR. WATSON:

8    Q.      Did you try to fire your attorney today?

9                    MS. LAVAN:  Objection, Your Honor.

10                   THE COURT:  Sustained.

11           Ma'am, do you wish to examine?  He presented

12   him as a witness.

13           Do you wish to provide examine now?

14                   MS. LAVAN:  Can I do my opening?

15                   THE COURT:  Not in the middle of his case.

16                   MS. LAVAN:  Thank you, Your Honor.

17                       CROSS-EXAMINATION

18   BY MS. LAVAN:

19   Q.      Mr. Heenan, can you please tell the jury a

20   little bit more about your background in the

21   construction industry?

22   A.      I grew up in it.  I grew up in the business.

23                   MR. WATSON:  Your Honor, objection.

24                   THE COURT:  Objection to?

25                   MR. WATSON:  Scope of direct.

                    Gregg B. Wolfe, RPR, CM
                        215-460-1511

1          THE COURT:  No, there's no scope in this.

2    No, no, it's a fair question.

3          Ms. LaVan, you are on direct.  You may direct.

4          THE WITNESS:  May I continue?

5          THE COURT:  Yes, please.

6          You grew up in the business.

7          THE WITNESS:  I grew up in the business.

8    My grandfather was a contractor.  My uncle, who had six

9    sons, was a contractor.  They lived a couple miles from

10   me growing up.  All my cousins were my age.  My mother

11   worked in the company that was a continuation of my

12   grandfather's, my uncle's essentially, continuation of a

13   company, to be clear.

14          So when I was 13, 14, I was out sealing

15   driveways and painting the numbers on people's

16   sidewalks, charging them five bucks, with a stencil and

17   spray paint.  When I was 16, I was old enough.  I was

18   allowed to work on construction sites.  So I started

19   digging ditches and pushing brooms.  I worked through

20   high school and college in the summers, college, winter

21   breaks as well, because I had like a six-week winter

22   break.

23          I'd work in the office learning the estimating,

24   the project management, the administrative things and

25   then also out in the field again, swinging a hammer and

Case 2:16-cv-05849-MAK   Document 96   Filed 04/19/18   Page 22 of 219

 1    pushing brooms, all the aspects of the business.

 2              After college I went out to work for a big

 3    landscaping firm that did large installations of

 4    landscaping and hard scaping.  Then my uncle who was the

 5    one I had been working with had -- and I mention it

 6    because it is noteworthy.  My cousins did work with me

 7    in the business on and off.  There were six cousins.

 8    They were in and out.  They gave it a whirl, but it was

 9    a fit for me.

10              My uncle asked me did I want to come and work

11    for him.  I did.  I worked initially in estimating, and

12    then we bid a job.  It was a good job, a fast-track job.

13    I got it.  He sent me out to manage the project.

14              It was a new dining center, student center, at

15    the University of Rutgers over in Camden, their Camden

16    campus.  It took about $6 million over three months.  At

17    one point, I was sleeping downstairs in the student

18    lounge, because there was 24-hour around-the-clock work.

19    I just --

20              MR. WATSON:  Your Honor, I would just

21    object.

22              THE COURT:  No, it's direct testimony.

23              THE WITNESS:  Being an uncle, I always say

24    they just throw you in and swim.  It's not like a son

25    where they hold you up a little bit.  I did that.  And

1  then after that, 2009, the market started crashing.

2  This company had 40, 50 people in the office, I believe.

3  I'll give you sort of a magnitude, as I don't want him

4  to accuse me of lying.

5          It started to shrink, because the market

6  started crashing.  We were down to ten people.  Because

7  there is an uncle and I see all these people for so

8  long, I don't want to be perceived being here just

9  because I'm a relative.  It was like a

10  first-in-first-out type deal when they were shrinking,

11  and it was really tough for everybody.

12          So I went and put my resumé out on the street.

13  I got a job with a big construction management firm and,

14  you know, said to my uncle, "I'm going to go take it,"

15  and he said, "Great."  It helped everybody with a lot of

16  hard decisions.

17          THE COURT:  Before you go to the next step,

18  why don't you lead chronologically so we can follow

19  along.

20  BY MS. LAVAN:

21  Q.     Mr. Heenan, when you came back into the

22  Hessert Construction companies, did you come in as a

23  partner with William Hessert?

24  A.     Can I clarify?  We're getting right there.  I

25  want to clarify your question.  So I left to go to

1    work for a construction management firm, but a bunch

2    of people were calling me that had been my uncle's

3    clients and wanted me to do work for them still.

4          I was at the construction management firm for

5    only a month before I started taking on a consulting

6    role with them, and I said, "I have to start my own

7    business."

8          He said, "It's 2009.  The market is in a tank.

9    You want to go and start your own construction company?"

10          That's what happened.  So he wanted me to come

11   back and make me a partner.  I formed a business with my

12   uncle as a partner, in part, because a lot of clients

13   wanted somebody young without baggage.  A lot of the

14   clients' projects were bigger.  I hate to say it, but

15   they wanted somebody who was established and had been

16   there at that time.

17          So we started a new company, which was H2

18   Contracting.  You'll hear less about that than Hessert.

19   The new company was H2 Contracting.  Over the next

20   couple years, H2 Contracting bought all the functionally

21   operating Hessert Construction companies.

22          So our companies came in and bought his

23   companies from them because at a certain point he didn't

24   have a reason or want any more employees.  But I did.

25   So we kind of shifted everybody over into this

1    partnership.

2              THE COURT:  Next question.

3              MS. LAVAN:  Thank you.

4    BY MS. LAVAN:

5    Q.      How did that partnership work, and for how

6    long were you partners with Mr. Hessert?

7    A.      It was formed in 2010.  We were partners in

8    that entity until actually just recently, but we

9    signed a contract that was effective back as of

10   October of '15.  I was the sole managing member and

11   the president.  He was essentially a retired investor

12   in the office, maybe one or two days a week.

13   Q.      As managing member and being involved in the

14   company, what type of duties and roles did you have

15   in the Hessert projects and the Heenan-Hessert

16   projects?

17   A.      To define Hessert projects is kind of broad.

18            But the role I had was everything from -- I

19   mean, I was it.  If there was a weekend, if there was a

20   Sunday and something needed to be done before Monday and

21   nobody was there, I would pick up a shovel or a broom,

22   but I was also in the office and transacting all

23   day-to-day operations.

24            There was a list of, I think, about ten things

25   that I couldn't do, which were like sell off assets

1    without his signature as well.  Sell off assets, move

2    the company.  Everything else was under my control.

3    Q.       So, sir, did you serve as an estimator at the

4    Hessert Group and Heenan H2 companies?

5    A.       Yes.

6    Q.       Did you serve as a project manager?

7    A.       Yes.

8    Q.       Did you also at times supervise the projects?

9    A.       Yes, everything.

10   Q.       At some point, did you and Mr. Hessert get

11   involved in a partnership dispute?

12   A.       Yes.  I began to describe that earlier.

13   Q.       The partnership dispute started to occur in

14   2015, correct?  Is that true?

15   A.       It really started before that.  Because in

16   '14, as you may recall from representing me with

17   that, in '14 is when he started forming these other

18   entities and was trying to restructure to take more

19   control of the entities.  He formed a group with both

20   our names, but it was really just him.

21           Then he formed H2 Construction Holdings, but

22   what we never did was like sell the one business, H2

23   Contracting, which owned all the other ones, so he was

24   forming like this whole other side.

25           I said, "What are you doing?"

1              He was trying to renegotiate, giving me new

2    operating agreements and trying to have me sell my

3    company that I started over to the new ones that he had

4    started.  That led to a bunch of other disputes.

5    Q.      As you sit here today, do you think that it

6    had something to do with a big project and contract

7    that your companies had at the time?

8    A.      It had to do with a few.

9    Q.      Was Mr. Hessert going to benefit greatly if

10   you were no longer a partner of Hessert and H23

11   entities?

12   A.      He's the only one.  It turns out in hindsight

13   him and his kids, who are my cousins, who were

14   actually in my wedding just before that but

15   subsequently waiting tables and doing something with

16   horse betting at the time, they are now the

17   vice-presidents of the construction company that I

18   started.

19   Q.      So at the time was it your belief that your

20   uncle was set to gain, if you were out of the

21   company, a lot of money?

22   A.      Yes.  In my opinion, millions of dollars.

23   Since then it has proven to be.

24   Q.      Do you also believe that he ousted you out of

25   the company because he eventually wanted his sons to

1  take over in your position?

2  A.      I think that's a very large part of it.  You

3  know, again, this is hindsight.  At the time, I

4  didn't even know.  Because I was so busy running

5  everything day-to-day and growing this business, I

6  didn't even know that my one company was failing, and

7  the other company had a partnership that, according

8  to him, he was promised but never came to fruition.

9          Of course, six months after I'm gone I hear

10  they are both entering into the construction business

11  having never worked in it, you know, for the ten years

12  or so since they graduated college.  So, yes, I think

13  that had a big part.

14  Q.      During this time frame that you're referring

15  to when things between your uncle and you started

16  going bad, did you then at that point have some sort

17  of agreement that the two of you were discussing and

18  resolving the matter?

19  A.      Yes.

20  Q.      Prior to that, was it contentious between the

21  two of you?

22  A.      Absolutely.

23  Q.      Since that time, has that dispute been

24  resolved?

25  A.      It was just resolved actually, thankfully, as

1   a result of my grandfather's death.

2   Q.      And your grandfather died about a month or so

3   ago, right?

4   A.      Yes, in November.

5   Q.      You and your uncle decided at that time to

6   put the past behind you and resolve the matter?

7   A.      I decided.  The rest of the family told him

8   to go and get in the room.

9   Q.      I'd like to refer you to an exhibit, which is

10  the settlement agreement.

11  A.      Which is that?  I know it back and forth.  I

12  can probably recite it to you.

13  Q.      It should be in there as 127.

14  A.      It's the very last one.  Oh, we're done?

15  Q.      Did you locate it?

16  A.      This one, the Bates Stamp H00026, or the

17  October 18th, 2016 one?

18  Q.      Let's talk about all of them.

19          So in October of 2016, right before you had

20  been discussing a partnership with the Decus Group, you

21  had tried to settle this matter.

22          Did you try to settle the matter with your

23  uncle?

24  A.      Yes.  We had agreed to get a valuation done

25  of the company.  It was in our operating agreement,

Gregg B. Wolfe, RPR, CM
215-460-1511

1   operating shareholder agreement.  Those are two terms

2   that I use interchangeably.  There's no intent if

3   somehow I say one wrong.  But, yes, there's a

4   dispute.  We had a meeting with corporate counsel, my

5   attorney, his attorney, and decided to get a

6   valuation of the company done in which he would make

7   an offer, and after the valuation he could buy his

8   assets, I could buy my assets, or the company could

9   do it for either one of us.

10  Q.      Although you had tried to resolve the issue

11  at that time, the dispute still went on for a little

12  bit longer.

13          Did the disputes still go on a little bit

14  longer than you anticipated?

15  A.      The dispute went on until last month, I said,

16  essentially.

17  Q.      So during that time from October of 2015

18  until last month, you and your uncle had been trying

19  to resolve the issue; is that correct?

20  A.      I was trying to resolve it.  I think he was

21  trying to perpetuate it, because it only benefited

22  him to do so.

23  Q.      This had been evidenced by several different

24  agreements that had gone back and forth?

25  A.      Yes.  Some were signed and not honored by

1    him.  None of the contrary is true or was ever

2    claimed, to my knowledge.

3    Q.      But eventually the dispute was resolved?

4    A.      Yes.

5    Q.      In October of 2015, did you give your resumé

6    to John Sciotto or Thomas Aloia?

7    A.      It turns out I did.

8    Q.      Can you briefly explain how that occurred?

9    A.      Knowing that I was having already decided

10   with my uncle that we were going to get this

11   valuation in early October, and we had put in for

12   selection of somebody to do the valuation of the

13   company, when I had been speaking with John waiting

14   on the valuation to be done and everything, and then

15   subsequently I knew John had left a partnership.

16          He had a partnership dispute where he testified

17   in his deposition that they were ousting him, but I knew

18   that it had occurred.  I called him to see what he had

19   going on, knowing that I had always wanted -- my market

20   was South Jersey.  John is from the West Chester area.

21          I wanted to be able to kind of in ways develop

22   a company with a presence, a company with a presence on

23   both sides of the bridge, because it's very difficult --

24   the Delaware River for contractors, it's very few in --

25                  MR. WATSON:  Objection, Your Honor.  The

```
 1   question was whether --

 2               THE COURT:  Stick to the question.

 3               THE WITNESS:  My apologies.

 4               THE COURT:  Your opinion is of no moment,

 5   sir.

 6          Next question.

 7   BY MS. LAVAN:

 8   Q.     The question was, you had provided -- let's

 9   ask another question.

10          You had a relationship with John Sciotto

11   previously?

12   A.     Yes.  He had worked at Hessert with me for

13   probably an overlap of a period of, I don't know, six

14   to eight to ten months or so when I was doing some

15   projects, and also time was spent at that time

16   between project management and estimating, and John

17   was an estimator there.

18   Q.     Did you have a relationship with Thomas Aloia

19   before that time?

20   A.     I didn't know he existed on October 16th,

21   until John told me at the end of our conversation

22   that he wanted to talk to somebody, Thomas, about the

23   deal that we just made.

24   Q.     Did you and John discuss your background?

25   A.     No.  We kept in touch a few times over the
```

1    years.

2    Q.      Mr. Sciotto was aware of what your background

3    was; is that right?

4    A.      To the extent that he needed to be.  I think

5    in his deposition he said the same.

6    Q.      Well, did he work with you at Hessert?

7    A.      Yes.

8    Q.      In October of 2015, what was your

9    understanding of the relationship between yourself

10   and the Decus parties?

11   A.      In October -- so John and I went out.  I went

12   to meet with him and talk to him about a project that

13   he had in Brewerytown in Philly.  In my opinion, as

14   somebody --

15              MR. WATSON:  Objection, Your Honor.

16              THE COURT:  No, no.

17          This is why you went to talk to him, right?

18              THE WITNESS:  Yes.

19              THE COURT:  You may answer.

20              THE WITNESS:  In my opinion, and I believe

21   everybody is around, the job was really in the weeds.

22   It was supposed to be done at that time by January 1st

23   or so.  It looked and it's now evident that there was no

24   way.  I had time on my hands.  We were still waiting to

25   do the valuation and everything associated with that and

1    there was a lot of time to be spent.

2          We agreed I would help him out on a part-time

3    basis as much as I could with that job, just because he

4    needed qualified people to analyze some of the issues.

5    So I was basically engaged to help him out on a

6    part-time basis initially, and that job was $750 a week

7    or something that I would commit.

8    BY MS. LAVAN:

9    Q.      Mr. Heenan, what was the name of that job?

10   A.      That was the Brewerytown project.  I don't

11   know the name of the building anymore.

12   Q.      Was that part of the arrangement that you had

13   that was a verbal arrangement via the consulting

14   agreement?

15   A.      It's kind of my opinion now that the

16   consulting agreement is kind of questionable in that

17   it seems that there were maybe -- I can't say that.

18   I know there weren't.  It was being represented that

19   there were, but the consulting agreement was, yes,

20   that I would help out with that job and it was

21   limited to that job.

22          But at that time John had thrown out -- his

23   relationship with Thomas was very new, and he put out,

24   you know, "We're about to start another company.  Let's

25   get through this project," you know, "and get to working

1   together and see how we are particularly.  It's great to

2   jump into a fire with somebody, get to know somebody

3   really quick."

4          That's what it was to use that figure and then

5   form the new co. together and see how that works.

6                THE COURT:  What was that, sir?

7                THE WITNESS:  "New Co.," it's a new

8   company.  It's a term people in finance, I heard, use

9   often.

10  BY MS. LAVAN:

11  Q.     Was it your understanding in and around about

12  that time that Mr. Sciotto and Mr. Aloia were going

13  to be partners in this new co-endeavor?

14  A.     Maybe I can clarify.  The Brewerytown

15  project -- I started there.  It was maybe a week or

16  so, ten days later that I asked John for a copy of

17  his logo file so I could use them.  He sent me copies

18  of the Decus.  Decus, Inc. was the company that was

19  doing it.  He sent me copies of the Decus links, I

20  believe, on October 27th, I believe.  On

21  October 27th, I wrote a list to John.

22  Q.     When you say "wrote," you mean via E-mail?

23  A.     Yes, via E-mail.  This was like at 8:00 at

24  night.  One was a copy of the logo files, F820.  The

25  next morning I got an E-mail from John's assistant,

McKEMAN - CROSS

36

1    whom I never met, with a logo in the file right there

2    on an unrelated project.

3           Then the next day or two days later, two

4    business days, I think there was a weekend in between, I

5    sent John back the list with the "I need."

6           And I said, "I only need two things," and below

7    everything was crossed out in the E-mail below.

8    Everything was stricken, including the logo files for

9    use.  It was like a "D" with an angle thing, black and

10   orange "D."  He sent me that.

11   Q.    Can you explain what was the difference

12   between that logo and the one that they eventually

13   allowed you to use?

14   A.     He allowed me to use it for Decus, Inc.'s

15   business at the time.  They subsequently gave me a

16   logo, which, I'm sure you'll see, looks entirely

17   different.  It's just an entirely different branding.

18   They sent me this other logo, because they just

19   wanted to create a whole new face and create a brand.

20          Decus, Inc. didn't have a website that was

21   formed at that time.  There wasn't really anything.

22   They say I created the BuildZoom site.  That was

23   something that John asked me to do or suggested.  I

24   never even heard of BuildZoom because he thought it got

25   traction.  It is high on Google searches or something.

1    Q.      Did they give you any Decus logo, be it the

2    old one or the new one?  Did they give that logo

3    template to you?

4    A.      Yes.  On October 28th, in the morning, I got

5    the one for Decus, Inc.  Then later --

6                THE COURT:  What year, sir?

7                THE WITNESS:  This was 2015.

8                THE COURT:  Thank you.

9                THE WITNESS:  Then a month or so later when

10   we decided we were going to form this Decus Construction

11   Company and rebrand everything, I received what they

12   talked about.

13        And I said, "Let's use it as a logo for Decus

14   Construction," which, as you'll see, is just an entirely

15   different appearance for the new company.

16   BY MS. LAVAN:

17   Q.      So that's what I wanted to clarify.

18        Decus Construction is the new company that you

19   intended for all three of you to share in; is that

20   right?

21   A.      That was the plan, and then it became my

22   belief.  On November 24th, I sent them an E-mail

23   listing all the things that I was going to do in a

24   proposal of the structure.  We met and we agreed that

25   that was pretty spot on.  This was just a meeting.

1    We are meeting fairly frequently.

2            Thomas said he would send me a shareholders

3    agreement, a copy of one, just to form this

4    relationship.  Essentially, "Let's get about our

5    business."  I came to find out three days later that

6    Thomas created the entity.  They didn't give me over

7    months, although they sent out a shareholders agreement,

8    a draft, but then slowly bounced it back and forth

9    around.

10           So it has never been actually official except

11   for what I believed it to be and what was told to me.

12   We formed the entity with all three names.  We formed it

13   for the three of us as a new company, clean, and

14   subsequently they say no.

15   Q.      And that belief has been documented in

16   numerous E-mails?

17   A.      Yes.  There's a text in those E-mails that I

18   sent to John on August 1st of 2016 when I found out,

19   and then it comes out that John didn't even know.  So

20   there are two steps, as I understand it to be, to

21   creating a business.

22           The first is, you know, forming the entity.

23   These are really like the critical things, forming the

24   entity.  He went online and created this Inc. online.

25   There you list who the shareholders are and how many

1    shares and everything there are.  It requests it.  I'm

2    sure it's somewhere in there.  If the attorneys care to

3    get to it, we can.  I was approached on this by

4    attorneys for my uncle who had been in business forever.

5    That's where I got my thoughts and history of how it

6    works.

7            Then you negotiate over a shareholders

8    agreement.  Actually, how it works is if there are three

9    parties and we all have 33 percent of the shares, then

10   you can do that, but I might still get 50 percent of the

11   profits or do 100 percent of the work.

12           Just like my uncle, the shareholders operating

13   agreement defined the role and responsibility of what

14   everybody does and what they get.  The terms can be a

15   little bit different.  But also, you know, the actual

16   involvement can.  For instance, contracting, my uncle

17   was a 51-percent owner, but he had no rights or

18   responsibilities.  I was a sole managing member.

19   Q.      Mr. Heenan, let's go back, because I don't

20   want the jury to get confused.

21           During that time, October, November, that

22   Thomas Aloia had formed an entity with you, Thomas and

23   John all as shareholders --

24   A.      Yes.

25   Q.      -- was that your belief?

Gregg B. Wolfe, RPR, CM
215-460-1511

1    A.       Yes.

2    Q.       Then, later, did you find out that that

3    didn't occur?

4    A.       I did when I texted John.  When it started to

5    smell really odd, and Thomas' actions did, I grew

6    concerned because, yes, I was signing documents with

7    Decus' name, the identifying name on it, and I find

8    out that I'm not an owner of it.  So all of a sudden

9    I now by signing that document -- it's so fortuitous

10   this is how it gets us here.

11           I'm concerned, "Oh, God, I'm signing documents

12   that these guys can say are fraudulent."  And so if

13   something goes wrong between an owner and them, they've

14   got me in the middle.  They can point to this document

15   and try to enforce it, as they are now in some

16   instances, or they can try and deny its validity, as

17   they are in other instances in this case.

18   Q.       Mr. Heenan, why don't you explain these

19   contracts.  Forget about the contracts for a minute.

20           The clients.  Were these your clients

21   originally?

22   A.       All of the clients that I engaged with, with

23   Decus in any regard had known me for, I'll say, a

24   number of years before that.  So the Gloucester Data

25   Center, I started working on a project on an adjacent

1     piece of property there back in 2010.  It was a

2     development solar field.

3     Q.      But what I'm trying to clarify, so we don't

4     waste too much time, those were your relationships

5     with those owners of those particular contracts

6     before you even knew you were going to engage or

7     discuss ownership with John and Thomas?

8     A.      Yes, significantly before.  I think in all

9     instances, and I can't say the specific owners.

10    Owners, representatives, the people in charge at

11    those places knew they were contractors.

12    Q.      All the individuals involved were, for the

13    most part, you were contacts; is that right?

14    A.      I can't really recall --

15    Q.      Just listen to my question.

16            I'm not saying every last one, but for the most

17    part, those were your contacts?

18    A.      Every client where a contract was executed

19    was a contact that I knew before any engagement with

20    John or Thomas, and none of them knew John or Thomas

21    before I engaged with John and Thomas.

22    Q.      So over several months, from October to the

23    spring of 2016, what type of work were you doing on

24    those projects?

25    A.      To the spring of 2016?  I was doing

1    everything.

2    Q.      What type of work were you doing on those

3    projects that are part of this action?

4    A.      So Gloucester Data Center, and really the

5    genesis of it, the solar project adjacent to it.  The

6    solar project, I started working on it in 2011.  I

7    actually worked with the original developer to do

8    Land Use Approvals, testified at the Land Use

9    meetings in front of the Planning Boards.

10           I worked with the civil engineers for all those

11   years.  The project subsequently got denied by a change

12   in the laws in New Jersey.  It had to become a necessity

13   metered project, which means that you had to put a

14   building there to consume all the power.

15           The owner and I spent so much time on it,

16   years.  He spent hundreds of thousands of dollars, and I

17   hadn't made a dollar on it yet.  But we started trying

18   to figure out how we could, with this little footprint

19   that we have, consume this power?  I'm Googling data

20   power centers.

21   Q.      Let's go back.

22   A.      What was I doing?

23   Q.      You're talking about all this work that you

24   were doing.

25   A.      I did everything.

1    Q.      Were you the only one, for the most part --

2    and I'm not saying entirely, but was it you that was

3    working on the Gloucester Data Center and solar

4    project?

5    A.      Yes, I was doing, I will say.

6    Q.      Not that they are under other subcontractors.

7    I realize that, but you were the one out of you, John

8    and Thomas that was doing most of the work on that

9    particular project; is that right?

10   A.      Yes, but on the Gloucester Data Center John

11   did an estimate after the designs had been -- we had

12   actually gone in front of the Planning Board, or we

13   were going.  We finished everything, and we were

14   going to the Planning Board to provide testimony

15   about the building and how it was going to work and

16   everything, and John had to get an estimate.

17           Our building was 58,000 square feet about, and

18   John's was 92,000.  We were at 58,000 on one story.  You

19   can claim it worked for the project, but I don't think

20   it's applicable to the project.

21   Q.      So it's safe to say that John did an estimate

22   for the project, correct?

23   A.      An estimate for a project.

24   Q.      It wasn't an accurate estimate?

25   A.      If the building size is off by 50 percent, I

1    would say that's pretty inaccurate.

2                 THE COURT:  Ladies and gentlemen, we will

3    take our lunch break now, 12:15.  Madam Deputy will

4    direct you to your next steps.  We will begin promptly

5    at 1:00 with Mr. Heenan remaining on the stand.

6            Thank you very much.

7            (The jury exited the courtroom

8    at 12:15 p.m.)

9                 THE COURT:  Mr. Heenan, you are under oath.

10   The transcript continues to the next page as though

11   there's no break.  You cannot speak to your lawyer about

12   your testimony.  You can't coach, prep or anything else

13   during this lunch break.  You may talk about the

14   weather, you may talk to somebody else, but you can't

15   talk at all about documents or questions or anything

16   else.

17           If you are on the stand, even if you're on

18   redirect, you can't talk to the lawyer about anything

19   because the transcript goes through as though you never

20   left the stand.

21           Do you follow my directions?

22                THE WITNESS:  Yes.

23                THE COURT:  We'll be ready to go at 1:00.

24   Thank you.

25           (Luncheon recess was held at 12:20 p.m.)

                    Gregg B. Wolfe, RPR, CM
                       215-460-1511

```
 1              (The Court resumed the proceedings

 2    at 1:00 p.m.)

 3                   THE COURT:  Did you follow my direction

 4    over the lunch hour about not speaking to your counsel

 5    about the case?

 6                   THE WITNESS:  I did.

 7                   THE COURT:  Thank you.

 8              (The jury entered the courtroom at 1:00 p.m.)

 9                   THE COURT:  Good afternoon, lady and

10    gentlemen.  You recall we are in the direct examination

11    of Mr. Heenan by his attorney.

12              Ms. LaVan, you may continue.

13                   MS. LAVAN:  Thank you, Your Honor.

14    BY MS. LAVAN:

15    Q.       Can we get back to where we started?  You had

16    testified earlier that Decus via John Sciotto did an

17    estimate for one of the projects, but you had

18    testified that the estimate was inaccurate; is that

19    your correct testimony?

20    A.       I can't say that the estimate was inaccurate,

21    except that it was accurate for some buildings not

22    the one that we were building.

23    Q.       It did not apply to this job?

24    A.       Correct.

25    Q.       Is that exhibited in your Exhibit 12?
```

1    A.        No.  This appears to be my -- yes.  Wait.

2              Okay.  So this first page is a different

3    estimate.  I don't know if this is intended to appear to

4    be all one document, but this first page is an estimate

5    that I had done --

6                    MR. WATSON:  What Exhibit is this?

7                    THE WITNESS:  I'm sorry, Exhibit 12.  It's

8    Bates labeled H000001.  At the top it says, "0376."

9    That page is for the solar project adjacent to the data

10   center, which I had been working on for years.

11   BY MS. LAVAN:

12   Q.        So the solar project was a project that you

13   were working on; is that your testimony?

14   A.        Yes, prior to meeting with Decus.

15   Q.        Same thing with the Gloucester Data project?

16   A.        Yes.  The solar project went through a number

17   of different hands, I believe, companies under my

18   sole management, maybe different entities, maybe not.

19   Some might be joint ventures.  Had three different

20   contracts for the solar project by that time because

21   it kept changing hands or changing potential

22   investors or interested parties.  They wanted me

23   involved, because I was the only one who had the

24   whole history.

25   Q.        Did you work on that project prior to Decus'

1   involvement with Bill Hessert at the time?

2   A.      Yes, about five years prior.  Do you want me

3   to finish with this estimate?

4   Q.      Finish with the estimate.

5           With the estimate, is that the estimate that

6   shows the estimate performed by Decus was not correct or

7   not complete?

8   A.      There are a couple relevant things.

9   Page 0377 at the top, Decus' estimate, I believe this

10  was produced, it says, 9-15-16.

11          So this is just by recollection.  Right around

12  the time of the Planning and Zoning Board meeting, one

13  of the things I had to testify to was the size, project

14  value, number of construction jobs because I was going

15  to give testimony as a representative for the project

16  owner, the applicant, or an expert witness.  So I had

17  asked John for an estimate on the data center, and it

18  was also one of the obligations of Decus under the data

19  center subcontract.

20          So, as you can see, the first line says, "Solar

21  field completed by others."

22          I believe Decus is now claiming money for it.

23  Q.      Just refer to the line, because you're the

24  only one with the exhibits in front of you.

25  A.      Yes, Page 0377.  The first line of this

1   schematic estimate says, "Solar field completed by

2   others."

3           And then if you go to the bottom "Assumptions,"

4   it says, "8-megawatt continuous power supply," which

5   I've seen referenced a few times going through these

6   documents.

7           It was meant at the time to be intended to be

8   representative of the solar, or it was thought by John

9   that the solar project being at 8 megawatts, if you

10  referenced the page prior, 8.17 megawatts, which I was

11  representing or thought that the solar project would

12  produce continuous power supply of 8 megawatts.

13          But when the sun goes down, solar doesn't

14  produce anything.  This was actually brought up to me

15  sometime later in October, November of 2016 by the owner

16  after meeting with John and Thomas.  They thought it was

17  comical.

18  Q.      So is it your testimony that this is wrong?

19  A.      It is wrong.  If you look at the last line

20  under "Assumptions," it says, "38,000 square-foot new

21  two-story addition."

22          It wasn't a two-story building.  I did all the

23  designs myself, all the schematics.  It was never a

24  two-story building at all.

25  Q.      Regardless of this being a wrong estimate

1    prepared by John Sciotto, did you still pay them for

2    what you deemed to be their time on this project?

3    A.       Again, despite what has been represented, I

4    was very transparent with the owners on the projects,

5    in fact, extremely transparent.  This Alex Lemus, who

6    you may have heard referenced, he knew that I had

7    left -- he had contracts with me for years about the

8    --

9                    MR. WATSON:  Objection.  The question --

10                   THE COURT:  Sir, what is the objection

11   based on?  Hearsay?

12                   MR. WATSON:  Nonresponsive.

13                   THE COURT:  Stick to the question.  Don't

14   tell us what Mr. Lemus said.  Okay?  Understood?  Stick

15   to the question that was asked.  Your counsel can come

16   back and ask you a follow-up.

17   BY MS. LAVAN:

18   Q.       Regardless of the work and the incomplete and

19   inaccurate work that John Sciotto performed, did you

20   still pay them certain moneys for their time that

21   they may have put in it even though it was wrong?

22   A.       Can I clarify by saying I gave them $21,000,

23   approximately?

24   Q.       Explain that, please, briefly.

25   A.       Again, there were two projects.  My

1   engagement with the owner referenced the solar and

2   the data center, two separate properties, two

3   separate addresses and two separate applications, et

4   cetera, et cetera, two separate approval processes,

5   entirely.

6           The owner had me working on both.  In fact, at

7   that Planning Board meeting, I was testifying as it

8   related to both.  So doing that work over this almost

9   eight or nine-month period, the owner made certain

10  payments from different entities.  Some came from

11  entities that had interest in the data center, and

12  others came from entities that had interest in the solar

13  project.

14          The payments that came from the separate

15  entities of them actually ultimately added up to just

16  under the $21,448 that I paid Decus, or gave Decus.  I

17  say "gave" it to them, because they hadn't earned the

18  money in any regard, in my opinion.

19  Q.      Is that because they didn't perform any work

20  on the project and the work they did perform was

21  incomplete and inaccurate?

22  A.      Yes, they hadn't done anything.  In fact, I

23  believe their depositions they said we didn't know

24  what was going on with the project.  And so my

25  opinion as it relates to "gave it to them" was --

1  Q.      Who told you that they didn't know what was

2  going on with the project?

3  A.      I think in both Sciotto and Aloia's

4  depositions they said I wasn't giving them

5  information about what was happening.

6  Q.      During this particular time frame, as you're

7  working on the Gloucester Solar project, were you

8  still working on site at the Brewerytown job?

9  A.      At the beginning, there were times that I was

10  on site at the Brewerytown job.  Then towards the

11  middle they had me really just doing schedules, I'll

12  say, until like the end of April.  I was helping them

13  with schedules as the consulting agreement was for

14  Decus, Inc.

15  Q.      That was a verbal agreement?

16  A.      It was a verbal agreement that I would be

17  paid this $750 a week for part of my time.

18  Q.      Did they pay you for your consulting

19  services?

20  A.      No, they did.  They paid about, I believe,

21  14,000 of a total of 32-or-so-thousand dollars that

22  were billed.  As I'm sure the records demonstrate,

23  there's communications back and forth referencing the

24  Brewerytown project until the end of April.

25          We agreed then, because I wasn't getting paid

1    by them for it, that I wasn't doing that anymore.  I'm

2    just working on the Decus Construction stuff, which, I

3    believe, again, at the time was our project.  So we

4    terminated it.

5    Q.      You were trying -- strike that.

6            How much approximately do you believe you're

7    owed under that consulting agreement?

8    A.      I believe the number is about -- actually,

9    no.  I think they came up.  It was either $17,000 at

10   that time that we said I'm done, which 17,000 divided

11   by 750 a week, I don't think they paid me anything

12   for any work by the end of April.  I hadn't been paid

13   for a minute of my time in 2016.

14   Q.      To the best of your knowledge, was it

15   approximately $9,000?

16   A.      Yes, I think they paid the 8 down.

17   Q.      Can you look at Exhibit 29, please, and let

18   me know if those are the consulting invoices that you

19   had sent to Decus?

20   A.      This first one is actually for a different

21   project, one project that I went and striped a

22   parking lot, put striping in for parking spaces

23   again.  Again, did it myself because they were in a

24   pinch.

25   Q.      Let me make this more accurate.

1          Can you pinpoint, to the best of your

2     knowledge, as you sit here today, which invoices you

3     were not paid for?

4     A.     Yes.  Bear with me.  The last page really

5     clears it up.  It's 0590 on the top right corner.

6     Q.     What's the bottom right-hand number?

7     A.     That is DECUS01431.  That's where I got the

8     17,000-about number.  It says, "Total, $17,005.04."

9     Q.     So is it your testimony that out of that

10    17,000 --

11                MR. WATSON:  Objection, Your Honor,

12    leading.

13                THE COURT:  Sustained.

14    BY MS. LAVAN:

15    Q.     How much out of the 17,000 were you not paid

16    for your consulting services?

17    A.     I was not paid $9,005.04, I believe.  If they

18    paid 8, judging by the weeks that it says, then, in

19    the units and descriptions, judging by weeks, I think

20    they paid me about through the end of January.  So I

21    was wrong when I said that I believed that it was

22    nothing in 2016.  At the time, they hadn't paid

23    anything, but ultimately they didn't pay anything

24    into 2016.

25    Q.     Regardless of them not paying you, you still

1  worked with Thomas and John on company business?

2  A.      Well, you have to bifurcate the companies.

3  Decus, Inc., again, that's who I am invoicing here.

4  Decus, Inc., itself, I stopped.  There are E-mails in

5  these documents that say, you know --

6  Q.      So you stopped working for Decus, Inc. in the

7  Brewerytown job; is that right?

8  A.      Yes.

9  Q.      But did you continue to work on Decus

10 Construction business?

11 A.      To an extent, yes.  It was at that point,

12 sometime in March, like late February, early March,

13 that John and I sat down and met with him.  They were

14 in arrears in payments back then, what I deemed to be

15 a nominal amount.

16       So I said, "Look, I'm not doing this forever,

17 you know.  Our agreement isn't that I work, and you

18 don't pay forever."  Like eight months.  It seems that

19 they were going to expect that I just keep working

20 without getting paid.  It was early February when I

21 said, "Look, you know, I'll keep helping you with

22 Brewerytown for a little bit, but Decus Construction" --

23 and as Mr. Watson pointed out earlier, my engagement

24 with Decus, Inc. was supposed to be a probationary

25 contract, he said, which was to go through all three in

1    a short time.

2            So this short period of time they drug out

3    until the end of April.  Then it was early February when

4    I decided that I gave John at our meeting -- I said,

5    "Look, I'm not going to be doing this forever without

6    getting paid.  I'll give you a little bit more time on

7    Brewerytown, and then I'm only working on the Inc. stuff

8    or the construction stuff.  Since we don't have a

9    shareholders agreement in place, I'm going to form a dba

10   in Jersey, and I'll get the contract so I can protect

11   myself and my clients, and I'll subcontract everything

12   to you."

13   Q.    So the idea, though, during this time frame

14   that you're referring to, while you're still working

15   on Brewerytown, you're working on Decus Construction,

16   you were still working as though you were a

17   partner --

18            MR. WATSON:  Objection.

19            THE COURT:  I have to hear the question.

20   BY MS. LAVAN:

21   Q.    Were you still working as though you were a

22   partner in the Decus Construction business at that

23   time?

24            MR. WATSON:  Objection.

25            THE WITNESS:  I was.

                    Gregg B. Wolfe, RPR, CM
                        215-460-1511

1          THE COURT:  Overruled.  Just ask him what

2    happened.  Remember the jury is disregarding your

3    question, so you're not helping us by getting

4    single-word answers.

5          THE WITNESS:  I was.

6          MS. LAVAN:  Let me re-ask it.

7    BY MS. LAVAN:

8    Q.      Did you have several correspondence going

9    back and forth via E-mail between you, Thomas and

10   John where you have the shareholders agreement draft

11   going back and forth?

12   A.      So, the shareholders agreement draft, I was

13   told again in late November that Thomas had formed

14   the entity, and their communication --

15          MR. WATSON:  Objection, nonresponsive.  The

16   question was --

17          THE COURT:  Were there drafts going back

18   and forth?

19          Sir, here's what you want to do.  You want to

20   answer the question "yes" or "no."  Then you want to

21   explain.  You're not responding.  You're trying to tell

22   your story.  Just respond.

23          If she asked the question, "Did you," she's not

24   asking you to explain.  She said, "Did you."

25          So did you have drafts going back and forth?  I

1   just asked you.  Now you tell me, did you have drafts

2   going back and forth?

3                  THE WITNESS:  Can you please clarify the

4   time that you're referring to?

5   BY MS. LAVAN:

6   Q.     Let's look at an exhibit, Exhibit 27.

7            There is an E-mail from you to John Sciotto and

8   Thomas Aloia.  It's dated Tuesday, November 24th, 2015.

9   A.     This appears to be the E-mail that I was

10  referencing earlier, yes.

11  Q.     Why don't you explain what this E-mail says

12  and what the intent of it was?

13  A.     This is when we met and affirmed that we were

14  going to move forward with creating this new entity

15  collectively.

16  Q.     Does it say somewhere Johnstown --

17                 THE COURT:  You can't do that.  You were

18  about to give him his answer.

19                 Continue with your answer.

20                 THE WITNESS:  So, again, November 24th, I

21  was told that we agreed that we were going to create

22  this new entity.  It is three days later that it was

23  created.  That's when I started working on its behalf.

24                 THE COURT:  Thank you.

25                 Next question.

1                    MS. LAVAN:   Thank you.

2    BY MS. LAVAN:

3    Q.      You referenced to them that you'd make a

4    great team.

5                    Did you reference that in this E-mail?

6    A.      Can I correct something first?  I said, I

7    just started working on its behalf, on Decus

8    Construction's behalf.  I really just started a bit

9    prior with putting together marketing to see how we

10   can put everything together in a draft form.

11   Q.      You're saying that prior to this E-mail you

12   had already received the logo information?  Did you

13   receive the logo information?

14   A.      November 13th, I had received that.

15   Q.      In this E-mail, among other things, it states

16   that, "I like to perfect the following goals by the

17   years end."  And you say, "Number one, Company

18   profile generally complete.  Website linked, et

19   cetera, and uniform."

20                   Is that what it says?

21                   THE COURT:  Ma'am, you can't really do an

22   examination that way.  You have to ask him --

23                   MS. LAVAN:  I have to ask you what it says.

24                   THE COURT:  Summarize.  Show it to the

25   jury.

1          If not, you'll see it later on, ladies and

2     gentlemen.

3          Let's not read what we all can read.  Tell us

4     generally.

5               THE WITNESS:  You know, at this time,

6     again, it was right around then that we were saying,

7     yes, I believe I was finishing with the mess that was

8     the whole thing with my prior partner and my uncle.

9     Actually, at that point I had been helping him with the

10    Brewerytown thing, but I wasn't getting what I really

11    needed to be effective.

12              So I figured I'm going to begin taking half of

13    my time up.  Why don't I start committing more of my

14    time to this new entity, this new company.  Timing is

15    appropriate for my contacts to be hearing from me.  My

16    clients were calling me because, again, it's three, four

17    months that I really hadn't been in the business with my

18    prior business.  "Where have you been, Mark," that sort

19    of thing.  So it was time for me to get out and present

20    a new, "This is where I am."  Still make new colors in

21    name.  That's what we were doing here.

22              MS. LAVAN:  Your Honor, may we approach

23    briefly?  We have a question just regarding the

24    exhibits, so it doesn't need to be an approach.  How

25    would you like me to show them to the jury?

```
 1                    THE COURT:  A screen.

 2                    MS. LAVAN:  I don't have a screen here.

 3    Can I show it to him?  How is the best way to publish

 4    it?

 5                    THE COURT:  You need a screen.  I can't

 6    tell you that.

 7                    MS. LAVAN:  I have a projector, but it's

 8    not hooked up so I'm just going to publish it, and then

 9    we'll admit it after, correct?

10                    THE COURT:  I can't counsel you.

11                    MS. LAVAN:  No problem.

12              I'd like to then show the jury Exhibit 27.

13                    THE COURT:  You can't hand it to them.

14                    MS. LAVAN:  Okay.  We'll take a break when

15    we do it, and I'll bring my projector up.

16                    THE COURT:  That's the way to publish it,

17    sure.  I'm not trying to keep stuff away from you.  I'm

18    talking to the jury.  I have to make sure what it is

19    before I start circulating it around.

20    BY MS. LAVAN:

21    Q.      This E-mail is kind of an outline of your

22    expectation of the partnership, at least in a

23    nutshell?

24    A.      That's correct.  Profit sharing of 30 percent

25    with two-thirds of the members.  And so, again, my
```

1    reference was the profit-sharing portion, ownership

2    not actual shares, two-thirds of the members votes

3    and anything requiring a vote.  Partners would be

4    guaranteed salaries, $100,000 a year plus benefits,

5    to the extent that we were making money.

6            We're going to establish a rate schedule, for

7    different things that each of us with our different

8    businesses and entities and the other stuff agreed upon

9    costs, that our collective company would pay any other

10   partner's company for things.

11   Q.    Did this arrangement change at numerous times

12   while you were working with Thomas and John?

13   A.    I'd have to point to the shareholders

14   agreement.

15            THE COURT:  Sir, let's do it this way.  If

16   she asked it, then answer.

17            THE WITNESS:  Yes, yes.

18   BY MS. LAVAN:

19   Q.    As you recall today, who changed the terms of

20   the agreement?

21   A.    Thomas or John, I can't recall.  It was at

22   the end of February.  I received from, I believe,

23   Thomas, a draft shareholders agreement.  It was like,

24   I forget, not indicative of the kind of operating

25   agreements I've always used, which is many, many

1   pages.  But it was totally blank.  It had no names in

2   it, but it referenced the formation of a new

3   relationship between the entities.

4           To me, it was clearly evident at least and

5   reassuring to me because I had some of my concerns at

6   that time, but it was evident that they represented that

7   they didn't have a shareholders agreement, and that

8   nobody had any shares issued to them yet, because

9   otherwise you would have a purchase sale.  I would be

10  buying the shares from one or both of them.  But this

11  document just showed that it was brand-new.

12  Q.      Right.  But during that time when you were

13  working with Decus Construction, you were working on

14  the website.

15          Were you working on the website at that time?

16  A.      Thomas had a friend who had done another

17  website for him, I guess, who had developed a prior

18  website, and I worked with him so Thomas set me up

19  with him to get everything up.

20  Q.      Was this a friend of Thomas'?

21  A.      I don't know that.  They knew each other, I

22  could tell, or I got the impression.

23  Q.      So is it your belief that Thomas and/or John

24  were aware that you were working on the Decus

25  Construction websites?

```
 1                    MR. WATSON:  Objection.

 2                    THE COURT:  Sustained.  Overruled in the

 3   sense that you may answer what your understanding of

 4   what somebody told you.  You can't guess what was in

 5   their mind.  If they told you, you can say that.

 6                    THE WITNESS:  Document Exhibit 27, General

 7   Profile --

 8                    THE COURT:  No, that's not the question.

 9   You can go back to that answer.

10          The question is, did you have an understanding

11   what they thought about the website, what they were

12   doing, what they were relying on, their impressions?

13                    THE WITNESS:  They believed --

14                    THE COURT:  Did they tell you something?

15                    THE WITNESS:  Yes, they would communicate

16   with me, "Mark, we need the website up."

17                    THE COURT:  Okay.  So they would tell you

18   that or write you?

19                    THE WITNESS:  Yes, there are E-mails.  They

20   knew I was doing it in no uncertain terms.

21                    THE COURT:  Because you had communications

22   about that.  Not reading their minds.  You actually saw

23   that?

24                    THE WITNESS:  Yes.

25
```

1    BY MS. LAVAN:

2    Q.      Were part of those communications referenced

3    in Exhibit 37?

4    A.      Yes, this is January.  I had met with Dan

5    Geiger, who was the guy Thomas knew.  He sent an

6    E-mail with different -- I gave him the model of what

7    a construction company website, in my opinion, should

8    look like.  He gave me some templates, and we started

9    working off of them for him to build the architecture

10   and the design of the website so I could fill it in

11   with appropriate and accurate content.

12   Q.      Was Thomas Aloia on this particular E-mail?

13   A.      Yes.

14   Q.      That's Exhibit 37.

15   A.      Yes, he was copied.

16   Q.      So according to this E-mail, he had knowledge

17   that you were working with Dan on the Decus, Inc. and

18   Decus Construction website.

19           Did he have that knowledge?

20               MR. WATSON:  Objection.

21               THE COURT:  Overruled only to the extent

22   that you can tell us if he told you that, not what was

23   in his mind.

24           Did he tell you that?

25               THE WITNESS:  He did tell me that.

Gregg B. Wolfe, RPR, CM
215-460-1511

```
 1                    THE COURT:  You're under oath.
 2            Did they tell you that, or did they write it to
 3  you?
 4                    THE WITNESS:  Did they explicitly tell me?
 5  No.
 6                    THE COURT:  Objection sustained.  You have
 7  to know whether they wrote it to you or told you.  We
 8  can't look in their heads.
 9                    THE WITNESS:  Yes, they absolutely knew.
10                    THE COURT:  No, you can't answer the
11  question.  The objection is sustained.  Unless you can
12  tell me a document or sometime they spoke to you, you
13  can't tell me that.
14                    THE WITNESS:  I can.  I can point you to
15  Exhibit 63.
16                    THE COURT:  You can't run the direct
17  examination.
18  BY MS. LAVAN:
19  Q.      Mark, go to Exhibit 63.
20          What's the date of this exhibit?
21  A.      This is July of 16.
22  Q.      Why is this document relevant to you?
23  A.      For a number of reasons.  Again, I was just
24  dealing with the website.  In this document you can
25  see where I'm actually creating this content.  Their
```

1    website, it was my idea.  Most of the projects and

2    pictures, the photographs of buildings on the website

3    are still primarily buildings, or as of a couple days

4    ago when I last looked, primarily buildings that I or

5    my companies built before any engagement with Decus

6    Construction whatsoever.  They have reference to

7    projects, our projects, that, again, I developed with

8    this in draft form.

9    Q.      Were you using the Decus logo on the bottom

10   of your signature page as well?

11   A.      The Decus Construction logo?

12   Q.      The Decus Construction logo.

13   A.      Absolutely.  Communications, both from my

14   private account and from the Decus account, a

15   significant number of communications of which they

16   were copied.

17   Q.      Was Mr. Aloia part of those communications

18   and E-mails from time to time where you were using

19   the Decus Construction logo?

20   A.      Absolutely.  Again, I was trying to --

21   Q.      Just answer "yes" or "no."

22           Was Mr. Sciotto on those communications as

23   well?

24   A.      Yes.

25   Q.      So at the bottom, the logo is at the bottom

 1    of the E-mail.

 2          They are included on the E-mail, and therefore

 3    you're corresponding with them about business, and

 4    you're also using the Decus Construction logo; is that

 5    right?

 6    A.     Yes, I used it.  Again, at this time we're

 7    still in either, if you will, because we got the

 8    entity.  And so I thought I was a shareholder so we

 9    got the entity.  I think I can represent this new

10    company.  I'm told.  In those E-mails that you

11    referenced, they are copied on communications where I

12    call myself a principal of the company.

13    Q.     Let's get to that.

14          So you refer to a text message between you and

15    Thomas Aloia.  Let's go to Exhibit 26.  Exhibit 26,

16    Page 2.

17          In that text message, can you explain the

18    second one down, what it says?  Can you say what it

19    says?

20    A.     It's November 13th of '15, before we had an

21    agreement.  It says, "Can you send me some

22    qualification materials, logos, et cetera, to use in

23    pulling together these proposals?"

24    Q.     What proposal was he referring to?

25    A.     That was actually me saying that.

                     Gregg B. Wolfe, RPR, CM
                        215-460-1511

1  Q.      I'm sorry, you.

2  A.      We talked about the logo.  We agreed our new

3  company is going to have this logo.  He had the

4  files.  I didn't have the files.

5  Q.      What was his response to that?

6  A.      "Yes, when I'm in front of my computer."

7  Q.      On the next page, Page 3, the very top, what

8  does that say?

9  A.      This is November 16th.

10  Q.      What does that first text say?

11  A.      I said, "Have you gotten PDFs of the logo

12  files?  Should I be using them on these proposal

13  drafts to avoid confusion?"

14          I meant avoid confusion between the old Decus

15  and what we had agreed to set up as the new co.

16  Q.      What did Thomas Aloia say to you in this

17  text?

18  A.      "I'll check when I leave the site, responding

19  to a prior question, but, yes, I think that's a good

20  idea."

21  Q.      Did you believe this to mean that you were

22  able to use the Decus Construction logo?

23  A.      I think anyone would.

24  Q.      Were there other correspondences going back

25  and forth with them allowing you to use the Decus

1    logo or Thomas Aloia giving you the PDF with the logo

2    attached?

3    A.      He sent me the PDF with all of the envelope,

4    an envelope draft, letterhead, the logo file itself

5    and a business card layout, so that I could get the

6    business cards done for all three of us.

7            Actually, as I mentioned earlier, there was a

8    communication.  I forget whether it was via a text or

9    E-mail.  I said, "I got ahold of Thomas."  And I said,

10   "I'm listing John and I as principals.  I'm getting the

11   business cards."

12   Q.      We will get there.  I don't want to confuse

13   it.  If you go to Page 8 of those same text messages.

14            MR. WATSON:  What page in the upper right?

15   0546, it is.

16   BY MS. LAVAN:

17   Q.      So that's Page 8 at the bottom.  If you read

18   the very bottom, what does the bottom say?  This a

19   text message from you?

20   A.      I say -- this is January 27th, so before they

21   sent me any shareholders agreement either.  They are

22   running the lot on our cards today and asked me about

23   titles.  I was going to have them list at least John

24   and I as principal.  Thoughts on that and yours?

25   Q.      And what was Thomas' response to that?

1   A.      "Make it easy.  No titles for now."

2   Q.      Did he ever say to you, "No, don't list

3   yourself as a principal at Decus Construction"?

4   A.      No.  I did that in part as a test.

5   Q.      But he never said don't do it; is that right?

6   Is that your testimony?

7   A.      No.

8   Q.      Then on Page 9 there's an E-mail or a text

9   from Thomas Aloia at 8:49 a.m.

10          What does that say?

11  A.      I'm sorry, which page?

12  Q.      Same page, Page 9.

13  A.      8:49.  He said, "Any new contracts?  Do you

14  have any partnership docs you could send over?  What

15  John sent me is way too intense, about 50 pages, and

16  too many blanks to fill in, which suggested to me

17  they don't have a partnership document.  All we have

18  are shares."

19  Q.      So up until this point you had never seen a

20  partnership document between Thomas and John.

21          Did you ever see one between Thomas and John up

22  to this point?

23  A.      I still don't know that I ever have.

24  Q.      Okay.  So the first time you're acknowledging

25  that there's a partnership going on, it's new and is

1    it between the three of you?

2    A.      I don't want to represent this is the first

3    time that --

4    Q.      I'm not representing this is the first time.

5            This is among many times, correct?

6    A.      Yes, to correct, I believe I may have said it

7    was January 26th.  It was the 28th, it appears.

8            But, yes, you know, this is when they sent me

9    that blank document with nobody's names and no shares

10   filled in anywhere.  Not a purchase agreement.

11   Q.      During this time frame in January, February,

12   was it still your understanding that you were working

13   towards building a partnership and building a

14   relationship at this time?

15   A.      Again, I thought we had a partnership.

16   Q.      I'm talking about the difference between you

17   understood it to be a partnership.

18           Did you understand it that way?

19   A.      Yes, yes.

20   Q.      But there was no written agreement at that

21   time; is that right?

22   A.      There's no written agreement as to how the

23   entity that I believed I owned 33 percent of was to

24   be operated, which is critical, but my impression at

25   the time was, "Hey, if anything goes wrong and they

1    excuse me, at least I got the law to support me."

2    Q.      You started to feel as though that was going

3    to happen.

4            Can you briefly explain why you felt that way?

5    A.      There were a number of odd things.  We had

6    agreed to do things in different ways.  I kept asking

7    at our meetings.  We'd meet every Monday.  I'd keep

8    asking him for a document.  They sent this, and then

9    I sent back revisions.

10           There were months later, and I'm still pushing

11   for it and Thomas referred in an E-mail, he said, "You

12   got the document.  The ball is in your court."

13           I said, "What do you mean?  I sent you back the

14   last draft months ago."

15           I thought we were working on that until

16   something else comes to pass.

17   Q.      At about that time, give or take, did you

18   start to get concerned about where the partnership

19   was going?

20   A.      Well, I had my initial concerns in part

21   because of their history, which is why we wanted to

22   be very clear so there's no confusion between the

23   two, because I didn't want to be confused --

24   Q.      What history are you referring to?  What were

25   your concerns about their history?

1  A.      Well, first, when I saw this Brewerytown job,

2  it was supposed to be done as a big project.  It was

3  supposed to be done in January, and this was October.

4  There was no way that was happening.  Then I come to

5  find out that like a number of their recent projects

6  were either in a claims status or in some sort of

7  litigation or getting close.

8           Having had my business for as long as I did,

9  for five years was running a company, I only had one

10  project that we were in a legal fight with an owner.

11           There were two, but the one was really small

12  and really irrelevant.  But I heard about -- how is it

13  that you're batting 500 for successful project

14  performance?  Also others told me, and then Thomas told

15  me that he had gone through a personal bankruptcy that

16  then Thomas referred to it as pushed his company into

17  bankruptcy.

18  Q.      At this time, was Thomas Aloia working on any

19  jobs or projects with Decus Construction?

20  A.      Not to my knowledge.

21  Q.      What about John Sciotto, what was he doing

22  while you were working on Decus Construction?

23  A.      He was primarily at the Brewerytown project,

24  which I believe that was always represented at the

25  Brewerytown project, trying to finish it all the way

1    into the summer almost six months after it was

2    supposed to be complete.

3    Q.      Did Thomas or John bring any projects to

4    Decus Construction?

5    A.      Thomas asked me at one point for a proposal

6    for Decus Construction to send to Equus Capital

7    Partners or something, because I put together a whole

8    proposal DEC.  Much like the website, it's 90 percent

9    my content, my history.  But me and my companies,

10   I'll say, just so they don't try to spin that against

11   me.  But it was me and my companies.

12           I sent it to Thomas, and I believe those

13   documents listed all three of us as partners or

14   shareholders, or it might have been key executives.  But

15   whatever it was, you know, the ownership or something

16   like that.

17   Q.      Did that project ever come to fruition?

18   A.      No.  I don't know that they ever called

19   Thomas back.  He referenced an opinion of the Capital

20   Partners, which tells me that he did send out the

21   content that I had developed, representing my

22   history.  So he did claim all of my history, but he

23   said they didn't like the proposal or something.

24   Maybe John estimated the wrong size building.

25   Q.      Other than the three jobs that you brought to

1  Decus Construction, did Thomas or John bring any

2  projects that actually occurred?

3  A.      What do you mean by "brought"?

4  Q.      Meaning they actually made money.

5  A.      What do you mean by "made money"?

6  Q.      They were performed.

7          Did they perform any jobs, bring any jobs, do

8  any work?  Explain who did the work, which you did

9  earlier so you don't need to go into that.

10         Did they bring any projects to the table that

11 were profitable to Decus Construction?

12 A.      As of their depositions a few months ago,

13 July of this year, Decus Construction, according to

14 them, had done no projects except the ones that I had

15 brought, or that they felt were theirs because of me.

16 Q.      And you felt they were yours because you

17 brought them?

18 A.      I was bringing opportunities to a negotiating

19 table and nothing more.

20 Q.      Had they kept -- strike that.

21         Did they keep their word when they said that

22 you were going to partner together?

23 A.      Again, as we get to the testimony of the

24 owners of those projects, they largely knew me.  I

25 was out there at the CML, and Thomas had another

1   company, a subcontractor.  They weren't going to show

2   up the day I told the owner we were going to show up.

3   So the owner who saw me dressed like this most of the

4   time comes to walk in and sees me with a shovel

5   digging a trench because I was not not going to show

6   up with integrity.

7   Q.      Did they represent to you that you were going

8   to be a partner of the Decus Construction Inc.?

9   A.      Not that I was going to be, that I was.

10  Q.      Did you bring projects to Decus Construction

11  originally?

12  A.      So the Gloucester Center Data project, I

13  brought a contract as it related to that.  I drafted

14  one and sent it to the owner.  I had told him kind of

15  what was going on, and he also hadn't even formed the

16  entity that was the other party to the contract.  So

17  he responded with an E-mail that said, you know,

18  there's some addressing the conversation --

19              MR. WATSON:  Objection, Your Honor,

20  hearsay.

21              THE COURT:  Yes, not in that context.

22  BY MS. LAVAN:

23  Q.      Then, Mark, when you realized that the

24  partnership wasn't going to legally come into

25  fruition, it wasn't going to be written, did you

1   decide to continue working with your clients?

2   A.      I really finally decided for certain that it

3   was going to be over 100 percent between August 24th

4   and the 26th of August.  The CML Project was only

5   about halfway done at that point.  The CML Project

6   was done on site all the way into October under that

7   contract.

8            The data center project, you know, it's really

9   a shame, but because of the crazy representations and

10  everything I was advised by counsel not really to engage

11  with the owner as it related to the data center, which

12  was at a critical point, and was needed for the solar

13  project, as I testified to earlier, to happen then.

14  Q.      Did the owners -- strike that.

15           The owners of the projects, did they want to do

16  business with you?

17  A.      According to them.

18  Q.      Did they want to do business with Thomas?

19              MR. WATSON:  Objection, hearsay.

20              THE COURT:  Calls for speculation and

21  hearsay.  Sustained.

22  BY MS. LAVAN:

23  Q.      Is there documentation that states that one

24  of the owners didn't want to work with Thomas?

25              MR. WATSON:  Objection, same objection.

Gregg B. Wolfe, RPR, CM
215-460-1511

```
 1              THE COURT:  No, that's a "yes" or "no."  To
 2   be admissible you have to get to the next question.
 3   That's a "yes" or "no."
 4          Overruled.
 5              THE WITNESS:  I believe so.
 6   BY MS. LAVAN:
 7   Q.      Bear with me.  We're going to come back to
 8   that, because I have to go through the Exhibit book
 9   to find it.
10          Back to our communications with Thomas Aloia,
11   on Page 23 of those text messages.
12              THE COURT:  Is that 26?
13              THE WITNESS:  Yes, 26.
14              THE COURT:  Page what, I'm sorry?
15              MS. LAVAN:  Page 23.
16              THE COURT:  Page 23 of Exhibit 26.  Thank
17   you.
18              THE WITNESS:  Yes, I'm there.
19   BY MS. LAVAN:
20   Q.      Down towards the middle bottom, Friday,
21   June 10th.
22   A.      Yes.
23   Q.      What do you ask Thomas via a text there?
24   A.      Actually, I said, "Any issue with me filing a
25   Public Works registration for Decus in New Jersey
```

1    allowing us to bid prime or sub on any Public work?"

2    Q.      And what did he say to you in response?

3    A.      He said, "No problem," which to me --

4    Q.      Was Thomas aware that you were going to

5    perform Decus Construction work in New Jersey?

6    A.      So, you know, that was the intent of my

7    E-mail.  I was referring to Decus Construction.

8    Decus Construction was not registered to do business

9    in the State of New Jersey.  It couldn't even operate

10   in the state by virtue of not being registered with

11   the state for tax purposes.  So, in fact, today, I

12   don't know that it is.

13          And so, yeah, I was going to file the Public

14   Works cert so we could bid on Public work, but then also

15   needed some other documentation from them that I never

16   got.

17   Q.      Also, too, on Page 29, there's a text message

18   from Thomas at 8:37 p.m.

19   A.      Okay.

20   Q.      What does that say?

21   A.      It says, "Let's get our agreement finalized

22   and start making it happen."

23          This was right after I found out that they had

24   been falsely leading me to believe that I was listed as

25   a shareholder on the formation documents.

Gregg B. Wolfe, RPR, CM
215-460-1511

1    Q.      What day was that?

2    A.      That was August 1st or 2nd that I found it.

3    Q.      Did you confront Thomas about that?

4    A.      I flipped to John.  I think Thomas might have

5    been out of the country.  So my communication was

6    with John.  I was out at the CML Project performing

7    work and didn't have an execute agreement, but I

8    found out on site with people like with huge

9    insurance obligations.  I find out I'm not a

10   shareholder in a company, that Decus didn't even have

11   insurance.  I lost it.  Look at my liability at that

12   point.

13   Q.      Shortly thereafter, did the partnership start

14   to fall apart significantly?

15   A.      It was already falling apart at that point.

16   I'll say Thomas, in my opinion, was very coy as

17   demonstrated by some of the things that were asked

18   for.  I referenced myself as a principal, and he

19   says, "No titles.  You're not a principal.  You can't

20   say that.  If somebody called me their husband and I

21   wasn't their husband, I wouldn't say nothing."

22           So he's very coy.  Noticing that and the

23   shareholders agreement dragging out so long and seeing

24   some other things.  At the time, eight months later, I'm

25   still the only one doing anything relating to

1   Construction, Inc., bringing the projects out there.  I

2   think it was 101 degrees with the shovel.  The owner

3   walked up and said, "What are you dressed like that for

4   and doing that for?"

5           I'm doing all this and when they are

6   representing, all I have to do is the business

7   development.  John will do the estimating.  I'll do the

8   operations.  I got one estimate from John that was

9   50-percent larger than was actually designed to be.

10  Thomas, at the time that we were performing on site,

11  he's in Ireland.

12  Q.      Were they, in your opinion, stringing you

13  along at this time?

14  A.      The entire time.  Hindsight, 20/20.

15  Q.      At some point, did they demand money from

16  you?

17  A.      They demanded money a lot.  As I said, with

18  the data center, you know, I was doing work.  I'm the

19  only one doing the work.  For these months the

20  contract was effective, December 22nd, and I'm

21  billing the owner but the owner isn't paying.  When

22  he paid, he made a payment for the solar portion and

23  some for the data center.  In fact, some of the

24  payments reference the payer, Gloucester Solar Farm

25  LLC, which according to John's estimate, is by

1    others.  Now they want to claim the money.

2    Q.      Did you eventually pay them approximately

3    $53,000?

4    A.      I gave them $53,000.  "Pay" is far from the

5    truth.

6    Q.      Pay?  Gave?  Provided?

7    A.      Yes.

8    Q.      Did you give them $53,000?

9    A.      Yes, in a cashier's check because they

10   demanded it immediately.

11   Q.      Where was this when they demanded that you

12   pay them money?

13   A.      August 26th, when we met and I told them,

14   "That's it, I'm done," which is after --

15   Q.      I think the question is "Where."

16   A.      They demanded the money at a coffee stop.  I

17   think the address is 33 Henry Avenue, Philadelphia.

18   Q.      Can you explain the circumstances and what

19   happened at that coffee shop?

20   A.      Yes.  This was all clearly unraveling, and I

21   didn't have a shareholders agreement.  August 8th, I

22   signed and sent over an executed copy of what we had

23   as a shareholders agreement at that time because they

24   were telling me, "Let's get this done and start."

25   Four days later they get the shareholders agreement,

1    and they subsequently said --

2    Q.       Did they ever sign the shareholders

3    agreement?

4    A.       I don't know.

5    Q.       You never received it.

6             Did you ever receive an executed copy of it?

7    A.       No.  This is three weeks later.  So I walked

8    in, I said, "I'm done.  I'm leaving, I'm taking my

9    projects.  At the negotiation table I'm leaving these

10   that I was using as a negotiating chip, and I'm

11   taking them with me."

12   Q.       What was the incident date at the Café?

13   A.       That was August 26th, 2016.

14   Q.       Did they threaten you?

15             MR. WATSON:  Objection.

16             THE COURT:  Overruled.

17             THE WITNESS:  Yes.  I told them, "I'm

18   leaving."  Thomas stood up like as soon as that

19   happened.  "That's it.  I'm filing criminal charges with

20   the USPTO for trademark infringement."  He had said it

21   off as if he was reading the law, and knowing I was

22   going to walk away.  That's how it felt to me.  He had

23   scripted this on his way there.

24   BY MS. LAVAN:

25   Q.       If you go to Exhibit 26, Page 334, is this a

                    Gregg B. Wolfe, RPR, CM
                         215-460-1511

1   text from Thomas Aloia on August 26th?

2                   THE COURT:  What page?

3                   MS. LAVAN:  Page 334, Your Honor.

4                   THE WITNESS:  Yes.

5   BY MS. LAVAN:

6   Q.      What does that say?

7   A.      His text at 7:06 p.m.  It recites a motion.

8   The TEAS treats infringement as a federal crime.  The

9   value is calculated under two parts, however.

10  Setting aside the purported value or loss value,

11  we're better off focusing on the value of our true

12  skills and value-added relationship and future work.

13  Q.      Was that one of the instances where he

14  threatened to file criminal charges against you?

15  A.      In my opinion, yes.  It doesn't actually say

16  in this one that he's going to file them.  However,

17  other communications that day, that meeting, and then

18  an E-mail shortly thereafter making demands upon me

19  did say or may have said, "In order to avoid criminal

20  prosecution."

21  Q.      Did you then, in your words, give Thomas

22  Aloia approximately $53,000?

23  A.      Yes.  I went home and, first, I like diffused

24  the situation because he not only said he was going

25  to accuse me of the crime of representing the company

                    Gregg B. Wolfe, RPR, CM
                       215-460-1511

1    that I thought I owned, but he said he was going to

2    accuse me of the crime.  He said he was going to

3    collude with my former business partner, Bill

4    Hessert, and take a picture of a business magazine I

5    was on.  He said, "I'm going to create a website with

6    the photo of your magazine cover, and I'm going to

7    put links to" -- he knew Bill Hessert had taken a

8    copy of my personal hard drive.

9              And he said, "I'm going to take all the

10   personal docs I can get off the hard drive and put links

11   on there."

12             He threw his hands up as if he was clever.

13             I'm saying, "What?  I'm walking away from a

14   negotiation."

15   Q.    Did you discover later that he colluded with

16   your partner who you were in dispute with at the

17   time?

18   A.    I did.  The two of them testified that they

19   started speaking.

20             THE COURT:  Who's "the two"?

21             THE WITNESS:  James Chester and Thomas

22   Aloia.

23             MR. WATSON:  Objection to Hessert.

24             THE COURT:  Don't tell us what Mr. Hessert

25   said.  He's not a party.  Tell me what Mr. Aloia said.

Gregg B. Wolfe, RPR, CM
215-460-1511

1          THE WITNESS:  Even though it was in his

2     deposition Tuesday?

3          THE COURT:  Yes, sir, he's not here.

4          THE WITNESS:  Mr. Aloia testified that he

5     contacted Bill Hessert in early October.  He said early

6     October, I believe, of 2010.

7          THE COURT:  2000 when?

8          THE WITNESS:  I'm sorry, 2016.

9     BY MS. LAVAN:

10    Q.    Was that the time when you were in a dispute

11    with Bill Hessert?

12    A.    Yes.  No, this is a year later, but the

13    dispute with Bill Hessert had been going on.  I had

14    recently filed a suit to enforce our prior settlement

15    agreement that Hessert hadn't paid on under that

16    time.

17         MR. WATSON:  The question was "did" or

18    "was"?

19         THE COURT:  Sir, you can't coach the

20    opposing witness.  The question was "did."  The

21    objection is to the form.  The objection is sustained.

22         And you answered it.

23    BY MS. LAVAN:

24    Q.    Even after the August 26th Café meeting, did

25    Thomas and John still try to get money from you?

1  A.      Yes, so I diffused what I thought was the

2  immediate situation.  We had this agreement in place

3  with John where, again, my dba would get the money

4  from the clients.  These came in wire transfers.  The

5  clients knew.  They kept making the wires, the same

6  payments to the same companies.  I would get the

7  money, subcontract all the work to Decus

8  Construction, Inc. which were not written contracts,

9  and Decus Construction, Inc. would subcontract out to

10 all the subcontractors who did everything.

11 Q.      Look at the E-mail on Page 41, I'm sorry, the

12 text.

13 A.      Yes.

14 Q.      It says "7:35," and I guess it was Tuesday,

15 September 13th, if you look at the page before.

16 A.      Yes.

17 Q.      What does that text say at "7:35"?

18 A.      "We're trying to avoid that scenario.  Maybe

19 enviable, however, John and I remain optimistic.

20 You'll make good on your promises."

21 Q.      At that time, were they still trying to make

22 you pay them money?

23 A.      They were trying to get me to give them

24 additional money, and they were trying to get me to

25 give them all the opportunities.  They were trying to

1    get me to close my existing business that I closed in

2    2013.  Thomas gave me a whole list of demands, and in

3    exchange for that the only thing for consideration is

4    that they not file civil or criminal charges.

5          I think he said, "Take other actions," which he

6    referenced the website he's going to create and had

7    stolen from my personal hard drive, put that up on the

8    Internet.

9    Q.    Were they offering to pay you anything for

10   those opportunities?

11   A.    The only thing that in theory otherwise

12   offered consideration was that I would get the

13   opportunity that they wanted to give me to be a

14   partner in their Decus Construction company.  So it

15   was "Take our offer and do all these other things and

16   we won't file charges."

17         But that offer would be for the consideration

18   of working in the company.  He didn't say they would;

19   affirmatively.

20         He said, "John and I will work towards doing

21   this," which at that point this crafty person I knew,

22   "No, that's not working towards it.  Am I going to trust

23   your promise" --

24   Q.    Did that threat come from your attorney,

25   Kevin Watson, as well?

```
 1                    MR. WATSON:  Objection.

 2                    THE COURT:  Sustained.

 3     BY MS. LAVAN:

 4     Q.      -- to file criminal charges against you?

 5                    MR. WATSON:  Objection.

 6                    THE COURT:  Sustained.  Unless you can show

 7     the communication.

 8                    THE WITNESS:  Do you have that letter?

 9                    MS. LAVAN:  I'll move back to that

10     communication.

11                    THE WITNESS:  I went to the police multiple

12     times and the FBI.

13                    MR. WATSON:  Objection.

14                    THE COURT:  There's no question.

15     BY MS. LAVAN:

16     Q.      Did you go to the police after that?

17     A.      I did.  I did go that day.

18     Q.      Which day are you referring to?

19     A.      August 26th.  I went that day and just spoke

20     to a detective briefly.  Didn't really do anything

21     because he said, "It sounds like a civil matter."

22            I said, "Whatever."  I was just flabbergasted.

23     The reason why communications were continued at all was,

24     A, me trying to allay these threats, trying to diffuse

25     it and slowly back out of somebody pointing a gun to my
```

1  head, like the equivalent.  Not necessarily the

2  equivalent.

3           But anyhow, I'm thinking how.  There's one of

4  these exhibits, I don't know which, is an accounting of

5  a job, the South Jersey CMO job that you'll hear about.

6  Under that accounting I referenced all the payments that

7  were made by the owner.  The money that I had already

8  paid out and how much of the subcontracts we can leave

9  with Decus Construction contract agreements and they can

10  essentially not give me the money back, but give me the

11  value of that money by paying the bills through their

12  entity.

13           That proposal was out there, and it sat.  I

14  paid my subcontractors here.  I paid you this and if you

15  pay all these line items, then it's close to how much

16  I've been paid in total.

17           So they could effectively pay it back by what

18  would otherwise be my bills for me.  If somebody says I

19  won't give you $100, but I'll pay your cable bill next

20  month, it felt like the same thing.  That's what they

21  offered.  They were asking for accounting documents.

22  Tell me what the outstanding obligations are.  Tell us

23  what all this is, and advice from counsel to give very

24  limited information and seek to get the money back.

25  Q.       And if you go to Page 18 of Exhibit 57 --

1    A.       Yes.

2    Q.       -- are these all text messages between you,

3    John and Thomas?

4    A.       Yes.

5    Q.       If you look at 3:31 p.m.

6    A.       Yes, on Thursday, October 13th, where Thomas

7    says, "Spoke to Bill."

8    Q.       What does Thomas say in the text message?

9    A.       Thomas says, spoke to Bill and Peace and a

10   less-than sign over justice.

11            I didn't know how speaking with somebody when

12   knows me to be in a heated dispute would create justice.

13   Q.       Did you find out later that they were working

14   together?

15                     MR. WATSON:  Objection.

16                     THE COURT:  If you say it calls for

17   hearsay.

18            Did one of them tell you they were working

19   together?

20                     MR. WATSON:  It's also leading, Your Honor.

21                     THE COURT:  Yes, rephrase it.

22   BY MS. LAVAN:

23   Q.       This text here, Spoke with Peace Justice.

24            What did you understand that to mean?

25   A.       That he was, in fact, following through with

                    Gregg B. Wolfe, RPR, CM
                        215-460-1511

1   his plan that he mentioned to me on August 26th to

2   get with my uncle, get access to all my stuff,

3   including a personal hard drive.  Every digital file

4   that exists was backed up from computer to computer

5   to computer, and then he was talking to him about

6   doing that and creating a website to try to defame

7   me.

8   Q.      The next page, Page 19, there is a text

9   message from you.

10          In that text message, you had proposed certain

11  terms, or did you propose certain terms?

12  A.      Yes, I did.

13  Q.      Were those to resolve the matter between the

14  three of you?

15  A.      Yes.

16  Q.      As part of that proposal, did you text them

17  and ask them to relinquish the $53,090.29 extorted

18  under the threats?

19          MR. WATSON:  Objection, leading.

20          THE WITNESS:  Would you like me to tell you

21  what this says?

22          THE COURT:  Yes, that's how we do that.

23          THE WITNESS:  I'm learning.

24      So I give them the terms of how I felt at that

25  time.  I believe at this time we were trying to get the

McHENAN - CROSS
93

1    attorneys to meet.  I was pushing, and Drew from my

2    attorney's office, Drew was telling me that he was being

3    evasive and kept pushing meetings.  Shortly after this

4    we had a meeting scheduled.  That meeting was canceled,

5    and then I found out they filed suit.

6             I'm saying, "I want the $53,000 back.  What did

7    I say?  I said, I want the $53,000 back under your

8    threats to file criminal charges, conspire with Bill to

9    engage in defamation and libel.  Form a website with

10   such intent."

11            I said, "Do that by Wednesday at noon, and

12   provide me acceptable release from Decus."  I went on

13   about a bunch of stuff about dropping what I thought

14   were criminal complaints for the extortion.  I thought

15   they were in complaints actually.  It turns out they

16   weren't.

17            So to the extent that I can clear that up, they

18   are not actual complaints.  They are criminal reports.

19   But I spent a number of hours with the Cherry Hill

20   Police who ultimately said it wasn't in their

21   jurisdiction and, since, federal investigators from the

22   FBI.

23   BY MS. LAVAN:

24   Q.     Down at the very bottom about a text at

25   8:00 p.m, it says something to the effect -- "Do the

                    Gregg B. Wolfe, RPR, CM
                        215-460-1511

1    above and I'll waive."

2              You indicated that you were owed $9,055.54?

3    A.      I said, "I'll waive the $9,005.54 owed to me

4    from the consulting agreement, and you can even keep

5    the approximately 22,000 advance," on work not

6    performed for the data center that I had given them.

7    Q.      Is that the 21, 22,000 that you were

8    referencing?

9    A.      21,443 that I paid them.

10   Q.      That was the testimony that you gave to them?

11   A.      Yes.

12   Q.      Their text comes next.  It says, "Mark,

13   please direct all correspondence."

14             What does that say?

15   A.      "To an attorney."  He says I'm a criminal.

16   This is Thomas.

17             He said, "Mark, please direct all

18   correspondence to our attorney, Kevin Watson.  You've

19   been told on numerous occasions.  You are a criminal.

20   We exposed you for what you are and have plenty of

21   proof, forgeries, misrepresentations, embezzlement, et

22   cetera, et cetera."

23   Q.      Did they continue to threaten you?

24   A.      Yes, through counsel, which actually

25   surprised me and some others.

Gregg B. Wolfe, RPR, CM
215-460-1511

1    Q.      Exhibit 58, is this one of the draft

2    shareholders agreements that they had E-mailed to

3    you?

4    A.      This is the one that I received, I believe.

5    I'm fairly certain it's marked 701 up in the top

6    right.  This is the one that I referred either

7    February 18th or 26th, the first time I received a

8    draft shareholders agreement.  As you'll see this

9    document, it says "This agreement made this blank day

10   of blank 2016 by and between," notably 2016, not 2015

11   when they say they formed the entity.

12           "Whereas, the shareholders are the owners of

13   all of the outstanding shares of an asterisk, an

14   asterisk corporation hereinafter the company."

15           And then it has "shareholders," no names, a

16   number of shares.

17           I took this to mean that in 2016 there was an

18   existing shareholders agreement in place that says 2016,

19   and that this document represents the formation of a

20   shareholders agreement.

21   Q.      At a later time, did Thomas represent that he

22   and John had a written shareholders agreement or

23   agreement of some sort?

24   A.      They both referenced that they did one in

25   their depositions.  They now say that they did one in

1    2015.

2    Q.      That was news to you?  Was that news to you?

3    A.      At that point in their depositions, nothing

4    would be news to me.

5    Q.      You were not aware of any executed agreement

6    between John and Thomas?

7    A.      No.  In fact, the documents like this

8    explicitly reference that it didn't exist.

9    Q.      If you look at Exhibit 59, it's an E-mail

10   dated May 1st, 2016 from John Sciotto to Thomas Aloia

11   and Mark Heenan.

12   A.      That's correct.

13   Q.      Does that E-mail outline some of the

14   intentions between the three parties at that time

15   frame?

16   A.      So this is the end of April.

17           THE COURT:  What document, counsel?

18           MS. LAVAN:  Sure.  It's Exhibit 59.

19           THE COURT:  Thank you.

20           THE WITNESS:  So this document, my E-mail,

21   put comments into my E-mail below.  This is April 29th.

22   My last invoice for the Brewerytown project was the

23   28th.  So Thomas had sent something about or said

24   something about -- let me see the prior.  Here, this is

25   April.  "Mark, correct.  We did discuss getting you

                   Gregg B. Wolfe, RPR, CM
                        215-460-1511

1    payment for the time spent on Decus projects, and I'm

2    happy to cut you a check for that time.  We also

3    discussed our partnership, and that it had to be equal

4    to all parties."  He said, "You either want to a partner

5    or an employee.  You can't have it both ways."

6    BY MS. LAVAN:

7    Q.      What page is that?

8    A.      That's at the top.  It says "0723."

9    Q.      And what paragraph?

10   A.      It looks like an E-mail transmission from

11   Thomas talking about the partnership that it had to

12   be equal for all parties.

13   Q.      And so if you're looking at this E-mail,

14   there were comments going back and forth between all

15   of you?

16   A.      Right.

17   Q.      What is it that John says to you on the

18   second page down in the second paragraph starting,

19   "I've been pretty open to this."  And then it says

20   "period, as we discussed."

21           What does that say?

22   A.      Second paragraph, I was talking about -- I

23   understand there's a partnership opportunity.  Every

24   opportunity I brought.

25   Q.      It starts with "As we discussed"?

1    A.       Yeah.  John says, "As we discussed, we would

2    open a new entity, which Thomas has done, that is

3    free of legal issues.  I believe referencing all that

4    their -- MM lawsuits, probably multimillion dollar

5    lawsuits they had against them.  The Liberty lien

6    they had on the Brewerytown project had gone awry.

7            He said, "I made suggestions working together.

8    The proposal presented back was fairly one-sided by

9    Mark.  I'd like to move forward in an open and equal

10   forum.  We need to operate this way.  Open and equal

11   forum notably.  I need to operate this way, or it's

12   pointless to continue."

13   Q.       In reference, where it says "As we discussed,

14   we would open up a new entity," is that the

15   conversation that you were talking about earlier in

16   your testimony?

17   A.       November 24th, 2015.

18   Q.       If you go two paragraphs below that, where it

19   starts "We have a new clean entity," can you read

20   that?

21   A.       Where are you?

22   Q.       I'm four paragraphs down, middle to end of

23   the paragraph.

24   A.       Yes.

25            THE COURT:  Who is saying this?

                    Gregg B. Wolfe, RPR, CM
                        215-460-1511

1              THE WITNESS:  So this is from Sciotto, who

2       was chiming in on a conversation.

3              THE COURT:  What does he say?

4              THE WITNESS:  My impression was that he was

5       talking about me bringing up the fact that I'm the only

6       one doing anything in this new company.  We are at the

7       end of April.

8              He said, "I didn't want to get into a

9       back-and-forth about honoring commitment and who is

10      doing what on a daily basis."

11             I wouldn't want to at that point if I was him.

12      We have a new clean entity for us to move forward with

13      or not.

14      BY MS. LAVAN:

15      Q.      Was that your understanding that they had

16      formed an entity with all three of you being

17      partners?

18      A.      Like absolutely.  There were references, just

19      like seeing this, that can move forward.  To me, my

20      impression of that was that this was the collective.

21      There would probably be places if you dissect things,

22      it will look like, see how I used -- they'll find the

23      crafty words.  But overarching representation of

24      everything is that they had formed it with me as a

25      partner, and then so I carried on that way.

1             This is a new company.  This supposition that I

2   wasn't to brag about being part of a brand that didn't

3   exist last week is crazy to me.

4                 MS. LAVAN:  Your Honor, when is our next

5   short break?

6                 THE COURT:  2:30.

7                 THE WITNESS:  There's a notable thing here.

8                 THE COURT:  There's no question.

9   BY MS. LAVAN:

10  Q.    Mr. Heenan, at some point, did Thomas or John

11  interfere with your relationships?  And if so, which

12  ones did they interfere with, your projects?

13                MR. WATSON:  Objection, leading.

14                THE COURT:  No, overruled.  The problem is

15  it's duplicative.

16            Do you believe there's a claim that somebody

17  interfered with the business relationship?

18                THE WITNESS:  Yes.

19                THE COURT:  Which ones, if any?

20                THE WITNESS:  A number of them

21  subsequently.  I'll start with Gloucester Data Center,

22  because that's very clear and small party.  The

23  Gloucester Data Center project, as I said, I had been

24  involved in the projects at that property since 2011.

25  The owner of the LLC that was developing it at that

1   time, I think my relationship with him began in 2011 or

2   2012.  The solar world is a small market.

3           So we've been working together for years and

4   years.  Then with this project, when I left the

5   partnership with my uncle, this guy, I actually told --

6   can I say what I told him?

7              THE COURT:  What you say is fine.

8              THE WITNESS:  I actually told him that I

9   wouldn't contract with him right away for the solar work

10  because I didn't want to create any muddy area with my

11  uncle.  At the end of this, Decus -- I was getting phone

12  calls, you know, and wasn't answering at first.

13          And I said, "I'm not taking it.  I don't want

14  to fight with Bill about me taking opportunities right

15  now."

16          There were hard existing opportunities.  When

17  it's done, it's done and that's a different story.  But

18  we were still in negotiations together then.

19  Ultimately, he reached out to me, and I can't quote him,

20  but he reached out and obviously came with Decus -- you

21  know, wanted me to help him develop the solar project

22  and the data center project with me because I knew

23  everything about the properties and everything else.

24          So when I was involved with Decus again, he

25  knew about my uncle's and my uncle had been giving him

102

1    some problems.  I can't say problems.  Don't let me

2    misrepresent that.  He didn't want to be involved with

3    my uncle.  So he hired me to work for him and with him

4    on both.  That went on.

5            We are still developing, getting all the

6    approvals, doing the design into late -- there was a

7    time in either late August, early September, right after

8    their -- I don't know that I can characterize it as

9    extortion, but right after -- I'll call it a shakedown,

10   if that works.

11           THE COURT:  Is this the Café meeting?  Call

12   it the Café meeting.  August 26th, 2016.

13           THE WITNESS:  Right after that meeting,

14   shortly after that meeting, he was trying to get ahold

15   of me and I was just not wanting to address this issue.

16           MR. WATSON:  Objection, Your Honor.

17           THE COURT:  What was the interference?

18   BY MS. LAVAN:

19   Q.      How did they interfere?  How did he interfere

20   with that contract?

21   A.      I would say the single most critical thing

22   that they did was knowing that they didn't have a

23   valid contract or change orders.  There were no

24   executed change orders.  I can't speak to the

25   construction lien law.  Somebody else can do it for

1   me.

2        You need an executed contract to lien a

3   property, as I understand it.  Any dollar value or

4   anything you're claiming has to be on a piece of paper

5   that's fully executed by both parties.  They knew that

6   they didn't even have a valid contract on it.

7        B, there were no executed change orders that

8   they had any evidence of.

9        And, C, that they had done nominal work at all

10  over these eight months.  But they took one invoice that

11  they found that was between me and my client, the owner.

12  They point to that invoice, and they filed a lien on the

13  property.  It was in negotiations, and he had the

14  property under contract.

15       Their lien, as it stood there and may still, is

16  what completely killed the project because the owner

17  couldn't close on the land.  No investment, no investors

18  wanted to touch a project that has 100-something-dollar

19  lien on it.

20       And so now the project that I've been working

21  on for years is totally dead of because the approvals

22  for the solar in the State of New Jersey.  You can only

23  get the approval once on a particular property and

24  address and tie-in point.  It expires a year later.  So

25  you had to have that built in a period of time, and

1  their lien prevented the closing on all those

2  agreements.

3  Q.     So what is your estimate of the value of that

4  contract had it gone through?

5              THE COURT:  To who?

6              THE WITNESS:  The Gloucester Center

7  project?

8              THE COURT:  To who?

9  BY MS. LAVAN:

10  Q.     To you.

11  A.     As the builder, so there's no dispute, I can

12  tell you what they valued it at.  I think they valued

13  the profit as about four-something million,

14  4.2 million.  However, I'm working off of John's

15  estimate.  It was for a building 50-percent too

16  large, so say about 2.4 million on that job.

17  Q.     So had that contract gone through, the value

18  to you would have been 2.4 million; is that right?

19  Minus expenses?

20  A.     Potentially.  No, the contract value would

21  have been upward of 4 million.  I'll call it gross

22  profit respective of overhead and profit.

23  Q.     So we're clear, what would the gross profit

24  have been to you had that contract gone through?

25  A.     Again, the owner and I set the contract up in

Gregg B. Wolfe, RPR, CM
215-460-1511

1   a specific way for a specific reason.  I can't say

2   for certain that it would have been 100-percent my

3   company.  But I think about $2.4 million for the

4   project that would have been built out over 18 months

5   would have been the gross profit.

6   Q.      That project, did that project ever go

7   through?

8   A.      No, because of their lien.  Destroyed all the

9   transactions.

10  Q.      What other projects were not performed

11  because of John --

12  A.      The South Jersey CML.  They claimed that I

13  owed them money, but I don't know how.  It was a

14  manufacturing facility in Bellmawr that I referenced

15  with you.  So I did that project.  There was an

16  expansion to that project, a phase two.  It was about

17  a half-million-dollar job.  I think I estimated like

18  $35,000 or so in profit on that.

19           They also intended to put a solar installation

20  up on the roof that was about a million-dollar

21  installation, which would have profited about $100,000

22  off of that.  One of the owners of that CML also owned

23  and owns and develops a bunch of Dunkin' Donuts, which

24  we'll reference, I'm sure.  That owner subsequent to

25  them filing a lien also on the South Jersey CML Project,

1    despite the fact that the owner had even put them on

2    notice, we have a contract with Heenan Holdings.

3           The owner put it in writing in response to

4    their attorney, and then they filed a lien saying they

5    don't have a contract.  They say they don't have a

6    contract, but they want to lien the property, until

7    those opportunities for the Dunkin' Donuts got squashed

8    also.

9    Q.     How many Dunkin' Donuts?

10   A.     There were two referenced at the time.

11   Again, there were ten people who owned the

12   manufacturing facility, and I've gotten to know them

13   a lot better.  I knew their business manager and a

14   couple people back then at the time.  I executed the

15   formation of an LLC for a project in Trenton, New

16   Jersey for which we got an $11 million grant.

17          The documents I put together were used in my

18   testimony, used as an $11 million grant for moving a

19   manufacturing facility into Trenton.  I signed the

20   operating agreement, but the whole thing fell through

21   because so many of the partners were partners at the

22   CML.

23          Even though we were awarded the grant, we were

24   awarded $11 million to build an $8 million facility.

25   $11 million came over ten years, but that hasn't moved

1  forward for me at least in part or largely, I could say,

2  solely because of the liens that they filed on who were

3  my new partners and this other manufacturing

4  development.

5          People I'm associated with filed liens

6  improperly and created a bunch of headaches and costs

7  for people who I'm getting into a partnership with, and

8  it doesn't happen.  And then I'm out.

9          Then there was a hotel in Delaware that Sam

10  Patel actually had me draft the contract and hand it to

11  him and we had a handshake agreement in front of Wayne

12  Atchley who will testify today or tomorrow, I suppose.

13  Sam told me, "We got a deal.  Send the contract."

14          Sam, after their lien subsequently said I

15  couldn't do that.

16                  MR. WATSON:  Objection.

17                  THE COURT:  Yes, it's hearsay.

18                  THE WITNESS:  I requested and provide an

19  executed contract for the project for a hotel.  I think

20  it was about a $4.2 million hotel.  Then their lien is

21  filed.  Now, months and months and months later, I do

22  not have a contract for that.  Why?

23  BY MS. LAVAN:

24  Q.     Any other projects --

25                  THE COURT:  Before we get to the other

Gregg B. Wolfe, RPR, CM
215-460-1511

1    projects, let's take a break.  It's 2:30.  We'll come

2    back and hear about the remaining projects.  Let's take

3    a ten-minute-or-so break.  The snack bar is also open at

4    this stage.  You're welcome to go to the snack bar and

5    then come back up.

6                (The jury exited the courtroom at

7    2:30 p.m., at which time there was a recess held.)

8                (The Court resumed the proceedings at

9    2:45 p.m.)

10               THE COURT:  We were talking about various

11   types of what you believe to be interferences, and

12   counsel is going to the next thing so this was a good

13   time to break.

14        Let's continue, Ms. LaVan, with the examination

15   of Mr. Heenan.

16   BY MS. LAVAN:

17   Q.     Are there any other projects or jobs that you

18   lost personally because of John Sciotto or Thomas'

19   interference?

20               MR. WATSON:  Objection, Your Honor.  They

21   are not parties to the case.

22               THE COURT:  Yes, true.  Sustained.  Caused

23   by this defendant.  You have to rephrase the question,

24   the conduct of those two individuals not in the case.

25               MS. LAVAN:  Your Honor, can we address that

1    at sidebar?

2              THE COURT:   You can certainly address it.

3    This will be one time I let this happen.   I'll do this

4    quickly.

5              (Sidebar conference was held.)

6              THE COURT:   The question was raised as to

7    the two individuals.   The question is better phrased

8    through the companies versus the individuals?

9              MS. LAVAN:   I have the waivers that I sent

10   to Mr. Watson, a waiver that he accepted service.

11             THE COURT:   But you never filed them, so

12   they are not in the case, right?   You may have gotten

13   the waivers that that's good, but someone should have

14   filed them.   So now there's not enough notice for them.

15        Moreover, it's confirmed by the fact that not a

16   single pleading in this case by the defendants included

17   a third-party defendant's response, which would have

18   been curious on the issue.   So you are clearly on notice

19   that they believe they were not in the case.

20             (Sidebar conference concluded.)

21   BY MS. LAVAN:

22   Q.     I'll rephrase that question.

23        What other projects do you believe that you

24   lost because of Decus' interference?

25   A.     Specific projects?   I don't know that I can

                    Gregg B. Wolfe, RPR, CM
                         215-460-1511

1    say.  On the Trenton CML, there was an investor that

2    I met with, and I met with one of my partners,

3    another investor.  It was after some of the things

4    that happened, and he was looking at a document again

5    that had been created.  I had done renderings of the

6    things.  There was the Decus logo on the renderings

7    down at the bottom of the pages.  He said to me --

8                    MR. WATSON:  Objection.

9                    THE COURT:  Sustained.

10                   THE WITNESS:  The conversation came up

11   about any affiliation with them, and I said no.  That

12   was at the beginning of the conversation.  I believe

13   that's what allowed the conversation to continue that I

14   didn't have any affiliation with them.  I have an issue

15   with that fact.

16                   MR. WATSON:  Your Honor --

17                   THE COURT:  I'm going to renew that

18   objection.

19        Is this somebody speaking to you where you

20   turned down a contract?

21                   THE WITNESS:  No.

22                   MR. WATSON:  He's trying to get at it a

23   different way, saying the communication and now they

24   have the substance of it.  I would move to strike.

25                   THE COURT:  No, no.  The law is exactly the

Gregg B. Wolfe, RPR, CM
215-460-1511

1    opposite on hearsay and tortious interference.  The

2    question has to be asked the right way.  The question

3    was not asked the right way yet.  To get to the

4    question, it could be offered to prove the tortious

5    interference but to prove what happened in a general

6    event.

7             Sir, don't tell us what somebody said.  Tell us

8    what happened.  You can't say what somebody said, but

9    you can tell us what happened.  I have to wait until the

10   question is posited now.

11            MS. LAVAN:  Thank you, Your Honor.

12   BY MS. LAVAN:

13   Q.     Mark, tell us what happened in this

14   particular project that you are referring to.

15   A.     Again, there was an investor that was looking

16   to come into the Trenton CML, the one that I referred

17   to where we had gotten the grant and ADP, because

18   it's actually a tax credit, and the grant is awarded

19   over ten years.  So ADP being a payroll company.

20   They take that tax rate credit and liquidate it, give

21   us the money up front and use that tax credit over

22   the ten years.  So the investor was going to

23   participate in that.

24            When I walked into a meeting about the project,

25   they started the meeting with -- first off, I actually

1    knew them locally because they develop a lot of

2    properties in the Philadelphia area on the PA side of

3    the bridge.  It was in PA.  They said, first of all,

4    "What is your involvement with them?"

5                    MR. WATSON:  Objection.

6                    THE COURT:  Sustained.

7    BY MS. LAVAN:

8    Q.       Did you lose that construction project?

9    A.       I am not constructing that project, and I'm

10   no longer a shareholder because on that project part

11   of my profits were how I earned my equity in the LLC.

12   Q.       About how much was your loss?

13   A.       My equity position was going to be $400,000.

14   Gross profits anticipated on the project were

15   anticipated to be about $650,000, I believe.

16   Q.       Was this the solar portion?

17   A.       No.  This was the Trenton CML, the

18   manufacturing facility in which we were pushing

19   around the operating agreement for it.  That

20   operating agreement, again, I signed it and other

21   parties who are also members of the South Jersey CML

22   refused to sign it with me on this after Decus' lien.

23   Having drafted it with me on there before Decus'

24   lien.

25   Q.       What is the lost profits on the Gloucester

1   Data Center?

2   A.      Again, I can't speak to it.  Because the role

3   we would play in the project wasn't really clearly

4   defined, I can't say.  There are a lot of ifs there.

5   If I had gotten the contract to build it as the sole

6   contractor, as the sole design build contractor,

7   there probably would have been about $2.4 million.

8          Had I continued it in owner's representation

9   capacity as an owner's rep where I'm just helping them

10  coordinate the architect, the contractor and the design

11  professionals and everything, that would have probably

12  been just on what we had proposed for the stuff that

13  Decus filed a lien in association with, but was never

14  done, that went to $170-some-thousand on that and that

15  was just before we started the project, it probably

16  would have been about another 4 or $5 million.

17  Q.      What about the lost profit on the Gloucester

18  Solar Farm?

19  A.      That, according to this estimate that I

20  prepared, I spoke about it earlier.  This one is 12,

21  according to this estimate.

22              MR. WATSON:  What exhibit number?

23              THE WITNESS:  Exhibit 12, 0376.  Gloucester

24  Solar, the fee would have been $876,000.06 -- $631.27 at

25  the time of this estimate, plus the general conditions

1    have value as well because that's the money that you use

2    to keep a business running.  The fee is the profit is at

3    the bottom line, if you will.

4                    MS. LAVAN:  Mr. Heenan, that's all I have

5    for you.

6                    THE COURT:  Mr. Watson, do you wish to

7    redirect?

8                    MR. WATSON:  We do, Your Honor.  We need a

9    couple of minutes to set up the screen.

10                   THE COURT:  This is called recross, ladies

11   and gentlemen.  The witness comes up on cross, they can

12   get direct and then the opportunity comes back to

13   recross, which is an opportunity to cross-examination

14   based upon anything that was said in the direct

15   examination, and then Ms. LaVan will have an opportunity

16   to do redirect, about limiting the scope of anything

17   that is addressed now.  We narrow it down, but anything

18   that was addressed by Ms. LaVan, Mr. Watson can address.

19                   REDIRECT EXAMINATION

20   BY MR. WATSON:

21   Q.      Good afternoon, Mr. Heenan.  How are you

22   today?

23   A.      Tired.

24   Q.      Me too.  You said you would have received all

25   of these profits on all of these projects but for the

Gregg B. Wolfe, RPR, CM
215-460-1511

1    mechanics liens that were filed on unrelated

2    projects, correct?  Yes or no?

3    A.      Defined "unrelated."

4    Q.      I hear what you're saying.  Not on the South

5    Jersey CML Project.

6    A.      The second phase was related.

7    Q.      Right, but had those liens not been filed by

8    my client, you're saying that you would have received

9    all these projects, correct?

10   A.      I believe, and, again, we get to contributing

11   factors.  In some instances the largest contributing

12   factor, but the sole contributing factor to not be

13   working on those are Decus' actions, including their

14   liens but not limited to their liens.

15   Q.      You talked about liens.  I'm not sure that

16   we've talked about the other actions.

17           But let me ask you, do you have any

18   communications, whether it be E-mail, a letter or a

19   text, from these project owners saying that because of

20   those liens we're not giving you the job?

21   A.      I may have a significant amount as we tried

22   to admit to evidence this morning.  There were a

23   bunch of E-mails at the time that Aloia --

24           MR. WATSON:  Objection, Your Honor.  He's

25   talking about things that are not in evidence.

 1                    THE WITNESS:  I say I may have a bunch, and

 2      I don't know to the extent that that's objectionable.

 3                    THE COURT:  Stick to the answer of the

 4      question.  It's hard on cross-examination.  Switch your

 5      gears a little bit and just answer the question.  For

 6      example, if you're holding a deck of cards and I say,

 7      "Do you have a two of Clubs," you don't come back and

 8      say, "No, I have a two of Heart."  You would just say,

 9      "No, I have don't have a two of Clubs."

10      BY MR. WATSON:

11      Q.       Have you produced in any litigation any

12      documents, be it an E-mail, a text, or a piece of

13      correspondence, from these owners saying "We're not

14      going to give you the job because of the liens"?

15      A.       Not explicitly in those words.  However, it's

16      strongly suggestive of that.

17      Q.       What would that be?

18                    THE COURT:  What documents would they be?

19      BY MR. WATSON:

20      Q.       Yes.

21      A.       There's a text message from Alex Lemus

22      regarding the Gloucester Solar and Data Center

23      project.  It was the lien was filed or something.

24              He said, "This is a big problem.  First, I had

25      to pay $50,000 to get rid of an engineer.  Then your

                    Gregg B. Wolfe, RPR, CM
                        215-460-1511

1    uncle wanted $25,000 to get rid of them.  And now this."

2    Q.      Can you pull that up?  Do you have it in your

3    documents?

4    A.      I don't recall exactly what exhibit.  I'm

5    sure you know it exists, and if you really cared to

6    look at it --

7    Q.      I've seen it.  I want to get it in front of

8    the jurors now, so that they can see exactly what

9    you're talking about.

10            Can you go to 103?

11   A.      Certainly.

12   Q.      This is an E-mail dated October 16th from

13   Trish Pappano.

14            Trish Pappano worked with Alex Lemus, correct?

15   A.      You must represent the E-mail.

16   Q.      I'm sorry.

17            It's from Alex to Trish, correct, with a copy

18   to you?

19   A.      Yes.

20   Q.      Trish Pappano worked for Alex, correct?

21   A.      On the Gloucester --

22   Q.      Strike that.  It's not important.  She'll be

23   here to testify.

24            So when Alex sent you an E-mail, high

25   importance, on October 16th, 2016, Mark, "This is

1    outrageous.  You need to take care of your mess.  Your

2    mess.  I have to pay $25,000 to get away from your

3    uncle, Mr. Hessert."

4              Correct?

5    A.      I presume that's who he wanted to get away

6    from.

7    Q.      "50,000 because nobody paid DDM."

8              Who is DDM?

9    A.      DDM is the civil engineer who worked for the

10   developer before me.

11   Q.      He thought that was your mess.  He said,

12   "This is outrageous.  You need to take care of your

13   mess."

14   A.      He didn't say it was my mess.

15   Q.      "And now this," correct?

16   A.      He didn't say --

17   Q.      Does he say "I am not giving you any more

18   projects" because of the lien of Decus?

19   A.      Not in that specific E-mail.  In a specific

20   way.  However, it strongly is suggestive, and I think

21   you're trying to be --

22   Q.      But you think it says that through suggestion

23   or implicitly?

24   A.      I think he's referencing my mess as ever

25   being involved with them and their claims to be

1    involved in their project.

2    Q.     Let's go back to these profit calculations

3    from the jobs you lost.

4           Were any of these contracts executed?

5    A.     Yes.

6    Q.     Which ones?

7    A.     The contract for the Central Jersey CML, the

8    project in Trenton that was executed, as well as the

9    ownership agreement.  So the contract between my

10   company and Holdings and Central Jersey CML LLC was

11   executed, as well as the operating agreement of

12   Jersey CML LLC of which I was given 6 percent, which

13   I had received an $11 million grant.

14          Let me think off the top of my head.  Dunkin'

15   Donuts project.  No, no other ones were executed other

16   than those two.

17   Q.     Dunkin' Donuts and the Central Jersey CML

18   LLC?

19   A.     Dunkin' Donuts was not.

20   Q.     Central Jersey CML LLC, and what was the

21   other one?

22   A.     The Dunkin' Donuts was executed, but it was

23   completed.  The work was completed.

24   Q.     So you didn't interfere in that contract.

25          You completed it?

1   A.      It was interfered in, yes.

2   Q.      But you completed the job?

3   A.      Ultimately I did.

4   Q.      They didn't pull out because of Decus,

5   correct?  They didn't decide to walk away from you

6   because of Decus?

7   A.      I believe they did.

8   Q.      I thought you said you completed the job?

9   A.      To walk off of not that specific project, but

10  the owner was also the owner of the Dunkin' Donuts

11  project, the CML, but the subsequent ones he did.

12  The Mt. Laurel project he did.

13  Q.      So the Central Jersey CML LLC contract, you

14  had a written contract in hand?

15  A.      Central Jersey, yes.

16  Q.      How much was that for?

17  A.      It was an owners representation project with

18  an initial estimated budget, I believe.  My contract

19  would be as construction manager as cost plus fee.

20  So what you do --

21  Q.      No, no, no.  How much was that contract for?

22  A.      A minimum of $400,000.

23  Q.      So let's make it easy.

24          Can you just pull up the contract in the

25  exhibits?

```
 1   A.        I don't know when it is.

 2   Q.        Is it in there, the Central Jersey contract?

 3   A.        I haven't seen all the documents.

 4   Q.        Have you produced it in this litigation, sir?

 5   A.        I haven't seen all of the documents that were

 6   produced.  I just found out two days ago that a lot

 7   of documents that your clients should have as well

 8   were not produced, and it appears were moved by

 9   Bill Hessert when he hacked into my E-mail in the

10   beginning of November when he was talking to them.

11                 MR. WATSON:  Objection.

12                 THE COURT:  You have to answer the question

13   about this.

14                 THE WITNESS:  Don't know where it is.

15                 MR. WATSON:  If you can find it, let us

16   know.  I'll represent to you that they are not in these

17   documents.

18   BY MR. WATSON:

19   Q.        When this contract was executed and they

20   decided to walk away because of Decus, is that your

21   testimony under oath?

22   A.        It is mine, and there will be others.

23   Q.        When they decided to walk away, did they send

24   you a termination letter saying, "This is why we are

25   walking away"?
```

1   A.      No, because they haven't terminated it.

2   Q.      I'm sorry, I thought you said you lost the

3   contract?

4   A.      They've notified me that I won't be building

5   it.

6   Q.      Because of Decus?

7   A.      Yes, specifically.

8   Q.      There's a notice out there, written notice,

9   that says, "We're not going to build this

10  multimillion-dollar project because of Decus."

11          Is there a letter out there?

12  A.      You're mischaracterizing that.

13  Q.      You're the one saying --

14  A.      Not that they are not going to build it in

15  general, but that I'm not going to build it.

16  Q.      So you're not going to build it.

17          You've been terminated, right?

18  A.      The formal termination hasn't come through.

19  Q.      Is it suspended, or is it terminated?

20  A.      I've been provided notice that the

21  termination will come.  So you tell me.

22  Q.      Where is that written notice?

23  A.      Again, the notice isn't written in such

24  explicit terms.  However, you'll get testimony on it

25  tomorrow, I'm sure.

Gregg B. Wolfe, RPR, CM
215-460-1511

1   Q.      Is there a written notice?  You just said

2   that there is written notice.

3           Is there, or isn't it?

4   A.      I tried to clarify.

5               THE COURT:  I'm sorry.  It came across that

6   way.

7   BY MR. WATSON:

8   Q.      Is there a written notice, or isn't there?

9   A.      There is not written notice.  I provided

10  notice.

11  Q.      So now there's not written notice.

12          But you were provided --

13  A.      I said, I was provided notice.  I could

14  provide you notice right now that I want to drink my

15  water.  I don't say that intending to be clever or

16  crafty.  I think you're trying to frame me as such.

17  Q.      Mr. Heenan, let's go to August 26th of 2016

18  in the Café.

19          I'll take you there.

20          Was it on the second floor with Mr. Aloia and

21  Mr. Sciotto?

22  A.      It was.

23  Q.      Were they there before you got there?

24  A.      I don't recall.

25  Q.      Were you there with a check in your pocket?

Gregg B. Wolfe, RPR, CM
215-460-1511

1  A.      I was not.

2  Q.      And so when did you get the check?

3  A.      After that meeting I drove straight home,

4  grabbed some documents that they had demanded and

5  went to the bank, got a cashier's check.  I don't

6  recall whether I stopped at the police station before

7  or after going to the Café that they then took me

8  into a back room.

9  Q.      So you got threatened?

10  A.      Most certainly.

11  Q.      Did you fear for your personal safety?  Was

12  it a physical threat?

13  A.      There was an element of that.  They ushered

14  me up into some little corner joint, I'll call it, in

15  Brewerytown, like in an underdeveloped neighborhood

16  at the time in Philadelphia.  They took me up into

17  the second floor, down a hallway and into what looked

18  like a conference room and they are both following

19  me.  Then closed the door.  I walked around the table

20  and sat there.  It was the two of them as an imposing

21  situation.

22  Q.      But you got up and drove to the bank?

23  A.      No.  That was not at the Café.  It was later.

24  Q.      I'm confused.

25          Was this on August 26th?

Gregg B. Wolfe, RPR, CM
215-460-1511

1    A.      Yes.

2    Q.      When did you first meet with them?

3    A.      In the morning.

4    Q.      Did you at that point have a check?

5    A.      No.

6    Q.      So later you brought a check?

7    A.      As I said, I drove home, and I went to the

8    bank.   Remember that part?

9    Q.      Yes, excuse me.   I'm older than you.   My

10   memory is not as fresh.

11           At the morning meeting, were you threatened?

12   A.      That's when I was threatened.   That's when I

13   was threatened.

14   Q.      You were threatened but not enough to driving

15   to the bank to get cash, right?

16   A.      I didn't get cash.   A cashier's check.

17   Q.      A cashier's check.

18           It didn't keep you from driving to the bank,

19   correct?

20   A.      It wasn't a physical threat at the time.

21   Q.      But it was a psychological threat.   You

22   thought they were going to sabotage you, defame you

23   and all of those elements were articulated at the

24   morning meeting, correct?

25   A.      Said in no uncertain terms, if that's what

1   you mean by "articulate."

2   Q.      Why didn't you drive to Ms. LaVan's office

3   and say, "These guys want $53,000.  What did can you

4   do to help me?"

5   A.      She said, "Go to the police."

6   Q.      When you went to the police, did they say

7   "Get the check"?

8   A.      No.

9   Q.      Why did you get the check?  Why didn't you

10  just drive away?

11  A.      They told me including in an E-mail while I

12  was doing this, in an E-mail from Thomas in which he

13  asked or he said, "In order to prevent criminal,

14  civil and other actions against you," I needed to do

15  this, which the payment that they requested wasn't

16  $53,000.  It wasn't a certain amount.  They said to

17  give all the money in all my accounts.  I figured I'm

18  going to make up some crazy number and just give it

19  to them, because I don't know what the heck is going

20  on there.

21  Q.      They obviously thought they you had done

22  something wrong, right?  They thought you had owed

23  them money because you had done something to them,

24  correct, or they wouldn't have asked for this, right?

25  A.      They saw what I had brought to the

1    negotiating table.  Opportunities walking out the

2    door.

3    Q.      But again, you went and you got the cashier's

4    check and you handed it to them, right?

5    A.      I handed it to Thomas specifically.  Let's be

6    clear about that.

7    Q.      Why didn't you cancel it later?

8    A.      It was a cashier's check.

9    Q.      You can't cancel a cashier's check, did you

10   know that?

11   A.      No, I did not.

12   Q.      Did you look into canceling a cashier's

13   check?

14   A.      I always thought you couldn't cancel a

15   cashier's check, but at the same time Thomas was very

16   specific it had to be a cashier's check.

17   Q.      Police told you it's a civil matter.

18           They weren't going to get involved?

19   A.      At the time, they did.

20   Q.      Did they ever press charges against my

21   clients or Decus?

22   A.      The last meeting was Tuesday, so I don't

23   know.

24   Q.      This past Tuesday?  What did they tell you?

25   A.      They were just asking questions before

1   Bill Hessert's deposition.

2                  MS. LAVAN:  Objection, hearsay.

3                  THE COURT:  No, overruled.  That's not

4   hearsay.

5   BY MR. WATSON:

6   Q.     You called the FBI on my client.

7          You did that a year or so ago, right?

8   A.     No, I didn't call them a year or so ago.

9   Q.     When did you contact the FBI about this

10  matter?

11  A.     I don't recall if they were involved in a

12  conversation or what.  I know I had to do a

13  significant amount of reporting on October 5th, when

14  my E-mail account was hacked into on my company

15  E-mail, and corporate accounts were hacked into.  I

16  don't know.  The detectives are at different points,

17  the detectives or FBI.

18  Q.     We have to take your word, because there's no

19  paper that you produced that there's an open FBI

20  investigation against Decus, correct?

21  A.     Not from the FBI.  That would be a weird

22  thing to produce.

23  Q.     Letters to you?  You would have to produce

24  them in this unless they were confidential.

25  A.     I don't have letters to me.  Cherry Hill

1    Police Department has all the police reports that I

2    filed each one of these days that I would get these

3    threats.  I would drive straight to the police

4    station and file a report, with the sole exception of

5    that one when I left with my head down because the

6    police said, "It's not our jurisdiction."

7           It happened in PA, not Cherry Hill, the town I

8    live in.  They said, "It's not from our jurisdiction."

9           I was speaking to my attorneys, "And so where

10   do we go from here?"  I was also trying to give them a

11   way to work their way out of it.

12   Q.     You indicated that you gave them the $53,000,

13   but yet they are still looking for money, correct?

14   That was your previous testimony?

15   A.     It seems that way.

16   Q.     Did you receive anything back from Decus or

17   Decus Construction that says, "We release you from

18   all claims because of the payment of this money"?

19   A.     I never received anything of value from

20   Decus.

21   Q.     Why didn't you ask for a release, if you

22   thought that's all you owed them?

23   A.     Ask for a release when you're being extorted?

24   Q.     You don't have the release, correct?  You

25   didn't ask for one.

Gregg B. Wolfe, RPR, CM
215-460-1511

1    A.      No, I don't.

2    Q.      Let's go to --

3    A.      They didn't send me an invoice either.

4    Q.      I'm going to give you an exhibit, sir.  Go to

5    Exhibit 110.

6    A.      (Witness complies.)

7    Q.      Now, Mr. Heenan, this is the construction

8    lien that my clients filed against a property, right?

9    Can you just show us where it is?  It's the

10   Gloucester Data Center.

11           Do you see it here in the amount of $128,137,

12   correct?

13   A.      I've seen it many times.

14   Q.      The owner is where?  No, we need South

15   Jersey.  We need the contract for South Jersey.  This

16   is the lien against Southern Jersey CML's interest in

17   that property, correct?

18   A.      Yes.

19   Q.      For $187,000, correct?

20   A.      Yes.

21   Q.      Was that $187,000 paid to you?  You testified

22   at your deposition that that was all paid.

23   A.      There were actually change orders on the

24   project that Decus didn't know because Decus didn't

25   do the project.

Gregg B. Wolfe, RPR, CM
215-460-1511

1    Q.     How much was paid?

2    A.     I believe $213,000.

3    Q.     Did you give any of that to Decus?

4    A.     No.  They didn't do anything.

5    Q.     So the lien is against Southern Jersey CML,

6    correct?  You are saying that this lien is one of the

7    things that impacted your relationship with that

8    company, correct?

9    A.     I think the lien is attached to the property,

10   the block and lot.  Are you trying to mischaracterize

11   the --

12   Q.     No, you're absolutely right.  The lien is

13   against the property.  It says Southern Jersey CML,

14   correct?

15   A.     Yes.

16   Q.     Who is Southern Jersey CML?

17   A.     It's an LLC that I formed at about that exact

18   time.  It is what became Central Jersey CML LLC,

19   which I gave you.

20   Q.     There's a contract here between Southern

21   Jersey CML, correct?  Between Southern Jersey CML --

22   I'm sorry, we're at 66 -- Southern Jersey CML and

23   Decus Construction, Inc., correct?

24   A.     Sixty-six?

25   Q.     Yes.

Gregg B. Wolfe, RPR, CM
215-460-1511

1    A.      Yes.

2    Q.      Southern Jersey CML is your company, correct?

3    A.      I hadn't formed it at that point.  It was

4    actually a typo initially.  This is exactly when we

5    were forming the Central Jersey CML LLC, the

6    co-developer of mine told me -- communications

7    related to this, right then, late at night, created

8    the wrong one.

9    Q.      Yes or no, was it a typo?

10   A.      It most certainly was at the time.

11   Q.      When did you find out?

12   A.      That it was a typo?

13   Q.      Yes.

14   A.      I believe it was late on August 5th.  I

15   believe it may have been very late at night.  I was

16   working there late at night on the Central Jersey

17   CML, LLC.  I don't recall when that entity was

18   created.  Late then or early the next morning, I

19   believe.

20   Q.      Here is the signature page, sir.

21           You're signing this on behalf of Decus, right?

22   I'm sorry, Decus Construction, that's your signature,

23   correct?

24   A.      That appears to be my signature.

25   Q.      You're signing on behalf of Decus

1    Construction, correct?

2    A.      Yes.   As I said, prior to August 1st, I

3    believe I was an owner in Decus Construction, and it

4    was sent most likely on the date listed at the top of

5    the contract, if you want to look at that, July 7th,

6    '16.  I signed it for Decus Construction.

7    Q.      This is what I'm asking now.

8            This is your signature, correct?

9    A.      That is my signature.  It appears to be.

10   Q.      Did you sign it on or about August 4th?

11   A.      No.

12   Q.      When did you sign it?

13   A.      I would have signed it on or about July 7th

14   of 2016.  It was sent to the owner.

15   Q.      This is Southern Jersey CML, LLC.  This is a

16   certificate of formation.

17           If you scroll down it says it's registered

18   agent is Mark Heenan?

19   A.      Yes.

20   Q.      That's you, correct?

21   A.      It is.

22   Q.      So Decus is who you are representing as a

23   principal signing a contract with your company,

24   Southern Jersey CML?

25   A.      No.

1  Q.      I'm sorry, Southern jersey CML, LLC.

2          Explain that for the jury.

3  A.      That contract had been terminated.  The owner

4  tore it up because of my conversations with the

5  owner.  He tore up that document after scanning it

6  and sending it to me.  He tore it up because he

7  didn't want to deal --

8  Q.      Anybody ever tell you that you're

9  unbelievable, Mr. Heenan, that you're not

10 trustworthy, that you don't tell the truth?  Has

11 anybody ever told you that?

12 A.      Just these guys, really.

13 Q.      Really?

14          MR. WATSON:  No further questions.

15          THE COURT:  Ms. LaVan, do you wish to

16 recross based on that scope?

17          MS. LAVAN:  No, Your Honor.

18          THE COURT:  You may take down the Exhibit.

19          And, sir, you are finished with your testimony.

20 Thank you.  You are excused for the remainder of the

21 trial.  Of course, you may remain in the courtroom.

22          Mr. Watson, would you like to adduce additional

23 evidence?

24          MR. WATSON:  We would call Mr. Thomas

25 Aloia.

Gregg B. Wolfe, RPR, CM
215-460-1511

```
 1              THOMAS ALOIA, was duly sworn.
 2                    DIRECT EXAMINATION
 3    BY MR. WATSON:
 4    Q.      Tell me your full name for the record.
 5    A.      Thomas Aloia.
 6    Q.      Can you just give the jury, if you will, a
 7    brief sketch of your education post high school?
 8    A.      I went to Philadelphia University, which is
 9    now Jefferson, for my Bachelor's of Architecture from
10    '97 to 2002.  I worked for Cushman & Wakefield as a
11    project manager, and I was in Manhattan for five and
12    a half years before I started my own company.  That
13    was a general contracting company.
14              I became a union carpenter while I had that
15    company.  Started that from about three employees, grew
16    it to 200 employees.  In about 2009 we suffered so many
17    losses from the downturn in the economy that I closed
18    the business.  I went and worked for another
19    construction company as a senior vice-president for
20    about three years before joining John Sciotto with
21    Decus.
22    Q.      You look awfully young.
23              How old are you?
24    A.      Old.
25    Q.      How old are you?
```

1   A.      Thirty-eight.

2   Q.      That's a lot of work history in a short

3   amount of time.

4           How do you account for that?

5   A.      I mean, I also grew up in the industry, just

6   a little different background.  I was more design

7   oriented.  I had a lot of student loans and got into

8   construction.

9   Q.      How did you get involved with Decus?

10  A.      I was doing a subdivision out in Newtown

11  Square.  We were re-cladding about 150 homes, and I

12  had met a gentleman that was working with John

13  Sciotto named Lou Seca.  Lou was the owner's

14  representative for the project.  We were the

15  contractor for that project, and I began talking to

16  him.

17          He expressed an interest in me coming to join

18  Decus.  I explained to him that I was risk adverse.  I

19  had gone through the downturn of the economy and really

20  did not want to get involved in large construction and

21  wanted to reduce my risks.  I was married and didn't

22  want to go through what I went through in '09

23  Q.      You did have to file bankruptcy?

24  A.      I did, yes.

25  Q.      That was tough?

1    A.      It was very tough.  I lost almost everything

2    I had.

3    Q.      When did you first meet Mr. Sciotto?

4    A.      It would have been in probably the end of

5    2014, November of 2014.

6    Q.      What was the purpose of that meeting?

7    A.      Just kind of a meet and greet, get to know

8    each other.  I brought a friend who happens to be a

9    judge.  He's a good mentor to me, helped me through

10   some tough times.  I told him I had an opportunity.

11   I wanted to kind of bring him with me to kind of feel

12   it out.  It was myself, the judge, Lou Seca and John

13   Sciotto.  We grabbed a beer, and just chatted about

14   what was going on in Decus, what projects they had,

15   what the schedule of events were and where I might

16   fit in.

17   Q.      Were you aware of the reputation of Decus,

18   Inc. at that point in time?

19   A.      I knew a little bit about it from Lou.  Lou

20   is an accomplished -- I guess he's a Lieutenant

21   Colonel in the military.  Great resumé.  He worked

22   with John for about 15 years.  I trusted him a lot.

23   I went with his recommendations to at least meet

24   John.

25   Q.      Did you vet Decus?

Gregg B. Wolfe, RPR, CM
215-460-1511

1    A.        I did.

2    Q.        How did you do that?

3    A.        I met John at some of the projects they had

4    going on.  We toured those projects.  I got to see

5    firsthand some of the staff members.  I met with the

6    controller of the company, briefly went through the

7    books, and John was pretty much an open book.  He

8    gave me the company financials, told me where the

9    company was strong, where it was weak.  We reviewed

10   the staff, and then just some of the upcoming

11   projects that Decus had an opportunity at.

12   Q.        When did you first come on board with Decus?

13   A.        It was February 2015.

14   Q.        What was that role, what was your title, what

15   was your interest in Decus?

16   A.        I came in as a partner.

17   Q.        Was that an owner?

18   A.        Yes, 50-percent shareholder.

19   Q.        What were your responsibilities?

20   A.        I was going to take over the operations side

21   of the business.  John was going to run the

22   estimating and preconstruction side.

23   Q.        Who was doing the marketing?

24   A.        John had actually done a very good job of

25   doing marketing.  At that point, we had a backlog of

1    work so we didn't really need to do any marketing.

2    You always need to do marketing, but we had some

3    projects in the pipeline with data centers, and there

4    was good opportunity there, so I thought it would be

5    kind of take it easy and clean up the company and get

6    it a little more stronger on the operations side.

7    Q.    Did you have any responsibilities with regard

8    to the Decus mark?

9    A.    I did.  There was an existing mark of the

10   company.  I believe it was a "D" with a very similar

11   color scheme.  John and I had sat down.  He explained

12   to me the background of why he chose Decus, what the

13   Latin term meant.

14              THE COURT:  I need an exhibit.

15              MR. WATSON:  Exhibit 80, Your Honor,

16   Page 1153.

17              THE COURT:  No problem.  I just wanted to

18   know what exhibit it was.

19   BY MR. WATSON:

20   Q.    You were saying the Latin term for Decus,

21   what does it mean?

22   A.    It stood for pride, integrity.

23   Q.    Pride and integrity?

24   A.    Correct.

25   Q.    So you designed this logo.

1              What was the logo before?

2    A.      It was a "D" with a -- John had -- John

3    Sciotto is the head coach over at Temple, and I guess

4    one of his players had helped him with some logos.

5    Q.      How did you go about developing this logo,

6    this mark?

7    A.      John and I talked about it.  We talked a

8    little bit about the marketing side of things that

9    Decus, Inc. from the standpoint it didn't read well

10   from a construction standpoint.  When John started,

11   it was really a consulting company.  It was to move

12   it from consulting and estimating to more of a

13   general contracting company, which he had created.

14   So we thought that a mark, redesign of the mark would

15   fit that.

16   Q.      Let's go to Exhibit 113, if you will.

17              Who is Avery Blue?

18   A.      Avery Blue is a graphic designer that we

19   engaged to take the logo from kind of preliminary

20   thoughts to a final version, a digital format.

21   Q.      We'll talk while she's pulling up the

22   exhibits.

23              So what was your interaction?  How did you go

24   about preparing the logo or utilizing her services to

25   prepare the logo?

1    A.       I met with the company she worked for, Speak

2    Easy.  I met with the principal.  We talked about the

3    process and what was involved in creating an overall

4    brand.  We talked about colors and the strengths and

5    weaknesses of those colors.  We talked about the

6    existing logo, and then creating an overall

7    letterhead package as you called it.

8    Q.       Did anybody else have anything to do with

9    preparing that logo?

10   A.       I mean, John had some involvement in it.

11   John felt strongly about the original logo.  It took

12   a little convincing to explain to him what some of

13   the changes were.

14   Q.       Was it registered with the trademark office?

15   A.       It was.

16   Q.       After you used it, did you give anybody else

17   permission to use that trademark?

18   A.       The entire staff had access to that.  It goes

19   out on all the letterhead, our envelopes, our

20   business cards.  It's our mark.  It's on our hard

21   hats.

22   Q.       We heard a lot of testimony from Mr. Heenan

23   about the fact that he was communicating with you

24   guys about the Decus logo, that he was communicating

25   with other outside entities with the Decus logo.

1             Was that permitted?

2     A.       He was allowed to use it for company

3     business, of course.  We wanted our brand on our

4     company and our work product.

5                     MR. WATSON:  Your Honor, I misspoke.  This

6     is Exhibit 13.  I apologize.

7     BY MR. WATSON:

8     Q.       So this is your E-mail communication in

9     evidence in June of '15 where you are going back and

10    forth on items for the logo, correct?

11    A.       Correct.

12    Q.       I won't bore the jury with the details.

13             This proves the fact that you had

14    communications with her, correct?

15    A.       That is correct, yes.

16                     THE COURT:  Who is the "her"?

17    BY MR. WATSON:

18    Q.       Is Avery a her?

19    A.       Yes, Avery is a her.

20    Q.       How did you first come to meet Mr. Heenan?

21    A.       John had mentioned him to me, that he was on

22    old colleague of his that he had met up with.  He

23    just said that he kind of called him out of the blue

24    and asked if I could sit down with him and have a

25    conversation with him, that he had some opportunities

1    that he would like to bring over with Decus to see if

2    they were real.

3    Q.      When did you first meet with him?

4    A.      I believe my first meeting with Mark was the

5    first week of November.

6    Q.      Why were you guys meeting with people?  Why

7    were you looking to bring people on?

8    A.      At that point, we had vetted our staff.  We

9    tightened up the books, and we felt that we completed

10   enough work that we should start looking for some new

11   work.  I had been involved in the company for almost

12   eight months at that point.  It seemed like a good

13   idea for some projects that had six to 12-month lead

14   times on them.

15   Q.      Mr. Heenan talked about the need to access or

16   to market or work across the bridge.

17           Was that part of the reason to utilize him

18   perhaps or somebody across the bridge to develop New

19   Jersey work?

20   A.      We were already a registered foreign business

21   in New Jersey.  We had work underway in New Jersey

22   already.  The reality is that we work in New Jersey,

23   Pennsylvania and Delaware.

24   Q.      You didn't need Heenan to do that?

25   A.      We did not.

Gregg B. Wolfe, RPR, CM
215-460-1511

1    Q.      Exhibit 5, can you tell me what this is?

2    A.      It looks like the first page of Mark Heenan's

3    resumé.

4    Q.      Was this provided to you when before you

5    interviewed Mr. Heenan?

6    A.      I got a copy of that, yes.

7    Q.      Slow down.  Core accomplishments.  It says he

8    co-founded, managed and grew business to $53 million

9    in 2015 revenue.  There's references to $100 million

10   in work increasing profits 200 percent annually.

11           What did that mean to you?  What did this

12   information mean to you?

13   A.      I mean, some of it was troubling because of

14   the dollar amounts.  Again, both John and I were a

15   little risk averse.  We did 42 million from 2015 to

16   2017.  Those were big projects, so I wanted to get a

17   clear understanding of what happened on those

18   projects, how they went and if they were -- we didn't

19   want to walk into headaches.

20   Q.      How did you address those concerns?

21   A.      Mark's resumé was a multipage resumé, so it

22   was a little different than your standard two-page

23   resumé that you receive from new applicants.  I was

24   able to go through it with him in detail.  Mark

25   walked me through his roles.  He explained that he

1    was the president of the Hessert companies.

2    Q.      Co-founder and president, correct?

3    A.      Correct.  On a quick review of their website,

4    it shows those projects.  Mark walked me through

5    those projects as well, and it seemed like he had a

6    really good understanding of what was going on with

7    those projects, schedules and the difference between

8    a baseline schedule versus a work schedule.

9    Q.      Back up a little bit, please.

10           These are the projects that he had listed,

11   correct?

12   A.      Yes, I believe those match up with the

13   resumé.  There's a description on a bunch of probably

14   about 20 key projects.

15   Q.      How many are there here?  Actually, there's

16   47 here, but this was provided to you, correct?

17   A.      Correct.

18   Q.      You talked to him about those projects?

19   A.      We went through the overall list.  I don't

20   think we went through every single project.

21   Q.      What did he tell you his role was with regard

22   to these projects?

23   A.      Very similar to his testimony.  That he was

24   the president.  He managed a staff of between 25 and

25   40 employees, including project managers,

1    superintendents to administrative staff.  That he was

2    the end-all for all of those projects.

3    Q.      Well, what did that mean to you at the time?

4    A.      I was impressed.  I mean, I worked pretty

5    hard to have the resumé I have, and Mark seemed to

6    have 47 projects that were all high dollars and there

7    were no issues with them.

8    Q.      Did you hire Mr. Heenan in reliance on his

9    representation, this document?

10   A.      Coupled with the new business that he talked

11   about.

12   Q.      Tell me about the new business.

13           What was the new business?

14   A.      Mark had a difference of opinion with his

15   uncle.  He thought it was time that he left the

16   family company and went more to a younger

17   construction company where he could take his

18   $100 million worth of projects and grow it and grow

19   maybe into a Gilbane or InTech, which are -- just a

20   reference for those, they are two of the largest

21   construction companies in Pennsylvania.  They are

22   probably one of the top five.

23   Q.      This was exciting.

24           It was a good opportunity?

25   A.      It was a good opportunity.

1    Q.      But did you feel as though you rushed into

2    it?

3    A.      We weren't taking on $100 million worth of

4    projects.  We tread lightly on some of those.  It

5    also comes down to being able to fund those projects.

6    We had to see which projects were in our wheel house

7    and which did not.

8    Q.      When did you decide to move forward with

9    Mr. Heenan as a part of the company, and what was

10   that role?

11   A.      Mark had to clean up some work, a product

12   with his uncle.  He was kind of winding down the

13   company, as he explained it to us.  Winding down the

14   company, he wasn't going to be available full time.

15   He came up with a $750 a week, more like a weekly

16   salary, that he was going to commit two to 20 to 25

17   hours a week growing the business.

18           John asked for a little bit of help on the

19   Brewerytown project.  That didn't last long because we

20   found out that wasn't Mark's strong suit.  We found out

21   he could help with the punch list on closing out some of

22   the floors using a BIM modeling system.

23   Q.      What is BIM?

24   A.      It's a Building & Management System.

25   Q.      Computer-assisted construction design?

1    A.       You create a 3D model to create anything on a

2    project, whether it's a construction delay, a punch

3    list item, a change directive, anything that you

4    could possibly think of on a project.  You have a 3D

5    model to identify it to a client.

6    Q.       Thank you.  Go ahead.

7    A.       But his real role was going to be business

8    development.  That's his strong suit.  He's kind of a

9    slick talker.  He's quick.  John and I kind of both

10   are spreadsheet oriented, and we kind of like our

11   deduction in a row.  Mark is a free spirit and a good

12   fit for business development.

13   Q.       What were the terms of the agreement with

14   Mark Heenan, and when did you enter into that

15   agreement?

16   A.       The terms would have been $750 a week for the

17   weeks he was working for us.  He was going to be away

18   at some points, and then he would receive a

19   20-percent necessity profit of the projects he

20   brought in.

21   Q.       20 percent?

22   A.       Necessity profit.

23   Q.       So all of these projects that he had

24   testified on cross or on redirect, I guess, where he

25   said he would have gotten profits on those, right,

1    had they been your projects, you would have gotten

2    the profit, you would have given him 20 percent of

3    that if he was under the consulting agreement?

4    A.        Under the consulting agreement, it really

5    only related to projects he brought in, or that he

6    was directly involved in.  We had some significant

7    projects at the time that we wouldn't have given him

8    20-percent necessity profit on those projects because

9    he wasn't involved in them.

10   Q.        Was it a handshake agreement?

11   A.        Yes, it was.  We had followed up.  The three

12   of us went and had dinner at a restaurant in East

13   Falls called In Riva.  We went through some of the

14   terms of what we were looking for and what his time

15   commitments would be and how we would move forward

16   from there.

17   Q.        At that point, did you discuss ownership with

18   him?

19   A.        I don't recall that we talked about ownership

20   at that point.  We might have touched upon it.  I do

21   know that we weren't looking for another partner.  At

22   this point, we really just wanted to bring in

23   business and get to know the guy.

24   Q.        At some point, though, he did want to have a

25   conversation about ownership, did he not?

1   A.      He did.  Mark wanted to have a conversation

2   about ownership early on.  In February, I set forth a

3   written agreement understanding a business

4   relationship model for him.  It was just a two or

5   three-page agreement that never got signed.

6   Q.      Go to Exhibit 27.  This is a November 24th

7   E-mail from Mr. Heenan to John and you.  It is called

8   Proposed Profit Sharing Structure.

9           Is this the E-mail that you referred to where

10  you laid out some terms?

11  A.      This is an E-mail from Mark with his

12  thoughts.  As he stated, it was high level based on

13  his thoughts.

14  Q.      November 24th, how close in time to that was

15  it when you hired him?

16  A.      About two weeks afterward.

17  Q.      He's saying that he'd like to explore a

18  partnership further, correct?

19  A.      Correct.

20  Q.      Had you guys promised him a partnership?

21  A.      No.

22  Q.      Had you promised him ownership?

23  A.      No.

24  Q.      Had you promised him a membership in an LLC?

25  A.      No.

1   Q.      He said he would like to perfect the

2   following goals by year's end, develop a company

3   profile, which included a website, LinkedIn, et

4   cetera.

5           Was he in charge of developing a website?

6   A.      He was.

7   Q.      Did he create the website?

8   A.      He did.

9   Q.      Were you involved in that?

10  A.      I did not have really any involvement in the

11  website.  Mark spearheaded that project up, and that

12  was his baby.  That's what he worked on the most.

13  Q.      Then he talks about some financial goals and

14  then trying to develop some backlog.  Here are the

15  terms.

16          The 1,500 a week, what was that representative

17  of?  I thought it was $750 a week.

18  A.      That was something Mark proposed, and we

19  rejected it.

20  Q.      He wanted profit sharing of 30 percent.

21          Did you give him that?

22  A.      No.

23  Q.      Those were Mark's thoughts?

24  A.      Yes.

25  Q.      He says, "This is just a first stab, high

```
 1   level based on my thoughts," correct?

 2   A.       Correct.

 3   Q.       At some point in time, did you ask Mr. Heenan

 4   why he left Hessert?

 5   A.       I did.

 6   Q.       Did you come to find out why he left Hessert?

 7   A.       I have through this litigation, yes.

 8   Q.       What did you learn?

 9   A.       I learned that he was terminated by

10   Bill Hessert.  There were obviously some issues

11   surrounding that termination.  Of those facts, I

12   haven't vetted them, but just what Mr. Hessert has

13   related to us and what's in the Court filings.

14   Q.       Right.  What in general?

15   A.       The main issue was that there was a potty cam

16   installed by Mark Heenan in the unisex bathroom in

17   their office.  There were also some issues with some

18   cyberpiracy cloning the company's website.  There was

19   theft of money.  There was a residential project at

20   Mark's house that he said he was using allocated

21   funds for other projects to fund.

22   Q.       What did Mark tell you was the reason why he

23   left Heenan?

24   A.       He left on his own terms.  He said his uncle

25   was virtually retiring, and he had a book of business
```

1    that he wanted to build.

2    Q.    Do you think Mark lied to you?

3    A.    I do.

4    Q.    Had you known about the potty cam and the

5    other issues, would you have hired him?

6    A.    I would not have.

7              MR. WATSON:  Can you pull up Exhibit 27?

8    107.

9    BY MR. WATSON:

10   Q.    This, Mr. Aloia, appears to be an E-mail from

11   you to Mr. Hessert with a copy to John.  I'm going to

12   let you read it.

13             Do you want to turn to 107, or can you see it

14   from there?

15   A.    "Bill.  As follow-up to our earlier

16   conversation, listed below is a short list of

17   projects that Mark represented to Decus were

18   completed under his supervision management execution.

19   A short blush on each project listed would help

20   distinguish fact from fiction.  Appreciate your

21   continued assistance.  Best, Thomas."

22   Q.    I'm jumping forward about a year, correct?

23   A.    Correct.

24   Q.    About a year later, you happened to reach

25   back to Mr. Hessert.

```
 1              What caused you to do that?

 2    A.        Mr. Hessert reached out to me.  I believe it

 3    was from, I think Number 2 in his company, a Victor

 4    Lombardi who knew our website designer, the one that

 5    Mark had worked with.  Mr. Hessert worked out with me

 6    and asked me some questions.

 7              At first I did not respond to him, and then

 8    after this litigation had started I did reach out to him

 9    and we had a conversation right before this E-mail was

10    sent out.

11    Q.        We're going to get into this with

12    Mr. Hessert's testimony later in the trial, but I

13    just wanted to establish that this is what you sent

14    to him.

15              Why did you send this to him?

16    A.        I sent that to him.  When he reached out to

17    me, he had explained that our website was set up

18    almost identical to his website, and a lot of what he

19    was reading was almost a clone of his work for a

20    lifetime.  And I was --

21              THE COURT:  Whose work?

22              THE WITNESS:  Mr. Hessert.

23              THE COURT:  Mr. Hessert's work?

24              THE WITNESS:  Yes.

25
```

1   BY MR. WATSON:

2   Q.       That caused you concerns?

3   A.       It did.

4   Q.       Why?

5   A.       Some of them are both John and my projects.

6   There are 47 projects on that list that are Mark's

7   projects that he represented in his resumé.

8            Bill had quickly gone through and gave me some

9   quick accounting.  He never responded to my E-mail.

10  Never wanted to put anything in writing.  I only saw

11  this document two days ago.  I hadn't gone through it.

12  But I believe he sent some accounting of these projects

13  as well of what Mark's involvement was.

14  Q.       Was the purpose to see if Mark had, in fact,

15  managed these projects?

16  A.       It was.  I wanted to get some more details on

17  these projects, because everything we were hearing

18  and experiencing was virtually a lie.

19  Q.       He didn't send this back to you, though?

20  A.       He did not.

21  Q.       Mr. Hessert will explain that later.

22           Did you enter into negotiations with Mr. Heenan

23  regarding his coming on board, as you guys call it, as a

24  partner but owner of Decus?

25  A.       Correct.

1   Q.      It wasn't to be a partner, but a corporation

2   or an LLC?

3   A.      Yes.

4   Q.      Why did you start negotiating with him and

5   when?

6   A.      I believe it was shortly after.  It might

7   have been April is when the first -- I think we had

8   pulled out a boilerplate shareholders agreement that

9   I think had some open terms about purchasing shares,

10  and passed it around for comment.

11  Q.      What did you have in your mind with regard to

12  bringing him on board?  I'm sorry, did I ask you,

13  when was it?

14  A.      I believe it was April.

15  Q.      Of?

16  A.      2016.

17  Q.      You were happy enough with his performance at

18  that point in time that you were going to bring him

19  on board possibly as an owner?

20  A.      We had some concerns around the receivables

21  not coming into the company.  We hadn't been paid for

22  any preconstruction work at that point, but it was

23  small dollars.  We figured if we could move in the

24  right direction of a partnership and Mark had offered

25  to a buy-in and the buy-in was -- there was no set

1    dollar amount.  I think, first, we threw in a couple

2    numbers, but the idea was to raise some capital and

3    go after some of the energy projects.

4    Q.      This is Exhibit 48.  I think Mr. Heenan had

5    testified to this.  This is in February of '16.

6                MR. WATSON:  If you can scroll up, please.

7    BY MR. WATSON:

8    Q.      This is from Decus.

9            Did you author this letter?

10   A.      I did, yes.

11   Q.      This letter was for what purpose?

12   A.      This was to create some sort of agreement

13   between us.

14   Q.      A Memorandum of Understanding?

15   A.      I think that's what it's called at the top of

16   the page.  It's a formation of business relationship.

17   Q.      This was for Decus, Inc.?

18   A.      No, Decus Construction, Inc.

19   Q.      Explain that.

20   A.      John and I, we didn't want to bring anyone

21   into Decus, Inc. because we were going to create that

22   as a holding company, and that was ultimately going

23   to hold all the assets of whatever company structure

24   that we created.

25              We thought about creating a construction arm, a

1  real estate arm, and that was where we stopped.  So we

2  were breaking it down into construction at first, and we

3  created Decus Construction, Inc.  That was part of our

4  business model to just clean it up, and we wanted to

5  have a clean working slate of just a company that did

6  construction.

7              THE COURT:  Let's take five minutes to let

8  the jury stretch their legs.

9              We'll take five to ten minutes to stretch your

10  legs.  We're going to go to 5:00.

11              (The jury exited the courtroom at 4:00 p.m.)

12              (The Court resumed the proceedings at

13  4:15 p.m.)

14              THE COURT:  Ladies and gentlemen, these

15  extensions are not in any way caused by the lawyers.

16  Once I get back there, people get me on the phone.  I

17  had to handle another emergency call so I apologize to

18  you.  I slowed you down by about ten minutes.

19              Please proceed, counsel.

20              MR. WATSON:  Let's pull up Exhibit 74.

21  BY MR. WATSON:

22  Q.      If you could turn to 74, Mr. Aloia, and

23  describe this E-mail chain from you to Mr. Heenan

24  with copies to John.

25              What's the purpose of these communications?

1   We'll focus on that page.

2   A.      Well, the overall --

3              THE COURT:  Exhibit number, I'm sorry?

4              MR. WATSON:  Seventy-four.

5              THE WITNESS:  The subject matter was the

6   Bellmawr Dunkin' Donuts.  The overall E-mail talks about

7   open issues, talks about projects, talks about

8   certificates of insurance for those projects.  There's

9   Page 1104 that talks about some of the work, it's

10  unorthodox, executing work without prime contracts in

11  place.

12  BY MR. WATSON:

13  Q.      Are you looking at 74?

14  A.      Yes, Page 1104.

15  Q.      Page 1102, Tom.  This is Page 1102.

16  A.      1102 is an E-mail from myself to both Mark

17  and carbon copied to John Sciotto, "High Importance."

18  It talks about the general housekeeping of open

19  matters.  "We should sit down and discuss a final

20  draft and execute a partnership agreement."

21          It identifies the total shares available under

22  the company and who would be getting what shares and

23  why.  There are 100 shares going to me, 100 shares to

24  John and zero to Mark.  The equity is split.  It breaks

25  it out on that as well.  And then it talks about

1    percentages of profit.

2    Q.      Did you ever enter into a written agreement

3    with Mark Heenan for him to acquire ownership in

4    Decus Construction or Decus, Inc.?

5    A.      We have not entered into any written executed

6    agreements with Mr. Heenan.

7    Q.      Did you ever believe he was a partner or a

8    shareholder or a member of Decus Construction or

9    Decus, Inc.?

10   A.      No.

11   Q.      When did you first learn that Mr. Heenan was

12   stealing your business?

13   A.      I believe it was late August, August 26th.

14   Q.      How did that come about?

15   A.      We met on a regular basis at a coffee shop

16   right off of Henry Avenue in Philadelphia, usually on

17   a Monday, just to talk about projects and what Mark

18   was working on and how they were proceeding.

19           I was a few minutes late.  When I got there,

20   John had really kind of a grimace on his face, and he

21   wanted Mark to explain to me what was transpiring on

22   these projects and where the money was going because we

23   kept asking "Where are the funds going on these

24   projects?"

25           And Mark had explained that he created a dba,

1    doing business as Decus Construction under Heenan

2    Holdings in New Jersey, and he did it to protect us, is

3    how he explained it, and that he had collected several

4    hundreds of thousands of dollars on those projects.

5    Started going through everything.

6    Q.      He told you this on August 26th for the first

7    time?

8    A.      For the first time, yes.

9    Q.      What alerted you to that, the fact that you

10   hadn't been receiving cash?

11   A.      We hadn't received any payments.  I reached

12   out to the owners on South Jersey CML and I CC'd John

13   and Mark on correspondence to Alex McCourt, and asked

14   where the payment was.  The bookkeeper or admin from

15   their office had written back saying that three

16   checks had already been cut.  Mark had replied to

17   that E-mail stating that he had had the checks and

18   just hadn't gotten to the office yet, but he would be

19   dropping them off today.  Not to worry.

20   Q.      What happened on August 26th, in that coffee

21   shop?

22   A.      I think there was a lot of anger.  A bit of

23   hurt.  John was pretty upset.  I actually took John

24   outside to talk to him.  I told Mark to give him a

25   few minutes.  John and I discussed our options as to

1    what we could do, what was the best for the company

2    and there was a level of embarrassment as well with

3    it.  We talked about how not to let this thing get

4    blown into litigation.  My recommendation was to go

5    back in, talk to Mark and figure out a solution that

6    works for all of us.  At the end of the day, we all

7    go to work to make money.

8            This is what this was about.  So there's got to

9    be a work around for it, and how do we get to that?

10   Q.     Who told you that he was cashing checks for

11   Decus?

12   A.     At that point, he had told us that he had

13   collected the checks and didn't say he deposited them

14   yet.  What he told us is that he was still holding on

15   to them, and he was basically holding them hostage

16   until he got paperwork for partnership.

17   Q.     Did you ask him to actually let you see the

18   checks?

19   A.     We did.

20   Q.     Let's look at this first.

21           This is a $30,000 check, right --

22   A.     Correct.

23   Q.     -- from South Jersey CML.  Not Southern, not

24   Mr. Heenan's company, but the real one, South Jersey

25   CML, correct?

1   A.      Correct.  We didn't actually pick that up

2   until the lien filing.  There was a difference there.

3   We thought maybe it was a typo, maybe it was

4   something else, but the bigger issue for us was where

5   it says "Decus Construction."

6   Q.      This is Decus Construction.

7           This is what Mark E-mailed to you?

8   A.      I believe he took a picture of it and texted

9   it to John.

10  Q.      The purpose was to do what?

11  A.      To show us that he had the checks.  What's

12  missing there is the address.  That's what raised a

13  red flag for us, that the address was whited out.

14  Something was intentionally done to mislead us.

15  Q.      What did you find out to be on these checks?

16  A.      Mark's home address.

17  Q.      Mark's home address.  $46,900 from South

18  Jersey CML payable to Decus Construction with his

19  home address.

20          Who signed it?

21  A.      That's Mark Heenan's address and undersigned

22  for Decus.

23  Q.      Did he admit that?

24  A.      I don't recall.

25  Q.      What did you think when you found this out?

1    A.        Well, we got these checks during this

2    litigation.

3    Q.        For the first time?

4    A.        For the first time.

5    Q.        Let's go back to August 26th.

6              He had mentioned a morning and then an

7    afternoon meeting; was that true?

8    A.        That's correct, yes.

9    Q.        What happened in the morning?

10   A.        In the morning we had, as I said, met with

11   Mark.  We heard him out on everything that he had

12   done.  He pled to John that he has a family and kids

13   and John's response in front of me was that, "It's

14   not Thomas that you need to talk off the ledge.  It's

15   me.  I am just livid about this because I have a

16   family as well, and you are basically taking food off

17   my kid's table."

18             We discussed a reasonable solution, and Mark

19   was going to be transparent with us.  He was going to go

20   back and get us all of the paperwork on all these

21   projects.  He was going to give us a list of liabilities

22   that he may have put us at risk with as far as

23   subcontractors.

24             He was going to give us a list of all

25   documentation, whether it be contracts, subcontract

1    agreements, lien releases, payments that were

2    purportedly made, correspondence with the owners.  He

3    was going to close the dba, so we wouldn't have any

4    issues related to any further checks being collected.

5    Q.     I'm going to hold you for a second, because I

6    need to do some housekeeping.  Turn to 86.  I just

7    need you to authenticate this document.

8           So the whited-out one, there are three of

9    these, right, on your page?  One for 30,000.

10          What are the other two for?

11   A.     $25,023, and the last one is $46,900.

12   Q.     All payable to Decus Construction?

13   A.     Correct.  From South Jersey CML.

14   Q.     Was Decus Construction created at this point

15   in time?

16   A.     Yes.

17   Q.     Decus Construction, Inc.?

18   A.     Correct.

19   Q.     What was Decus Construction, if you knew?

20   A.     Both of them existed.

21   Q.     Okay.  All right, and then the second one was

22   what?  Turn to 68, please.

23          Then 68 is what, Thomas?

24   A.     Sixty-eight is a summary of --

25   Q.     Next page, I'm sorry.  Go to Page 779.

                Gregg B. Wolfe, RPR, CM
                    215-460-1511

1  A.      It just looks like another copy of the check,

2  except this time it's not whited out, and it shows

3  Mark's personal residence.

4  Q.      It shows the signature of Mark, correct?

5  A.      Correct.

6  Q.      Next page, 780, another check for $28,023,

7  $25,023 and no cents, again, payable to Decus

8  Construction at his Cherry Hill address endorsed by

9  Mark Heenan, correct?

10  A.      Correct.

11  Q.      Ditto for the next page, a $30,000 check?

12  A.      Correct.

13  Q.      Ditto for the next page for a $35,000 check,

14  correct?

15  A.      Correct.

16  Q.      Ditto for the next page for $36,300 check,

17  correct?

18  A.      Correct.

19  Q.      Ditto for the next page for a $44,109.20

20  check, correct?

21  A.      Correct.

22  Q.      I'm sorry.  Go back.

23          So he gave you a list of the projects, correct?

24  A.      Mark gave us a project status report on all

25  projects he was working for Decus Construction, Inc.

Gregg B. Wolfe, RPR, CM
215-460-1511

1    Q.      Was this on August 26th?

2    A.      This was several days afterwards.

3    Q.      I want you to focus on August 26th, because

4    he had talked about coercion, harassment -- not

5    harassment -- coercion.  I want you to focus what

6    happened in your mind, and what did you tell him?

7    What were your words, what were your actions?

8    A.      Well, I was disappointed, and my actions were

9    really just "This doesn't need to go the wrong

10   direction here, Mark.  This is not too far gone.  If

11   everybody just kind of gets on the same page and

12   you're honest with us, there's a work around here."

13          I did make the comment of "The last thing I

14   think you want is to have your picture in the local

15   newspaper with some sort of charges against you."

16          I said, "I don't know where this will go or if

17   it would be to the police or the DA, but I don't think

18   we need to go down that route yet."

19   Q.      Did you tell Mark "If you don't bring me a

20   check, I'm going to call the cops"?

21   A.      No.

22   Q.      What about the issue with the website that

23   you were going to publish, or he said you threatened

24   to publish?

25   A.      No, there's no threat of -- I mean, the

1    threats that were made were real.  We had been

2    defrauded, and we felt we're not lawyers.  We don't

3    know what we can do.  So we told him.  You know, "We

4    know we can go to our attorney.  We know we can go to

5    probably the police on this, but we don't want to."

6           We tried to deal with him directly, just John

7    and I.

8    Q.    Did you say you were going to set up a

9    website?  What was the context of that conversation?

10   A.    I was not going to set up a website.

11   Q.    What did you tell him?

12   A.    What I just explained to you.  That I

13   wouldn't want to see his picture, which there's an

14   article or a blurb in the South Jersey Magazine of

15   him, "Top Under 30," I believe it was.

16          I said, "You don't want to tarnish that.  It's

17   an accomplishment, and this wouldn't look well against

18   that."

19   Q.    Did you say "If you don't give us the money,

20   I'm going to publish a website with defamatory

21   comments"?

22   A.    No.

23   Q.    Any physical threats?

24   A.    No.

25   Q.    Did he threaten you?

Gregg B. Wolfe, RPR, CM
215-460-1511

1    A.        No.  Mark just kept telling us that he was

2    going to get us whatever we needed to get back on

3    track.  He just needed to go back and get some

4    paperwork done.  He was going to do some accounting.

5    He was going to give us all the accounting on these

6    projects and where they were at.

7    Q.        After that morning conversation, did he

8    leave?

9    A.        We all walked outside.  We shook hands and

10   said we'd reconvene in a couple hours after Mark had

11   the paperwork.

12   Q.        Did you ask him to come back with a check?

13   A.        Mark offered to come back with a check.

14   Q.        What did he say?

15   A.        He said he was going to go and figure out the

16   accounting and come back with a check for what he had

17   taken.

18   Q.        All of these checks that we went through, you

19   would assume?

20   A.        We didn't know the total amount.  He was

21   going to give us an accounting.

22   Q.        These checks.  This is July 13th of 2016, and

23   it's been deposited, but you didn't know about this

24   check, correct?

25   A.        I believe John knew about the three checks

1   that he had texted him.  We didn't know anything

2   about the Gloucester Data Center.

3   Q.      So you broke camp.  He went to figure out a

4   plan, what he was going to pay you essentially,

5   correct?

6   A.      Correct.

7   Q.      He didn't say, "I'm not going to pay you"?

8   A.      No, he did not say that.

9   Q.      It was just a matter of how much?

10  A.      Correct.

11  Q.      When he came back with a check, what

12  happened?

13  A.      We have a regular meeting spot up the street

14  from our one project.  It's in a conference room on

15  the second floor of a local Café.  It's typically a

16  for-rent conference room, and they always give it to

17  us whenever we need it.

18          John and I had been sitting in there.  I was

19  eating my lunch.  Mark came up and John had to leave and

20  go back to a job.  Mark handed me the check.  I believe

21  he might have placed it on table.  John went back to the

22  project up the street.

23          Mark and I spoke for a few minutes.  The

24  manager of the Café stopped in and said, "Hey, I

25  normally wouldn't care, but this is actually rented out.

1   Do you guys mind if you go out to the general area?"

2          We said no problem, and then we left.

3   Q.     Mark said he was going to the police?

4   A.     No.

5   Q.     Did he say he was going to his attorney?

6   A.     No.

7   Q.     The level of discourse, did you think it

8   merited legal or police intervention?

9   A.     No.  We thought we were going to get the

10  paperwork we discussed.  We actually followed up with

11  a couple E-mails.  I believe I went back and wrote

12  him an E-mail on what we were looking for.

13  Q.     When did you first find out he was signing

14  your contracts or substituting your names on

15  contracts?

16  A.     We did not find that out until everything had

17  completely fallen apart with Mark.

18  Q.     Explain that.

19         How did it all fall apart?

20  A.     We never got the documentation in its

21  entirety.  We got some pieces here and there, but we

22  didn't get everything that we had asked for.  We

23  didn't even get a substantial bit of the paperwork.

24         I believe we had reached out to both clients.

25  South Jersey CML or Southern Jersey CML and the

                  Gregg B. Wolfe, RPR, CM
                      215-460-1511

1   Gloucester Data Center and wrote them E-mails, basically

2   where we were at on the accounting, and we hadn't been

3   paid.

4   Q.     Go to Exhibit 66, if you will.  Let's start

5   with 32.

6          Mr. Aloia, can you identify what document

7   Exhibit 32 is for the record?

8   A.     This is a --

9   Q.     Thomas, go to Exhibit 1, which is the

10  Complaint.  Just flip to the upper right-hand corner,

11  22.  This was Exhibit B in the Complaint that you

12  filed.

13          MS. LAVAN:  Objection, Your Honor.  Are we

14  able to use the Complaint?

15          THE COURT:  What Exhibit Number is?

16          MR. WATSON:  One.

17          THE COURT:  You can't use your own

18  Complaint.

19          MR. WATSON:  Just the Exhibit.

20          THE COURT:  All right.

21  BY MR. WATSON:

22  Q.     What is this document?

23          THE COURT:  Before you put it up, let me

24  see it.  Don't publish it yet.

25          Exhibit 1, do you have it?

1              THE WITNESS:  Page 22.

2              THE COURT:  Thank you.

3         Do you know this document, sir?

4              THE WITNESS:  I do.

5              THE COURT:  What is it?

6              THE WITNESS:  That is a copy of our

7  executed contract with the Gloucester Data Center LLC

8  owner.

9              THE COURT:  Okay.  That may be published,

10  not the complaint but the document.

11              MR. WATSON:  For the record, we're going to

12  limit the publication and the Exhibit to Pages 22

13  through 32.

14              THE COURT:  Right.

15  BY MR. WATSON:

16  Q.      Mr. Aloia, can you turn to Page 331 on this?

17  A.      I'm here.

18  Q.      This is the page, correct, that's been

19  published?  Is this your signature?

20  A.      That is my signature, correct.

21  Q.      And John Sciotto's name is there, but it's

22  marked out there with yours printed?

23  A.      Correct.

24  Q.      Why is that?

25  A.      Because I was signing on behalf of the

1    company as one of the principals.

2    Q.      Who witnessed or attested to that?

3    A.      That is Mark Heenan's address.

4    Q.      What does "attest" mean in your mind?

5    A.      It means he witnessed me signing the

6    document.

7    Q.      Was he authorized to sign contracts?

8    A.      Mark was not authorized to sign contracts on

9    our behalf.

10   Q.      Was he authorized to sign payment

11   applications?

12   A.      No.

13   Q.      Was he authorized to negotiate checks?

14   A.      No.

15   Q.      Now, let's go to Exhibit 34.

16           So you had a contract in hand for this project,

17   correct?

18   A.      Correct.

19   Q.      How did that happen?  How did that come

20   about?

21   A.      This was a client that Mark Heenan had

22   brought to Decus, Decus, Inc.

23   Q.      Who did the work on the project?

24   A.      It was collective.  Mark had worked on it as

25   well as John, myself, and we had some consultants who

1   also worked on the project.

2   Q.      What is this Exhibit 34, can you tell me?

3   A.      This is the same exact document that we just

4   looked at, except on the signature page --

5   Q.      The second page first, Page 607.

6   A.      This is --

7   Q.      This is 607?

8   A.      Right.  I'm looking at it.  So this is a copy

9   of the second page of this agreement, which has the

10  parties.  In this case, this one has Decus

11  Construction and Heenan Holdings LLC.  Dba Decus

12  Construction is listed as the owner's representative.

13  Q.      It has this Cherry Hill address that we saw

14  on the checks?

15  A.      That's Mark's home address.

16  Q.      Whose signature or whose initials?

17  A.      I believe that's Mark Heenan's.

18  Q.      Was he authorized to change the contract

19  information in this manner?

20  A.      No, and I don't even think at this time that

21  dba existed.

22  Q.      I see.  We'll get to that.

23          THE COURT:  What's "this time," sir?  What

24  do you mean by "this time"?

25          MR. WATSON:  Go to the last page --

Gregg B. Wolfe, RPR, CM
215-460-1511

1          THE COURT:  Direct the jury where you're

2   talking about.

3          THE WITNESS:  On this contract it's dated

4   the 22nd day of December in the year 2015.  That dba

5   wasn't created until March of 2016, which would lead me

6   to believe that this contract was altered after he

7   created the dba.

8   BY MR. WATSON:

9   Q.     So this is the signature page for that same

10  contract.  Just explain what you see here.

11          This is where your signature had been before on

12  the other version, correct?

13  A.     Correct.

14  Q.     But then you're seeing what?  It says,

15  "Owner's Representative Heenan Holdings LLC,"

16  correct?

17  A.     Correct.

18  Q.     It doesn't even mention Decus, correct?  He

19  X'd that out?

20  A.     He X'd that out of that.

21  Q.     He marked out John's name and put his as a

22  principal, correct?

23  A.     Correct.

24  Q.     Is he authorized to do this?

25  A.     No.  These are the same identifying

1   signatures above the attest and owner's signatures

2   that were on our contract.

3                   THE COURT:  Does the original of this

4   contract have two signatures?  I mean, do you have the

5   original with the signatures on it?

6                   THE WITNESS:  It's in the Complaint that we

7   just looked at.  The original, original?

8                   THE COURT:  No, the original of this

9   exhibit that has Mr. Heenan's signature on it.

10                  THE WITNESS:  We don't have an original

11  copy.  We have a copy that was supplied to us.

12                  THE COURT:  But you you've the original,

13  original, what you are claiming as the original,

14  original attached to the Complaint?

15                  THE WITNESS:  Correct.

16                  THE COURT:  But you don't have an original

17  of Mr. Heenan's signatures?

18                  THE WITNESS:  No.

19  BY MR. WATSON:

20  Q.      How was this provided to you?

21  A.      This was provided to us, I believe, late

22  October, November where Mark had written a

23  correspondence to the owners saying that we don't

24  have contracts and that Heenan Holdings has the two

25  contracts, both Gloucester and South Jersey CML.

```
 1                    MS. LAVAN:  What exhibit do you have there?
 2                    MR. WATSON:  That is 34.  I'm sorry, Your
 3    Honor.
 4                    MS. LAVAN:  Your Honor, this is Exhibit 54.
 5    BY MR. WATSON:
 6    Q.      Mr. Aloia, can you turn to that in the book?
 7    A.      (Witness complies.)
 8    Q.      Mr. Aloia, what is this document?
 9    A.      This is the State of New Jersey Division of
10    Revenues Registration of an Alternate Name form.
11    Q.      Did you acquire this?
12    A.      I did.
13    Q.      How did you acquire it?
14    A.      I had contacted New Jersey Revenue
15    Department, and they directed me to their website
16    portal where I was able to review corporate documents
17    which are public record.
18    Q.      This says it's filed March 11th, 2016,
19    correct?
20    A.      Correct.
21    Q.      The name of the company that's making this
22    filing is Heenan Holdings, correct?
23    A.      Correct.
24    Q.      Who did you understand owned that?
25    A.      That would be Mark Heenan.
```

1    Q.      Then scroll up, please.

2            Then it lists as an alternate name to be used

3    Decus Construction, correct?

4    A.      Correct, and Mark's name is down at the

5    bottom.

6    Q.      The signature is Mr. Heenan's signature?

7    A.      Correct.

8    Q.      That's on March 9th, 2016?

9    A.      Correct.

10   Q.      When did you first find out about this?

11   A.      This would have been the end of August,

12   probably right after we left that meeting on the

13   26th.

14   Q.      What did you think?

15   A.      I didn't know what to think.  I don't know to

16   the extent of the damage, or how this was going to

17   play out as far as clients and how it could be

18   explained.  It could have put us in a tough spot.

19   Q.      Did you confront Mr. Heenan?

20   A.      I did.

21   Q.      What did he say?

22   A.      I actually told him as one of the

23   requirements to continuing to work together he would

24   have to dissolve that dba immediately.

25   Q.      You still talked to him after this?

1    A.      We did.

2    Q.      Why?

3    A.      We were trying to work it out.

4    Q.      What was his response?

5    A.      He was going to dissolve it.  I believe

6    sometime after that meeting he did dissolve it, and

7    he sent us an E-mail confirmation.

8    Q.      After he was found out?

9    A.      After he was found out, yes.

10   Q.      Let's go to Exhibit 66.

11           Mr. Aloia, what is Exhibit 66?

12   A.      Sixty-six is another contract.  It's another

13   consensusdoc to abide for small projects.  This was a

14   contract between Decus Construction Inc. and Southern

15   Jersey CML.

16   Q.      Did you know who Southern Jersey CML was?

17   A.      I'm not sure because the project says "South

18   Jersey CML," and at the time we figured it was just a

19   typo.  But this contract was a contract that Mark had

20   represented to us as the signed contract for the

21   South Jersey CML Project.

22   Q.      I don't want to go back to the exhibit, but

23   you saw Mr. Heenan talk about the dba and his reasons

24   for setting up southern Jersey CML?

25   A.      Correct.

1   Q.      Did he ever tell you that?

2   A.      He did not.  To this day he has never

3   explained it to us, with the exception of his

4   testimony.

5   Q.      The signature page, who signed this contract

6   with Southern Jersey CML?

7   A.      It looks like the owner is listed as Alex

8   McCourt, who is listed as the business manager who

9   is, in fact, the South Jersey CML business manager.

10  I don't know his affiliation with Southern Jersey CML

11  and Mark Heenan signed for DECs as principal.

12  Q.      Was he authorized to sign?

13  A.      He was not.

14  Q.      Mr. Heenan mentioned this is a typo, and the

15  typo shows up here.

16          Yet it's signed by the owner, correct?

17  A.      Correct.  The business manager.  I don't know

18  that he's the owner.

19  Q.      Let's go to 76.

20          Page 1106, what is that document?

21  A.      The other one was a consensusdoc, 205.

22  Q.      And this is between whom and whom?

23  A.      This contract is between South Jersey CML and

24  Heenan Holdings LLC, dba Decus Construction, at 709

25  Marlowe Road.

T. ALOIA - DIRECT

182

```
1    Q.      He got the right owner this time, right?

2    A.      He did.

3    Q.      Yet he put his company in, correct?

4    A.      Correct.

5    Q.      Do you know why this was done?

6                MR. WATSON:  Go to the signature page.

7                THE COURT:  Did you answer, sir?

8                THE WITNESS:  Not yet.  Our belief was that

9    Mark was trying to --

10               MS. LAVAN:  Objection, speculation.

11               THE COURT:  Overruled.

12         I asked you, the question was, do you know why

13   he was here?  It seemed like it was Mr. Heenan.  Unless

14   he told you, you can't speculate as to what is in his

15   mind.

16         Did he tell you the reason why he did that?

17               THE WITNESS:  No.

18               THE COURT:  He wrote to you telling you why

19   he did that?

20               THE WITNESS:  No, he never wrote to us.

21               THE COURT:  So you can't say what is in his

22   mind.  Your lawyer can argue why, but you can't tell us.

23   BY MR. WATSON:

24   Q.      The signature page, this one is signed by

25   Mr. Heenan?
```

Gregg B. Wolfe, RPR, CM
215-460-1511

1   A.        This is a different contract.

2   Q.        No, this is the same contract, correct?  This

3   is the Gloucester.

4             Turn to the end of that page.  76 is what we're

5   on.  It's on Page 1117.

6             This is the signature page for this contract on

7   the screen; is that right, Mr. Aloia?

8   A.        Yes.

9   Q.        Who signed that?

10  A.        Again, Alex McCourt as the business manager.

11  Q.        That's the wrong one.  There are two

12  contracts in that exhibit, sorry, on August 6th,

13  signed by Alex McCourt, and then signed by Mr. Heenan

14  for his own company with a dba that you never knew

15  of, correct?

16  A.        Correct.

17  Q.        Was he authorized to do this?

18  A.        I mean, he's the owner of Heenan Holdings.

19  Q.        Was he authorized to hold himself as a

20  principal of Decus Construction?

21  A.        Again, I don't know the legalities.  He had

22  created a dba of our company under a holding company,

23  so we didn't give permission to use our trade name.

24  Q.        Great point.  Did you ever give him

25  authorization to put your name on this contract in

1   this manner?

2   A.        Decus Construction, no.

3                   THE COURT:  Is this a good time to break?

4           Ladies and gentlemen, we have put in a full

5   day, especially you who came earlier to be selected for

6   jury.  I usually like to let you go earlier the first

7   day, three minutes earlier.

8           Thank you for your patience today.  We will

9   start again tomorrow at 9:00 sharp.  The lawyers and the

10  witnesses will be ready at 9:00 sharp.

11          Again, you're only seeing a piece of the

12  puzzle, right?  Please do not do any research tonight.

13  Don't try to find out the answer on the Internet.

14          We will be back again tomorrow morning to begin

15  at 9:00, and the lawyers will move through the case.

16  There are a lot of facts here, and I appreciate your

17  patience and your understanding.  I wish you the best

18  for the evening.

19          Thank you very much.

20          (The jury exited the courtroom

21  at 5:00 p.m.)

22                  THE COURT:  Sir, while you can look at any

23  documents you wish, you cannot consult with anybody

24  concerning your testimony tomorrow.  So whatever you

25  wish to do, you can talk about anything else, but you

1    can't prepare with anyone or talk to anyone concerning

2    your testimony for tomorrow.

3            Do you understand that, sir?

4                THE WITNESS:  Understood, yes.

5                THE COURT:  Good, thank you.  You may step

6    down.

7            Anything further counsel, for 9:00 then?

8                MS. LAVAN:  One thing I have are the

9    documents.

10               THE COURT:  I'll look at them overnight.

11           Does counsel have them?

12               MS. LAVAN:  I didn't want to give them to

13   him until I okayed it with you, but I'll give it to him

14   now.

15               THE COURT:  Give them a copy, and I'll have

16   a copy.

17           (The Court adjourned the proceedings at

18   5:00 p.m.)

19

20

21

22

23

24

25


                    Gregg B. Wolfe, RPR, CM
                        215-460-1511

1                          I N D E X

2

3    WITNESS NAME            DIRECT  CROSS  REDIRECT RECROSS

4

5      By  Mr. Watson       12

6    MARK HEENAN

7      By  Ms. LaVan               20
       By  Mr. Watson                        114
8

9    THOMAS ALOIA

10     By  Mr. Watson       135

11

12

13

14

15                 C E R T I F I C A T I O N

16

17          I certify that the foregoing is a correct

18   transcript from the record of the proceedings in the

19   above-entitled matter.

20

21

22   _____              _____
       Date                  Gregg B. Wolfe, R.P.R., C.M.
23

24

25

{CASENUM}   {WITNESSNAME}   {DATE}

**BY MR. WATSON:**
**[24]** 12/23 17/16
20/6 114/19 116/9
116/18 121/17 123/6
128/4 135/2 139/18
142/6 142/16 153/8
154/24 157/6 158/20
159/11 172/20
173/14 176/7 177/18
178/4 182/22

**BY MS. LAVAN:**
**[42]** 20/17 23/19
25/3 32/6 34/7 35/9
37/15 45/13 46/10
49/16 53/13 55/19
56/6 57/4 58/1 60/19
61/17 63/24 65/17
69/15 76/21 77/21
78/5 78/18 83/23
84/4 86/8 86/22 89/2
89/14 91/21 93/22
97/5 99/13 100/8
102/17 104/8 107/22
108/15 109/20
111/11 112/6

**MR. WATSON: [58]**
2/5 2/7 12/18 17/14
20/22 20/24 22/19
31/24 33/14 46/5
49/8 49/11 53/10
55/17 55/23 56/14
62/25 64/19 69/13
76/18 77/18 77/24
83/14 85/22 86/16
88/25 89/4 89/12
91/14 91/19 92/18
100/12 102/15
107/15 108/19 110/7
110/15 110/21 112/4
113/21 114/7 115/23
121/10 121/14
134/13 134/23
139/14 142/4 153/6
157/5 158/19 159/3
172/15 172/18
173/10 175/24 178/1
182/5

**MS. LAVAN: [31]**
12/7 20/8 20/13
20/15 25/2 45/12
56/5 57/25 58/22
59/21 60/1 60/6
60/10 60/13 78/14
84/2 89/8 96/17
100/3 108/24 109/8
111/10 114/3 128/1
134/16 172/12
177/25 178/3 182/9
185/7 185/11

**THE COURT: [138]**

2/3 2/6 12/3 12/9
12/20 19/10 19/19
19/22 20/9 20/14
20/23 20/25 21/4
22/21 23/16 25/1
32/1 32/3 33/15
33/18 35/5 37/5 37/7
44/1 44/8 44/22 45/2
45/6 45/8 49/9 49/12
53/12 55/18 55/25
56/16 57/16 57/23
58/20 58/23 59/25
60/4 60/9 60/12
60/15 61/14 63/1
63/7 63/13 63/16
63/20 64/20 64/25
65/5 65/9 65/15
76/20 77/19 77/25
78/11 78/13 78/15
83/15 84/1 85/19
85/23 86/2 86/6
86/18 89/1 89/5
89/13 91/15 91/20
92/21 96/16 96/18
98/24 99/2 100/5
100/7 100/13 100/18
101/6 102/10 102/16
104/4 104/7 107/16
107/24 108/9 108/21
109/1 109/5 109/10
110/8 110/16 110/24
112/5 114/5 114/9
116/2 116/17 121/11
123/4 128/2 134/14
134/17 139/13
139/16 142/15
154/20 154/22 158/6
158/13 159/2 172/14
172/16 172/19
172/22 173/1 173/4
173/8 173/13 175/22
175/25 177/2 177/7
177/11 177/15 182/6
182/10 182/17
182/20 184/2 184/21
185/4 185/9 185/14

**THE WITNESS: [73]**
19/12 19/21 19/23
21/3 21/6 22/22 32/2
33/17 33/19 35/6
37/6 37/8 44/21 45/5
46/6 55/24 56/4 57/2
57/19 59/4 61/16
63/5 63/12 63/14
63/18 63/23 64/24
65/3 65/8 65/13 78/4
78/12 78/17 83/16
84/3 85/20 85/25
86/3 86/7 89/7 89/10
92/19 92/22 96/19
98/25 99/3 100/6
100/17 100/19 101/7

102/12 104/5 107/17
110/9 110/20 113/22
115/25 121/13
154/21 154/23 159/4
172/25 173/3 173/5
176/2 177/5 177/9
177/14 177/17 182/7
182/16 182/19 185/3

**$**

**$100 [4]** 90/19
144/9 146/18 147/3
**$100 million [3]**
144/9 146/18 147/3
**$100,000 [2]** 61/4
105/21
**$11 [5]** 106/16
106/18 106/24
106/25 119/13
**$11 million [5]**
106/16 106/18
106/24 106/25
119/13
**$128,137 [1]**
130/11
**$17,000 [1]** 52/9
**$17,005.04 [1]**
53/8
**$170 [1]** 113/14
**$170-some-thousan**
**d [1]** 113/14
**$187,000 [2]**
130/19 130/21
**$2.4 [2]** 105/3 113/7
**$2.4 million [2]**
105/3 113/7
**$21,000 [1]** 49/22
**$21,448 [1]** 50/16
**$213,000 [1]** 131/2
**$25,000 [2]** 117/1
118/2
**$25,023 [2]** 165/11
166/7
**$28,023 [1]** 166/6
**$30,000 [2]** 162/21
166/11
**$35,000 [2]** 105/18
166/13
**$36,300 [1]** 166/16
**$4.2 [1]** 107/20
**$4.2 million [1]**
107/20
**$400,000 [2]**
112/13 120/22
**$44,109.20 [1]**
166/19
**$46,900 [2]** 163/17
165/11
**$5 [1]** 113/16
**$5 million [1]**
113/16
**$50,000 [1]** 116/25

**$53 [1]** 144/8
**$53 million [1]**
144/8
**$53,000 [9]** 82/3
82/4 82/8 84/22 93/6
93/7 126/3 126/16
129/12
**$53,090.29 [1]**
92/17
**$6 [1]** 22/16
**$6 million [1]** 22/16
**$631.27 [1]** 113/24
**$650,000 [1]**
112/15
**$750 [6]** 6/17 34/6
51/17 147/15 148/16
151/17
**$8 [1]** 106/24
**$8 million [1]**
106/24
**$876,000.06 [1]**
113/24
**$9,000 [1]** 52/15
**$9,005.04 [1]** 53/17
**$9,005.54 [1]** 94/3
**$9,055.54 [1]** 94/2

**'**

**'09 [1]** 136/22
**'14 [2]** 26/16 26/17
**'15 [3]** 25/10 67/20
142/9
**'16 [2]** 133/6 157/5
**'97 [1]** 135/10

**0**

**0376 [2]** 46/8
113/23
**0377 [2]** 47/9 47/25
**0546 [1]** 69/15
**0590 [1]** 53/5
**0723 [1]** 97/8
**08057 [1]** 1/21

**1**

**1,500 [1]** 151/16
**100 [2]** 159/23
159/23
**100 percent [2]**
39/11 77/3
**100-percent [1]**
105/2
**100-something-doll**
**ar [1]** 103/18
**101 degrees [1]**
81/2
**103 [1]** 117/10
**107 [2]** 153/8
153/13
**10th [1]** 78/21
**110 [1]** 130/5
**1102 [3]** 159/15

159/15 159/16
**1104 [2]** 159/9
159/14
**1106 [1]** 181/20
**1117 [1]** 183/5
**113 [1]** 140/16
**1153 [1]** 139/16
**11:15 [1]** 2/3
**11th [1]** 178/18
**12 [4]** 45/25 46/7
113/20 113/23
**12-month [1]**
143/13
**1234 [1]** 1/24
**127 [1]** 29/13
**12:15 [1]** 44/3
**12:15 p.m [1]** 44/8
**12:20 p.m [1]** 44/25
**13 [2]** 21/14 142/6
**135 [1]** 233/10
**13th [5]** 58/14
67/20 87/15 91/6
169/22
**14 [1]** 21/14
**14,000 [1]** 51/21
**15 [1]** 137/22
**150 [1]** 136/11
**1511 [1]** 1/25
**16 [3]** 21/17 47/10
65/21
**16-CV-5849 [1]** 1/7
**16th [4]** 32/20 68/9
117/12 117/25
**17,000 [3]** 52/10
53/10 53/15
**17,000-about [1]**
53/8
**18 [2]** 90/25 105/4
**18th [2]** 29/17 95/7
**19 [1]** 92/8
**19106 [1]** 1/25
**19422 [1]** 1/17
**19th [2]** 5/9 6/7
**1:00 [4]** 44/5 44/23
45/2 45/8
**1st [6]** 15/24 33/22
38/18 80/2 96/10
133/2

**2**

**2.4 million [2]**
104/16 104/18
**20 [3]** 81/14 145/14
147/16
**20 percent [2]**
148/21 149/2
**20-percent [2]**
148/19 149/8
**20/20 [1]** 81/14
**200 [2]** 1/16 135/16
**200 percent [1]**
144/10

**2**

**2000 [1]** 86/7
**2002 [1]** 135/10
**2009 [3]** 23/1 24/8 135/16
**2010 [3]** 25/7 41/1 86/6
**2011 [3]** 42/6 100/24 101/1
**2012 [1]** 101/2
**2013 [2]** 2/22 88/2
**2014 [2]** 137/5 137/5
**2015 [17]** 6/7 8/19 15/24 18/11 26/14 30/17 31/5 33/8 37/7 57/8 95/10 96/1 98/17 138/13 144/9 144/15 176/4
**2016 [30]** 3/13 5/9 5/20 8/18 10/8 29/17 29/19 38/18 41/23 41/25 48/15 52/13 53/22 53/24 83/13 86/8 95/10 95/10 95/17 95/18 96/10 102/12 117/25 123/17 133/14 156/16 169/22 176/5 178/18 179/8
**2017 [1]** 144/16
**2018 [1]** 1/11
**205 [1]** 181/21
**21 [1]** 94/7
**21,443 [1]** 94/9
**215 [1]** 1/25
**22 [3]** 172/11 173/1 173/12
**22,000 [2]** 94/5 94/7
**22nd [2]** 81/20 176/4
**23 [3]** 78/11 78/15 78/16
**24-hour [1]** 22/18
**24th [7]** 37/22 57/8 57/20 77/3 98/17 150/6 150/14
**25 [3]** 1/11 145/24 147/16
**26 [6]** 67/15 67/15 78/12 78/13 78/16 83/25
**26th [21]** 5/20 10/8 71/7 77/4 82/13 83/13 84/1 86/24 89/19 92/1 95/7 102/12 123/17 124/25 160/13 161/6 161/20 164/5 167/1 167/3 179/13

**27 [5]** 57/6 60/12 63/6 150/6 153/7
**271 [1]** 1/20
**27th [3]** 35/20 35/21 69/20
**28th [3]** 37/4 71/7 96/23
**29 [2]** 52/17 79/17
**29th [1]** 96/21
**2:30 [2]** 100/6 108/1
**2:30 p.m [1]** 108/7
**2:45 p.m [1]** 108/9
**2nd [1]** 80/2
**2nd of [1]** 15/24

**3**

**30 [1]** 168/15
**30 percent [2]** 60/24 151/20
**30,000 [1]** 165/9
**32 [3]** 172/5 172/7 173/13
**32-or-so-thousand [1]** 51/21
**33 [1]** 82/17
**33 percent [2]** 39/9 71/23
**331 [1]** 173/16
**334 [2]** 83/25 84/3
**34 [3]** 174/15 175/2 178/2
**37 [2]** 64/3 64/14
**38,000 [1]** 48/20
**3:31 p.m [1]** 91/5
**3D [2]** 148/1 148/4

**4**

**4 million [1]** 104/21
**4.2 million [1]** 104/14
**40 [2]** 23/2 145/25
**41 [1]** 87/11
**42 million [1]** 144/15
**450 [1]** 1/16
**460-1511 [1]** 1/25
**47 [4]** 6/2 145/16 146/6 155/6
**48 [1]** 157/4
**4:00 p.m [1]** 158/11
**4:15 p.m [1]** 158/13
**4th [1]** 133/10

**5**

**50 [2]** 23/2 70/15
**50 percent [2]** 39/10 43/25
**50,000 [1]** 118/7
**50-percent [3]** 81/9 104/15 138/18
**500 [1]** 73/13
**51-percent [1]**

39/17
**54 [1]** 178/4
**57 [1]** 90/25
**58 [1]** 95/1
**58,000 [2]** 43/17 43/18
**5849 [1]** 1/7
**59 [2]** 96/9 96/18
**5:00 [1]** 158/10
**5:00 p.m [2]** 184/21 185/18
**5th [2]** 128/13 132/14

**6**

**6 percent [1]** 119/12
**601 [1]** 1/24
**607 [2]** 175/5 175/7
**63 [2]** 65/15 65/19
**66 [4]** 131/22 172/4 180/10 180/11
**68 [2]** 165/22 165/23
**6th [1]** 183/12

**7**

**701 [1]** 95/5
**709 [1]** 181/24
**74 [3]** 158/20 158/22 159/13
**750 [1]** 52/11
**76 [2]** 181/19 183/4
**779 [1]** 165/25
**780 [1]** 166/6
**7:06 p.m [1]** 84/7
**7:35 [2]** 87/14 87/17
**7th [2]** 133/5 133/13

**8**

**8-megawatt [1]** 48/4
**8.17 [1]** 48/10
**80 [1]** 139/15
**86 [1]** 165/6
**8:00 at [1]** 35/23
**8:00 p.m [1]** 93/25
**8:37 p.m [1]** 79/18
**8:49 [1]** 70/13
**8:49 a.m [1]** 70/9
**8th [1]** 82/21

**9**

**9-15-16 [1]** 47/10
**90 percent [1]** 74/8
**92,000 [1]** 43/19
**9:00 [1]** 184/15
**9:00 sharp [2]** 184/9 184/10
**9:00 then [1]** 185/7
**9th [1]** 179/8

**A**

**a.m [2]** 2/3 70/9
**abide [1]** 180/13
**ability [1]** 13/18
**able [9]** 3/15 7/8 7/14 31/21 68/22 144/24 147/5 172/14 178/16
**about [168]** 4/3 4/22 5/1 5/1 5/2 5/2 5/8 5/16 6/19 7/4 7/5 7/9 7/10 7/19 8/3 8/5 10/7 10/14 10/14 10/16 11/18 12/16 13/7 14/6 14/25 17/4 20/20 22/16 24/18 25/24 29/2 29/18 32/22 33/12 34/24 35/11 37/12 38/4 40/19 42/23 43/15 43/17 44/11 44/13 44/15 44/18 45/4 45/5 47/2 49/7 51/5 51/20 52/8 53/8 53/20 57/18 63/11 63/22 67/3 68/2 69/22 70/15 71/16 72/17 72/18 72/25 73/12 73/21 77/5 80/3 90/5 92/5 93/13 93/13 93/24 96/23 96/24 97/11 97/22 98/15 99/5 99/9 100/2 101/14 101/23 101/25 104/13 104/16 105/3 105/16 105/20 105/21 107/20 108/2 108/10 110/11 111/24 112/12 112/15 113/7 113/16 113/17 113/20 114/16 115/15 115/16 115/25 117/9 121/13 127/6 128/9 131/17 133/10 133/13 135/15 135/16 135/20 136/11 137/13 137/19 137/22 140/5 140/7 140/8 140/24 141/2 141/4 141/5 141/11 141/23 141/24 143/15 145/14 145/18 146/11 146/12 149/19 149/25 150/2 150/16 151/13 153/4 153/22 153/24 156/9 157/25 158/18 159/6 159/7 159/7 159/9 159/18

159/25 160/14 160/17 162/3 162/8 164/15 167/4 167/22 169/23 169/25 170/2 174/20 176/2 179/10 180/23 184/25
**about me [1]** 99/5
**above [3]** 94/1 177/1 233/19
**above-entitled [1]** 233/19
**absolutely [6]** 28/22 65/9 66/13 66/20 99/18 131/12
**acceptable [1]** 93/12
**accepted [1]** 109/10
**access [3]** 92/2 141/18 143/15
**accomplished [1]** 137/20
**accomplishment [1]** 168/17
**accomplishments [1]** 144/7
**according [8]** 6/22 28/7 64/16 75/13 77/17 81/25 113/19 113/21
**account [4]** 66/14 66/14 128/14 136/4
**accounting [10]** 90/4 90/6 90/21 155/9 155/12 169/4 169/5 169/16 169/21 172/2
**accounts [2]** 126/17 128/15
**accurate [5]** 13/15 43/24 45/21 52/25 64/11
**accuse [3]** 23/4 84/25 85/2
**acknowledging [1]** 70/24
**acquire [3]** 160/3 178/11 178/13
**across [3]** 123/5 143/16 143/18
**action [2]** 1/3 42/3
**actions [7]** 40/5 88/5 115/13 115/16 126/14 167/7 167/8
**actively [1]** 11/1
**actual [3]** 39/15 61/2 93/18
**actually [40]** 5/18 9/7 25/8 27/14 28/25 38/10 39/8 42/7 43/12 48/14 50/15 52/8 52/20 59/9 63/22 65/25 67/25

**A**

actually... [23] 69/7
75/2 75/4 78/24 81/9
84/15 93/15 94/24
101/5 101/8 107/10
111/18 111/25
130/23 132/4 138/24
145/15 161/23
162/17 163/1 170/25
171/10 179/22
added [2] 50/15
84/12
addition [1] 48/21
additional [2] 87/24
134/22
address [20] 9/23
9/23 10/1 82/17
102/15 103/24
108/25 109/2 114/18
144/20 163/12
163/13 163/16
163/17 163/19
163/21 166/8 174/3
175/13 175/15
addressed [2]
114/17 114/18
addresses [1] 50/3
addressing [1]
76/18
adduce [1] 134/22
adjacent [3] 40/25
42/5 46/9
adjourned [1]
185/17
admin [1] 161/14
administrative [2]
21/24 146/1
admissible [1] 78/2
admit [3] 60/9
115/22 163/23
ADP [2] 111/17
111/19
advance [1] 94/5
adverse [1] 136/18
advice [1] 90/23
advised [1] 77/10
affiliation [4] 2/12
110/11 110/14
181/10
affirmatively [1]
88/19
affirmed [1] 57/13
after [38] 13/12
14/25 18/23 22/2
23/1 28/9 30/7 43/11
48/16 60/9 74/1
79/23 82/14 86/24
89/16 93/3 102/7
102/9 102/13 102/14
107/14 110/3 112/22
124/3 124/7 134/5

141/16 154/8 156/6
157/3 169/7 169/10
176/6 179/12 179/25
180/6 180/8 180/9
afternoon [3] 45/9
114/21 164/7
afterward [1]
150/16
afterwards [1]
167/2
again [43] 5/7 5/12
13/19 15/16 16/1
17/18 21/25 28/3
49/3 49/25 52/3
52/23 52/23 54/3
56/13 57/20 59/6
59/16 60/25 65/23
66/7 66/20 67/6
71/15 75/23 87/3
101/24 104/25
106/11 110/4 111/15
112/20 113/2 115/10
122/23 127/3 144/14
166/7 183/10 183/21
184/9 184/11 184/14
against [13] 74/10
84/14 89/4 98/5
126/14 127/20
128/20 130/8 130/16
131/5 131/13 167/15
168/17
age [1] 21/10
agent [1] 133/18
ago [8] 29/3 66/4
72/14 75/12 121/6
128/7 128/8 155/11
agreed [9] 29/24
34/2 37/24 51/25
57/21 61/8 68/2
68/15 72/6
agreement [72]
8/12 8/13 8/14 10/20
11/1 17/8 17/10
17/14 17/19 28/17
29/10 29/25 30/1
34/14 34/16 34/19
38/3 38/7 39/8 39/13
51/13 51/15 51/16
52/7 54/17 55/9
56/10 56/12 61/14
61/20 61/23 62/7
67/21 69/21 71/10
71/20 71/22 79/21
80/7 80/23 82/21
82/23 82/25 83/3
86/15 87/2 94/4 95/8
95/9 95/18 95/20
95/22 95/23 96/5
106/20 107/11
112/19 112/20 119/9
119/11 148/13
148/15 149/3 149/4

149/10 150/3 150/5
156/8 157/12 159/20
160/2 175/9
agreements [9] 8/4
27/2 30/24 61/25
90/9 95/2 104/2
160/6 165/1
ahead [2] 20/4
148/6
ahold [2] 69/9
102/14
alerted [1] 161/9
Alex [10] 49/5
116/21 117/14
117/17 117/20
117/24 161/13 181/7
183/10 183/13
all [103] 4/13 4/23
6/5 8/6 9/21 10/3
11/4 11/24 19/8
19/21 19/24 21/10
22/1 23/7 24/20
25/22 26/23 29/18
37/19 37/23 38/12
39/9 39/23 40/8
40/22 41/8 41/12
42/10 42/14 42/23
44/15 46/4 48/22
48/23 48/24 54/25
59/3 69/3 69/6 70/17
73/25 74/13 74/22
77/6 81/5 81/6 82/20
85/9 87/7 87/10
87/25 88/15 89/23
90/6 90/15 90/23
91/2 92/2 94/13
94/17 95/13 97/4
97/12 97/14 98/3
99/16 102/5 103/9
104/1 105/8 112/3
114/4 114/24 114/25
115/9 121/3 121/5
125/23 126/17
126/17 129/1 129/18
129/22 130/22
141/19 146/2 146/2
146/6 148/23 157/23
162/6 162/6 164/20
164/20 164/24
165/12 165/21
166/24 169/5 169/9
169/18 171/19
172/20
allay [1] 89/24
allocated [1] 152/20
allow [1] 10/24
allowed [5] 21/18
36/13 36/14 110/13
142/2
allowing [2] 68/25
79/1
almost [6] 50/8 74/1

137/1 143/11 154/18
154/19
Aloia [40] 2/18 4/2
6/4 8/2 14/14 14/15
14/19 16/12 31/6
32/18 35/12 39/22
57/8 64/12 66/17
67/15 68/16 69/1
70/9 73/18 78/10
84/1 84/22 85/22
85/25 86/4 96/10
115/23 123/20
134/25 135/1 135/5
153/10 158/22 172/6
173/16 178/6 178/8
180/11 183/7
Aloia's [1] 51/3
along [3] 16/16
23/19 81/13
already [7] 31/9
58/12 80/15 90/7
143/20 143/22
161/16
also [29] 4/11 13/18
19/15 21/25 25/22
26/8 27/24 32/15
39/15 47/18 67/4
73/14 76/15 79/14
79/17 91/20 97/2
105/19 105/22
105/25 106/8 108/3
112/21 120/10
129/10 136/5 147/5
152/17 175/1
altered [1] 176/6
alternate [2] 178/10
179/2
although [3] 8/13
30/10 38/7
always [7] 22/23
31/19 61/25 73/24
127/14 139/2 170/16
am [6] 54/3 59/20
88/22 112/9 118/17
164/15
American [2] 3/12
3/13
among [2] 58/15
71/5
amount [8] 54/15
115/21 126/16
128/13 130/11 136/3
157/1 169/20
amounts [1] 144/14
an [132] 2/5 2/16
5/18 6/4 6/12 6/14
7/19 8/12 8/13 10/20
15/15 15/18 15/20
16/4 17/2 17/7 18/12
18/13 18/14 19/15
19/18 22/23 23/7
26/3 29/9 30/7 32/13

32/17 35/25 36/2
36/9 36/17 37/14
37/22 39/22 40/8
40/13 40/25 43/11
43/16 43/21 43/23
43/24 45/16 46/4
47/16 47/17 54/11
57/6 57/7 58/21
59/24 60/21 63/10
64/5 67/20 69/4 70/8
72/11 73/10 74/19
76/17 80/7 82/22
83/6 84/18 90/4
94/15 95/13 95/13
95/17 96/9 97/5
97/10 98/9 99/16
103/2 105/15 106/15
106/16 106/18
106/24 107/18 110/1
110/14 111/15 113/9
114/13 114/15
116/12 116/25
117/12 117/24
119/13 120/17
120/18 124/13
124/15 124/20
126/11 126/12
128/19 130/3 130/4
131/17 133/13 136/17
137/10 137/20 138/7
138/11 138/17 139/9
139/14 141/3 141/6
150/11 150/24
153/10 156/2 156/19
159/16 164/6 168/13
168/17 169/21
171/12 177/10
177/16 178/10 179/2
180/7
analyze [1] 34/4
and [669]
and/or [1] 62/23
anger [1] 161/22
angle [1] 36/9
annually [1] 144/10
another [14] 19/13
32/9 34/24 62/16
75/25 110/3 113/16
135/18 149/21
158/17 166/1 166/6
180/12 180/12
answer [15] 17/16
33/19 56/20 57/18
57/19 61/16 63/3
63/9 65/10 66/21
116/3 116/5 121/12
182/7 184/13
answered [1] 86/22
answering [1]
101/12
answers [1] 56/4
anticipated [3]

{CASENUM}   {WITNESSNAME}   {DATE}

**A**

**anticipated... [3]**
30/14 112/14 112/15
**any [51]** 8/16 9/8
24/24 37/1 40/23
41/19 50/18 50/19
52/12 61/9 62/8 66/5
69/21 70/13 70/14
73/18 74/3 75/1 75/7
75/7 75/8 75/10
78/24 79/1 96/5
100/19 101/10 103/3
103/8 107/24 108/17
110/11 110/14
115/17 116/11
116/11 118/17 119/4
131/3 139/1 139/7
151/10 156/22
158/15 160/5 161/11
165/3 165/4 168/23
184/12 184/22
**anybody [7]** 15/3
18/17 134/8 134/11
141/8 141/16 184/23
**anyhow [1]** 90/3
**anymore [3]** 11/11
34/11 52/1
**anyone [4]** 68/23
157/20 185/1 185/1
**anything [30]** 13/17
36/21 44/12 44/15
44/18 48/14 50/22
52/11 53/23 53/23
61/3 71/25 80/25
88/9 89/20 99/6
103/4 114/14 114/16
114/17 129/16
129/19 131/4 141/8
148/1 148/3 155/10
170/1 184/25 185/7
**anywhere [1]** 71/10
**apart [5]** 20/3 80/14
80/15 171/17 171/19
**apologies [1]** 32/3
**apologize [2]** 142/6
158/17
**appealing [1]** 6/24
**appear [1]** 46/3
**appearance [1]**
37/15
**APPEARANCES [1]**
1/13
**appears [7]** 46/1
57/9 71/7 121/8
132/24 133/9 153/10
**applicable [1]** 43/20
**applicant [1]** 47/16
**applicants [1]**
144/23
**applications [3]** 4/8
50/3 174/11

**apply [2]** 2/16 45/23
**appreciate [3]**
11/23 153/20 184/16
**approach [2]** 59/22
59/24
**approached [1]**
39/3
**appropriate [3]**
12/14 59/15 64/11
**approval [2]** 50/4
103/23
**approvals [3]** 42/8
102/6 103/21
**approved [1]** 14/10
**approximately [6]**
49/23 52/6 52/15
82/4 84/22 94/5
**April [10]** 51/12
51/24 52/12 55/3
96/16 96/21 96/25
99/7 156/7 156/14
**April 29th [1]** 96/21
**architect [1]** 113/10
**architecture [2]**
64/9 135/9
**are [98]** 7/11 7/19
9/25 11/11 13/25
18/18 21/3 26/25
27/13 27/16 28/10
30/1 35/1 38/1 38/20
38/23 38/25 39/1
39/8 40/12 40/15
40/17 42/3 43/6 44/9
44/17 45/10 47/8
52/18 54/4 63/19
66/3 67/2 67/11
69/21 70/18 72/24
81/3 81/5 89/18
90/22 91/2 93/18
93/18 94/19 94/20
95/12 98/21 99/6
102/5 108/17 108/21
109/12 109/18
111/14 112/21 113/4
114/21 115/13
115/25 121/16
121/24 122/14
124/18 128/16
129/13 131/6 131/10
133/22 134/19
134/20 135/23
135/25 142/9 145/10
145/15 146/19
146/20 146/21
148/10 151/14 155/5
155/6 155/6 158/15
159/13 159/23
160/23 164/16 165/8
165/10 172/13
176/25 177/13
178/17 183/11
184/16 185/8

**area [4]** 31/20
101/10 112/2 171/1
**argue [1]** 182/22
**arm [2]** 157/25
158/1
**around [13]** 22/18
33/21 35/11 38/9
47/11 59/6 60/19
112/19 124/19
156/10 156/20 162/9
167/12
**around-the-clock
[1]** 22/18
**arrangement [3]**
34/12 34/13 61/11
**arrears [1]** 54/14
**article [1]** 168/14
**articulate [1]** 126/1
**articulated [1]**
125/23
**as [158]** 3/23 5/10
6/4 16/12 16/15
16/15 16/24 16/24
16/25 18/20 18/20
19/16 19/25 20/12
21/21 23/3 23/22
24/12 25/9 25/13
26/1 26/3 26/6 26/16
27/5 28/25 29/13
33/13 34/3 34/3
37/13 37/14 38/13
38/20 39/23 40/15
40/16 44/10 44/19
47/15 47/20 50/7
50/25 51/6 51/13
51/22 53/2 54/23
55/16 55/21 61/19
66/3 66/10 66/22
68/15 69/7 69/10
69/24 70/3 70/4
71/22 72/2 72/3 73/8
73/8 73/16 74/13
75/12 75/23 76/13
77/11 77/13 79/24
80/16 80/18 81/17
82/23 83/10 83/18
83/18 83/21 84/8
85/12 88/25 92/16
95/8 97/20 97/25
98/1 98/13 99/24
100/23 102/8 103/3
103/15 104/11
104/13 106/18 109/6
113/5 113/6 113/9
114/1 115/21 118/24
119/8 119/8 119/11
119/11 120/19
120/19 121/7 123/16
124/20 125/7 125/10
133/2 133/22 135/10
135/19 138/16 141/7
145/5 147/1 147/9

147/13 150/12
153/15 155/13
155/23 155/23
156/19 157/22
159/25 161/1 161/25
162/2 164/10 164/16
164/22 164/22 174/1
174/24 174/25
175/12 176/21
177/13 179/2 179/17
179/17 179/22
180/20 181/7 181/8
181/11 182/14
183/10 183/19
**aside [1]** 84/10
**ask [22]** 8/23 8/24
11/24 13/19 16/1
17/18 32/9 49/16
56/1 56/6 58/22
58/23 78/23 92/17
115/17 129/21
129/23 129/25 152/3
156/12 162/17
169/12
**asked [25]** 7/9 8/21
18/24 19/5 22/10
35/16 36/23 47/17
49/15 56/23 57/1
61/16 69/22 74/5
80/17 111/2 111/3
126/13 126/24
142/24 147/18 154/6
161/13 171/22
182/12
**asking [9]** 10/23
18/15 56/24 72/6
72/8 90/21 127/25
133/7 160/23
**asks [1]** 6/5
**aspects [1]** 22/1
**assets [5]** 25/25
26/1 30/8 30/8
157/23
**assistance [1]**
153/21
**assistant [1]** 35/25
**assisted [1]** 147/25
**associated [3]**
16/15 33/25 107/5
**association [1]**
113/13
**assume [1]** 169/19
**Assumptions [2]**
48/3 48/20
**asterisk [2]** 95/13
95/14
**at [223]**
**Atchley [1]** 107/12
**attached [4]** 69/2
131/9 177/14
**attempted [1]** 9/11
**attempts [1]** 19/14

**attest [2]** 174/4
177/1
**attested [1]** 174/2
**attention [1]** 174/2
**attorney [11]** 19/18
20/8 30/5 30/5 45/11
88/24 94/15 94/18
106/4 168/4 171/5
**attorney's [1]** 93/2
**attorneys [5]** 20/3
39/2 39/4 93/1 129/9
**August [31]** 5/20
10/8 15/24 18/11
38/18 77/3 77/4 80/2
82/13 82/21 83/13
84/1 86/24 89/19
92/1 102/7 102/12
123/17 124/25
132/14 133/2 133/10
160/13 160/13 161/6
161/20 164/5 167/1
167/3 179/11 183/12
**August 1st [4]**
15/24 38/18 80/2
133/2
**August 24th [1]**
77/3
**August 26th [16]**
5/20 10/8 82/13
83/13 84/1 86/24
89/19 92/1 102/12
124/25 160/13 161/6
161/20 164/5 167/1
167/3
**August 4th [1]**
133/10
**August 5th [1]**
132/14
**August 6th [1]**
183/12
**August 8th [1]**
82/21
**authenticate [1]**
165/7
**author [1]** 157/9
**authority [1]** 9/8
**authorization [1]**
183/25
**authorized [9]**
174/7 174/8 174/10
174/13 175/18
176/24 181/12
183/17 183/19
**available [2]** 147/14
159/21
**Avenue [2]** 82/17
160/16
**averse [1]** 144/15
**Avery [4]** 140/17
140/18 142/18
142/19
**avoid [4]** 68/13
68/14 84/19 87/18

**A**

awarded [3] 106/23
106/24 111/18
aware [5] 33/2
62/24 79/4 96/5
137/17
away [13] 9/3 60/17
83/22 85/13 101/9
118/2 118/5 120/5
121/20 121/23
121/25 126/10
148/17
awfully [1] 135/22
awry [1] 98/6

**B**

baby [1] 151/14
Bachelor's [1] 135/9
back [73] 2/22 8/4
10/10 10/11 10/14
10/18 18/21 19/6
23/21 24/11 25/9
29/11 30/24 36/5
38/8 39/19 41/1
42/21 45/15 49/16
51/23 54/14 56/9
56/11 56/17 56/25
57/2 63/9 68/24 72/9
72/13 74/19 78/7
78/10 89/9 89/25
90/10 90/17 90/24
93/6 93/7 97/14 98/8
99/9 106/14 108/2
108/5 114/12 116/7
119/2 124/8 129/16
142/9 145/9 153/25
155/19 158/16
161/15 162/5 164/5
164/20 166/22 169/2
169/3 169/12 169/13
169/16 170/11
170/20 170/21
171/11 180/22
184/14
back-and-forth [1]
99/9
backed [1] 92/4
background [5]
20/20 32/24 33/2
136/6 139/12
backlog [2] 138/25
151/14
bad [1] 28/16
baggage [1] 24/13
ball [1] 72/12
bank [5] 124/5
124/22 125/8 125/15
125/18
bankruptcy [3]
73/15 73/17 136/23
bar [2] 108/3 108/4
based [5] 49/11

114/14 134/16
150/12 152/1
baseline [1] 145/8
basically [4] 34/5
162/15 164/16 172/1
basis [4] 34/3 34/6
99/10 160/15
Bates [2] 29/16 46/8
bathroom [5] 18/3
18/5 18/6 18/7
152/16
batting [1] 73/13
be [119] 3/22 6/17
7/19 7/20 7/21 8/5
8/6 8/6 8/10 8/13
8/17 11/23 11/25
13/18 13/21 16/9
16/15 16/18 21/13
23/8 25/20 27/23
29/13 31/14 31/21
33/4 33/22 34/1
35/13 37/1 38/11
38/20 39/14 44/23
46/1 46/4 46/19 48/7
48/7 49/2 51/16
54/14 54/24 55/5
57/9 59/11 59/15
59/24 61/3 62/9
68/12 71/17 71/24
72/22 72/23 73/2
73/3 74/2 76/8 76/9
76/25 77/3 78/2 81/9
88/13 88/17 90/18
91/12 96/4 97/3
97/12 99/21 102/2
103/4 108/11 109/3
111/2 111/4 112/13
112/15 115/12
115/18 116/12
116/17 116/18
117/22 118/21
118/25 120/19
121/22 122/4 123/15
127/5 127/16 128/21
132/24 133/9 137/8
139/4 147/14 148/7
148/17 149/15
153/10 156/1 159/22
161/18 162/9 163/15
164/19 164/25
167/17 173/9 178/25
179/2 179/17 184/5
184/10 184/14
Bear [2] 53/4 78/7
became [5] 9/2 9/2
37/21 131/18 135/14
because [96] 3/7
6/24 9/20 11/3 11/16
12/3 18/22 21/21
22/6 22/18 23/5 23/6
23/9 24/12 24/23
26/15 27/25 28/4

30/21 31/23 34/3
36/18 36/24 39/19
40/6 44/19 46/20
46/23 47/14 47/23
50/17 50/19 51/25
52/23 59/16 62/5
62/8 63/21 67/7
72/21 72/23 74/7
75/15 75/16 76/5
77/9 78/8 82/9 82/23
84/24 89/21 100/22
101/10 101/22
103/16 103/21 105/8
105/11 106/21 107/2
108/18 109/24
111/17 112/1 112/10
113/2 114/1 115/19
116/14 118/7 118/18
120/4 120/6 121/20
122/1 122/6 122/10
126/19 126/23
128/18 129/5 129/18
130/24 134/4 134/6
144/13 147/19 149/8
155/17 157/21
160/22 164/15 165/5
167/3 173/25 180/17
become [1] 42/12
been [65] 2/20 4/16
15/5 18/15 22/5 24/2
24/15 28/23 29/20
30/18 30/23 31/13
38/10 38/15 39/4
43/11 46/10 49/3
52/12 59/9 59/17
59/18 74/14 79/24
80/5 86/13 90/16
94/19 97/19 100/23
101/3 101/25 103/20
104/18 104/21
104/24 105/2 105/4
105/5 109/18 110/5
113/7 113/12 113/16
113/24 115/7 122/17
122/20 132/15 134/3
137/4 143/11 148/16
149/1 156/7 156/21
161/10 161/16 168/1
169/23 170/18 172/2
173/18 176/11
179/11
beer [1] 137/13
before [34] 1/11
12/25 18/16 23/17
24/5 25/20 26/15
27/14 29/19 32/19
40/24 41/6 41/8
41/19 41/21 60/19
66/5 67/20 69/20
87/15 107/25 112/23
113/15 118/10
123/23 124/6 127/25

135/12 135/20 140/1
144/4 154/9 172/23
176/11
began [3] 26/12
101/1 136/15
begin [3] 44/4 59/12
184/14
beginning [3] 51/9
110/12 121/10
behalf [7] 57/23
58/7 58/8 132/21
132/25 173/25 174/9
behind [2] 4/2 29/6
being [22] 8/21
9/24 9/25 11/12
11/24 13/1 16/16
22/23 23/8 25/13
34/18 48/9 48/25
79/10 93/2 99/16
100/2 111/19 118/25
129/23 147/5 165/4
belief [6] 27/19
37/22 38/15 39/25
62/23 182/8
believe [63] 9/7
11/16 15/12 16/22
23/2 27/24 33/20
35/20 35/20 46/17
47/9 47/22 50/23
51/20 52/3 52/6 52/8
53/17 59/7 61/22
68/21 71/6 73/24
74/12 78/5 79/24
86/6 92/25 95/4 98/3
100/16 108/11
109/19 109/23
110/12 112/15
115/10 120/7 120/18
131/2 132/14 132/15
132/19 133/3 139/10
143/4 145/12 154/2
155/12 156/6 156/14
160/7 160/13 163/8
168/15 169/25
170/20 171/11
171/24 175/17 176/6
177/21 180/5
believed [7] 15/16
15/18 16/17 38/11
53/21 63/13 71/23
Bell [1] 1/17
Bellmawr [2]
105/14 159/6
below [5] 36/6 36/7
96/21 98/18 153/16
benefit [1] 27/9
benefited [1] 30/21
benefits [1] 61/4
best [8] 9/13 9/13
52/14 53/1 60/3
153/21 162/1 184/17
better [3] 84/11

106/13 109/7
betting [1] 27/16
between [34] 6/8
28/15 28/20 32/16
33/9 36/4 36/12
40/13 56/9 62/3
67/14 68/14 70/20
70/21 71/1 71/16
72/22 77/3 91/2
92/13 95/10 96/6
96/14 97/14 103/11
119/9 131/20 131/21
145/7 145/24 157/13
180/14 181/22
181/23
bid [3] 22/12 79/1
79/14
bifurcate [1] 54/2
big [7] 22/2 23/13
27/6 28/13 73/2
116/24 144/16
bigger [2] 24/14
163/4
bill [17] 18/20 47/1
85/3 85/7 86/5 86/11
86/13 90/19 91/7
91/9 93/8 101/14
121/9 128/1 152/10
153/15 155/8
Bill Hessert [2]
121/9 152/10
Bill Hessert's [1]
128/1
billed [1] 51/22
billing [1] 81/21
bills [2] 90/11 90/18
BIM [2] 147/22
147/23
binders [1] 4/12
bit [15] 20/20 22/25
30/12 30/13 39/15
54/22 55/6 58/8
116/5 137/19 140/8
145/9 147/18 161/22
171/23
black [1] 36/9
blank [4] 62/1 71/9
95/9 95/10
blanks [1] 70/16
block [1] 131/10
blown [1] 162/4
blue [4] 1/17 140/17
140/18 142/23
blurb [1] 168/14
blush [1] 153/19
board [11] 6/6 6/7
7/1 43/12 43/14
47/12 50/7 138/12
155/23 156/12
156/19
Boards [1] 42/9
boilerplate [1]

**B**

boilerplate... [1]
156/8
book [4] 78/8 138/7
152/25 178/6
bookkeeper [1]
161/14
books [2] 138/7
143/9
bore [1] 142/12
both [21] 19/17
26/19 28/10 31/23
50/6 50/8 51/3 62/10
66/13 95/24 97/5
102/4 103/5 124/18
144/14 148/9 155/5
159/16 165/20
171/24 177/25
bottom [13] 48/3
53/6 66/9 66/25
66/25 69/17 69/18
69/18 78/20 93/24
110/7 114/3 179/5
bought [3] 15/1
24/20 24/22
bounced [1] 38/8
brag [1] 100/2
brand [5] 36/19
62/11 100/2 141/4
142/3
brand-new [1]
62/11
branding [1] 36/17
breached [2] 8/10
10/25
break [10] 21/22
44/3 44/11 44/13
60/14 100/5 108/1
108/3 108/13 184/3
breaking [1] 158/2
breaks [2] 21/21
159/24
Brewerytown [18]
33/13 34/10 35/14
51/8 51/10 51/24
54/7 54/22 55/7
55/15 59/10 73/1
73/23 73/25 96/22
98/6 124/15 147/19
bridge [4] 31/23
112/3 143/16 143/18
brief [2] 2/14 135/7
briefly [6] 31/8
49/24 59/23 72/4
89/20 138/6
bring [17] 6/6 6/7
7/8 7/14 60/15 74/3
75/1 75/7 75/10
76/10 137/11 143/1
143/7 149/22 156/18
157/20 167/19

bringing [4] 75/18
81/1 99/5 156/12
brings [1] 10/22
broad [1] 25/17
broke [1] 170/3
broom [1] 25/21
brooms [2] 21/19
22/1
brought [15] 6/18
16/9 48/14 74/25
75/3 75/15 75/17
76/13 97/24 125/6
126/25 137/8 148/20
149/5 174/22
bucks [1] 21/16
budget [1] 120/18
build [10] 3/15 64/9
106/24 113/5 113/6
122/9 122/14 122/15
122/16 153/1
builder [1] 104/11
building [17] 3/1
3/3 18/19 34/11
42/14 43/15 43/17
43/25 45/22 48/22
48/24 71/13 71/13
74/24 104/15 122/4
147/24
buildings [4] 45/21
66/2 66/3 66/4
BuildZoom [3]
15/11 36/22 36/24
built [4] 19/1 66/5
103/25 105/4
bunch [8] 24/1 27/4
93/13 105/23 107/6
115/23 116/1 145/13
business [67] 3/11
4/5 5/6 6/23 9/5 9/6
18/3 19/8 20/1 20/22
21/6 21/7 22/1 22/7
24/7 24/11 26/22
28/5 28/10 36/4
36/15 38/5 38/21
39/4 54/1 54/10
55/22 59/17 59/18
67/3 69/5 69/6 69/11
73/8 77/16 77/18
79/8 81/6 85/3 85/4
88/1 100/17 106/13
114/2 135/18 138/21
141/20 142/3 143/20
144/8 146/10 146/12
146/13 147/17 148/7
148/12 149/23 150/3
152/25 157/16 158/4
160/12 161/1 181/8
181/9 181/17 183/10
businesses [2] 19/8
61/8
busy [1] 28/4
but [145] 2/20 3/5

3/15 4/15 5/6 5/7
5/23 8/22 8/24 9/2
9/3 9/7 11/17 13/18
16/11 17/7 17/22
19/12 19/21 22/8
24/1 24/14 24/24
25/8 25/18 25/22
26/20 26/21 27/14
28/8 30/3 31/3 31/17
34/19 34/22 38/8
39/10 39/15 39/17
41/3 41/16 42/17
43/2 43/7 43/10
43/19 44/14 45/17
46/4 48/13 53/23
54/9 54/22 59/10
60/7 62/1 62/2 62/6
62/10 62/12 68/19
70/5 71/8 71/20
71/24 73/11 73/12
74/9 74/11 74/14
74/22 77/9 79/14
80/7 81/21 85/1
86/12 88/17 90/3
90/10 90/19 93/19
99/23 101/17 101/20
102/9 103/10 105/3
105/13 106/6 106/20
106/25 109/11
109/13 111/5 111/8
113/13 114/17
114/25 115/7 115/12
115/14 115/17
118/22 119/22 120/2
120/9 120/11 122/15
123/12 124/22
125/14 125/21 127/3
127/15 129/13 139/2
145/14 147/1 148/7
152/12 154/12
155/12 155/24 156/1
156/22 157/2 161/18
162/24 163/4 167/17
168/5 169/23 170/25
171/21 173/10
173/21 176/14
177/12 177/16
180/19 180/22
182/22 184/25
185/13
buy [5] 8/15 30/7
30/8 156/25 156/25
buy-in [3] 8/15
156/25 156/25
buying [1] 62/10
by [82] 1/15 2/14
2/19 2/22 3/19 3/22
3/23 9/22 10/2 10/20
11/1 13/1 14/4 14/5
15/5 15/20 15/24
16/3 16/19 17/20
17/21 17/22 19/18

3/15 4/15 5/6 5/7 (cont. column)
30/23 30/25 33/22
39/3 40/9 42/11
43/25 45/11 46/20
47/6 47/11 47/21
48/1 48/8 48/15 49/1
49/22 52/1 52/11
52/12 53/18 53/19
56/3 58/16 75/3 75/5
77/10 79/10 80/17
81/25 90/7 90/11
90/17 93/11 95/10
98/8 103/5 108/23
109/15 109/16
114/18 115/7 121/8
126/1 151/2 152/9
152/16 158/15
158/18 166/8 175/24
181/16 182/24
183/13 183/13 233/5
233/7 233/7 233/10

**C**

C.M [1] 233/22
cable [1] 90/19
Café [9] 83/12 86/24
102/11 102/12
123/18 124/7 124/23
170/15 170/24
calculated [1] 84/9
calculations [1]
119/2
call [13] 10/13
12/17 12/20 67/12
102/9 102/11 104/21
124/14 128/8 134/24
155/23 158/17
167/20
called [14] 3/22 9/9
9/10 18/24 31/18
74/18 80/20 114/10
128/6 141/7 142/23
149/13 150/7 157/15
calling [2] 24/2
59/16
calls [3] 77/20 91/16
101/12
cam [2] 152/15
153/4
Camden [2] 22/15
22/15
came [24] 5/23 5/23
5/24 7/1 7/7 10/23
23/21 24/22 28/8
38/5 50/10 50/12
50/14 52/9 87/4
101/20 106/25
110/10 123/5 138/16
147/15 170/11
170/19 184/5
camera [3] 18/2
18/6 18/7
camp [1] 170/3

campus [1] 22/16
can [91] 4/22 4/24
6/10 8/13 9/5 9/6
12/12 12/12 13/22
20/14 20/19 23/18
23/24 29/12 31/8
35/14 36/11 39/3
39/10 39/14 39/16
40/12 40/14 40/16
43/19 45/15 47/20
49/15 49/22 52/17
53/1 55/10 57/3 58/6
58/10 59/3 60/3 63/5
63/9 64/22 65/11
65/14 65/14 65/24
67/9 67/17 67/18
67/21 72/4 82/18
85/10 89/6 90/8 90/9
93/17 94/4 98/19
99/19 101/6 102/8
102/25 103/22
104/11 108/25 109/2
109/25 111/9 114/11
114/18 117/2 117/8
117/10 120/24
121/15 126/3 130/9
135/6 144/1 153/7
153/13 157/6 168/3
168/4 168/4 172/6
173/16 175/2 178/6
182/22 184/22
184/25
can't [35] 16/10
34/17 41/9 41/14
44/12 44/14 44/18
45/20 57/17 58/21
60/5 60/10 60/13
61/21 63/4 65/8
65/10 65/13 65/16
80/19 86/19 97/5
101/19 102/1 102/24
105/1 111/8 113/2
113/4 127/9 172/17
182/14 182/21
182/22 185/1
cancel [3] 127/7
127/9 127/14
canceled [1] 93/4
canceling [1]
127/12
cannot [2] 44/11
184/23
capacity [2] 6/16
113/9
capital [3] 74/6
74/19 157/2
captured [1] 3/16
carbon [1] 159/17
card [1] 69/5
cards [5] 69/6 69/11
69/22 116/6 141/20
care [4] 39/2 118/1

{CASENUM}   {WITNESSNAME}   {DATE}

**C**

**care... [2]** 118/12 170/25
**cared [1]** 117/5
**carefully [2]** 6/5 16/2
**carpenter [1]** 135/14
**carried [1]** 99/25
**case [25]** 2/16 2/25 3/3 3/20 4/6 4/11 5/1 6/16 8/9 8/13 10/24 11/18 12/9 12/13 16/18 20/15 40/17 45/5 108/21 108/24 109/12 109/16 109/19 175/10 184/15
**cash [3]** 125/15 125/16 161/10
**cashier's [10]** 82/9 124/5 125/16 125/17 127/3 127/8 127/9 127/12 127/15 127/16
**cashing [1]** 162/10
**caused [4]** 108/22 154/1 155/2 158/15
**CC'd [1]** 161/12
**cellphone [1]** 18/5
**center [28]** 7/12 22/14 22/14 40/25 42/4 43/3 43/10 46/10 47/17 47/19 50/2 50/11 76/12 77/8 77/11 81/18 81/23 94/6 100/21 100/23 101/22 104/6 113/1 116/22 130/10 170/2 172/1 173/7
**centers [2]** 42/20 139/3
**Central [10]** 119/7 119/10 119/17 119/20 120/13 120/15 121/2 131/18 132/5 132/16
**cents [1]** 166/7
**cert [1]** 79/14
**certain [11]** 5/18 17/11 24/23 49/20 50/9 77/2 92/10 92/11 95/5 105/2 126/16
**certainly [6]** 12/10 13/5 109/2 117/11 124/10 132/10
**certificate [1]** 133/16
**certificates [1]** 159/8

**certify [1]** 233/17
**cetera [7]** 50/4 50/4 58/19 67/22 94/22 94/22 151/4
**chain [1]** 158/23
**chance [1]** 12/13
**change [9]** 4/8 42/11 61/11 102/23 102/24 103/7 130/23 148/3 175/18
**changed [1]** 61/19
**changes [1]** 141/13
**changing [2]** 46/21 46/21
**characterize [1]** 102/8
**charge [4]** 18/16 18/19 41/10 151/5
**charges [8]** 83/19 84/14 88/4 88/16 89/4 93/8 127/20 167/15
**charging [1]** 21/16
**chatted [1]** 137/13
**check [32]** 68/18 82/9 97/2 123/25 124/2 124/5 125/4 125/6 125/16 125/17 126/7 126/9 127/4 127/8 127/9 127/13 127/15 127/16 162/21 166/1 166/6 166/11 166/13 166/16 166/20 167/20 169/12 169/13 169/16 169/24 170/11 170/20
**checks [16]** 9/25 10/2 161/16 161/17 162/10 162/13 162/18 163/11 163/15 164/1 165/4 169/18 169/22 169/25 174/13 175/14
**Cherry [7]** 9/24 10/1 93/19 128/25 129/7 166/8 175/13
**Chester [2]** 31/20 85/21
**chiming [1]** 99/2
**chip [1]** 83/10
**chose [1]** 139/12
**chronologically [1]** 23/18
**circulating [1]** 60/19
**circumstances [1]** 82/18
**civil [7]** 1/3 42/10 88/4 89/21 118/9

126/14 127/17
**cladding [1]** 136/11
**claim [6]** 5/4 10/19 43/19 74/22 82/1 100/16
**claimed [2]** 31/2 105/12
**claiming [3]** 47/22 103/4 177/13
**claims [4]** 5/5 73/6 118/25 129/18
**clarify [8]** 23/24 23/25 35/14 37/17 41/3 49/22 57/3 123/4
**clean [9]** 16/13 16/17 38/13 98/19 99/12 139/5 147/11 158/4 158/5
**clear [8]** 12/5 21/13 72/22 93/17 100/22 104/23 127/6 144/17
**clearly [4]** 62/4 82/20 109/18 113/3
**clears [1]** 53/5
**clever [2]** 85/12 123/15
**client [8]** 5/7 7/18 41/18 103/11 115/8 128/6 148/5 174/21
**clients [23]** 2/13 5/4 6/1 6/24 12/2 13/9 13/21 15/9 24/3 24/12 40/20 40/20 40/22 55/11 59/16 77/1 87/4 87/5 121/7 127/21 130/8 171/24 179/17
**clients' [2]** 9/23 24/14
**clock [1]** 22/18
**clone [2]** 9/12 154/19
**cloned [1]** 9/11
**cloning [1]** 152/18
**close [6]** 73/7 88/1 90/15 103/17 150/14 165/3
**closed [3]** 88/1 124/19 135/17
**closing [2]** 104/1 147/21
**Clubs [2]** 116/7 116/9
**CM [1]** 1/24
**CML [51]** 7/13 75/25 77/4 77/5 80/6 105/12 105/22 105/25 106/22 110/1 111/16 112/17 112/21 115/5 119/7 119/10 119/12

119/17 119/20 120/11 120/13 131/5 131/13 131/16 131/18 131/21 131/21 131/22 132/2 132/5 132/17 133/15 133/24 134/1 161/12 162/23 162/25 163/18 165/13 171/25 171/25 177/25 180/15 180/16 180/18 180/21 180/24 181/6 181/9 181/10 181/23 123/4
**CML's [1]** 130/16
**CMO [1]** 90/5
**CNN [1]** 11/16
**co [7]** 35/5 35/7 35/13 68/15 132/6 144/8 145/2
**co-developer [1]** 132/6
**co-endeavor [1]** 35/13
**co-founded [1]** 144/8
**Co-founder [1]** 145/2
**coach [3]** 44/12 86/19 140/3
**coerced [2]** 10/17 10/20
**coercion [2]** 167/4 167/5
**coffee [4]** 82/16 82/19 160/15 161/20
**cohesive [1]** 4/24
**colleague [1]** 142/22
**collected [3]** 161/3 162/13 165/4
**collective [3]** 61/9 99/20 174/24
**collectively [1]** 57/15
**college [4]** 21/20 21/20 22/2 28/12
**collude [1]** 85/3
**colluded [1]** 85/15
**Colonel [1]** 137/21
**color [1]** 139/11
**colors [3]** 59/20 141/4 141/5
**come [26]** 4/23 6/15 18/25 22/10 23/22 24/10 49/15 73/4 74/17 76/24 78/7 88/24 108/1 108/5 111/16 116/7 122/18 122/21 138/12 142/20 152/6 160/14 169/12 169/13

169/16 174/19
**comes [9]** 3/8 7/3 38/19 72/16 76/4 94/12 114/11 114/12 147/5
**comical [1]** 48/17
**coming [3]** 136/17 155/23 156/21
**comment [2]** 156/10 167/13
**comments [3]** 96/21 97/14 168/21
**commercial [2]** 3/2 3/5
**commission [1]** 6/17
**commit [2]** 34/7 147/16
**commitment [1]** 99/9
**commitments [1]** 149/15
**committing [1]** 59/13
**communicate [1]** 63/15
**communicating [2]** 141/23 141/24
**communication [7]** 56/14 69/8 80/5 89/7 89/10 110/23 142/8
**communications [17]** 15/17 16/9 51/23 63/21 64/2 66/13 66/15 66/17 66/22 67/11 78/10 84/17 89/23 115/18 132/6 142/14 158/25
**companies [17]** 5/19 19/2 23/22 24/21 24/22 24/23 26/4 27/7 46/17 54/2 66/5 74/9 74/11 87/6 109/8 145/1 146/21
**companies' [1]** 15/6
**company [101]** 2/22 2/23 2/24 3/15 5/12 6/18 9/9 16/18 18/13 18/18 18/22 18/25 19/1 21/11 21/13 23/2 24/9 24/17 24/19 25/14 26/2 27/3 27/17 27/21 27/25 28/6 28/7 29/25 30/6 30/8 31/13 31/22 31/22 34/24 35/8 35/18 37/11 37/15 37/18 38/13 54/1 58/17 59/14 61/9 61/10 64/7 67/10 67/12 68/3 73/9 73/16 76/1

**C**

**company... [49]**
80/10 84/25 88/14
88/18 95/14 99/6
100/1 105/3 111/19
119/10 128/14 131/8
132/2 133/23 135/12
135/13 135/15
135/19 138/6 138/8
138/9 139/5 139/10
140/11 140/13 141/1
142/2 142/4 143/11
146/16 146/17 147/9
147/13 147/14 151/2
154/3 156/21 157/22
157/23 158/5 159/22
162/1 162/24 174/1
178/21 182/3 183/14
183/22 183/22

**company's [1]**
152/18

**complaint [7]**
172/10 172/11
172/14 172/18
173/10 177/6 177/14

**complaints [3]**
93/14 93/15 93/18

**complete [3]** 47/7
58/18 74/2

**completed [9]**
47/21 48/1 119/23
119/23 119/25 120/2
120/8 143/9 153/18

**completely [2]**
103/16 171/17

**complicated [3]** 4/6
4/11 4/18

**complies [2]** 130/6
178/7

**computer [5]** 68/6
92/4 92/4 92/5
147/25

**Computer-assisted
[1]** 147/25

**concerned [3]** 40/6
40/11 72/18

**concerning [2]**
184/24 185/1

**concerns [6]** 62/5
72/20 72/25 144/20
155/2 156/20

**concluded [1]**
109/20

**conditions [1]**
113/25

**conduct [2]** 19/23
108/24

**conference [5]**
109/5 109/20 124/18
170/14 170/16

**confidential [1]**

128/24

**confirmation [1]**
180/7

**confirmed [1]**
109/15

**confront [2]** 80/3
179/19

**confuse [1]** 69/12

**confused [3]** 39/20
72/23 124/24

**confusion [2]** 68/13
68/14 72/22

**consensusdoc [2]**
180/13 181/21

**consideration [3]**
88/3 88/12 88/17

**conspire [1]** 93/8

**constructing [1]**
112/9

**construction [105]**
1/4 2/21 3/1 3/22
5/14 5/16 9/11 9/18
10/1 14/5 14/9 14/24
15/7 18/18 20/21
21/18 23/13 23/22
24/1 24/4 24/9 24/21
26/21 27/17 28/10
37/10 37/14 37/18
47/14 52/2 54/10
54/22 55/8 55/15
55/22 62/13 62/25
64/7 64/18 66/6
66/11 66/12 66/19
67/4 68/22 70/3
73/19 73/22 74/4
74/6 75/1 75/11
75/13 76/8 76/10
79/5 79/7 79/8 81/1
87/8 87/9 88/14 90/9
102/25 112/8 120/19
129/17 130/7 131/23
132/22 133/1 133/3
133/6 135/19 136/8
136/20 140/10
146/17 146/21
147/25 148/2 157/18
157/25 158/2 158/3
158/6 160/4 160/8
161/1 163/5 163/6
163/18 165/12
165/14 165/17
165/19 166/8 166/25
175/11 175/12 179/3
180/14 181/24
183/20 184/2

**Construction's [1]**
58/8

**consult [1]** 184/23

**consultants [1]**
174/25

**consulting [18]**
6/16 10/25 17/6 17/7

24/5 34/13 34/16
34/19 51/13 51/18
52/7 52/18 53/16
94/4 140/11 140/12
149/3 149/4

**consulting
agreement [1]**
34/16

**consume [2]** 42/14
42/19

**contact [2]** 41/19
128/9

**contacted [2]** 86/5
178/14

**contacts [6]** 3/8
6/23 7/8 41/13 41/17
59/15

**content [4]** 64/11
65/25 74/9 74/21

**contention [2]** 8/11
8/11

**contentious [1]**
28/20

**context [2]** 76/21
168/9

**continuation [2]**
21/11 21/12

**continue [9]** 21/4
45/12 54/9 57/19
77/1 94/23 98/12
108/14 110/13

**continued [3]** 89/23
113/8 153/21

**continues [1]** 44/10

**continuing [1]**
179/23

**continuous [2]** 48/4
48/12

**contract [72]** 6/11
6/12 6/14 9/16 17/5
17/6 17/7 25/9 27/6
41/18 54/25 55/10
76/13 76/16 77/7
81/20 90/9 101/9
102/20 102/23 103/2
103/6 103/14 104/4
104/17 104/20
104/24 104/25 106/2
106/5 106/6 107/10
107/13 107/19
107/22 110/20 113/5
119/7 119/9 119/24
120/13 120/14
120/18 120/21
120/24 121/2 121/19
122/3 130/15 131/20
133/5 133/23 134/3
173/7 174/16 175/18
176/3 176/6 176/10
177/2 177/4 180/12
180/14 180/19
180/19 180/20 181/5

181/23 183/1 183/2
183/6 183/25

**contracting [10]**
3/1 3/1 4/7 24/18
24/19 24/20 26/23
39/16 135/13 140/13

**contractor [6]** 21/8
21/9 113/6 113/6
113/10 136/15

**contractors [2]**
31/24 41/11

**contracts [25]** 7/9
7/15 9/14 9/21 11/2
11/4 11/10 15/5
40/19 40/19 41/5
46/20 49/7 70/13
87/8 119/4 159/10
164/25 171/14
171/15 174/7 174/8
177/24 177/25
183/12

**contrary [1]** 31/1

**contributing [3]**
115/10 115/11
115/12

**control [3]** 18/21
26/2 26/19

**controller [1]** 138/6

**conversation [16]**
6/8 32/21 76/18
98/15 99/2 110/10
110/12 110/13
128/12 142/25
149/25 150/1 153/16
154/9 168/9 169/7

**conversations [1]**
134/4

**convincing [1]**
141/12

**coordinate [1]**
113/10

**copied [5]** 15/16
64/15 66/16 67/11
159/17

**copies [3]** 35/17
35/19 158/24

**cops [1]** 167/20

**copy [17]** 17/23
35/16 35/24 38/3
82/22 83/6 85/8
117/17 144/6 153/11
166/1 173/6 175/8
177/11 177/11
185/15 185/16

**Core [1]** 144/7

**corner [3]** 53/5
124/14 172/10

**corporate [3]** 30/4
128/15 178/16

**corporation [2]**
95/14 156/1

**corporations [1]**

3/25

**correct [113]** 13/11
15/21 16/20 17/10
26/14 30/19 43/22
45/19 45/24 47/6
58/6 60/9 60/24 71/5
71/6 96/12 96/25
115/2 115/9 117/14
117/17 117/20 118/4
118/15 120/5 125/19
125/24 126/24
128/20 129/13
129/24 130/12
130/17 130/19 131/6
131/8 131/14 131/21
131/23 132/2 132/23
133/1 133/8 133/20
139/24 142/10
142/11 142/14
142/15 145/2 145/3
145/11 145/16
145/17 150/18
150/19 152/1 152/2
153/22 153/23
155/25 162/22
162/25 163/1 164/8
165/13 165/18 166/4
166/5 166/9 166/10
166/12 166/14
166/15 166/17
166/18 166/20
166/21 166/23
169/24 170/5 170/6
170/10 173/18
173/20 173/23
174/17 174/18
176/12 176/13
176/16 176/17
176/18 176/22
176/23 177/15
178/19 178/20
178/22 178/23 179/3
179/4 179/7 179/9
180/25 181/16
181/17 182/3 182/4
182/3 183/15 183/16
233/17

**correspondence [7]**
56/8 94/13 94/18
116/13 161/13 165/2
177/23

**correspondences
[1]** 68/24

**corresponding [1]**
67/3

**cost [1]** 120/19

**costs [2]** 61/9 107/6

**could [24]** 30/7 30/8
30/8 34/3 35/17
42/18 62/22 64/10
69/5 70/14 79/14
90/17 107/1 111/4

**C**

**could... [10]** 123/13 142/24 146/17 147/21 148/4 156/23 158/22 162/1 179/17 179/18

**couldn't [5]** 25/25 79/9 103/17 107/15 127/14

**counsel [16]** 2/9 12/4 12/4 12/12 30/4 45/4 49/15 60/10 77/10 90/23 94/24 96/17 108/12 158/19 185/7 185/11

**country [1]** 80/5

**couple [12]** 7/7 19/7 19/11 21/9 24/20 47/8 66/3 106/14 114/9 157/1 169/10 171/11

**Coupled [1]** 146/10

**course [3]** 28/9 134/21 142/3

**court [12]** 1/1 2/2 2/8 10/23 10/23 11/18 45/1 72/12 108/8 152/13 158/12 185/17

**courtroom [6]** 44/7 45/8 108/6 134/21 158/11 184/20

**cousins [4]** 21/10 22/6 22/7 27/13

**cover [1]** 85/6

**coy [2]** 80/16 80/22

**crafty [3]** 88/21 99/23 123/16

**crashing [2]** 23/1 23/6

**crazy [3]** 77/9 100/3 126/18

**create [12]** 36/19 36/19 57/21 85/5 88/6 91/12 101/10 148/1 148/1 151/7 157/12 157/21

**created [16]** 36/22 38/6 38/24 57/23 107/6 110/5 132/7 132/18 140/13 157/24 158/3 160/25 165/14 176/5 176/7 183/22

**creating [7]** 38/21 57/14 65/25 92/6 141/3 141/6 157/25

**credentials [1]** 13/10

**credit [3]** 111/18 111/20 111/21

**crime [3]** 84/8 84/25 85/2

**criminal [11]** 83/19 84/14 84/19 88/4 89/4 93/8 93/14 93/18 94/15 94/19 126/13

**critical [4]** 38/23 71/24 77/12 102/21

**cross [6]** 20/17 114/11 114/13 116/4 148/24 233/3

**cross-examination [3]** 20/17 114/13 116/4

**crossed [1]** 36/7

**curious [1]** 109/18

**Curriculum [1]** 14/3

**Cushman [1]** 135/10

**cut [2]** 97/2 161/16

**CV [2]** 1/7 6/23

**CV/resumé [1]** 6/23

**cyberpiracy [1]** 152/18

**D**

**DA [1]** 167/17

**dads [1]** 11/14

**daily [1]** 99/10

**damage [1]** 179/16

**damages [1]** 1/2

**Dan [2]** 64/4 64/17

**data [28]** 7/12 40/24 42/4 42/19 43/3 43/10 46/9 46/15 47/17 47/18 50/2 50/11 76/12 77/8 77/11 81/18 81/23 94/6 100/21 100/23 101/22 113/1 116/22 130/10 139/3 170/2 172/1 173/7

**date [4]** 65/20 83/12 133/4 233/22

**dated [4]** 57/8 96/10 117/12 176/3

**day [19]** 4/7 4/20 25/23 25/23 28/5 28/5 36/3 76/2 80/1 84/17 89/17 89/18 89/19 95/9 162/6 176/4 181/2 184/5 184/7

**day-to-day [2]** 25/23 28/5

**days [12]** 25/12 35/16 36/3 36/4 38/5 57/22 66/3 82/25 121/6 129/2 155/11 167/2

**dba [17]** 9/10 9/18

14/24 15/7 55/9 87/3 160/25 165/3 175/11 175/21 176/4 176/7 179/24 180/23 181/24 183/14 183/22

**DDM [3]** 118/7 118/8 118/9

**dead [1]** 103/21

**deal [10]** 4/7 6/9 7/2 7/2 19/15 23/10 32/23 107/13 134/7 168/6

**dealing [1]** 65/24

**death [1]** 29/1

**DEC [1]** 74/8

**December [2]** 81/20 176/4

**December 22nd [1]** 81/20

**decide [5]** 6/6 10/19 77/1 120/5 147/8

**decided [9]** 29/5 29/7 30/5 31/9 37/10 55/4 77/2 121/20 121/23

**decision [1]** 11/21

**decisions [1]** 23/16

**deck [1]** 116/6

**DECs [1]** 181/11

**DECUS [180]** 1/2 1/3 2/24 3/10 3/21 3/21 3/21 5/10 5/24 7/15 7/15 7/23 9/3 9/4 9/4 9/8 9/9 9/11 9/15 9/16 9/17 9/17 10/1 14/24 15/5 15/7 15/11 15/15 15/19 15/20 15/21 16/3 16/5 16/12 16/23 17/20 17/24 18/1 29/20 33/10 35/18 35/18 35/19 36/14 36/20 37/1 37/5 37/10 37/13 37/18 40/23 45/16 46/14 47/6 47/18 47/22 50/16 50/16 51/14 52/2 52/19 54/3 54/4 54/6 54/9 54/22 54/24 55/15 55/22 58/7 62/13 62/24 64/17 64/18 66/5 66/9 66/11 66/12 66/14 66/19 67/4 68/14 68/22 68/25 70/3 73/19 73/22 74/4 74/6 75/1 75/11 75/13 76/8 76/10 78/25 79/5 79/7 79/8 80/10 87/7 87/9 88/14 90/9 93/12

97/1 101/11 101/20 101/24 110/6 113/13 118/18 120/4 120/6 121/20 122/6 122/10 127/21 128/20 129/16 129/17 129/20 130/24 130/24 131/3 131/23 132/21 132/22 132/25 133/3 133/6 133/22 135/21 136/9 136/18 137/14 137/17 137/25 138/11 138/12 138/15 139/8 139/12 139/20 140/9 141/24 141/25 143/1 153/17 155/24 157/8 157/17 157/18 157/21 158/3 160/4 160/4 160/8 160/9 161/1 162/11 163/5 163/6 163/18 163/22 165/12 165/14 165/17 165/19 166/7 166/25 174/22 174/22 175/10 175/11 176/18 179/3 180/14 181/24 183/20 184/2

**Decus' [8]** 16/15 40/7 46/25 47/9 109/24 112/22 112/23 115/13

**DECUS01431 [1]** 53/7

**dedication [1]** 3/8

**deduction [1]** 148/11

**deemed [2]** 49/2 54/14

**defamation [1]** 93/9

**defamatory [1]** 168/20

**defame [2]** 92/6 125/22

**defendant [2]** 1/19 108/23

**defendant's [1]** 109/17

**defendants [1]** 109/16

**Defense [1]** 12/12

**defer [2]** 12/7 12/8

**define [1]** 25/17

**defined [3]** 39/13 113/4 115/3

**Definition [1]** 11/12

**defrauded [1]** 168/2

**defrauding [1]** 18/17

**degrees [1]** 81/2

**Delaware [3]** 31/24

107/9 143/23

**delay [1]** 148/2

**demand [1]** 81/15

**demanded [5]** 81/17 82/10 82/11 82/16 124/4

**demands [3]** 11/18 84/18 88/2

**demonstrate [1]** 51/22

**demonstrated [1]** 80/17

**denied [1]** 42/11

**denies [2]** 8/8 8/15

**deny [2]** 10/3 40/16

**Department [2]** 129/1 178/15

**deposed [1]** 13/1

**deposited [2]** 162/13 169/23

**deposition [5]** 31/17 33/5 86/2 128/1 130/22

**depositions [5]** 50/23 51/4 75/12 95/25 96/3

**Deputy [1]** 44/3

**describe [2]** 26/12 158/23

**description [1]** 145/13

**descriptions [1]** 53/19

**design [6]** 64/10 102/6 113/6 113/10 136/6 147/25

**designed [2]** 81/9 139/25

**designer [2]** 140/18 154/4

**designs [2]** 43/11 48/23

**despite [2]** 49/3 106/1

**Destroyed [1]** 105/8

**detail [1]** 144/24

**detailed [1]** 4/15

**details [3]** 5/7 142/12 155/16

**detective [1]** 89/20

**detectives [2]** 128/16 128/17

**determine [1]** 10/25

**detriment [1]** 11/8

**develop [6]** 31/21 101/21 112/1 143/18 151/2 151/14

**developed [5]** 3/18 4/1 62/17 66/7 74/21 162/19 66/7 74/21

**developer [2]** 42/7 118/10 132/6

**developing [7]** 3/8

**D**

**developing... [6]**
3/9 4/3 100/25 102/5
140/5 151/5
**development [5]**
41/2 81/7 107/4
148/8 148/12
**develops [1]** 105/23
**dictionaries [1]**
11/11
**did [270]**
**didn't [71]** 17/4
17/25 18/7 24/23
28/4 28/6 32/20
36/20 38/6 38/19
40/3 50/19 50/23
51/1 53/23 62/7 68/4
72/23 74/23 77/24
80/7 80/10 82/21
88/18 89/20 91/11
96/8 99/8 100/2
101/10 102/2 102/22
103/6 110/14 118/14
118/16 119/24 120/4
120/5 125/16 125/18
126/2 126/9 127/7
128/8 129/21 129/25
130/3 130/24 130/24
131/4 134/7 136/21
139/1 140/9 143/24
144/18 147/19
155/19 157/20
162/13 163/1 169/20
169/23 170/1 170/7
171/22 171/23
179/15 183/23
185/12
**died [1]** 29/2
**difference [5]** 36/11
71/16 145/7 146/14
163/2
**different [23]** 20/2
20/6 30/23 36/17
36/17 37/15 39/15
46/2 46/17 46/18
46/19 50/10 52/20
61/7 61/7 64/6 72/6
101/17 110/23
128/16 136/6 144/22
183/1
**difficult [1]** 31/23
**diffuse [1]** 89/24
**diffused [2]** 84/23
87/1
**digging [2]** 21/19
76/5
**digital [2]** 92/3
140/20
**dining [1]** 22/14
**dinner [1]** 149/12
**dire [1]** 7/10

**direct [16]** 12/23
17/15 20/25 21/3
21/3 22/22 44/4
45/10 65/16 94/13
94/17 114/12 114/14
135/2 176/1 233/3
**directed [1]** 178/15
**direction [3]** 45/3
156/24 167/10
**directions [1]** 44/21
**directive [1]** 148/3
**directly [2]** 149/6
168/6
**director [2]** 14/6
14/8
**disappointed [1]**
167/8
**discourse [1]** 171/7
**discover [1]** 85/15
**discovered [1]**
15/24
**discovery [1]** 4/17
**discuss [6]** 14/15
32/24 41/7 96/25
149/17 159/19
**discussed [10]**
14/14 16/14 97/3
97/20 97/25 98/1
98/13 161/25 164/18
171/10
**discussing [3]**
14/18 28/17 29/20
**discussion [1]**
14/25
**discussions [2]** 7/18
8/8
**disenchanted [1]**
148/25 185/5
**dispute [15]** 19/25
20/1 26/11 26/13
28/23 30/4 30/11
30/15 31/3 31/16
85/16 86/10 86/13
91/12 104/11
**disputes [2]** 27/4
30/13
**disregarding [1]**
56/2
**dissect [1]** 99/21
**dissolve [3]** 179/24
180/5 180/6
**distinguish [1]**
153/20
**DISTRICT [2]** 1/1
1/1
**ditches [1]** 21/19
**Ditto [4]** 166/11
166/13 166/16
166/19
**divided [1]** 52/10
**Division [1]** 178/9
**do [117]** 2/4 2/6

7/23 9/1 9/5 10/23
11/25 12/5 12/6
12/12 12/12 12/17
13/1 13/2 13/4 13/5
13/17 14/18 20/11
20/13 20/14 24/3
25/25 27/5 27/6 27/8
27/24 30/9 30/22
31/12 33/25 36/23
37/23 39/10 39/11
42/7 44/21 47/2 52/6
56/19 57/17 58/21
60/15 61/15 70/5
70/13 72/6 72/13
75/3 75/5 75/7 77/15
77/18 78/23 79/8
81/6 81/7 81/7 88/15
89/8 89/20 92/22
93/11 93/25 100/16
102/25 107/15
107/21 109/3 109/23
114/6 114/8 114/16
115/17 116/7 117/2
120/20 126/4 126/14
128/12 129/10
130/11 130/25 131/4
134/15 136/4 138/2
139/1 139/2 141/8
143/24 149/20 153/2
153/3 153/13 154/1
162/1 162/9 163/10
165/6 168/3 169/4
171/1 172/25 173/3
173/4 175/24 176/24
177/4 178/1 182/5
182/12 183/17
184/12 184/12
184/25 185/3
**docs [2]** 70/14 85/10
**document [30]** 40/9
40/14 46/4 62/11
63/6 65/12 65/22
65/24 70/17 70/20
71/9 72/8 72/12 95/9
95/19 96/17 96/20
110/4 134/5 146/9
155/11 165/7 172/6
172/22 173/3 173/10
174/6 175/3 178/8
181/20
**documentation [4]**
77/23 79/15 164/25
171/20
**documented [1]**
38/15
**documents [23]**
4/16 19/18 40/6
40/11 44/15 48/6
54/5 74/13 79/25
90/21 96/7 106/17
116/12 116/18 117/3
121/3 121/5 121/7

121/17 124/4 178/16
184/23 185/9
**does [20]** 13/6
39/14 57/16 68/8
68/10 69/18 70/20
79/20 84/6 87/17
91/8 94/14 96/13
97/21 99/3 118/17
139/21 174/4 177/3
185/11
**doesn't [8]** 8/20
10/2 48/13 59/24
84/15 107/8 167/9
176/18
**doing [38]** 7/25
10/21 18/13 26/25
27/15 32/14 35/19
41/23 41/25 42/2
42/22 42/24 43/5
43/8 50/8 51/11 52/1
54/16 55/5 59/21
63/12 63/20 73/21
80/25 81/4 81/5
81/18 81/19 88/20
92/6 99/6 99/10
102/6 126/12 136/10
138/23 138/25 161/1
**dollar [9]** 42/17
98/4 103/3 103/18
105/17 105/20
122/10 144/14 157/1
**dollars [7]** 4/3
27/22 42/16 51/21
146/6 156/23 161/4
**domain [1]** 15/2
**don't [82]** 4/7 4/10
8/23 8/24 23/3 23/8
23/18 32/13 34/10
39/19 40/18 41/3
43/19 46/3 49/13
52/11 54/18 55/8
57/11 59/13 60/2
62/21 69/12 70/2
70/5 70/17 70/23
71/2 74/10 74/18
75/9 79/12 83/4
85/24 90/4 101/13
102/1 102/8 105/13
106/5 106/5 109/25
111/7 116/2 116/7
116/9 117/4 121/1
121/14 123/15
123/24 124/5 126/19
127/22 128/11
128/16 128/25
129/24 130/1 132/17
134/10 145/19
149/19 163/24
167/16 167/17
167/19 168/2 168/5
168/16 168/19
172/24 175/20

177/10 177/16
177/23 179/15
180/22 181/10
181/17 183/21
184/13
**done [32]** 25/20
29/14 29/24 30/6
31/14 33/22 46/5
50/22 52/10 62/16
69/6 73/2 73/3 75/14
77/5 77/6 82/14
82/24 83/8 98/2
101/17 101/17 103/9
110/5 113/14 126/21
126/23 138/24
163/14 164/12 169/4
182/5
**Donuts [10]** 7/14
105/23 106/7 106/9
119/15 119/17
119/19 119/22
120/10 159/6
**door [2]** 124/19
127/2
**down [31]** 7/25 8/1
10/8 23/6 48/13
52/16 54/13 67/18
78/20 93/24 97/18
98/22 110/7 110/20
114/17 124/17 129/5
133/17 134/18
139/11 142/24 144/7
147/5 147/12 147/13
158/2 158/18 159/19
167/18 179/4 185/6
**downstairs [1]**
22/17
**downturn [2]**
135/17 136/19
**draft [13]** 17/12
38/8 56/10 56/12
58/10 61/23 66/8
69/4 72/14 95/1 95/8
107/10 159/20
**drafted [2]** 76/13
112/23
**drafts [6]** 8/3 17/9
56/17 56/25 57/1
68/13
**dragging [1]** 80/23
**dream [2]** 3/12 3/13
**dressed [2]** 76/3
81/3
**Drew [2]** 93/1 93/2
**drink [1]** 123/14
**drive [7]** 85/8 85/10
88/7 92/3 126/2
126/10 129/3
**driveways [1]** 21/15
**driving [2]** 125/14
125/18
**dropping [2]** 93/13

**D**

dropping... [1] 161/19
drove [3] 124/3 124/22 125/7
drug [1] 55/2
duly [2] 12/22 135/1
Dunkin' [10] 7/13 105/23 106/7 106/9 119/14 119/17 119/19 119/22 120/10 159/6
duplicative [1] 100/15
during [10] 7/17 28/14 30/17 39/21 44/13 51/6 55/13 62/12 71/11 164/1
duties [2] 8/6 25/14

**E**

E-mail [56] 16/19 35/22 35/23 35/25 36/7 37/22 56/9 57/7 57/9 57/11 58/5 58/11 58/15 60/21 64/6 64/12 64/16 67/1 67/2 69/9 70/8 72/11 76/17 79/7 84/18 87/11 96/9 96/13 96/20 96/21 97/10 97/13 115/18 116/12 117/12 117/15 117/24 118/19 121/9 126/11 126/12 128/14 128/15 142/8 150/7 150/9 150/11 153/10 154/9 155/9 158/23 159/6 159/16 161/17 171/12 180/7
E-mailed [2] 95/2 163/7
E-mails [12] 8/4 16/22 17/1 38/16 38/17 54/4 63/19 66/18 67/10 115/23 171/11 172/1
each [6] 16/10 61/7 62/21 129/2 137/8 153/19
earlier [13] 26/12 45/16 54/23 57/10 69/7 75/9 77/13 98/15 113/20 153/15 184/5 184/6 184/7
early [10] 3/15 31/11 54/12 54/20 55/3 86/5 86/5 102/7 132/18 150/2
earned [2] 50/17 112/11

East [1] 149/12
EASTERN [1] 1/1
easy [5] 4/25 70/1 120/23 139/5 141/2
eating [1] 170/19
economy [2] 135/17 136/19
education [1] 135/7
effect [1] 93/25
effective [3] 25/9 59/11 81/20
effectively [1] 90/17
eight [8] 32/14 50/9 54/18 80/24 103/10 136/1 143/12 165/24
either [10] 3/4 30/9 52/9 67/7 69/21 73/6 95/6 97/4 102/7 130/3
element [1] 124/13
elements [1] 125/23
else [13] 18/18 18/24 26/2 44/12 44/14 44/16 72/16 101/23 102/25 141/8 141/16 163/4 184/25
embarrassment [1] 162/2
embezzlement [1] 94/21
embittered [1] 9/2
emergency [1] 158/17
employee [1] 97/5
employees [6] 18/15 18/15 24/24 135/15 135/16 145/25
encounter [1] 4/10
end [18] 32/21 51/12 51/24 52/12 53/20 55/3 58/17 61/22 96/16 98/22 99/7 101/11 137/4 146/2 151/2 162/6 179/11 183/4
end-all [1] 146/2
endeavor [1] 35/13
endorsed [1] 166/8
energy [1] 157/3
enforce [2] 40/15 86/14
enforceable [1] 6/11
engage [3] 41/6 77/10 93/9
engaged [4] 34/5 40/22 41/21 140/19
engagement [4] 41/19 50/1 54/23 66/5

engaging [1] 6/20
engineer [2] 116/25 118/9
engineers [1] 42/10
enough [6] 8/23 21/17 109/14 125/14 143/10 156/17
enter [4] 12/1 148/14 155/22 160/2
entered [4] 6/14 15/6 45/8 160/5
entering [1] 28/10
entire [2] 81/14 141/18
entirely [7] 12/13 13/15 36/16 36/17 37/14 43/2 50/5
entirety [1] 171/21
entities [11] 26/18 26/19 27/11 46/18 50/10 50/11 50/12 50/15 61/8 62/3 141/25
entitled [1] 233/19
entity [25] 15/22 16/13 18/22 25/8 38/6 38/12 38/22 38/24 39/22 56/14 57/14 57/22 59/14 67/8 67/9 71/23 76/16 90/12 95/11 98/2 98/14 98/19 99/12 99/16 132/17
envelope [2] 69/3 69/4
envelopes [1] 141/19
enviable [1] 87/19
envisioned [1] 8/14
equal [7] 15/23 16/16 16/25 97/3 97/12 98/9 98/10
equity [3] 112/11 112/13 159/24
equivalent [2] 90/1 90/2
Equus [1] 74/6
especially [1] 184/5
ESQUIRE [3] 1/15 1/16 1/20
essentially [14] 3/2 3/3 5/15 7/2 7/3 10/22 16/18 18/17 21/12 25/11 30/16 38/4 90/10 170/4
establish [2] 61/6 154/13
established [1] 24/15
estate [1] 158/1
estimate [26] 43/11 43/16 43/21 43/23

43/24 45/17 45/18 45/20 46/3 46/4 47/3 47/4 47/5 47/5 47/6 47/9 47/17 48/1 48/25 81/8 81/25 104/3 104/15 113/19 113/21 113/25
estimated [3] 74/24 105/17 120/18
estimating [6] 21/23 22/11 32/16 81/7 138/22 140/12
estimator [2] 26/3 32/17
et [7] 50/3 50/4 58/18 67/22 94/21 94/22 151/3
evasive [1] 93/3
even [19] 28/4 28/6 36/24 38/19 41/6 44/17 49/21 76/15 79/9 80/10 86/1 86/24 94/4 103/6 106/1 106/23 171/23 175/20 176/18
evening [1] 184/18
event [1] 111/6
events [1] 137/15
eventually [5] 19/1 27/25 31/3 36/12 82/2
ever [20] 14/18 17/19 17/24 31/1 70/2 70/21 70/23 74/17 74/18 83/2 83/6 105/6 118/24 127/20 134/8 134/11 160/2 160/7 181/1 183/24
every [9] 4/7 4/20 18/4 41/16 41/18 72/7 92/3 97/23 145/20
everybody [7] 5/10 23/11 23/15 24/25 33/21 39/14 167/11
everyday [1] 4/10
everything [32] 3/14 4/1 19/3 25/18 26/2 26/9 28/5 31/14 33/25 36/7 36/8 37/11 39/1 42/1 42/25 43/13 43/16 55/11 58/10 62/19 77/10 87/10 99/24 101/23 101/23 113/11 137/1 155/17 161/5 164/11 171/16 171/22
evidence [9] 2/15 12/15 12/18 16/10 103/8 115/22 115/25

134/23 142/9
evidenced [1] 30/23
evident [3] 33/23 62/4 62/6
exact [2] 131/17 175/3
exactly [4] 110/25 117/4 117/8 132/4
examination [11] 12/23 20/17 45/10 58/22 65/17 108/14 114/13 114/15 114/19 116/4 135/2
examine [2] 20/11 20/13
example [1] 116/6
except [5] 38/10 45/21 75/14 166/2 175/4
exception [2] 129/4 181/3
exchange [1] 88/3
exchanged [1] 17/9
exchanges [1] 16/19
exciting [1] 146/23
excuse [2] 72/1 125/9
excused [1] 134/20
execute [2] 80/7 159/20
executed [20] 15/5 15/20 41/18 82/22 83/6 96/5 102/24 103/2 103/5 103/7 106/14 107/19 119/4 119/8 119/11 119/15 119/22 121/19 160/5 173/7
executes [1] 7/15
executing [4] 3/17 5/11 11/9 159/10
execution [1] 153/18
executives [1] 74/14
exhibit [62] 13/21 13/23 13/24 13/25 16/10 29/9 45/25 46/6 46/7 52/17 57/6 57/6 60/12 63/6 64/3 64/14 65/15 65/19 65/20 67/15 67/15 78/8 78/16 83/25 90/25 95/1 96/9 96/18 113/22 113/23 117/4 130/4 130/5 134/18 139/14 139/15 139/18 140/16 142/6 144/1 150/6 153/7 157/4 158/20 159/3 172/4

**E**

exhibit... [16] 172/7
172/9 172/11 172/15
172/19 172/25
173/12 174/15 175/2
177/9 178/1 178/4
180/10 180/11
180/22 183/12
**Exhibit 1 [2]** 172/9
172/25
**Exhibit 110 [1]**
130/5
**Exhibit 113 [1]**
140/16
**Exhibit 12 [3]** 45/25
46/7 113/23
**Exhibit 13 [1]** 142/6
**Exhibit 32 [1]** 172/7
**Exhibit 34 [2]**
174/15 175/2
**Exhibit 37 [1]** 64/14
**Exhibit 48 [1]** 157/4
**Exhibit 5 [5]** 13/21
13/23 13/24 13/25
144/1
**Exhibit 54 [1]** 178/4
**Exhibit 57 [1]** 90/25
**Exhibit 58 [1]** 95/1
**Exhibit 59 [2]** 96/9
96/18
**Exhibit 63 [2]** 65/15
65/19
**Exhibit 66 [3]** 172/4
180/10 180/11
**Exhibit 74 [1]**
158/20
**Exhibit 80 [1]**
139/15
**Exhibit B [1]** 172/11
**Exhibit book [1]**
78/8
**exhibit do [1]** 178/1
**Exhibit is [1]** 46/6
**exhibit it [1]** 139/18
**exhibit number [3]**
113/22 159/3 172/15
**exhibit right [1]**
16/10
**exhibit that [1]**
177/9
**Exhibit to [1]**
173/12
**exhibited [1]** 45/25
**exhibits [6]** 4/12
47/24 59/24 90/4
120/25 140/22
**exist [2]** 96/8 100/3
**existed [3]** 32/20
165/20 175/21
**existing [6]** 16/13
88/1 95/18 101/16

139/9 141/6
**exists [2]** 92/4
117/5
**exited [4]** 44/7
108/6 158/11 184/20
**expansion [1]**
105/16
**expect [1]** 54/19
**expectation [1]**
60/22
**expenses [1]**
104/19
**experiencing [1]**
155/18
**expert [1]** 47/16
**expires [1]** 103/24
**explain [18]** 31/8
36/11 40/18 49/24
56/21 56/24 57/11
67/17 72/4 75/8
82/18 134/2 141/12
155/21 157/19
160/21 171/18
176/10
**explained [10]**
136/18 139/11
144/25 147/13
154/17 160/25 161/3
168/12 179/18 181/3
**explicit [1]** 122/24
**explicitly [3]** 65/4
96/8 116/15
**explore [1]** 150/17
**exposed [1]** 94/20
**expressed [1]**
136/17
**extensions [1]**
158/15
**extent [7]** 33/4
54/11 61/5 64/21
93/17 116/2 179/16
**extorted [2]** 92/17
129/23
**extortion [2]** 93/14
102/9
**extremely [1]** 49/5

**F**

**F820 [1]** 35/24
**face [2]** 36/19
160/20
**facilities [2]** 3/2 3/5
**facility [5]** 105/14
106/12 106/19
106/24 112/18
**fact [23]** 4/11 7/1
7/7 8/20 11/8 15/15
49/5 50/6 50/22
79/11 81/23 91/25
96/7 99/5 106/1
109/15 110/15
141/23 142/13

153/20 155/14 161/9
181/9
**factor [2]** 115/12
115/12
**factors [1]** 115/11
**facts [3]** 4/23
152/11 184/16
**failing [2]** 19/7 28/6
**fair [1]** 21/2
**fairly [3]** 38/1 95/5
98/8
**fall [2]** 80/14 171/19
**fallen [1]** 171/17
**falling [1]** 80/15
**Falls [1]** 149/13
**falsely [1]** 79/24
**family [4]** 29/7
146/16 164/12
164/16
**far [4]** 82/4 164/22
167/10 179/17
**Farm [2]** 81/24
113/18
**fast [2]** 8/23 22/12
**fast-track [1]** 22/12
**favor [1]** 12/1
**FBI [7]** 89/12 93/22
128/6 128/9 128/17
128/19 128/21
**fear [1]** 124/11
**February [9]** 54/12
54/20 55/3 61/22
71/11 95/7 138/13
150/2 157/5
**February 18th [1]**
95/7
**February 2015 [1]**
138/13
**federal [2]** 84/8
93/21
**fee [3]** 113/24 114/2
120/19
**feel [3]** 72/2 137/11
147/1
**feet [1]** 43/17
**fell [1]** 106/20
**felt [9]** 72/4 75/15
75/16 83/22 90/20
92/24 141/11 143/9
168/2
**few [8]** 27/8 31/24
32/25 48/5 75/12
160/19 161/25
170/23
**fiction [1]** 153/20
**fictitious [1]** 11/5
**field [5]** 15/14 21/25
41/2 47/21 48/1
**fight [2]** 73/10
101/14
**figure [5]** 35/4
42/18 162/5 169/15

170/3
**figured [4]** 59/12
126/17 156/23
180/18
**file [13]** 35/17 36/1
69/4 79/13 84/14
84/16 88/4 88/16
89/4 92/3 93/8 129/4
136/23
**filed [17]** 86/14
93/5 103/12 106/4
107/2 107/5 107/21
109/11 109/14
113/13 115/1 115/7
116/23 129/2 130/8
172/12 178/18
**files [5]** 35/24 36/8
68/4 68/4 68/12
**filing [5]** 78/24
83/19 105/25 163/2
178/22
**filings [1]** 152/13
**fill [2]** 64/10 70/16
**filled [3]** 17/12
17/13 71/10
**final [2]** 140/20
159/19
**finalized [1]** 79/21
**finally [1]** 77/2
**finance [1]** 35/8
**financial [1]** 151/13
**financials [1]** 138/8
**find [17]** 10/6 38/5
40/2 40/7 73/5 78/9
80/9 91/13 99/22
121/15 132/11 152/6
163/15 171/13
171/16 179/10
184/13
**fine [2]** 7/23 101/7
**finish [3]** 47/3 47/4
73/25
**finished [4]** 3/4 3/4
43/13 134/19
**finishing [1]** 59/7
**fire [2]** 20/8 35/2
**firm [5]** 2/12 22/3
23/13 24/1 24/4
**first [47]** 2/18 12/17
14/1 14/3 23/10
23/10 38/22 46/2
46/4 47/20 47/25
52/20 58/6 68/10
70/24 71/2 71/4 73/1
84/23 95/7 101/12
111/25 112/3 116/24
125/2 137/3 138/12
142/20 143/3 143/4
143/5 144/2 151/25
154/7 156/7 157/1
158/2 160/11 161/6
161/8 162/20 164/3

164/4 171/13 175/5
179/10 184/6
**first-in-first-out [1]**
23/10
**firsthand [1]** 138/5
**fit [4]** 22/9 137/16
140/15 148/12
**five [7]** 21/16 47/2
73/9 135/11 146/22
158/7 158/9
**flabbergasted [1]**
89/22
**flag [2]** 163/13
**flip [2]** 5/12 172/10
**flipped [1]** 80/4
**floor [3]** 123/20
124/17 170/15
**floors [1]** 147/22
**focus [3]** 159/1
167/3 167/5
**focusing [1]** 84/11
**follow [5]** 23/18
44/21 45/3 49/16
153/15
**follow-up [2]** 49/16
153/15
**followed [2]** 149/11
171/10
**following [4]** 58/16
91/25 124/18 151/2
**food [1]** 164/16
**foot [1]** 48/20
**footing [1]** 18/19
**footprint [1]** 42/18
**for [249]**
**for-rent [1]** 170/16
**forced [1]** 10/18
**foregoing [1]**
233/17
**foreign [1]** 143/20
**forever [4]** 39/4
54/16 54/18 55/5
**forgeries [1]** 94/21
**forget [3]** 40/19
61/24 69/8
**form [10]** 4/23 35/5
37/10 38/3 55/9
58/10 66/8 86/21
93/9 178/10
**formal [1]** 122/18
**format [1]** 140/20
**formation [7]** 19/18
62/2 79/25 95/19
106/15 133/16
157/16
**formed [21]** 14/23
15/22 16/12 16/25
19/16 19/17 24/11
25/7 26/19 26/21
36/21 38/12 38/12
39/22 56/13 76/15
95/11 99/16 99/24

**F**

**formed... [2]** 131/17 132/3
**former [1]** 85/3
**forming [5]** 26/17 26/24 38/22 38/23 132/5
**forth [15]** 8/5 29/11 30/24 38/8 51/23 56/9 56/11 56/18 56/25 57/2 68/10 97/14 99/9 142/10 150/2
**fortuitous [1]** 40/9
**forum [2]** 98/10 98/11
**forward [13]** 3/10 5/11 7/16 8/18 12/9 57/14 98/9 99/12 99/19 107/1 147/8 149/15 153/22
**found [18]** 10/7 18/11 18/14 19/15 19/16 19/24 38/18 79/23 80/2 80/8 93/5 103/11 121/6 147/20 147/20 163/25 180/8 180/9
**founded [1]** 144/8
**founder [1]** 145/2
**four [6]** 13/25 59/16 82/25 98/22 104/13 159/4
**four-something [1]** 104/13
**Fox [1]** 11/16
**frame [6]** 28/14 51/6 55/13 71/11 96/15 123/16
**Fraud [1]** 11/7
**fraudulent [2]** 11/6 40/12
**free [3]** 18/19 98/3 148/11
**frequently [1]** 38/1
**fresh [1]** 125/10
**Friday [1]** 78/20
**friend [3]** 62/16 62/20 137/8
**from [101]** 3/8 4/2 5/4 5/6 5/25 8/2 9/3 9/8 10/3 10/18 10/19 15/3 16/12 17/24 21/9 24/23 25/18 26/16 30/17 31/20 35/25 41/22 50/10 50/10 50/12 50/14 57/7 59/15 60/17 61/22 62/10 66/13 66/14 66/18 69/19 70/9 79/15 79/18

81/8 81/15 82/4 84/1 85/13 86/25 87/4 88/7 88/24 90/23 92/4 92/9 93/1 93/12 93/21 94/4 96/10 97/10 99/1 115/19 116/13 116/21 117/12 117/17 118/2 118/6 119/3 120/5 125/18 126/12 128/21 129/8 129/10 129/16 129/17 129/19 135/9 135/15 135/17 137/19 140/9 140/10 140/12 140/19 141/22 144/15 144/23 149/16 150/7 150/11 153/10 153/14 153/20 154/3 157/8 158/23 159/16 161/14 162/23 163/17 165/13 170/14 233/18
**front [8]** 42/9 43/12 47/24 68/6 107/11 111/21 117/7 164/13
**fruition [3]** 28/8 74/17 76/25
**full [3]** 135/4 147/14 184/4
**fully [1]** 103/5
**functionally [1]** 24/20
**fund [2]** 147/5 152/21
**funds [2]** 152/21 160/23
**further [5]** 20/3 134/14 150/18 165/4 185/7
**future [2]** 8/21 84/12

**G**

**gain [1]** 27/20
**game [2]** 3/17 7/22
**gave [24]** 6/1 14/12 15/20 17/2 19/11 22/8 36/15 49/22 50/16 50/17 50/25 55/4 64/6 64/8 82/4 82/6 88/2 94/10 129/12 131/19 138/8 155/8 166/23 166/24
**gears [1]** 116/5
**Geiger [1]** 64/5
**general [9]** 63/6 111/5 113/25 122/15 135/13 140/13 152/14 159/18 171/1
**generally [2]** 58/18

59/4
**genesis [1]** 42/5
**gentleman [1]** 136/12
**gentlemen [12]** 2/9 2/9 2/10 2/22 3/6 12/11 44/2 45/10 59/2 114/11 158/14 184/4
**get [93]** 4/13 4/14 4/17 4/22 5/3 5/7 5/22 6/17 8/19 8/24 12/13 18/21 20/1 26/10 29/8 29/24 30/5 31/10 34/25 34/25 35/2 38/4 39/3 39/10 39/14 39/20 43/16 45/15 55/10 59/19 62/19 67/13 69/5 69/12 72/18 75/23 78/2 79/21 82/24 82/25 85/10 86/25 87/3 87/6 87/23 87/24 88/1 88/12 90/24 92/2 92/2 92/25 99/8 102/14 103/23 107/25 110/22 111/3 114/12 115/10 116/25 117/1 117/7 118/2 118/5 122/24 124/2 125/15 125/16 126/7 126/9 127/18 129/2 136/9 136/20 137/7 139/5 144/16 149/23 154/11 155/16 158/16 158/16 162/3 162/9 164/20 169/2 169/2 169/3 171/9 171/22 171/23 175/22
**gets [3]** 9/21 40/10 167/11
**getting [14]** 19/6 23/24 51/25 54/20 55/6 56/3 59/10 69/10 73/7 96/25 101/11 102/5 107/7 159/22
**Gilbane [1]** 146/19
**give [49]** 2/13 2/15 2/16 7/21 10/10 10/10 10/13 10/18 23/3 31/5 37/1 37/2 38/6 47/15 55/6 57/18 72/17 82/8 84/21 87/23 87/25 88/13 90/10 90/10 90/19 90/23 92/24 111/20 116/14 126/17 126/18 129/10 130/4 131/3

135/6 141/16 151/21 161/24 164/21 164/24 168/19 169/5 169/21 170/16 183/23 183/24 185/12 185/13 185/15
**given [5]** 5/18 94/6 119/12 149/2 149/7
**giving [6]** 27/1 51/4 69/1 101/25 115/20 118/17
**Gloucester [23]** 7/12 40/24 42/4 43/3 43/10 46/15 51/7 76/12 81/24 100/21 100/23 104/6 112/25 113/17 113/23 116/22 117/21 130/10 170/2 172/1 173/7 177/25 183/3
**go [64]** 23/14 23/17 23/25 24/9 29/8 30/13 39/19 42/21 44/23 48/3 54/25 63/9 65/19 67/15 69/13 75/9 78/8 83/25 89/16 89/17 90/25 98/18 105/6 108/4 117/10 119/2 123/17 126/5 129/10 130/2 130/4 136/22 140/5 140/16 140/23 144/24 148/6 150/6 157/3 158/10 162/4 162/7 164/5 164/19 165/25 166/22 167/9 167/16 167/18 168/4 168/4 169/3 169/15 170/20 171/1 172/4 172/9 174/15 175/25 180/10 180/22 181/19 182/6 184/6
**goals [3]** 58/16 151/2 151/13
**God [1]** 40/11
**goes [7]** 4/1 9/21 40/13 44/19 48/13 71/25 141/18
**going [129]** 3/22 4/24 8/23 9/7 11/1 11/20 12/8 13/21 15/24 18/24 23/14 27/9 28/16 31/10 31/19 35/12 37/10 37/23 41/6 43/13 43/14 43/15 47/14 48/5 50/24 51/2 54/19 55/5 55/9 56/8 56/11 56/17 56/25 57/2 57/14 57/21 59/12 60/8 61/6 68/3

68/24 69/23 70/25 72/2 72/19 75/22 76/1 76/2 76/5 76/7 76/9 76/15 76/24 76/25 77/3 78/7 79/4 79/13 83/22 84/16 84/24 85/1 85/2 85/5 85/6 85/9 86/13 88/6 88/22 97/14 108/12 110/17 111/22 112/13 116/14 122/9 122/14 122/15 122/16 124/7 125/22 126/18 126/19 127/18 130/4 137/14 138/4 138/20 138/21 142/9 145/6 147/14 147/16 148/7 148/17 153/11 154/11 156/18 157/21 157/22 158/10 159/23 160/22 160/23 161/5 164/19 164/19 164/21 164/24 165/3 165/5 167/20 167/23 168/8 168/10 168/20 169/2 169/4 169/5 169/15 169/21 170/4 170/7 171/3 171/5 171/9 173/11 179/16 180/5
**gone [12]** 28/9 30/24 43/12 73/15 98/6 104/4 104/17 104/24 136/19 155/8 155/11 167/10
**good [18]** 12/25 22/12 45/9 68/19 87/20 108/12 109/13 114/21 137/9 138/24 139/4 143/12 145/6 146/24 146/25 148/11 184/3 185/5
**Google [2]** 11/12 36/25
**Googling [1]** 42/19
**got [40]** 3/6 3/7 9/20 10/9 22/13 23/13 35/25 36/24 37/4 39/5 40/14 42/11 53/7 62/22 67/7 67/9 69/9 72/1 72/12 79/16 81/8 106/7 106/16 107/13 123/23 124/5 124/9 124/22 127/3 136/7 138/4 144/6 150/5 160/19 162/8 162/16 164/1 171/20 171/21 182/1
**gotten [9]** 17/23 68/11 106/12 109/12

**G**

gotten... [5] 111/17 113/5 148/25 149/1 161/18
grabbed [2] 124/4 137/13
graduated [1] 28/12
grandfather [2] 21/8 29/2
grandfather's [2] 21/12 29/1
grant [6] 106/16 106/18 106/23 111/17 111/18 119/13
graphic [1] 140/18
great [5] 23/15 35/1 58/4 137/21 183/24
greatly [1] 27/9
greet [1] 137/7
GREGG [2] 1/24 233/22
grew [9] 19/8 20/22 20/22 21/6 21/7 40/5 135/15 136/5 144/8
grimace [1] 160/20
gross [4] 104/21 104/23 105/5 112/14
group [4] 14/5 26/4 26/19 29/20
grow [2] 146/18 146/18
growing [3] 21/10 28/5 147/17
guaranteed [1] 61/4
guess [8] 9/22 10/12 62/17 63/4 87/14 137/20 140/3 148/24
gun [1] 89/25
guy [3] 64/5 101/5 149/23
guys [8] 40/12 126/3 134/12 141/24 143/6 150/20 155/23 171/1

**H**

H000001 [1] 46/8
H00026 [1] 29/16
H2 [6] 24/17 24/19 24/20 26/4 26/21 26/22
H23 [1] 27/10
hacked [3] 121/9 128/14 128/15
had [255]
had vetted [1] 143/8
hadn't [16] 17/22 42/17 50/17 50/22

52/12 53/22 59/17 76/15 86/15 132/3 155/11 156/21 161/10 161/11 161/18 172/2
half [4] 18/20 59/12 105/17 135/12
half-million-dollar [1] 105/17
halfway [1] 77/5
hallway [1] 124/17
hammer [1] 21/25
hand [6] 53/6 60/13 107/10 120/14 172/10 174/16
handed [5] 17/24 18/1 127/4 127/5 170/20
handle [1] 158/17
hands [5] 33/24 46/17 46/21 85/12 169/9
handshake [7] 6/9 6/11 6/12 7/1 17/4 107/11 149/10
handsome [1] 6/20
happen [6] 72/3 77/13 79/22 107/8 109/3 174/19
happened [19] 5/21 5/21 8/25 24/10 56/2 82/19 83/19 110/4 111/5 111/8 111/9 111/13 129/7 144/17 153/24 161/20 164/9 167/6 170/12
happening [2] 51/5 73/4
happens [3] 9/22 9/24 137/8
happy [5] 7/24 10/6 10/6 97/2 156/17
harassment [2] 167/4 167/5
hard [11] 3/8 22/4 23/16 85/8 85/10 88/7 92/3 101/16 116/4 141/20 146/5
has [23] 4/17 9/1 11/3 27/23 28/23 38/10 38/15 49/3 95/15 98/2 103/4 103/18 111/2 129/1 134/10 152/12 164/12 175/9 175/10 175/13 177/9 177/24 181/2
hasn't [2] 106/25 122/18
hate [1] 24/14
hats [1] 141/21
have [163] 2/20

4/12 4/12 4/14 4/16 6/10 10/1 10/2 12/2 24/6 24/24 25/14 27/2 28/16 32/18 36/20 39/9 42/19 49/6 49/21 54/2 55/8 55/19 56/8 56/10 56/25 57/1 58/22 58/23 59/18 59/23 60/2 60/7 60/18 61/13 62/7 62/9 63/10 64/19 65/6 66/6 68/3 68/4 68/11 69/23 70/14 70/17 70/17 70/23 71/6 74/14 78/2 78/8 80/4 80/7 80/10 81/6 82/21 84/19 89/8 94/20 97/5 98/19 99/12 102/22 103/6 103/25 104/18 104/24 104/25 105/2 105/4 105/5 105/21 106/2 106/5 106/5 107/22 108/23 109/9 109/12 109/13 109/17 110/14 110/14 110/24 111/9 113/7 113/11 113/16 113/24 114/1 114/4 114/15 114/24 115/8 115/17 115/21 116/1 116/7 116/8 116/9 116/9 116/11 117/2 118/2 121/4 121/7 121/12 125/4 126/24 128/18 128/23 128/25 129/24 132/15 133/13 136/23 137/4 139/7 141/8 142/24 146/5 146/5 146/6 148/4 148/16 148/25 149/1 149/2 149/7 149/20 149/24 150/1 151/10 152/7 153/5 153/6 156/7 156/11 158/5 160/5 164/15 164/22 165/3 167/14 170/13 170/21 172/25 177/4 177/14 177/10 177/11 177/16 177/24 178/1 179/11 179/18 179/24 184/4 185/8 185/11 185/15
haven't [5] 8/22 121/3 121/5 122/1 152/12
having [8] 7/18 11/13 13/8 16/12 28/11 31/9 73/8 112/23

he [355]
he'd [1] 150/17
he's [23] 8/21 9/20 9/20 10/3 11/9 11/10 27/12 80/22 82/11 84/16 85/25 86/3 88/6 110/22 115/24 118/24 137/9 137/20 148/8 148/9 150/17 181/18 183/18
head [5] 8/24 90/1 119/14 129/5 140/3
headaches [2] 107/6 144/19
heads [1] 65/8
hear [11] 4/2 5/16 8/2 10/7 10/16 24/18 28/9 55/19 90/5 108/2 115/4
heard [8] 14/20 14/20 35/8 36/24 49/6 73/12 141/22 164/11
hearing [2] 59/15 155/17
hearsay [9] 49/11 76/20 77/19 77/21 91/17 107/17 111/1 128/2 128/4
Heart [1] 116/8
heated [1] 91/12
heck [1] 126/19
HEENAN [78] 1/7 1/7 5/4 5/13 5/14 6/15 6/19 7/6 7/14 7/18 8/16 8/18 9/10 9/18 10/2 12/20 12/21 12/22 12/25 13/9 14/24 15/7 15/7 20/19 23/21 25/15 26/4 34/9 39/19 40/18 44/5 44/9 45/11 96/11 100/10 106/2 108/15 114/4 114/21 123/17 130/7 133/18 134/9 141/22 142/20 143/15 143/24 144/5 146/8 147/9 148/14 150/7 152/3 152/16 152/23 155/22 157/4 158/23 160/3 160/6 160/11 161/1 166/9 174/21 175/11 176/15 177/24 178/22 178/25 179/19 180/23 181/11 181/14 181/24 182/13 182/23 183/13 183/18
Heenan's [9] 12/3 144/2 162/24 163/21

174/3 175/17 177/9 177/17 179/6
Heenan-Hessert [1] 25/15
held [3] 44/25 108/7 109/5
help [9] 6/1 34/2 34/5 34/20 101/21 126/4 147/18 147/21 153/19
helped [3] 23/15 137/9 140/4
helping [5] 51/12 54/21 56/3 59/9 113/9
Henry [2] 82/17 160/16
her [5] 140/24 142/14 142/16 142/18 142/19
here [33] 4/14 4/18 11/24 14/21 16/11 23/8 27/5 40/10 53/2 54/3 59/21 60/2 86/3 90/14 91/23 96/24 100/7 117/23 129/10 130/11 131/20 132/20 145/15 145/16 151/14 167/10 167/12 171/21 173/17 176/10 181/15 182/13 184/16
here's [1] 56/19
hereinafter [1] 95/14
Hessert [45] 5/15 5/25 6/3 6/4 14/5 14/8 18/3 18/8 18/10 23/22 23/23 24/18 24/21 25/6 25/15 25/15 25/17 26/4 26/10 27/9 27/10 32/12 33/6 47/1 85/4 85/7 85/23 85/24 86/5 86/11 86/13 86/15 118/3 121/9 145/1 152/4 152/6 152/10 152/12 153/11 153/25 154/2 154/5 154/22 155/21
Hessert's [3] 128/1 154/12 154/23
hey [3] 10/9 71/25 170/24
hide [1] 15/3
high [8] 21/20 36/25 117/24 135/7 146/6 150/12 151/25 159/17
Hill [7] 9/24 10/1 93/19 128/25 129/7

**H**

**Hill... [2]** 166/8 175/13

**him [113]** 5/18 5/21 6/5 6/5 6/6 6/7 8/10 8/22 8/23 9/4 9/4 9/25 10/12 10/17 10/17 10/20 13/13 18/23 18/23 19/8 19/19 20/12 22/11 23/3 26/20 27/13 28/8 29/7 30/22 31/1 31/17 31/18 33/12 33/12 33/17 34/2 34/5 54/13 56/1 57/18 58/22 59/9 60/3 62/17 62/18 62/19 64/6 64/9 72/8 76/14 92/5 99/11 101/1 101/6 101/8 101/9 101/19 101/21 101/25 102/3 102/3 107/11 136/16 136/18 137/10 137/11 137/22 140/4 141/12 142/21 142/23 142/24 142/25 143/3 143/17 144/24 145/18 149/2 149/7 149/18 150/4 150/15 150/20 150/22 150/24 151/21 153/5 154/7 154/8 154/14 154/15 154/16 156/4 156/12 156/18 160/3 161/24 161/24 162/17 164/11 167/6 168/3 168/6 168/11 168/15 169/12 170/1 171/12 179/22 179/25 183/24 185/13 185/13

**himself [1]** 183/19

**hindsight [3]** 27/12 28/3 81/14

**hire [1]** 146/8

**hired [3]** 102/3 150/15 153/5

**his [86]** 2/11 2/19 3/22 5/15 5/17 5/17 6/9 6/22 7/8 8/24 9/9 9/12 9/23 9/25 10/4 18/13 18/15 18/16 18/16 18/19 18/22 19/2 19/7 19/13 19/19 19/23 20/15 24/22 26/1 27/13 27/25 30/5 30/7 31/17 33/5 34/22 35/17 45/11 57/18

64/23 68/5 73/16 83/23 84/7 85/12 86/1 92/1 137/23 140/4 142/22 144/25 145/21 145/23 146/8 146/14 146/17 147/12 148/7 148/8 149/14 150/11 150/13 151/12 152/24 152/24 153/18 154/3 154/18 154/19 155/7 155/23 156/17 160/20 163/18 166/8 168/13 171/5 176/21 180/4 180/23 181/3 181/10 182/3 182/14 182/21 183/14

**history [9]** 39/5 46/24 72/21 72/24 72/25 74/9 74/22 74/22 136/2

**hold [4]** 22/25 157/23 165/5 183/19

**holding [5]** 116/6 157/22 162/14 162/15 183/22

**HOLDINGS [16]** 1/8 9/10 9/18 14/24 15/7 15/8 26/21 106/2 119/10 161/2 175/11 176/15 177/24 178/22 181/24 183/18

**home [7]** 84/23 124/3 125/7 163/16 163/17 163/19 175/15

**homes [1]** 136/11

**honest [3]** 11/13 13/18 167/12

**Honor [31]** 2/6 2/11 3/23 6/9 12/19 20/9 20/16 20/23 22/20 31/25 33/15 45/13 53/11 59/22 76/19 84/3 91/20 100/4 102/16 108/20 108/25 110/16 111/11 114/8 115/24 134/17 139/15 142/5 172/13 178/3 178/4

**HONORABLE [1]** 1/11

**honored [1]** 30/25

**honoring [1]** 99/9

**hooked [1]** 60/8

**hope [2]** 2/14 11/23

**hoped [1]** 3/14

**horizons [1]** 20/5

**horse [1]** 27/16

**hostage [1]** 162/15

**hotel [3]** 107/9 107/19 107/20

**hour [2]** 22/18 45/4

**hours [4]** 4/8 93/19 147/17 169/10

**house [5]** 18/14 18/17 18/19 147/6 152/20

**housekeeping [2]** 159/18 165/6

**how [65]** 4/4 9/5 9/6 25/5 25/5 31/8 35/1 35/5 38/25 39/5 39/8 40/10 42/18 43/15 52/6 53/15 58/9 59/24 60/3 71/22 73/12 83/22 90/3 90/8 90/15 91/11 92/22 92/24 99/22 102/19 102/19 105/13 106/9 112/11 112/12 114/21 120/16 120/21 131/1 135/23 135/25 136/4 136/9 138/2 140/5 140/23 142/20 144/18 144/20 145/15 149/15 150/14 160/14 160/18 161/3 162/3 162/9 170/9 171/19 174/19 174/19 177/20 178/13 179/16 179/17

**however [8]** 19/17 84/9 84/16 87/19 104/14 116/15 118/20 122/24

**huge [1]** 80/8

**hundreds [2]** 42/16 161/4

**hurt [1]** 161/23

**husband [2]** 80/20 80/21

**I**

**I'd [6]** 21/23 29/9 60/12 61/13 72/7 98/9

**I'll [28]** 13/19 23/3 40/23 51/11 54/21 55/6 55/10 55/11 60/15 68/18 74/10 80/16 81/7 89/9 90/19 94/1 94/3 100/21 102/9 104/21 109/3 109/22 121/16 123/19 124/14 185/10 185/13 185/15

**I'm [110]** 4/24 9/14 9/15 12/8 16/9 18/19

19/6 19/25 23/9 23/14 28/9 36/16 39/1 40/8 40/11 40/11 41/3 41/16 42/19 43/2 46/7 51/22 52/1 52/10 54/16 55/5 55/7 55/9 56/12 60/8 60/17 60/17 65/25 67/10 68/1 68/6 69/10 69/10 70/11 71/4 71/16 72/10 78/14 78/18 80/9 80/24 81/5 81/18 81/20 82/14 83/8 83/8 83/8 83/9 83/10 83/17 83/19 85/5 85/6 85/9 85/13 85/13 86/8 87/11 90/3 92/23 93/6 94/15 95/5 97/1 98/22 99/5 101/13 104/14 105/24 107/5 107/7 107/8 110/17 112/9 113/9 115/15 117/4 117/16 122/7 122/15 122/25 123/5 124/24 125/9 126/17 130/4 131/22 132/22 133/7 134/1 153/11 153/22 156/12 159/3 165/5 165/25 166/22 167/20 168/20 170/7 173/17 175/8 178/2 180/17

**I've [9]** 48/5 61/25 90/16 97/19 103/20 106/12 117/7 122/20 130/13

**idea [6]** 2/17 55/13 66/1 68/20 143/13 157/2

**identical [1]** 154/18

**identifies [1]** 159/21

**identify [2]** 148/5 172/6

**identifying [2]** 40/7 176/25

**if [75]** 3/24 7/3 7/4 11/19 25/19 25/19 27/9 27/20 30/2 39/2 39/8 40/12 43/25 44/17 44/17 46/3 48/3 48/9 48/19 52/18 53/17 56/23 59/1 61/15 63/5 64/22 67/7 69/13 69/17 71/25 80/20 83/21 83/25 85/12 87/15 90/14 90/18 90/25 91/5 91/16 96/9 97/13 98/18

99/11 99/21 100/11 100/19 102/10 113/5 114/3 116/6 117/5 121/15 125/25 128/11 129/21 133/5 133/17 135/6 140/16 142/24 143/1 144/18 149/3 155/14 156/23 157/6 158/22 165/19 167/10 167/16 167/19 168/19 171/1 172/4

**ifs [1]** 113/4

**immediate [1]** 87/2

**immediately [2]** 82/10 179/24

**impacted [1]** 131/7

**implicitly [1]** 118/23

**importance [2]** 117/25 159/17

**important [5]** 3/16 3/20 4/4 11/22 117/22

**imposing [1]** 124/20

**impressed [2]** 6/1 146/4

**impression [4]** 62/22 71/24 99/4 99/20

**impressions [1]** 63/12

**improperly [1]** 107/6

**in [429]**

**inaccurate [5]** 44/1 45/18 45/20 49/19 50/21

**INC [34]** 1/3 1/4 2/24 3/21 3/22 9/17 35/18 36/20 37/5 38/24 51/14 54/3 54/4 54/6 54/24 55/7 64/17 76/8 81/1 87/8 87/9 131/23 137/18 140/9 157/17 157/18 157/21 158/3 160/4 160/9 165/17 166/25 174/22 180/14

**Inc.'s [1]** 36/14

**incident [1]** 83/12

**included [1]** 67/2 109/16 151/3

**including [5]** 36/8 92/3 115/13 126/11 145/25

**incomplete [2]** 49/18 50/21

**increasing [1]** 144/10

**incurred [1]** 12/2

**indicated [2]** 94/2 129/12

**I**

indicative [1] 61/24
individuals [4]
41/12 108/24 109/7
109/8
industry [5] 2/21
5/15 6/23 20/21
136/5
information [9]
4/15 5/6 13/14 51/5
58/12 58/13 90/24
144/12 175/19
infringement [2]
83/20 84/8
initial [2] 72/20
120/18
initially [3] 22/11
34/6 132/4
initials [1] 175/16
inside [1] 8/24
installation [2]
105/19 105/21
installations [1]
22/3
installed [1] 152/16
instance [1] 39/16
instances [5] 40/16
40/17 41/9 84/13
115/11
instruct [1] 6/10
insurance [5] 18/13
18/14 80/9 80/11
159/8
InTech [1] 146/19
integrity [14] 5/1
10/4 10/5 11/12
11/13 11/17 11/18
11/19 11/21 12/3
13/7 76/6 139/22
139/23
intellectual [1] 3/24
intended [4] 37/19
46/3 48/7 105/19
intending [1]
123/15
intense [1] 70/15
intent [7] 5/5 9/3
15/3 30/2 57/12 79/6
93/10
intentional [1] 11/7
intentionally [1]
163/14
intentions [1] 96/14
interaction [1]
140/23
interchangeably [1]
30/2
interest [7] 5/18
17/3 50/11 50/12
130/16 136/17
138/15

interested [1] 46/22
interests [1] 19/14
interfere [5] 100/11
100/12 102/19
102/19 119/24
interfered [2]
100/17 120/1
interference [5]
102/17 108/19
109/24 111/1 111/5
interferences [1]
108/11
interfering [1] 11/1
Internet [2] 88/8
184/13
intervention [1]
171/9
interviewed [1]
144/5
into [49] 5/7 6/14
6/18 7/15 10/23
11/17 12/15 16/10
18/5 18/21 20/1
23/21 24/25 28/10
35/2 53/24 73/16
74/1 75/9 76/24 77/6
96/21 99/8 102/6
106/19 107/7 111/16
111/24 121/9 124/8
124/14 124/16
124/17 127/12
128/14 128/15 136/7
144/19 146/19 147/1
148/14 154/11
155/22 156/21
157/21 158/2 160/2
160/5 162/4
intriguing [1] 6/19
introduce [2] 2/13
2/18
investigation [1]
128/20
investigators [1]
93/21
investment [1]
103/17
investor [6] 18/12
25/11 110/1 110/3
111/15 111/22
investors [2] 46/22
103/17
invoice [4] 96/22
103/10 103/12 130/3
invoices [2] 52/18
53/2
invoicing [1] 54/3
involved [18] 25/13
26/11 41/12 46/23
100/24 101/24 102/2
118/25 119/1 127/18
128/11 136/9 136/20
141/3 143/11 149/6

149/9 151/9
involvement [6]
39/16 47/1 112/4
141/10 151/10
155/13
involves [2] 3/3 4/6
Ireland [1] 81/11
irrelevant [1] 73/12
is [321]
isn't [12] 13/20 15/1
15/4 15/10 15/13
15/18 18/2 54/17
81/21 122/23 123/3
123/8
issue [10] 8/9 30/10
30/19 78/24 102/15
109/18 110/14
152/15 163/4 167/22
issued [1] 62/8
issues [9] 18/20
34/4 98/3 146/7
152/10 152/17 153/5
159/7 165/4
it [534]
it's [88] 3/11 3/23
4/13 4/18 4/22 5/1
5/2 5/2 5/8 8/23 9/16
9/17 10/19 11/11
12/13 13/18 13/24
14/3 21/2 22/22
22/24 24/8 29/14
31/23 31/24 33/23
34/15 35/1 35/7 35/8
36/17 39/2 40/9
43/20 43/21 46/7
53/5 57/8 59/16 60/7
67/20 70/25 74/8
77/8 90/15 91/20
95/5 96/9 96/18
98/11 100/15 101/17
101/17 107/17 108/1
109/15 111/18 116/4
116/15 117/17
117/22 127/17 129/6
129/8 130/9 131/17
133/17 141/20
141/20 147/24 148/2
157/15 157/16 159/9
164/13 164/14 166/2
168/16 169/23
170/14 170/15
173/21 176/3 177/6
178/18 180/12
181/16 183/5
item [1] 148/3
items [2] 90/15
142/10
its [4] 40/16 57/23
58/7 171/20
itself [2] 54/4 69/4

**J**

James [1] 85/21
January [8] 1/11
33/22 53/20 64/4
69/20 71/7 71/11
73/3
January 1st [1]
33/22
January 26th [1]
71/7
January 27th [1]
69/20
Jefferson [1] 135/9
jersey [67] 1/21
3/11 7/11 7/13 9/10
31/20 42/12 55/10
78/25 79/5 79/9 90/5
103/22 105/12
105/25 106/16
112/21 115/5 119/7
119/10 119/12
119/17 119/20
120/13 120/15 121/2
130/15 130/15
130/16 131/5 131/13
131/16 131/18
131/21 131/21
131/22 132/2 132/5
132/16 133/15
133/24 134/1 143/19
143/21 143/21
143/22 161/2 161/12
162/23 162/24
163/18 165/13
168/14 171/25
171/25 177/25 178/9
178/14 180/15
180/16 180/18
180/21 180/24 181/6
181/9 181/10 181/23
job [26] 18/16 22/12
22/12 22/12 23/13
33/21 34/3 34/6 34/9
34/20 34/21 45/23
51/8 51/10 54/7 73/1
90/5 90/5 104/16
105/17 115/20
116/14 120/2 120/8
138/24 170/20
jobs [7] 47/14 73/19
74/25 75/7 75/7
108/17 119/3
John [111] 2/19
2/23 13/12 14/25
31/6 31/13 31/15
31/20 32/10 32/16
32/21 32/24 33/11
34/22 35/16 35/21
36/5 36/23 38/18
38/19 39/23 40/4
41/7 41/20 41/20

41/21 43/7 43/10
43/16 43/21 45/16
47/17 48/8 48/16
49/1 49/19 54/1
54/13 55/4 56/10
57/7 61/12 61/21
62/23 69/10 69/23
70/15 70/20 70/21
73/21 74/3 74/24
75/1 80/4 80/6 81/7
81/8 86/25 87/3
87/19 88/20 91/3
95/22 96/6 96/10
97/17 98/1 100/10
105/11 108/18
135/20 136/12
137/12 137/22
137/24 138/3 138/7
138/21 138/24
139/11 140/2 140/2
140/7 140/10 141/10
141/11 142/21
144/14 147/18 148/9
150/7 153/11 155/5
157/20 158/24
159/17 159/24
160/20 161/12
161/23 161/23
161/25 163/9 164/12
168/6 169/25 170/18
170/19 170/21
173/21 174/25
John's [6] 35/25
43/18 81/25 104/14
164/13 176/21
Johnstown [1]
57/16
join [1] 136/17
joined [1] 2/23
joining [1] 135/20
joint [2] 46/19
124/14
judge [5] 7/9 11/20
11/21 137/9 137/12
judging [2] 53/18
53/19
judgment [2] 12/1
12/1
JULIE [1] 1/20
July [5] 65/21 75/13
133/5 133/13 169/22
July 13th [1]
169/22
July 7th [2] 133/5
133/13
jump [1] 35/2
jumping [1] 153/22
June [2] 78/21
142/9
June 10th [1] 78/21
jurisdiction [3]
93/21 129/6 129/8

**J**

**jurors [1]** 117/8
**jury [21]** 1/12 2/10
2/10 20/19 39/20
44/7 45/8 56/2 58/25
59/25 60/12 60/18
108/6 134/2 135/6
142/12 158/8 158/11
176/1 184/6 184/20
**just [87]** 5/6 13/7
14/21 22/19 22/20
22/24 23/8 25/8
26/20 27/14 28/25
32/23 34/3 36/17
36/18 37/14 37/25
38/3 39/12 41/15
47/11 47/23 50/15
51/11 52/2 54/19
56/1 56/22 57/1 58/7
58/8 59/23 60/8
62/11 65/23 66/21
74/10 89/19 89/22
99/18 102/15 113/9
113/12 113/15 116/5
116/8 120/24 121/6
123/1 126/10 126/18
127/25 130/9 134/12
135/6 136/5 137/7
137/13 138/10
139/17 142/23
146/19 149/22 150/4
151/25 152/12
154/13 158/4 158/5
160/17 161/18
164/15 165/6 166/1
167/9 167/11 168/6
168/12 169/1 169/3
170/9 172/10 172/19
175/3 176/10 177/7
180/18
**justice [3]** 91/10
91/12 91/23

**K**

**Kate [1]** 2/12
**KATHRYN [1]** 1/16
**KEARNEY [1]** 1/11
**keep [8]** 54/19
54/21 60/17 72/7
75/21 94/4 114/2
125/18
**kept [8]** 32/25 46/21
72/6 75/20 87/5 93/3
160/23 169/1
**KEVIN [4]** 1/15 2/11
88/25 94/18
**key [2]** 74/14
145/14
**kick [1]** 10/12
**kid's [1]** 164/17
**kids [3]** 11/15 27/13
164/12

**killed [1]** 103/16
**kind [20]** 24/25
25/17 31/21 34/15
34/16 60/21 61/24
76/14 137/7 137/11
137/11 139/5 140/19
142/23 147/12 148/8
148/9 148/10 160/20
167/11
**King [1]** 9/23
**knew [25]** 31/15
31/17 41/6 41/11
41/19 41/20 49/6
62/21 63/20 64/5
65/9 75/24 85/7 87/5
88/21 101/22 101/25
103/5 106/13 112/1
137/19 154/4 165/19
169/25 183/14
**know [79]** 11/14
13/17 16/11 23/14
28/3 28/4 28/6 28/11
29/11 32/13 32/20
34/11 34/18 34/24
34/25 35/2 38/19
38/22 39/15 46/3
50/23 51/1 52/18
54/5 54/17 54/21
59/5 62/21 65/7
70/23 71/8 74/15
74/18 76/17 77/8
79/6 79/12 81/18
83/4 90/4 91/11
101/12 101/21 102/8
105/13 106/12
109/25 116/2 117/5
121/1 121/14 121/16
126/19 127/10
127/23 128/12
128/16 130/24 137/7
139/18 149/21
149/23 167/16 168/3
168/3 168/4 168/4
169/20 169/23 170/1
173/3 179/15 179/15
180/16 181/10
181/17 182/5 182/12
183/21
**knowing [4]** 31/9
31/19 83/21 102/22
**knowledge [7]** 9/8
31/2 52/14 53/2
64/16 64/19 73/20
**known [2]** 40/23
153/4
**knows [1]** 91/12
**KURMAN [1]** 1/15

**L**

**labeled [1]** 46/8
**labor [1]** 4/8
**lack [1]** 12/3

**ladies [8]** 2/9 2/9
12/11 44/2 59/1
114/10 158/14 184/4
**lady [2]** 2/10 45/9
**laid [1]** 150/10
**land [3]** 42/8 42/8
103/17
**landscaping [2]**
22/3 22/4
**large [4]** 22/3 28/2
104/16 136/20
**largely [3]** 13/16
75/24 107/1
**larger [1]** 81/9
**largest [2]** 115/11
146/20
**last [15]** 29/14
30/15 30/18 41/16
48/19 53/4 66/4
72/14 96/22 100/3
127/22 147/19
165/11 167/13
175/25
**late [12]** 54/12
56/13 102/6 102/7
132/7 132/14 132/15
132/16 132/18
160/13 160/19
177/21
**later [30]** 2/23 5/16
6/10 14/17 17/11
35/16 36/3 37/5 37/9
38/5 40/2 48/15
57/22 59/1 72/10
80/24 82/25 83/7
85/15 86/12 91/13
95/21 103/24 107/21
124/23 125/6 127/7
153/24 154/12
155/21
**Latin [2]** 139/13
139/20
**Laurel [1]** 120/12
**LAVAN [10]** 1/19
1/20 12/6 21/3 45/12
108/14 114/15
114/18 134/15 233/7
**LaVan's [1]** 126/2
**law [7]** 1/19 2/16
11/20 72/1 83/21
102/25 110/25
**laws [1]** 42/12
**lawsuits [3]** 16/13
98/4 98/5
**lawyer [3]** 44/11
44/18 182/22
**lawyers [4]** 158/15
168/2 184/9 184/15
**layout [1]** 69/5
**lead [3]** 23/18
143/13 176/5
**leading [5]** 53/12

79/24 91/20 92/19
100/13
**learn [2]** 152/8
160/11
**learned [1]** 152/9
**learning [2]** 21/23
92/23
**least [6]** 60/22 62/4
69/23 72/1 107/1
137/23
**leave [7]** 18/10 19/9
19/21 68/18 90/8
169/8 170/19
**leaving [4]** 18/23
83/8 83/9 83/18
**led [1]** 27/4
**ledge [1]** 164/14
**left [16]** 5/24 18/22
19/22 23/25 31/15
44/20 49/7 101/4
129/5 146/15 152/4
152/6 152/23 152/24
171/2 179/12
**legal [4]** 6/13 73/10
98/3 171/8
**legalities [1]** 183/21
**legally [2]** 6/11
76/24
**legs [2]** 158/8
158/10
**Lemus [4]** 49/5
49/14 116/21 117/14
**less [2]** 24/18 91/10
**less-than [1]** 91/10
**let [17]** 2/18 17/18
52/17 52/25 56/6
96/24 102/1 109/3
115/17 119/14
121/15 153/12 158/7
162/3 162/17 172/23
184/6
**let's [38]** 7/4 7/5
7/25 7/25 10/14
10/14 10/14 29/18
32/8 34/24 37/13
38/4 39/19 42/21
57/6 59/3 61/15
67/13 67/15 79/21
82/24 108/1 108/2
108/14 119/2 120/23
123/17 127/5 130/2
140/16 158/7 158/20
162/20 164/5 172/4
174/15 180/10
181/19
**letter [6]** 89/8
115/18 121/24
122/11 157/9 157/11
**letterhead [3]** 69/4
141/7 141/19
**letters [2]** 128/23
128/25

**level [5]** 6/25
150/12 152/1 162/2
171/7
**liabilities [1]** 164/21
**liability [1]** 80/11
**libel [1]** 93/9
**Liberty [1]** 98/5
**lie [1]** 155/18
**lied [2]** 11/6 153/2
**lien [26]** 98/5
102/25 103/2 103/12
103/15 103/19 104/1
105/8 105/25 106/4
106/6 107/14 107/20
112/22 112/24
113/13 116/23
118/18 130/8 130/16
131/5 131/6 131/9
131/12 163/2 165/1
**liens [9]** 107/2
107/5 115/1 115/7
115/14 115/14
115/15 115/20
116/14
**lies [3]** 5/1 5/3 5/8
**Lieutenant [1]**
137/20
**life [1]** 4/10
**lifetime [1]** 154/20
**lightly [1]** 147/4
**like [57]** 7/24 7/24
8/20 21/21 22/24
23/9 25/25 26/22
26/24 29/9 35/23
36/9 38/23 39/12
51/12 54/12 54/18
58/16 59/25 60/12
61/23 64/8 73/5 74/8
74/16 74/23 76/3
80/8 81/3 83/18
84/23 89/21 90/1
90/20 92/20 96/7
97/10 98/9 99/18
99/19 99/22 105/17
124/15 124/18
134/22 143/1 143/12
144/2 145/5 147/15
148/10 150/17 151/1
166/1 181/7 182/13
184/6
**liked [1]** 6/21
**likely [1]** 133/4
**limit [1]** 173/12
**limited [4]** 7/21
34/21 90/24 115/14
**limiting [1]** 114/16
**line [6]** 47/20 47/23
47/25 48/19 90/15
114/3
**lines [1]** 16/17
**linked [1]** 58/18
**LinkedIn [1]** 151/3

# L

**links [3]** 35/19 85/7 85/10
**liquidate [1]** 111/20
**list [15]** 25/24 35/21 36/5 38/25 69/23 70/2 88/2 145/19 147/21 148/3 153/16 155/6 164/21 164/24 166/23
**listed [9]** 74/13 79/24 133/4 145/10 153/16 153/19 175/12 181/7 181/8
**listen [3]** 11/25 16/1 41/15
**listing [2]** 37/23 69/10
**lists [1]** 179/2
**litigation [8]** 10/22 73/7 116/11 121/4 152/7 154/8 162/4 164/2
**little [20]** 19/6 20/20 22/25 30/11 30/13 39/15 42/18 54/22 55/6 116/5 124/14 136/6 137/19 139/6 140/8 141/12 144/15 144/22 145/9 147/18
**live [1]** 129/8
**lived [1]** 21/9
**livid [1]** 164/15
**LLC [23]** 1/8 14/5 81/25 100/25 106/15 112/11 119/10 119/12 119/18 119/20 120/13 131/17 131/18 132/5 132/17 133/15 134/1 150/24 156/2 173/7 175/11 176/15 181/24
**LLCs [1]** 19/16
**loans [1]** 136/7
**local [2]** 167/14 170/15
**locally [1]** 112/1
**locate [1]** 29/15
**logo [41]** 3/19 3/20 3/21 35/17 35/24 36/1 36/8 36/12 36/16 36/18 37/1 37/2 37/13 58/12 58/13 66/9 66/11 66/12 66/19 66/25 67/4 68/2 68/3 68/11 68/22 69/1 69/1 69/4 110/6 139/25 140/1 140/5 140/19 140/24

**140/25 141/6 141/9 141/11 141/24 141/25 142/10
logos [2]** 67/22 140/4
**Lombardi [1]** 154/4
**long [5]** 23/8 25/6 73/8 80/23 147/19
**longer [4]** 27/10 30/12 30/14 112/10
**look [22]** 48/19 52/17 54/16 54/21 55/5 57/6 64/8 65/8 80/11 87/11 87/15 91/5 96/9 99/22 117/6 127/12 133/5 135/22 162/20 168/17 184/22 185/10
**looked [6]** 14/10 33/23 66/4 124/17 175/4 177/7
**looking [12]** 5/25 97/13 110/4 111/15 129/13 143/7 143/10 149/14 149/21 159/13 171/12 175/8
**looks [5]** 36/16 97/10 144/2 166/1 181/7
**lose [1]** 112/8
**loss [3]** 18/14 84/10 112/12
**losses [1]** 135/17
**lost [8]** 80/11 108/18 109/24 112/25 113/17 119/3 122/2 137/1
**lot [24]** 4/15 4/19 11/17 20/4 23/15 24/12 24/13 27/21 34/1 52/22 69/22 81/17 106/13 112/1 113/4 121/6 131/10 136/2 136/7 137/22 141/22 154/18 161/22 184/16
**Lou [5]** 136/13 136/13 137/12 137/19 137/19
**lounge [1]** 22/18
**lunch [4]** 44/3 44/13 45/4 170/19
**Luncheon [1]** 44/25
**lying [1]** 23/4

# M

**Ma'am [2]** 20/11 58/21
**Madam [1]** 44/3
**made [12]** 16/23 32/23 42/17 50/9

**75/4 75/5 81/22 90/7 95/9 98/7 165/2 168/1
magazine [3]** 85/4 85/6 168/14
**magnitude [1]** 23/3
**mail [56]** 16/19 35/22 35/23 35/25 36/7 37/22 56/9 57/7 57/9 57/11 58/5 58/11 58/15 60/21 64/6 64/12 64/16 67/1 67/2 69/9 70/8 72/11 76/17 79/7 84/18 87/11 96/9 96/13 96/20 96/21 97/10 97/13 115/18 116/12 117/12 117/15 117/24 118/19 121/9 126/11 126/12 128/14 128/15 142/8 150/7 150/9 150/11 153/10 154/9 155/9 158/23 159/6 159/16 161/17 171/12 180/7
**mailed [2]** 95/2 163/7
**mails [12]** 8/4 16/22 17/1 38/16 38/17 54/4 63/19 66/18 67/10 115/23 171/11 172/1
**main [2]** 1/20 152/15
**make [16]** 4/25 11/20 20/3 24/11 30/6 52/25 58/3 59/20 60/18 70/1 87/20 87/21 120/23 126/18 162/7 167/13
**making [6]** 19/4 61/5 79/22 84/18 87/5 178/21
**manage [1]** 22/13
**managed [4]** 6/3 144/8 145/24 155/15
**management [8]** 21/24 23/13 24/1 24/4 32/16 46/18 147/24 153/18
**manager [9]** 26/6 106/13 120/19 135/11 170/24 181/8 181/9 181/17 183/10
**managers [1]** 145/25
**managing [4]** 19/2 25/10 25/13 39/18
**Manhattan [1]** 135/11
**manner [2]** 175/19

**184/1
manufacturing [5]** 105/14 106/12 106/19 107/3 112/18
**many [10]** 38/25 61/25 61/25 70/16 71/5 106/9 106/21 130/13 135/16 145/15
**March [5]** 54/12 54/12 176/5 178/18 179/8
**March 11th [1]** 178/18
**March 9th [1]** 179/8
**margins [1]** 4/9
**mark [85]** 1/7 1/11 5/13 5/14 10/2 10/9 11/9 12/3 12/20 12/22 59/18 63/16 65/19 76/23 94/12 94/17 96/11 96/25 98/9 111/13 117/25 133/18 139/8 139/9 140/6 140/14 140/14 141/20 143/4 144/2 144/24 145/4 146/5 146/14 147/11 148/11 148/14 150/1 150/11 151/11 151/18 152/16 152/22 153/2 153/17 154/5 155/14 156/24 159/16 159/24 160/3 160/17 160/21 160/25 161/13 161/16 161/24 162/5 163/7 163/21 164/11 164/18 166/4 166/9 166/24 167/10 167/19 169/1 169/10 169/13 170/19 170/20 170/23 171/3 171/17 174/3 174/8 174/21 174/24 175/17 177/22 178/25 180/19 181/11 182/9
**Mark's [11]** 144/21 147/20 151/23 152/20 155/6 155/13 163/16 163/17 166/3 175/15 179/4
**marked [4]** 15/5 95/5 173/22 176/21
**market [10]** 1/24 3/10 3/11 3/16 23/1 23/5 24/8 31/19 101/2 143/16
**marketeer [1]** 6/20
**marketing [8]** 14/5 14/8 58/9 138/23

**138/25 139/1 139/2 140/8
Marlowe [1]** 181/25
**married [1]** 136/21
**match [1]** 145/12
**material [1]** 11/7
**materials [1]** 67/22
**matter [12]** 4/19 28/18 29/6 29/21 29/22 89/21 92/13 127/17 128/10 159/5 170/9 233/19
**matters [1]** 159/19
**may [26]** 2/7 2/8 21/3 21/4 26/16 33/19 44/13 44/14 45/12 49/6 49/21 59/22 63/3 71/6 84/19 96/10 103/15 109/12 115/21 116/1 132/15 134/18 134/21 164/22 173/9 185/5
**May 1st [1]** 96/10
**maybe [12]** 18/17 25/12 34/17 35/14 35/15 46/18 46/18 74/24 87/18 146/19 163/3 163/3
**McCourt [4]** 161/13 181/8 183/10 183/13
**me [191]**
**mean [24]** 13/6 14/4 25/19 35/22 68/21 72/13 75/3 75/5 91/24 95/17 126/1 136/5 139/21 141/10 144/11 144/12 144/13 146/3 146/4 167/25 174/4 175/24 177/4 183/18
**Meaning [1]** 75/4
**means [3]** 13/4 42/13 174/5
**meant [3]** 48/7 68/14 139/13
**mechanics [1]** 115/1
**meet [9]** 33/12 72/7 93/1 125/2 137/3 137/7 137/23 142/20 143/3
**meeting [32]** 10/7 10/16 13/12 30/4 37/25 38/1 46/14 47/12 48/16 50/7 55/4 84/17 86/24 93/4 93/4 102/11 102/12 102/13 102/14 111/24 111/25 124/3 125/11 125/24 127/22 137/6

**M**

**meeting... [6]** 143/4
143/6 164/7 170/13
179/12 180/6
**meetings [3]** 42/9
72/7 93/3
**megawatt [1]** 48/4
**megawatts [3]** 48/9
48/10 48/12
**member [5]** 19/3
25/10 25/13 39/18
160/8
**members [4]** 60/25
61/2 112/21 138/5
**membership [1]**
150/24
**Memorandum [1]**
157/14
**memory [1]** 125/10
**mention [2]** 22/5
176/18
**mentioned [7]** 2/11
12/11 69/7 92/1
142/21 164/6 181/14
**mentor [1]** 137/9
**merited [1]** 171/8
**mess [7]** 59/7 118/1
118/2 118/11 118/13
118/14 118/24
**message [8]** 67/14
67/17 69/19 79/17
91/8 92/9 92/10
116/21
**messages [7]** 16/8
16/21 16/22 17/1
69/13 78/11 91/2
**met [19]** 5/10 12/25
13/9 36/1 37/24
54/13 57/13 64/4
82/13 110/2 110/2
136/12 138/3 138/5
141/1 141/2 142/22
160/15 164/10
**metered [1]** 42/13
**mid [1]** 18/11
**middle [5]** 20/15
40/14 51/11 78/20
98/22
**might [8]** 39/10
46/19 74/14 80/4
137/15 149/20 156/6
170/21
**miles [1]** 21/9
**military [1]** 137/21
**million [23]** 22/16
104/13 104/14
104/16 104/18
104/21 105/3 105/17
105/20 106/16
106/18 106/24
106/24 106/25

107/20 113/7 113/16
119/13 144/8 144/9
144/15 146/18 147/3
**million-dollar [1]**
105/20
**millions [1]** 27/22
**mind [8]** 63/5 64/23
156/11 167/6 171/1
174/4 182/15 182/22
**minds [1]** 63/22
**mine [2]** 121/22
132/6
**minimum [1]**
120/22
**Minus [1]** 104/19
**minute [3]** 40/19
52/13 108/3
**minutes [8]** 114/9
158/7 158/9 158/18
160/19 161/25
170/23 184/7
**misappropriated [1]**
11/5
**mischaracterization
[1]** 18/4
**mischaracterize [1]**
131/10
**mischaracterizing
[1]** 122/12
**mislead [1]** 163/14
**misrepresent [1]**
102/2
**misrepresentation
[1]** 11/7
**misrepresentations
[1]** 94/21
**missing [1]** 163/12
**misspoke [1]** 142/5
**MM [1]** 98/4
**model [5]** 64/6
148/1 148/5 150/4
158/4
**modeling [1]**
147/22
**moment [1]** 32/4
**moms [1]** 11/14
**Monday [4]** 4/13
25/20 72/7 160/17
**money [41]** 10/3
10/9 10/10 10/11
10/13 10/18 11/2
11/10 12/1 18/16
27/21 47/22 50/18
61/5 75/4 75/5 81/15
81/17 82/1 82/12
82/16 86/25 87/3
87/7 87/22 87/24
90/7 90/10 90/11
90/24 105/13 111/21
114/1 126/17 126/23
129/13 129/18
152/19 160/22 162/7

168/19
**moneys [1]** 49/20
**month [8]** 24/5 29/2
30/15 30/18 37/9
50/9 90/20 143/13
**months [19]** 22/16
28/9 32/14 38/7
41/22 54/18 59/17
72/10 72/14 74/1
75/12 80/24 81/19
103/10 105/4 107/21
107/21 107/21
143/12
**Mooretown [1]**
1/21
**moral [1]** 11/13
**more [15]** 19/14
20/20 24/24 26/18
52/25 55/6 59/13
75/19 118/17 136/6
139/6 140/12 146/16
147/15 155/16
**Moreover [1]**
109/15
**morning [13]** 12/25
35/25 37/4 115/22
125/3 125/11 125/24
132/18 164/6 164/9
164/10 169/7 184/14
**most [11]** 41/13
41/16 43/1 43/8 66/1
76/3 102/21 124/10
132/10 133/4 151/12
**mostly [1]** 3/5
**mother [1]** 21/10
**motion [1]** 84/7
**move [17]** 3/10 7/16
8/18 12/15 19/12
26/1 57/14 89/9 98/9
99/12 99/19 110/24
140/11 147/8 149/15
156/23 184/15
**moved [2]** 106/25
121/8
**moving [3]** 5/11 9/3
106/18
**Mr [4]** 178/8 233/5
233/7 233/10
**Mr. [97]** 2/4 4/2 5/4
6/4 6/15 6/19 7/6
7/14 7/18 8/2 8/16
8/18 12/17 12/20
12/21 12/25 13/9
14/12 14/14 14/15
14/19 20/19 23/21
25/6 26/10 27/9 33/2
34/9 35/12 35/12
39/19 40/18 44/5
44/9 45/11 49/14
54/23 66/17 66/22
85/24 85/25 86/4
100/10 108/15

109/10 114/4 114/6
114/18 114/21 118/3
123/17 123/20
123/21 130/7 134/9
134/22 134/24 137/3
141/22 142/20
143/15 144/5 146/8
147/9 150/7 152/3
152/12 153/10
153/11 153/25 154/2
154/5 154/12 154/22
154/23 155/21
155/22 157/4 158/22
158/23 160/6 160/11
162/24 172/6 173/16
177/9 177/17 178/6
179/6 179/19 180/11
180/23 181/14
182/13 182/25 183/7
183/13
**Mr. Aloia [18]** 4/2
6/4 8/2 14/14 14/15
14/19 35/12 66/17
85/25 86/4 123/20
153/10 158/22 172/6
173/16 178/6 180/11
183/7
**Mr. Heenan [45]**
5/4 6/15 6/19 7/6
7/14 7/18 8/16 8/18
12/21 12/25 13/9
20/19 23/21 34/9
39/19 40/18 44/5
44/9 45/11 100/10
108/15 114/4 114/21
123/17 130/7 134/9
141/22 142/20
143/15 144/5 146/8
147/9 150/7 152/3
155/22 157/4 158/23
160/6 160/11 179/19
180/23 181/14
182/13 182/25
183/13
**Mr. Heenan's [4]**
162/24 177/9 177/17
179/6
**Mr. Hessert [12]**
25/6 26/10 27/9
85/24 118/3 152/12
153/11 153/25 154/2
154/5 154/22 155/21
**Mr. Hessert's [2]**
154/12 154/23
**Mr. Lemus [1]**
49/14
**Mr. Mark [1]** 12/20
**Mr. Sciotto [6]**
14/12 33/2 35/12
66/22 123/21 137/3
**Mr. Thomas [1]**
134/24

**Mr. Watson [7]** 2/4
12/17 54/23 109/10
114/6 114/18 134/22
**Ms [1]** 233/7
**Ms. [8]** 12/6 21/3
45/12 108/14 114/15
114/18 126/2 134/15
**Ms. LaVan [7]** 12/6
21/3 45/12 108/14
114/15 114/18
134/15
**Ms. LaVan's [1]**
126/2
**Mt [1]** 120/12
**much [17]** 4/22 34/3
41/4 42/15 44/6 52/6
53/15 74/8 90/8
90/15 112/12 120/16
120/21 131/1 138/7
170/9 184/19
**muddy [1]** 101/10
**multimillion [2]**
98/4 122/10
**multimillion-dollar
[1]** 122/10
**multipage [1]**
144/21
**multiple [1]** 89/11
**must [3]** 11/20
11/21 117/15
**my [165]** 2/11 2/11
2/12 2/13 2/19 5/4
5/7 6/1 6/24 7/18 8/6
8/6 12/9 13/9 13/21
14/20 15/9 16/6 18/5
18/5 18/11 20/6
20/14 21/8 21/8
21/10 21/10 21/10
21/11 21/12 22/4
22/6 22/10 23/12
23/14 24/2 24/6
24/11 26/2 27/2
27/13 27/14 27/22
28/6 29/1 30/4 30/8
31/2 31/10 31/19
32/3 33/13 33/20
33/24 34/15 37/21
39/4 39/5 39/12
39/16 41/15 44/21
45/3 46/1 46/17
49/25 50/18 50/24
51/17 52/13 54/23
55/11 59/8 59/8
59/13 59/13 59/15
59/15 59/17 60/15
60/25 62/5 64/7 66/1
66/5 66/13 68/6
71/24 72/20 73/8
73/20 74/9 74/9 74/9
74/11 74/21 74/22
79/6 80/5 80/11
80/16 83/8 84/15

## M

**my... [62]** 85/3 85/8 87/3 88/1 88/7 89/25 90/14 90/18 92/2 92/2 93/1 96/20 96/21 96/22 99/4 99/19 101/1 101/5 101/10 101/25 101/25 102/3 103/11 105/2 106/17 107/3 110/2 112/11 112/11 112/13 115/8 118/14 118/24 119/9 119/14 120/18 121/9 123/14 125/9 126/17 127/20 128/6 128/14 128/14 129/5 129/9 130/8 132/24 133/9 134/4 135/9 135/12 136/21 143/4 152/1 155/5 155/9 162/4 164/17 167/8 170/19 173/20
**myself [8]** 48/23 52/23 55/11 67/12 80/18 137/12 159/16 174/25

## N

**name [21]** 2/11 2/19 3/9 3/18 3/21 11/5 34/9 34/11 40/7 40/7 59/21 135/4 173/21 176/21 178/10 178/21 179/2 179/4 183/23 183/25 233/3
**named [2]** 19/19 136/13
**names [10]** 15/6 15/6 17/12 19/17 26/20 38/12 62/1 71/9 95/15 171/14
**narrow [1]** 114/17
**necessarily [1]** 90/1
**necessity [4]** 42/12 148/19 148/22 149/8
**need [26]** 9/15 36/5 36/6 59/24 60/5 63/16 75/9 98/10 98/11 103/2 114/8 118/1 118/12 130/14 130/15 139/1 139/2 139/14 143/15 143/24 164/14 165/6 165/7 167/9 167/18 170/17
**needed [9]** 25/20 33/4 34/4 59/11 77/12 79/15 126/14 169/2 169/3
**negotiate [4]** 7/25 7/25 39/7 174/13

**negotiated [1]** 8/1
**negotiating [4]** 75/18 83/10 127/1 156/4
**negotiation [3]** 8/22 83/9 85/14
**negotiations [4]** 8/3 101/18 103/13 155/22
**neighborhood [1]** 124/15
**never [25]** 8/12 8/15 8/16 26/22 28/8 28/11 36/1 36/24 38/10 44/19 48/23 70/5 70/19 79/15 83/5 109/11 113/13 129/19 150/5 155/9 155/10 171/20 181/2 182/20 183/14
**new [63]** 1/21 3/11 6/18 7/11 9/10 9/16 16/18 18/23 18/25 22/14 24/17 24/19 27/1 27/3 34/23 35/5 35/7 35/7 35/13 36/19 37/2 37/15 37/18 38/13 42/12 48/20 57/14 57/22 59/14 59/14 59/20 59/20 62/2 62/11 67/9 68/2 68/15 70/13 70/25 78/25 79/5 79/9 98/2 98/14 98/19 99/6 99/12 100/1 103/22 106/15 107/3 143/10 143/18 143/21 143/21 143/22 144/23 146/10 146/12 146/13 161/2 178/9 178/14
**news [3]** 96/2 96/2 96/4
**newspaper [1]** 167/15
**Newtown [1]** 136/10
**next [27]** 6/25 7/4 7/5 7/19 23/17 24/19 25/2 32/6 35/25 36/3 44/4 44/10 57/25 68/7 78/2 90/19 92/8 94/12 100/4 108/12 132/18 165/25 166/6 166/11 166/13 166/16 166/19
**night [4]** 35/24 132/7 132/15 132/16
**nine [1]** 50/9
**nine-month [1]** 50/9

**no [128]** 1/7 8/21 10/13 11/11 14/8 15/3 17/21 18/9 21/1 21/1 21/2 21/2 22/22 27/10 30/2 32/4 32/25 33/16 33/16 33/23 38/14 39/17 44/11 46/1 51/20 52/9 56/20 60/11 62/1 63/8 63/20 65/5 65/10 66/21 70/1 70/2 70/4 70/7 71/9 71/20 71/22 72/22 73/4 74/18 75/14 78/1 78/1 78/3 79/3 80/19 83/7 86/12 88/22 89/14 95/15 96/7 100/8 100/14 102/23 103/7 103/17 103/17 104/11 104/20 105/8 110/11 110/21 110/25 110/25 112/10 112/17 115/2 116/8 116/9 119/15 119/15 120/21 120/21 120/21 122/1 124/23 125/5 125/25 126/8 127/11 128/3 128/8 128/18 130/1 130/14 131/4 131/12 132/9 133/11 133/25 134/14 134/17 139/17 146/7 150/21 150/23 150/25 151/22 156/25 157/18 160/10 166/7 167/21 167/25 167/25 168/22 168/24 169/1 170/8 171/2 171/4 171/6 171/9 174/12 174/14 175/20 176/25 177/8 177/18 182/17 182/20 183/2 184/2
**nobody [9]** 8/8 8/15 10/6 10/6 17/24 18/1 25/21 62/8 118/7
**nobody's [2]** 17/12 71/9
**nominal [2]** 54/15 103/9
**none [2]** 31/1 41/20
**nonresponsive [2]** 49/12 56/15
**noon [1]** 93/11
**normally [1]** 170/25
**not [155]** 3/5 4/13 4/19 4/22 5/5 8/23 9/3 9/6 9/13 10/25 11/3 11/17 11/19 13/14 13/15 14/15

14/18 14/23 16/14 17/7 18/16 19/9 20/15 22/24 30/25 40/8 41/16 43/2 43/6 45/4 45/21 45/23 46/18 47/6 47/7 53/3 53/15 53/17 53/25 54/16 55/5 56/3 56/21 56/23 59/1 59/3 60/8 60/17 61/2 61/24 63/8 63/22 64/22 71/4 71/10 73/20 76/5 76/5 76/9 76/21 77/10 77/9 79/8 79/10 80/9 80/19 84/24 85/25 86/3 87/8 88/4 88/22 90/1 90/10 93/18 94/5 95/10 96/5 99/13 101/13 102/15 105/10 107/22 108/21 108/24 109/12 109/14 109/15 109/19 111/3 112/9 115/4 115/7 115/12 115/14 115/15 115/20 115/25 116/13 116/15 117/22 118/17 118/19 119/19 120/9 121/8 121/16 122/9 122/14 122/14 122/15 122/16 123/9 123/11 124/1 124/23 125/10 125/14 127/11 128/3 128/21 129/6 129/7 129/8 134/9 136/20 143/25 147/7 149/25 151/10 153/6 154/7 155/20 156/21 158/15 160/5 161/19 162/3 162/23 162/23 164/14 166/2 167/4 167/10 168/2 168/10 170/7 170/8 171/16 173/10 174/8 180/17 181/2 181/13 182/8 184/12

**notable [1]** 100/7
**notably [2]** 95/10 98/11
**noteworthy [1]** 22/6
**nothing [7]** 8/12 15/19 17/12 53/22 75/19 80/21 96/3
**notice [16]** 106/2 109/14 109/18 122/8 122/8 122/20 122/22 122/23 123/1 123/2 123/8 123/9 123/10

123/11 123/13 123/14
**Noticing [1]** 80/22
**notified [1]** 122/4
**November [18]** 8/19 29/4 37/22 39/21 48/15 56/13 57/8 57/20 58/14 67/20 68/9 98/17 121/10 137/5 143/5 150/6 150/14 177/22
**November 13th [2]** 58/14 67/20
**November 16th [1]** 68/9
**November 24th [6]** 37/22 57/8 57/20 98/17 150/6 150/14
**now [32]** 12/12 12/15 14/21 20/13 27/16 33/23 34/15 40/9 40/15 44/3 47/22 57/1 70/1 82/1 95/25 101/15 103/20 107/21 109/14 110/23 111/10 114/17 117/11 117/8 118/15 123/11 123/14 130/7 133/7 135/9 174/15 185/14
**number [21]** 16/8 18/20 40/24 46/16 47/14 52/8 53/6 53/8 58/17 65/23 66/15 72/5 73/5 93/19 95/16 100/20 113/22 126/18 154/3 159/3 172/15
**numbers [2]** 21/15 157/2
**numerous [3]** 38/16 61/11 94/19
**nutshell [1]** 60/23

## O

**oath [4]** 13/3 44/9 65/1 121/21
**object [1]** 22/21
**objection [40]** 20/9 20/23 20/24 31/25 33/15 49/9 49/10 53/11 55/18 55/24 56/15 63/1 64/20 65/6 65/11 76/19 77/19 77/25 77/25 83/15 85/23 86/21 86/21 89/1 89/5 89/13 91/15 92/19 100/13 102/16 107/16 108/20 110/8 110/18 112/5 115/24 121/11 128/2 172/13

**O**

**objection... [1]**
182/10
**objectionable [1]**
116/2
**obligations [3]**
47/18 80/9 90/22
**obviously [3]**
101/20 126/21
152/10
**occasions [1]** 94/19
**occur [2]** 26/13 40/3
**occurred [3]** 31/8
31/18 75/2
**October [26]** 5/9
6/7 25/10 29/17
29/19 30/17 31/5
31/11 32/20 33/8
33/11 35/20 35/21
37/4 39/21 41/22
48/15 73/3 77/6 86/5
86/6 91/6 117/12
117/25 128/13
177/22
**October 13th [1]**
91/6
**October 16th [3]**
32/20 117/12 117/25
**October 18th [1]**
29/17
**October 19th [2]**
5/9 6/7
**October 27th [2]**
35/20 35/21
**October 28th [1]**
37/4
**October 5th [1]**
128/13
**odd [2]** 40/5 72/5
**of [569]**
**off [17]** 22/7 25/25
26/1 43/25 64/9
83/21 84/11 85/10
104/14 105/22
111/25 119/14 120/9
160/16 161/19
164/14 164/16
**offer [3]** 30/7 88/15
88/17
**offered [5]** 88/12
90/21 111/4 156/24
169/13
**offering [1]** 88/9
**office [10]** 21/23
23/2 25/12 25/22
93/2 126/2 141/14
152/17 161/15
161/18
**official [1]** 38/10
**OFFIT [1]** 1/15
**often [1]** 35/9

**Oh [2]** 29/14 40/11
**Okay [9]** 10/15 46/2
49/14 60/14 63/17
70/24 79/19 165/21
173/9
**okayed [1]** 185/13
**old [7]** 21/17 37/2
68/14 135/23 135/24
135/25 142/22
**older [2]** 20/5 125/9
**on [285]**
**once [2]** 103/23
158/16
**one [86]** 9/16 9/16
18/23 22/5 22/17
25/12 26/22 27/12
28/6 29/14 29/16
29/17 30/3 30/9
35/24 36/12 37/2
37/2 37/5 38/3 41/6
43/1 43/7 43/18
45/17 45/22 46/4
46/23 47/12 47/18
47/24 52/20 52/21
58/17 62/10 67/18
70/21 73/9 73/11
74/5 76/14 77/23
80/25 81/8 81/19
84/13 84/16 90/3
91/18 95/1 95/4 95/6
95/24 95/25 98/8
99/6 103/10 105/22
109/3 110/2 111/16
113/20 119/21
122/13 129/2 129/5
129/25 131/6 132/8
140/4 146/22 154/4
162/24 165/8 165/9
165/11 165/21
170/14 172/16 174/1
175/10 179/22
181/21 182/24
183/11 185/8
**one-sided [1]** 98/8
**ones [8]** 26/23 27/3
75/14 100/12 100/19
119/6 119/15 120/11
**online [3]** 15/25
38/24 38/24
**only [24]** 9/3 13/24
19/19 24/5 27/12
30/21 36/6 43/1
46/23 47/24 55/7
64/21 73/9 77/4
80/25 81/19 84/24
88/3 88/11 99/5
103/22 149/5 155/10
184/11
**onto [1]** 9/12
**open [12]** 12/6
97/19 98/2 98/9
98/10 98/14 108/3

128/19 138/7 156/9
159/7 159/18
**opening [3]** 2/5
14/20 20/14
**operate [3]** 79/9
98/10 98/11
**operated [1]** 71/24
**operating [10]**
24/21 27/2 29/25
30/1 39/12 61/24
106/20 112/19
112/20 119/11
**operations [4]**
25/23 81/8 138/20
139/6
**opinion [14]** 16/6
27/22 32/4 33/13
33/20 34/15 50/18
50/25 64/7 74/19
80/16 81/12 84/15
146/14
**opportunities [9]**
5/6 75/18 87/25
88/10 101/14 101/16
106/7 127/1 142/25
**opportunity [12]**
20/4 88/13 97/23
97/24 114/12 114/13
114/15 137/10
138/11 139/4 146/24
146/25
**opposing [1]** 86/20
**opposite [1]** 111/1
**optimistic [1]** 87/19
**options [1]** 161/25
**or [155]** 3/3 3/5 7/9
9/8 10/20 10/25 11/2
12/6 12/12 14/3 15/6
15/7 15/19 15/24
16/4 16/12 24/24
25/12 25/21 28/12
29/2 29/16 30/8 31/1
31/6 32/14 33/23
34/7 35/15 36/3
36/23 36/25 37/2
37/9 39/11 39/17
40/16 41/6 41/20
41/20 43/12 44/12
44/15 44/15 46/21
46/22 47/6 47/16
48/8 48/11 50/9
50/16 51/21 55/8
56/20 61/21 62/10
62/22 62/23 63/18
65/2 65/7 65/12 66/3
66/4 66/21 69/1 69/8
70/8 72/17 73/6 73/7
73/19 74/3 74/7
74/13 74/14 74/15
74/23 75/1 75/15
78/1 78/3 79/1 80/2
84/10 84/19 86/17

88/4 92/11 95/7
95/22 96/23 97/5
98/11 99/13 100/10
101/1 102/23 103/3
105/18 107/1 107/12
108/3 108/17 108/18
113/16 115/2 115/18
116/12 116/23
118/23 122/19 123/3
123/8 123/15 124/7
126/13 126/24
127/21 128/7 128/8
128/12 128/17
129/16 132/9 132/18
133/10 133/13
140/24 143/15
143/16 143/18
146/19 148/24 149/5
150/4 153/13 156/2
160/4 160/7 160/8
160/8 161/14 167/16
167/17 167/23
168/14 171/8 171/14
171/25 174/2 175/16
179/16 185/1
**oral [3]** 6/12 6/14
8/13
**orange [1]** 36/10
**order [2]** 84/19
126/13
**orders [5]** 4/8
102/23 102/24 103/7
130/23
**oriented [2]** 136/7
148/10
**original [13]** 42/7
141/11 177/3 177/5
177/7 177/7 177/8
177/10 177/12
177/13 177/13
177/14 177/16
**originally [2]** 40/21
76/11
**other [40]** 18/20
26/17 26/23 26/24
27/4 28/7 36/18
40/17 43/6 58/15
61/8 61/9 62/21
68/24 74/25 76/16
79/15 80/24 84/17
88/5 88/15 105/10
107/3 107/24 107/25
108/17 109/23
112/20 115/16
119/15 119/15
119/21 126/14 137/8
141/25 152/21 153/5
165/10 176/12
181/21
**others [10]** 11/2
16/16 19/16 47/21
48/2 50/12 73/14

82/1 94/25 121/22
**otherwise [3]** 62/9
88/11 90/18
**our [69]** 8/11 9/12
9/22 10/9 10/24 11/1
11/2 11/3 11/4 11/5
11/8 11/10 11/14
11/14 11/14 11/15
12/1 18/18 19/17
20/5 24/22 26/20
29/25 32/21 38/4
43/17 44/3 52/3
54/17 55/4 61/7 61/9
66/7 68/2 69/22 72/7
78/10 79/21 84/11
86/14 88/15 94/18
97/3 100/4 129/6
129/8 141/19 141/19
141/20 141/20 142/3
142/3 142/4 143/8
147/6 148/10 153/15
154/4 154/17 158/3
161/25 168/4 170/14
173/6 174/9 177/2
182/8 183/22 183/23
**ousted [1]** 27/24
**ousting [1]** 31/17
**out [123]** 4/14 5/21
7/4 7/4 9/7 9/9 9/11
9/17 10/6 10/8 10/12
11/1 11/9 11/10
14/23 15/1 15/4 15/6
15/10 17/12 17/13
19/16 20/6 21/14
21/25 22/2 22/8
22/13 23/10 23/12
27/12 27/20 27/24
31/7 33/11 34/2 34/5
34/20 34/22 34/23
36/7 38/5 38/7 38/18
38/19 40/2 40/8
42/18 43/7 53/9
53/15 54/23 55/2
59/19 73/5 74/20
75/25 79/23 80/5
80/6 80/8 80/9 80/23
81/1 87/9 89/25 90/8
90/13 91/13 93/5
93/15 101/19 101/20
105/4 107/8 120/4
121/6 122/8 122/11
127/1 129/11 132/11
136/10 137/12
141/19 142/23
147/20 147/20
147/21 150/10 152/6
154/2 154/5 154/8
154/10 154/16 156/8
159/25 161/12 162/5
163/13 163/15
163/25 164/11 165/8
166/2 169/15 170/3

# O

**out... [15]** 170/25
171/1 171/13 171/16
171/24 173/22
176/19 176/20
176/21 179/10
179/17 180/3 180/8
180/9 184/13
**outgoing [1]** 6/21
**outline [3]** 2/14
60/21 96/13
**outrageous [2]**
118/1 118/12
**outside [3]** 141/25
161/24 169/9
**outstanding [2]**
90/22 95/13
**over [25]** 4/17
22/15 22/16 24/19
24/25 27/3 28/1
32/25 38/6 39/7
41/22 45/4 50/8
70/14 77/3 82/22
91/10 103/10 105/4
106/25 111/19
111/21 138/20 140/3
143/1
**overall [5]** 141/3
141/6 145/19 159/2
159/6
**overarching [1]**
99/23
**overhead [1]**
104/22
**overlap [1]** 32/13
**overnight [1]**
185/10
**overruled [8]** 56/1
63/2 64/21 78/4
83/16 100/14 128/3
182/11
**owed [6]** 52/7 94/2
94/3 105/13 126/22
129/22
**own [10]** 3/25 9/9
15/6 20/6 24/6 24/9
135/12 152/24
172/17 183/14
**owned [6]** 26/23
71/23 85/1 105/22
106/11 178/24
**owner [46]** 6/4 7/19
15/15 15/19 16/4
39/17 40/8 40/13
42/15 47/16 48/15
50/1 50/6 50/9 73/10
76/2 76/3 76/14
77/11 81/2 81/21
81/21 90/7 100/25
103/11 103/16
104/25 105/24 106/1

106/3 120/10 120/10
130/14 133/3 133/14
134/3 134/5 138/17
155/24 156/19 173/8
181/7 181/16 181/18
182/1 183/18
**owner's [6]** 113/8
113/9 136/13 175/12
176/15 177/1
**owners [18]** 9/14
15/14 41/5 41/9
41/10 49/4 75/24
77/14 77/15 77/24
95/12 105/22 115/19
116/13 120/17
161/12 165/2 177/23
**ownership [17]**
5/18 8/6 15/20 17/2
17/8 19/14 19/15
41/7 61/1 74/15
119/9 149/17 149/19
149/25 150/2 150/22
160/3
**owns [1]** 105/23

# P

**P.A [1]** 1/15
**p.m [14]** 44/8 44/25
45/2 45/8 79/18 84/7
91/5 93/25 108/7
108/9 158/11 158/13
184/21 185/18
**PA [3]** 112/2 112/3
129/7
**package [1]** 141/7
**page [71]** 14/3
44/10 46/2 46/4 46/9
47/9 47/25 48/10
53/4 66/10 67/16
68/7 68/7 69/13
69/14 69/17 70/8
70/11 70/12 70/12
78/11 78/14 78/15
78/16 79/17 83/25
84/2 84/3 87/11
87/15 90/25 92/8
92/8 97/7 97/18
132/20 139/16 144/2
144/22 150/5 157/16
159/1 159/9 159/14
159/15 159/15 165/9
165/25 165/25 166/6
166/11 166/13
166/16 166/19
167/11 173/1 173/16
173/18 175/4 175/5
175/5 175/9 175/25
176/9 181/5 181/20
182/6 182/24 183/4
183/5 183/6
**Page 0377 [1]** 47/9
**Page 1153 [1]**

139/16
**Page 2 [1]** 67/16
**Page 22 [1]** 173/1
**Page 23 [3]** 78/11
78/15 78/16
**Page 29 [1]** 79/17
**Page 3 [1]** 68/7
**Page 331 [1]**
173/16
**Page 334 [2]** 83/25
84/3
**Page 607 [1]** 175/5
**Page 8 [2]** 69/13
69/17
**Page 9 [2]** 70/8
70/12
**pages [4]** 62/1
70/15 110/7 173/12
**paid [29]** 6/17 50/16
51/17 51/20 51/25
52/11 52/12 52/16
53/3 53/15 53/17
53/18 53/20 53/22
54/20 55/6 81/22
86/15 90/8 90/14
90/14 90/16 94/9
118/7 130/21 130/22
131/1 156/21 172/3
**paint [1]** 21/17
**painting [1]** 21/15
**panels [1]** 4/9
**paper [8]** 4/19
13/20 13/23 13/24
13/25 14/1 103/4
128/19
**paperwork [6]**
162/16 164/20 169/4
169/11 171/10
171/23
**Pappano [3]** 117/13
117/14 117/20
**paragraph [4]** 97/9
97/18 97/22 98/23
**paragraphs [2]**
98/18 98/22
**parallel [1]** 7/17
**parents [1]** 11/14
**parking [2]** 52/22
52/22
**Parkway [1]** 1/16
**part [27]** 5/2 7/20
9/13 9/13 24/12 28/2
28/13 34/2 34/6
34/12 41/13 41/17
42/3 43/1 51/17 64/2
66/17 70/4 72/20
92/16 100/2 107/1
112/10 125/8 143/17
147/9 158/3
**part-time [2]** 34/2
34/6
**participate [1]**

111/23
**particular [6]** 41/5
43/9 51/6 64/12
103/23 111/14
**particularly [1]**
35/1
**parties [16]** 6/8 6/9
8/14 16/16 16/20
20/2 33/10 39/9
46/22 96/14 97/4
97/12 103/5 108/21
112/21 175/10
**partner [25]** 7/21
8/10 8/17 9/15 16/23
18/12 23/23 24/11
24/12 27/10 55/17
55/22 59/8 75/22
76/8 85/3 85/16
88/14 97/4 99/25
138/16 149/21
155/24 156/1 160/7
**partner's [1]** 61/10
**partners [13]** 16/25
25/6 25/7 35/13 61/3
74/7 74/13 74/20
99/17 106/21 106/21
107/3 110/2
**partnership [29]**
25/1 25/5 26/11
26/13 28/7 29/20
31/15 31/16 60/22
70/14 70/17 70/20
70/25 71/13 71/15
71/17 72/18 76/24
80/13 97/3 97/11
97/23 101/5 107/7
150/18 150/20
156/24 159/20
162/16
**parts [1]** 84/9
**party [5]** 15/23
76/16 85/25 100/22
109/17
**pass [1]** 72/16
**passed [1]** 156/10
**past [3]** 13/11 29/6
127/24
**Patel [1]** 107/10
**path [1]** 7/18
**patience [2]** 184/8
184/17
**pay [19]** 49/1 49/20
51/18 53/23 54/18
61/9 82/2 82/4 82/6
82/12 87/22 88/9
90/15 90/17 90/19
116/25 118/2 170/4
170/7
**payable [2]** 163/18
165/12 166/7
**payer [1]** 81/24
**paying [3]** 53/25

81/21 90/11
**payment [7]** 4/8
81/22 97/1 126/15
129/18 161/14
174/10
**payments [8]** 50/10
50/14 54/14 81/24
87/6 90/6 161/11
165/1
**payroll [1]** 111/19
**PDF [2]** 69/1 69/3
**PDFs [1]** 68/11
**Peace [2]** 91/9
91/23
**PENNSYLVANIA [6]**
1/1 1/10 1/17 1/25
143/23 146/21
**people [18]** 2/20
15/13 18/18 23/2
23/6 23/7 24/2 34/4
35/8 41/10 80/8
106/11 106/14 107/5
107/7 143/6 143/7
158/16
**people's [1]** 21/15
**per [1]** 6/17
**perceived [1]** 23/8
**percent [20]** 39/9
39/10 39/11 39/17
43/25 60/24 71/23
74/8 77/3 81/9
104/15 105/2 119/12
138/18 144/10
148/19 148/21 149/2
149/8 151/20
**percentages [1]**
160/1
**perfect [2]** 58/16
151/1
**perform [4]** 50/19
50/20 75/7 79/5
**performance [2]**
73/14 156/17
**performed [6]** 9/25
47/6 49/19 75/6 94/6
105/10
**performing [2]** 80/6
81/10
**perhaps [1]** 143/18
**period [7]** 7/6 7/17
32/13 50/9 55/2
97/20 103/25
**permission [2]**
141/17 183/23
**permitted [1]** 142/1
**perpetuate [1]**
30/21
**person [1]** 88/21
**personal [9]** 3/24
3/25 73/15 85/8
85/10 88/7 92/3
124/11 166/3

**P**

personally [1] 108/18

PETTIT [2] 1/16 2/12

phase [2] 105/16 115/6

PHILADELPHIA [7] 1/10 1/25 82/17 112/2 124/16 135/8 160/16

Philly [1] 33/13

phone [2] 101/11 158/16

photo [1] 85/6

photographs [1] 66/2

phrased [1] 109/7

phrases [1] 16/11

physical [3] 124/12 125/20 168/23

pick [2] 25/21 163/1

picture [4] 85/4 163/8 167/14 168/13

pictures [1] 66/2

piece [7] 3/23 12/18 14/1 41/1 103/4 116/12 184/11

pieces [2] 13/25 171/21

pinch [1] 52/24

pinpoint [1] 53/1

pipeline [1] 139/3

place [5] 8/9 55/9 87/2 95/18 159/11

placed [2] 18/2 170/21

places [2] 41/11 99/21

plaintiff [2] 1/15 2/25

plan [4] 3/17 37/21 92/1 170/4

Planning [5] 42/9 43/12 43/14 47/12 50/7

play [2] 113/3 179/17

players [1] 140/4

pleading [1] 109/16

please [14] 2/8 20/19 21/5 49/24 52/17 57/3 94/13 94/17 145/9 157/6 158/19 165/22 179/1 184/12

pled [1] 164/12

plenty [1] 94/20

plus [3] 61/4 113/25 120/19

pocket [3] 10/4 18/6

123/25

podium [1] 12/5

point [41] 9/2 17/11 22/17 24/23 26/10 28/16 40/14 54/11 59/9 61/13 65/14 70/19 70/22 74/5 77/5 77/12 80/12 80/15 81/15 88/21 96/3 99/11 100/10 103/12 103/24 125/4 132/3 137/18 138/25 143/8 143/12 149/17 149/20 149/22 149/24 152/3 156/18 156/22 162/12 165/14 183/24

pointed [1] 54/23

pointing [1] 89/25

pointless [1] 98/12

points [2] 128/16 148/18

police [16] 10/13 89/11 89/16 93/20 124/6 126/5 126/6 127/17 129/1 129/1 129/3 129/6 167/17 168/5 171/3 171/8

portal [1] 178/16

portion [3] 61/1 81/22 112/16

posited [1] 111/10

position [2] 28/1 112/13

possibly [2] 148/4 156/19

post [1] 135/7

potential [2] 6/22 46/21

Potentially [1] 104/20

potty [2] 152/15 153/4

power [5] 42/14 42/19 42/20 48/4 48/12

preconstruction [2] 138/22 156/22

preliminary [1] 140/19

prep [1] 44/12

prepare [2] 140/25 185/1

prepared [6] 14/4 14/4 14/7 19/18 49/1 113/20

preparing [2] 140/24 141/9

presence [2] 31/22 31/22

present [4] 2/5 2/14 10/24 59/19

presented [5] 6/22 13/10 13/12 20/11 98/8

president [5] 25/11 135/19 145/1 145/2 145/24

presidents [1] 27/17

press [1] 127/20

presume [1] 118/5

pretty [5] 37/25 44/1 97/19 138/7 146/4 161/23

prevent [1] 126/13

prevented [1] 104/1

previous [1] 129/14

previously [1] 32/11

pride [2] 139/22 139/23

primarily [3] 66/3 66/4 73/23

prime [2] 79/1 159/10

principal [12] 9/15 15/11 67/12 69/24 70/3 80/18 80/19 133/23 141/2 176/22 181/11 183/20

principals [2] 69/10 174/1

principles [1] 11/13

printed [1] 173/22

prior [16] 5/10 5/12 28/20 46/14 46/25 47/2 48/10 58/9 58/11 59/8 59/18 62/17 68/19 86/14 96/24 133/2

private [1] 66/14

probably [12] 29/12 32/13 98/4 99/21 113/7 113/11 113/15 137/4 145/13 146/22 168/5 179/12

probationary [2] 7/2 54/24

problem [6] 60/11 79/3 100/14 116/24 139/17 171/2

problems [3] 16/14 102/1 102/1

proceed [2] 2/7 158/19

proceeding [1] 160/18

proceedings [6] 2/2 45/1 108/8 158/12 185/17 233/18

process [3] 4/17 8/20 141/3

processes [1] 50/4

produce [4] 48/12

48/14 128/22 128/23

produced [6] 47/10 116/11 121/4 121/6 121/8 128/19

product [2] 142/4 147/11

professionals [1] 113/11

profile [3] 58/18 63/7 151/3

profit [20] 4/9 8/5 60/24 61/1 104/13 104/22 104/22 104/23 105/5 105/18 113/17 114/2 119/2 148/19 148/22 149/2 149/8 150/8 151/20 160/1

profit-sharing [1] 61/1

profitable [1] 75/11

profited [1] 105/21

profits [7] 39/11 112/11 112/14 112/25 114/25 144/10 148/25

project [116] 7/12 7/13 7/14 18/13 21/24 22/13 26/6 27/6 32/16 33/12 34/10 34/25 35/15 36/2 40/25 42/5 42/6 42/11 42/13 43/4 43/9 43/19 43/20 43/22 43/23 46/9 46/12 46/12 46/15 46/16 46/20 46/25 47/13 47/15 48/9 48/11 49/2 50/13 50/20 50/24 51/2 51/7 51/24 52/3 52/21 52/21 73/2 73/10 73/13 73/23 73/25 74/17 76/12 77/4 77/5 77/8 77/13 80/6 96/22 98/6 100/23 101/4 101/21 101/22 103/16 103/18 103/20 104/7 105/4 105/6 105/6 105/15 105/16 105/25 106/15 107/19 111/14 111/24 112/8 112/9 112/10 112/14 113/3 113/15 115/5 115/19 116/23 119/11 119/8 119/15 120/9 120/11 120/12 120/17 122/10 122/11 130/24 130/25 135/11 136/14 136/15

145/20 145/25 147/19 148/2 148/4 151/11 152/19 153/19 166/24 170/14 170/22 174/16 174/23 175/1 180/17 180/21

projector [2] 60/7 60/15

projects [93] 3/4 3/4 6/2 7/7 7/11 10/4 13/11 24/14 25/15 25/16 25/17 26/8 32/15 41/24 42/3 45/17 49/4 49/25 66/1 66/7 66/7 73/5 73/19 74/3 75/2 75/10 75/14 75/24 76/10 77/15 81/1 83/9 97/1 100/12 100/24 105/10 107/24 108/1 108/2 108/17 109/23 109/25 114/25 115/2 115/9 118/18 137/14 138/3 138/4 138/11 139/3 143/13 144/16 144/18 145/4 145/5 145/7 145/10 145/14 145/18 145/22 146/2 146/6 146/18 147/4 147/5 147/6 148/19 148/23 149/1 149/5 149/7 149/8 152/21 153/17 155/5 155/6 155/7 155/12 155/15 155/17 157/3 159/7 159/8 160/17 160/22 160/24 161/4 164/21 166/23 166/25 169/6 180/13

promise [3] 8/11 8/16 88/23

promised [5] 8/10 28/8 150/20 150/22 150/24

promises [1] 87/20

promotion [2] 13/17 13/18

promptly [1] 44/4

proof [1] 94/21

properties [3] 50/2 101/23 112/2

property [13] 3/24 3/25 41/1 100/24 103/3 103/13 103/14 103/23 106/6 130/8 130/17 131/9 131/13

proposal [9] 37/24 67/24 68/12 74/5 74/8 74/23 90/13 92/16 98/8

**P**

proposals [1] 67/23
propose [1] 92/11
proposed [4] 92/10
113/12 150/8 151/18
prosecution [1]
84/20
protect [2] 55/10
161/2
prove [2] 111/4
111/5
proven [1] 27/23
proves [1] 142/13
provide [5] 20/13
43/14 93/12 107/18
123/14
provided [13] 13/15
13/20 16/3 32/8 82/6
122/20 123/9 123/12
123/13 144/4 145/16
177/20 177/21
Prussia [1] 9/23
psychological [1]
125/21
public [5] 78/25
79/1 79/13 79/14
178/17
publication [1]
173/12
publish [7] 60/3
60/8 60/16 167/23
167/24 168/20
172/24
published [2] 173/9
173/19
pull [5] 117/2 120/4
120/24 153/7 158/20
pulled [2] 4/16
156/8
pulling [2] 67/23
140/21
punch [2] 147/21
148/2
purchase [2] 62/9
71/10
purchased [1] 19/2
purchasing [1]
156/9
purported [1] 84/10
purportedly [1]
165/2
purpose [5] 137/6
155/14 157/11
158/25 163/10
purposefully [1] 5/5
purposes [1] 79/11
pushed [1] 73/16
pushing [6] 21/19
22/1 72/10 93/1 93/3
112/18
put [28] 3/9 5/21

15/10 23/12 29/6
31/11 34/23 42/13
49/21 52/22 58/10
74/7 85/7 85/10 88/7
96/21 105/19 106/1
106/3 106/17 155/10
164/22 172/23
176/21 179/18 182/3
183/25 184/4
putting [2] 10/4
58/9
puzzle [1] 184/12

**Q**

qualification [1]
67/22
qualified [1] 34/4
quality [1] 11/12
question [46] 13/19
16/1 17/16 19/9
19/20 21/2 23/25
25/2 32/1 32/2 32/6
32/8 32/9 41/15 49/9
49/13 49/15 55/19
56/3 56/16 56/20
56/23 57/25 59/23
63/8 63/10 65/11
68/19 78/2 82/15
86/17 86/20 89/14
100/8 108/23 109/6
109/7 109/22 111/2
111/2 111/4 111/10
116/4 116/5 121/12
182/12
questionable [1]
34/16
questions [5] 6/5
44/15 127/25 134/14
154/6
quick [5] 11/23 35/3
145/3 148/9 155/9
quickly [2] 109/4
155/8
quote [1] 101/19

**R**

R.P.R [1] 233/22
raise [1] 157/2
raised [2] 109/6
163/12
ranks [1] 5/17
rate [2] 61/6 111/20
re [2] 56/6 136/11
re-ask [1] 56/6
re-cladding [1]
136/11
reach [2] 153/24
154/8
reached [7] 10/20
101/19 101/20 154/2
154/16 161/11
171/24

read [7] 11/20 59/3
59/3 69/17 98/19
140/9 153/12
reading [3] 63/22
83/21 154/19
ready [2] 44/23
184/10
real [5] 143/2 148/7
158/1 162/24 168/1
reality [1] 143/22
realize [1] 43/7
realized [1] 76/23
really [37] 4/9
18/12 23/11 26/15
26/20 33/21 35/3
36/21 38/23 40/5
41/14 42/4 51/11
53/4 58/8 58/21
59/10 59/17 73/11
73/12 77/2 77/8
77/10 89/20 113/3
117/5 134/12 134/13
136/19 139/1 140/11
145/6 149/4 149/22
151/10 160/20 167/9
reason [8] 3/6 19/13
24/24 89/23 105/1
143/17 152/22
182/16
reasonable [1]
164/18
reasons [3] 19/12
65/23 180/23
reassuring [1] 62/5
rebrand [1] 37/11
recall [14] 13/1
14/18 26/16 41/14
45/10 61/19 61/21
117/4 123/24 124/6
128/11 132/17
149/19 163/24
receivables [1]
156/20
receive [5] 58/13
83/6 129/16 144/23
148/18
received [12] 37/11
58/12 58/14 61/22
83/5 95/4 95/7
114/24 115/8 119/13
129/19 161/11
received from [1]
61/22
receiving [1] 161/10
recent [1] 73/5
recently [2] 25/8
86/14
recess [2] 44/25
108/7
recite [1] 29/12
recites [1] 84/7
recollection [1]

47/11
recommendation
[1] 162/4
recommendations
[1] 137/23
reconvene [1]
169/10
record [6] 14/2
135/4 172/7 173/11
178/17 233/18
records [1] 51/22
recross [4] 114/10
114/13 134/16 233/3
red [1] 163/13
redesign [1] 140/14
redirect [6] 44/18
114/7 114/16 114/19
148/24 233/3
reduce [1] 136/21
refer [3] 29/9 47/23
67/14
reference [8] 58/5
61/1 66/6 81/24 96/8
98/13 105/24 146/20
referenced [15]
48/5 48/10 49/6 50/1
58/3 62/2 64/2 67/11
74/19 80/18 88/6
90/6 95/24 105/14
106/10
references [3]
16/11 99/18 144/9
referencing [6]
16/13 51/23 57/10
94/8 98/3 118/24
referred [5] 72/11
73/16 95/6 111/16
150/9
referring [9] 16/19
28/14 55/14 57/4
67/24 72/24 79/7
89/18 111/14
refused [1] 112/22
regard [5] 40/23
50/18 139/7 145/21
156/11
regarding [3] 59/23
116/22 155/23
Regardless [3]
48/25 49/18 53/25
registered [5] 79/8
79/10 133/17 141/14
143/20
registration [2]
78/25 178/10
regular [2] 160/15
170/13
rejected [2] 8/22
151/19
related [8] 50/8
76/13 77/11 115/6
132/7 149/5 152/13

165/4
relates [1] 50/25
relating [1] 80/25
relationship [13]
32/10 32/18 33/9
34/23 38/4 62/3
71/14 84/12 100/17
101/1 131/7 150/4
157/16
relationships [2]
41/4 100/11
relative [1] 23/9
release [5] 93/12
129/17 129/21
129/23 129/24
releases [1] 165/1
relevant [2] 47/8
65/22
reliance [1] 146/8
relief [1] 2/17
relinquish [1] 92/17
rely [1] 11/8
relying [1] 63/12
remain [2] 87/19
134/21
remainder [1]
134/20
remaining [2] 44/5
108/2
remember [4] 4/13
16/10 56/2 125/8
renderings [2]
110/5 110/6
renegotiate [2]
19/15 27/1
renew [1] 110/17
rent [1] 170/16
rented [1] 170/25
rep [1] 113/9
rephrase [3] 91/21
108/23 109/22
replied [1] 161/16
report [2] 129/4
166/24
reporting [1]
128/13
reports [2] 93/18
129/1
represent [6] 67/9
71/2 76/7 95/21
117/15 121/16
representation [5]
16/24 99/23 113/8
120/17 146/9
representations [1]
77/9
representative [6]
47/15 48/8 136/14
151/16 175/12
176/15
representatives [1]
41/10

**R**

**represented [9]**
3/19 17/22 34/18
49/3 62/6 73/24
153/17 155/7 180/20
**representing [7]**
26/16 48/11 71/4
74/21 81/6 84/25
133/22
**represents [1]**
95/19
**reputation [1]**
137/17
**request [1]** 15/9
**requested [2]**
107/18 126/15
**requests [1]** 39/1
**requirements [1]**
179/23
**requiring [1]** 61/3
**research [1]** 184/12
**residence [1]** 166/3
**residential [1]**
152/19
**resolve [5]** 29/6
30/10 30/19 30/20
92/13
**resolved [3]** 28/24
28/25 31/3
**resolving [1]** 28/18
**respective [1]**
104/22
**respond [2]** 56/22
154/7
**responded [2]**
76/17 155/9
**responding [2]**
56/21 68/18
**response [7]** 68/5
69/25 79/2 106/3
109/17 164/13 180/4
**responsibilities [3]**
39/18 138/19 139/7
**responsibility [1]**
39/13
**rest [1]** 29/7
**restaurant [1]**
149/12
**restructure [1]**
26/18
**result [1]** 29/1
**resumed [4]** 2/2
45/1 108/8 158/12
**resumé [15]** 6/2 6/4
6/23 13/10 14/4
23/12 31/5 137/21
144/3 144/21 144/21
144/23 145/13 146/5
155/7
**retired [1]** 25/11
**retiring [1]** 152/25

**revenue [2]** 144/9
178/14
**Revenues [1]**
178/10
**review [2]** 145/3
178/16
**reviewed [1]** 138/9
**revisions [1]** 72/9
**rid [2]** 116/25 117/1
**right [67]** 7/15 8/7
10/23 11/8 11/15
11/25 16/10 23/24
29/3 29/19 33/3
33/17 36/1 37/20
41/13 43/9 47/11
53/5 53/6 54/7 59/6
62/12 67/5 69/14
70/5 71/21 79/23
95/6 97/16 101/9
101/14 102/7 102/9
102/13 104/18
109/12 111/2 111/3
115/7 122/17 123/14
125/15 126/22
126/24 127/4 128/7
130/8 131/12 132/7
132/21 148/25
152/14 154/9 156/24
160/16 162/21 165/9
165/21 172/10
172/20 173/14 175/8
179/12 182/1 182/1
183/7 184/12
**right-hand [2]** 53/6
172/10
**rights [1]** 39/17
**risk [3]** 136/18
144/15 164/22
**risks [1]** 136/21
**Riva [1]** 149/13
**River [1]** 31/24
**Road [1]** 181/25
**role [8]** 24/6 25/18
39/13 113/2 138/14
145/21 147/10 148/7
**roles [2]** 25/14
144/25
**roof [1]** 105/20
**room [6]** 1/24 29/8
124/8 124/18 170/14
170/16
**route [1]** 167/18
**row [1]** 148/11
**RPR [1]** 1/24
**rule [1]** 4/21
**run [2]** 65/16 138/21
**running [5]** 19/3
28/4 69/22 73/9
114/2
**rushed [1]** 147/1
**Rutgers [1]** 22/15

**S**

**sabotage [1]** 125/22
**safe [1]** 43/21
**safety [1]** 124/11
**said [108]** 5/11 5/24
9/14 9/19 10/8 10/13
15/17 16/4 16/16
23/14 23/15 24/6
24/8 26/25 30/15
33/5 36/6 37/13 38/2
49/14 50/23 51/4
52/10 53/21 54/16
54/21 54/25 55/4
56/24 58/6 68/11
69/9 69/9 70/5 70/13
71/6 72/11 72/13
74/23 75/21 76/17
78/24 79/3 81/3
81/17 83/1 83/8
83/20 84/19 84/24
85/1 85/2 85/5 85/9
85/25 85/25 86/5
88/5 88/20 89/21
89/22 93/7 93/11
93/20 94/3 94/17
96/23 97/4 98/7 99/8
100/23 101/13
107/14 110/7 110/11
111/7 111/8 112/3
114/14 114/24
116/24 118/11 120/8
122/2 123/1 123/13
125/7 125/25 126/5
126/13 126/16 129/6
129/8 133/2 142/23
148/25 151/1 152/20
152/24 164/10
167/16 167/23
168/16 169/10
169/15 170/24 171/2
171/3
**said stuff [1]** 16/16
**salaries [1]** 61/4
**salary [2]** 7/3
147/16
**sale [1]** 62/9
**salesman [1]** 9/20
**Sam [3]** 107/9
107/13 107/14
**same [15]** 7/17 33/5
46/15 69/13 70/12
77/25 87/5 87/6
90/20 127/15 167/11
175/3 176/9 176/25
183/2
**sat [6]** 8/1 10/8
54/13 90/13 124/20
139/11
**saw [7]** 63/22 73/1
76/3 126/25 155/10
175/13 180/23

**say [79]** 2/10 17/4
22/23 24/14 30/3
34/17 35/22 36/22
38/14 40/12 40/23
41/9 43/5 43/21 44/1
45/20 50/17 51/12
54/5 57/16 58/17
63/5 67/18 68/8
68/10 68/16 69/18
69/20 70/2 70/10
74/10 79/2 79/20
80/16 80/20 80/21
84/6 84/15 84/19
87/17 88/18 91/8
91/16 93/7 94/14
95/11 95/25 97/21
99/3 101/6 101/7
102/1 102/21 104/16
105/1 106/5 107/1
110/1 111/8 113/4
116/1 116/6 116/8
116/8 118/14 118/16
118/17 123/15 126/3
126/6 162/13 168/8
168/19 169/14 170/7
170/8 171/5 179/21
182/21
**saying [22]** 41/16
43/2 49/22 58/11
59/6 67/25 85/13
93/6 98/25 106/4
110/23 115/4 115/8
115/19 116/13
121/24 122/13 131/6
139/20 150/17
161/15 177/23
**says [45]** 7/23 9/17
10/16 46/8 47/10
47/20 48/1 48/4
48/20 53/8 53/18
57/11 58/20 58/23
67/18 67/19 67/21
79/21 80/19 87/14
90/18 91/7 91/9
92/21 93/25 94/12
94/15 95/9 95/18
97/8 97/17 97/19
98/1 98/13 118/22
122/9 129/17 131/13
133/17 144/7 151/25
163/5 176/14 178/18
180/17
**scanning [1]** 134/5
**scaping [1]** 22/4
**scenario [1]** 87/18
**schedule [4]** 61/6
137/15 145/8 145/8
**scheduled [1]** 93/4
**schedules [3]** 51/11
51/13 145/7
**schematic [1]** 48/1
**schematics [1]**

48/23
**scheme [1]** 139/11
**school [2]** 21/20
135/7
**Sciotto [24]** 2/19
14/12 16/12 31/6
32/10 33/2 35/12
45/16 49/1 49/19
51/3 57/7 66/22
73/21 96/10 99/1
108/18 123/21
135/20 136/13 137/3
137/13 140/3 159/17
**Sciotto's [1]** 173/21
**scope [4]** 20/25
21/1 114/16 134/16
**scratch [1]** 9/17
**screen [5]** 60/1 60/2
60/5 114/9 183/7
**scripted [1]** 83/23
**scroll [3]** 133/17
157/6 179/1
**sealing [1]** 21/14
**searches [1]** 36/25
**Seca [2]** 136/13
137/12
**second [12]** 67/18
97/18 97/18 97/22
115/6 123/20 124/17
165/5 165/21 170/15
175/5 175/9
**see [30]** 8/3 8/4
19/25 20/22 23/7
31/18 35/1 35/5
36/16 37/14 47/20
58/9 59/1 65/25
70/21 95/8 96/24
99/22 117/8 130/11
138/4 143/1 147/6
153/13 155/14
162/17 168/13
172/24 175/22
176/10
**seeing [5]** 11/17
80/23 99/19 176/14
184/11
**seek [1]** 90/24
**seeking [1]** 2/17
**seemed [4]** 143/12
145/5 146/5 182/13
**seems [3]** 34/17
54/18 129/15
**seen [6]** 48/5 70/19
117/7 121/3 121/5
130/13
**sees [1]** 76/4
**segment [1]** 3/16
**selected [1]** 184/5
**selection [1]** 31/12
**sell [4]** 25/25 26/1
26/22 27/2
**send [11]** 17/11

**S**

**send... [10]** 38/2
67/21 70/14 74/6
74/20 107/13 121/23
130/3 154/15 155/19
**sending [1]** 134/6
**senior [1]** 135/19
**sense [2]** 4/18 63/3
**sent [31]** 22/13
35/17 35/19 36/5
36/10 36/18 37/22
38/7 38/18 52/19
64/5 69/3 69/21
70/15 71/8 72/8 72/9
72/13 74/12 76/14
82/22 96/23 109/9
117/24 133/4 133/14
154/10 154/13
154/16 155/12 180/7
**Sentry [1]** 1/16
**separate [5]** 50/2
50/3 50/3 50/4 50/14
**September [2]**
87/15 102/7
**September 13th [1]**
87/15
**serious [1]** 18/4
**serve [2]** 26/3 26/6
**service [1]** 109/10
**services [3]** 51/19
53/16 140/24
**set [13]** 9/8 9/10
12/8 27/20 62/18
68/15 104/25 114/9
150/2 154/17 156/25
168/8 168/10
**setting [2]** 84/10
180/24
**settle [2]** 29/21
29/22
**settlement [2]**
29/10 86/14
**Seventy [1]** 159/4
**Seventy-four [1]**
159/4
**several [5]** 30/23
41/22 56/8 161/3
167/2
**shakedown [1]**
102/9
**shame [1]** 77/9
**share [1]** 37/19
**shareholder [12]**
8/4 8/15 15/25 16/4
17/14 30/1 67/8
79/25 80/10 112/10
138/18 160/8
**shareholders [30]**
15/23 17/9 17/19
38/2 38/7 38/25 39/7
39/12 39/23 55/9

56/10 56/12 61/13
61/23 62/7 69/21
74/14 80/23 82/21
82/23 82/25 83/2
95/2 95/8 95/12
95/15 95/18 95/20
95/22 156/8
**shares [16]** 17/24
18/1 39/1 39/9 61/2
62/8 62/10 70/18
71/9 95/13 95/16
156/9 159/21 159/22
159/23 159/23
**sharing [4]** 60/24
61/1 150/8 151/20
**sharp [2]** 184/9
184/10
**she [5]** 56/23 56/24
61/16 126/5 141/1
**She'll [1]** 117/22
**she's [2]** 56/23
140/21
**shifted [1]** 24/25
**shook [1]** 169/9
**shop [3]** 82/19
160/15 161/21
**short [6]** 55/1 55/2
100/5 136/2 153/16
153/19
**shortly [5]** 80/13
84/18 93/3 102/14
156/6
**should [11]** 2/10
8/5 8/6 8/6 29/13
64/7 68/12 109/13
121/7 143/10 159/19
**shovel [3]** 25/21
76/4 81/2
**show [10]** 58/24
59/25 60/3 60/12
76/1 76/2 76/5 89/6
130/9 163/11
**showed [2]** 6/2
62/11
**shows [5]** 47/6
145/4 166/2 166/4
181/15
**shrink [1]** 23/5
**shrinking [1]** 23/10
**side [7]** 5/12 26/24
112/2 138/20 138/22
139/6 140/8
**sidebar [3]** 109/1
109/5 109/20
**sided [1]** 98/8
**sides [2]** 20/2 31/23
**sidewalks [1]** 21/16
**sign [11]** 9/15 9/16
83/2 91/10 112/22
133/10 133/12 174/7
174/8 174/10 181/12
**signature [21]** 26/1

66/10 132/20 132/22
132/24 133/8 133/9
166/4 173/19 173/20
175/4 175/16 176/9
176/11 177/9 179/6
179/6 181/5 182/6
182/24 183/6
**signatures [5]**
177/1 177/1 177/4
177/5 177/17
**signed [25]** 8/12
8/16 9/22 10/2 15/19
17/20 17/21 17/22
25/9 30/25 82/22
106/19 112/20 133/6
133/13 150/5 163/20
180/20 181/5 181/11
181/16 182/24 183/9
183/13 183/13
**significant [4]**
66/15 115/21 128/13
149/6
**significantly [2]**
41/8 80/14
**signing [10]** 11/4
40/6 40/9 40/11
132/21 132/25
133/23 171/13
173/25 174/5
**silent [1]** 18/12
**similar [2]** 139/10
145/23
**since [6]** 27/23
28/12 28/23 55/8
93/21 100/24
**single [4]** 56/4
102/21 109/16
145/20
**single-word [1]**
56/4
**sir [20]** 19/20 26/3
32/5 35/6 37/6 49/10
56/19 61/15 86/3
86/19 111/7 121/4
130/4 132/20 134/19
173/3 175/23 182/7
184/22 185/3
**sit [5]** 7/25 27/5
53/2 142/24 159/1
**site [8]** 15/11 36/22
51/8 51/10 68/18
77/6 80/8 81/10
**sites [1]** 21/18
**sitting [1]** 170/18
**situation [3]** 84/24
87/2 124/21
**six [9]** 21/8 21/21
22/7 28/9 32/13 74/1
131/24 143/13
180/12
**six-week [1]** 21/21
**Sixty [3]** 131/24

165/24 180/12
**Sixty-eight [1]**
165/24
**Sixty-six [2]** 131/24
180/12
**size [3]** 43/25 47/13
74/24
**sketch [1]** 135/7
**skills [1]** 84/12
**skin [1]** 7/21
**slate [2]** 16/17
158/5
**sleeping [1]** 22/17
**slick [1]** 148/9
**Slow [1]** 144/7
**slowed [1]** 158/18
**slowly [2]** 38/8
89/25
**small [5]** 73/11
100/22 101/2 156/23
180/13
**smart [1]** 6/21
**smell [1]** 40/5
**snack [2]** 108/3
108/4
**snapshot [1]** 2/15
**so [178]** 4/22 7/14
9/21 15/17 18/19
18/25 19/21 20/6
21/14 21/18 23/7
23/12 23/18 23/25
24/10 24/17 24/22
24/25 26/3 26/23
27/19 28/4 28/12
28/12 29/2 29/19
30/17 30/22 32/14
33/11 33/23 34/5
35/16 35/17 37/9
37/17 38/10 38/19
40/8 40/9 40/12
40/24 41/3 41/22
42/4 42/15 43/21
46/2 46/12 47/11
47/16 47/20 48/18
50/8 50/24 51/21
52/3 53/9 53/20 54/6
54/16 55/2 55/10
55/13 56/3 56/12
56/25 57/20 59/12
59/19 59/24 60/8
60/25 62/18 62/23
63/17 64/10 64/16
66/25 67/8 67/8
67/14 69/5 69/17
69/20 70/19 70/24
72/22 74/10 74/22
75/9 76/3 76/12
76/16 78/5 79/6
79/11 79/13 79/14
80/5 80/22 80/23
83/7 87/1 88/14
90/17 92/24 93/17

96/16 96/20 96/23
97/13 99/1 99/25
100/11 101/3 101/24
102/3 103/20 103/24
104/3 104/11 104/16
104/17 104/23
105/15 105/18
106/21 108/3 108/12
109/11 109/14
109/18 111/19
111/22 117/8 117/24
119/9 119/24 120/13
120/20 120/23
122/16 122/21
123/11 124/2 124/9
125/6 127/22 128/7
128/8 129/9 131/5
133/22 135/16 139/1
139/4 139/25 140/14
140/23 142/8 144/16
144/21 148/23 158/1
158/17 162/8 165/3
165/8 166/23 168/3
170/3 174/16 175/8
176/9 182/21 183/23
184/24
**so I [1]** 67/8
**society [1]** 11/17
**solar [30]** 4/9 41/2
42/5 42/6 43/3 46/9
46/12 46/16 46/20
47/20 48/1 48/8 48/9
48/11 48/13 50/1
50/12 51/7 77/12
81/22 81/24 101/2
101/9 101/21 103/22
105/19 112/16
113/18 113/24
116/22
**sole [8]** 19/2 25/10
39/18 46/18 113/5
113/6 115/12 129/4
**solely [1]** 107/2
**solution [2]** 162/5
164/18
**some [79]** 7/20 7/21
9/2 10/7 15/14 26/10
28/16 30/25 32/14
34/4 40/15 45/21
46/19 50/10 62/5
64/8 67/21 73/6
76/18 79/15 80/17
80/24 81/15 81/23
81/23 94/25 95/23
96/13 100/10 102/1
110/3 113/14 115/11
124/4 124/14 126/18
137/10 138/3 138/5
138/10 139/2 140/4
141/10 141/12
142/25 143/10
143/13 144/13 147/4

**S**

**some... [30]** 147/11
147/21 148/18 149/6
149/13 149/24
150/10 151/13
151/14 152/3 152/10
152/17 152/17 154/6
155/5 155/8 155/12
155/16 156/9 156/20
157/2 157/3 157/12
159/9 165/6 167/15
169/3 169/4 171/21
174/25

**somebody [20]**
11/19 24/13 24/15
31/12 32/22 33/14
35/2 35/2 44/14 63/4
80/20 89/25 90/18
91/11 100/16 102/25
110/19 111/7 111/8
143/18

**somebody's [1]** 9/6
**somehow [2]** 10/17
30/3

**someone [1]** 109/13
**something [30]**
4/24 5/20 5/21 8/24
8/25 17/4 25/20 27/6
27/15 34/7 36/23
36/25 40/13 58/6
63/14 72/16 74/7
74/15 74/23 93/25
96/23 96/24 103/18
104/13 116/23
126/22 126/23
151/18 163/4 163/14

**sometime [4]** 48/15
54/12 65/12 180/6
**sometimes [1]**
15/13

**somewhere [3]**
18/24 39/2 57/16
**son [1]** 22/24
**sons [3]** 19/7 21/9
27/25

**soon [1]** 83/18
**sorry [18]** 46/7 68/1
70/11 78/14 86/8
87/11 117/16 122/2
123/5 131/22 132/22
134/1 156/12 159/3
165/25 166/22 178/2
183/12

**sort [9]** 2/14 2/15
23/3 28/16 59/18
73/6 95/23 157/12
167/15

**sounds [1]** 89/21
**South [21]** 7/13
31/20 90/5 105/12
105/25 112/21 115/4

130/14 130/15
161/12 162/23
162/24 163/17
165/13 168/14
171/25 177/25
180/17 180/21 181/9
181/23

**southern [18]**
130/16 131/5 131/13
131/16 131/20
131/21 131/22 132/2
133/15 133/24 134/1
162/23 171/25
180/14 180/16
180/24 181/6 181/10

**spaces [1]** 52/22
**speak [4]** 44/11
102/24 113/2 141/1
**speaking [6]** 31/13
45/4 85/19 91/11
110/19 129/9
**spearheaded [1]**
151/11
**specialized [1]** 2/25
**specific [8]** 41/9
105/1 105/1 109/25
118/19 118/19 120/9
127/16
**specifically [2]**
122/7 127/5
**speculate [1]**
182/14
**speculation [2]**
77/20 182/10
**spent [7]** 4/3 32/15
34/1 42/15 42/16
93/19 97/1
**spin [1]** 74/10
**spirit [1]** 148/11
**split [1]** 159/24
**spoke [8]** 13/7
65/12 89/19 91/7
91/9 91/23 113/20
170/23
**spot [3]** 37/25
170/13 179/18
**spray [1]** 21/17
**spreadsheet [1]**
148/10
**spring [2]** 41/23
41/25
**square [3]** 43/17
48/20 136/11
**square-foot [1]**
48/20
**squashed [1]** 106/7
**stab [1]** 151/25
**staff [6]** 138/5
138/10 141/18 143/8
145/24 146/1
**stage [1]** 108/4
**Stamp [1]** 29/16

**stand [1]** 44/5 44/17
44/20
**standard [1]** 144/22
**standards [1]** 2/20
**standpoint [2]**
140/9 140/10
**start [18]** 3/10 3/11
18/25 19/10 24/6
24/9 34/24 59/13
60/19 72/18 79/22
80/13 82/24 100/21
143/10 156/4 172/4
184/9
**started [37]** 2/22
2/22 18/23 19/3
19/25 21/18 23/1
23/5 23/6 24/5 24/17
26/13 26/15 26/17
27/3 27/4 27/18
28/15 35/15 40/4
40/25 42/6 42/17
45/15 57/23 58/7
58/8 64/8 72/2 85/19
111/25 113/15
135/12 135/15
140/10 154/8 161/5
**starting [1]** 97/18
**starts [5]** 5/9 8/19
8/19 97/25 98/19
**state [5]** 79/9 79/10
79/11 103/22 178/9
**stated [1]** 150/12
**statement [2]** 2/5
14/20
**states [3]** 1/1 58/15
77/23
**stating [1]** 161/17
**station [2]** 124/6
129/4
**status [2]** 73/6
166/24
**stealing [3]** 11/2
11/10 160/12
**stencil [1]** 21/16
**step [4]** 7/5 7/5
23/17 185/5
**steps [3]** 7/19 38/20
44/4
**Stick [4]** 32/2 49/13
49/14 116/3
**still [27]** 24/3 30/11
30/13 33/24 39/10
49/1 49/20 51/8
53/25 55/14 55/16
55/21 59/20 66/3
67/7 70/23 71/12
72/10 80/25 86/25
87/21 101/18 102/5
103/15 129/13
162/14 179/25
**stock [1]** 7/20
**stole [1]** 5/4

**stolen [1]** 88/7
**stood [3]** 83/18
103/15 139/22
**stop [1]** 82/16
**stopped [5]** 54/4
54/6 124/6 158/1
170/24
**story [8]** 5/9 19/7
43/18 48/21 48/22
48/24 56/22 101/17
**straight [2]** 124/3
129/3
**street [7]** 1/20 1/24
5/13 5/22 23/12
170/13 170/22
**strengths [1]** 141/4
**stretch [2]** 158/8
158/9
**stricken [1]** 36/8
**strike [5]** 52/5
75/20 77/14 110/24
117/22
**stringing [1]** 81/12
**striped [1]** 52/21
**striping [1]** 52/22
**stroked [1]** 9/25
**strong [4]** 11/13
138/9 147/20 148/8
**stronger [1]** 139/6
**strongly [3]** 116/16
118/20 141/11
**structure [3]** 37/24
150/8 157/23
**struggle [1]** 2/19
**struggles [1]** 3/15
**student [3]** 22/14
22/17 136/7
**stuff [9]** 16/16 52/2
55/7 55/8 60/17 61/8
92/2 93/13 113/12
**sub [1]** 79/1
**subcontract [5]**
47/19 55/11 87/7
87/9 164/25
**subcontractor [1]**
76/1
**subcontractors [4]**
43/6 87/10 90/14
164/23
**subcontracts [1]**
90/8
**subdivision [1]**
136/10
**subject [2]** 4/19
159/5
**subjective [1]** 13/16
**submit [1]** 4/21
**subsequent [2]**
105/24 120/11
**subsequently [8]**
27/15 31/15 36/15
38/14 42/11 83/1

100/21 107/14
**substance [1]**
110/24
**substantial [2]** 12/2
171/23
**substituting [1]**
171/14
**successful [4]** 3/18
5/11 5/12 73/13
122/23 123/16
**such [3]** 93/10
122/23 123/16
**sudden [1]** 40/8
**suffered [1]** 135/16
**suggested [2]** 36/23
70/16
**suggestion [1]**
118/22
**suggestions [1]**
98/7
**suggestive [2]**
116/16 118/20
**suit [4]** 86/14 93/5
147/20 148/8
**Suite [1]** 1/16
**Summarize [1]**
58/24
**summary [1]**
165/24
**summer [1]** 74/1
**summers [1]** 21/20
**sun [1]** 48/13
**Sunday [1]** 25/20
**superintendents [1]**
146/1
**supervise [1]** 26/8
**supervised [1]** 6/3
**supervision [1]**
153/18
**supplied [1]** 177/11
**supply [2]** 48/4
48/12
**support [1]** 72/1
**suppose [1]** 107/12
**supposed [6]** 6/16
33/22 54/24 73/2
73/3 74/2
**supposition [1]**
100/1
**sure [13]** 16/9 19/25
36/16 39/2 51/22
60/17 60/18 96/18
105/24 115/15 117/5
122/25 180/17
**surprised [1]** 94/25
**surrounding [1]**
152/11
**suspended [1]**
122/19
**sustained [12]**
20/10 53/13 63/2
65/6 65/11 77/21
86/21 89/2 89/6

**S**

sustained... [3] 108/22 110/9 112/6
swim [1] 22/24
swinging [1] 21/25
Switch [1] 116/4
sworn [2] 12/22 135/1
symbol [1] 4/4
synergy [2] 3/7 3/9
system [2] 147/22 147/24

**T**

table [7] 75/10 75/19 83/9 124/19 127/1 164/17 170/21
tables [1] 27/15
take [28] 6/25 9/5 9/6 18/7 23/14 26/18 28/1 44/3 60/14 72/17 85/4 85/9 88/5 88/15 108/1 108/2 111/20 118/1 118/12 123/19 128/18 134/18 138/20 139/5 140/19 146/17 158/7 158/9
taken [5] 4/17 10/18 11/3 85/7 169/17
taking [13] 9/4 9/4 10/3 10/9 18/21 24/5 59/12 83/8 83/11 101/13 101/14 147/3 164/16
talk [21] 7/4 7/5 7/24 10/14 10/14 29/18 32/22 33/12 33/17 44/13 44/14 44/15 44/18 140/21 160/17 161/24 162/5 164/14 180/23 184/25 185/1
talked [19] 7/9 8/3 12/16 37/12 68/2 115/15 115/16 140/7 140/7 141/2 141/4 141/5 143/15 145/18 146/10 149/19 162/3 167/4 179/25
talker [1] 148/9
talking [15] 4/2 42/23 60/18 71/16 92/5 97/11 97/22 98/15 99/5 108/10 115/25 117/9 121/10 136/15 176/2
talks [7] 151/13 159/6 159/7 159/7 159/9 159/18 159/25
tank [1] 24/8

tarnish [1] 168/16
taught [2] 11/14 11/15
tax [4] 79/11 111/18 111/20 111/21
team [2] 6/1 58/4
TEAS [1] 84/8
tell [43] 20/19 49/14 56/21 57/1 59/3 60/6 62/22 63/14 63/17 64/22 64/24 64/25 65/2 65/4 65/12 65/13 85/24 85/25 90/22 90/22 91/18 92/20 104/12 111/7 111/7 111/9 111/13 122/21 127/24 134/8 134/10 135/4 144/1 145/21 146/12 152/22 167/6 167/19 168/11 175/2 181/1 182/16 182/22
telling [6] 11/19 19/16 82/24 93/2 169/1 182/18
tells [1] 74/20
template [1] 37/3
templates [1] 64/8
Temple [1] 140/3
ten [12] 23/6 25/24 28/11 32/14 35/16 106/11 106/25 108/3 111/19 111/22 158/9 158/18
ten-minute-or-so [1] 108/3
tens [1] 2/21
term [4] 6/13 35/8 139/13 139/20
terminated [6] 52/4 122/1 122/17 122/19 134/3 152/9
termination [4] 121/24 122/18 122/21 152/11
terms [18] 2/17 8/5 30/1 39/14 61/19 63/20 92/11 92/11 92/24 122/24 125/25 148/13 148/16 149/14 150/10 151/15 152/24 156/9
test [1] 70/4
testified [10] 31/16 42/8 45/16 45/18 77/13 85/18 86/4 130/21 148/24 157/5
testify [3] 47/13 107/12 117/23
testifying [1] 50/7
testimony [26] 4/2 8/2 10/7 22/22 43/14

44/12 45/19 46/13 47/15 48/18 53/9 70/6 75/23 94/10 98/16 106/18 121/21 122/24 129/14 134/19 141/22 145/23 154/12 181/4 184/24 185/2
text [30] 16/21 16/22 17/1 38/17 67/14 67/17 68/10 68/17 69/8 69/13 69/19 70/8 78/11 78/23 79/17 84/1 84/7 87/12 87/17 91/2 91/8 91/23 92/8 92/10 92/16 93/24 94/12 115/19 116/12 116/21
texted [3] 40/4 163/8 170/1
than [9] 20/5 24/18 30/14 74/25 81/9 91/10 119/16 125/9 144/22
thank [21] 11/24 12/3 12/4 20/16 25/3 37/8 44/6 44/24 45/7 45/13 57/24 58/1 78/16 96/19 111/11 134/20 148/6 173/2 184/8 184/19 185/5
thankfully [1] 28/25
that [902]
that's [68] 2/24 3/2 3/20 3/22 5/9 6/12 8/11 9/13 10/19 13/16 17/2 18/4 19/23 24/10 28/2 35/4 37/17 39/5 44/1 53/7 54/3 57/23 59/21 60/16 60/24 63/8 64/14 68/19 69/17 78/1 78/3 82/14 83/19 83/22 88/22 90/20 92/22 96/12 97/8 100/22 101/17 103/5 109/13 110/13 114/1 114/4 116/2 118/5 125/12 125/12 125/25 128/3 129/22 132/22 133/20 136/2 148/8 151/12 157/15 163/12 163/21 164/8 173/18 175/15 175/17 178/21 179/8 183/11
the [1396]
theft [4] 5/2 5/3 5/8 152/19
their [49] 3/14 3/17

3/21 4/4 8/11 12/13 16/13 22/15 49/2 49/20 50/23 56/14 63/5 63/12 63/22 65/8 65/25 72/21 72/25 73/5 75/12 75/21 80/20 80/21 88/14 90/11 93/20 94/12 95/25 96/3 98/4 102/8 103/15 104/1 105/8 106/4 106/13 107/14 107/20 115/13 115/14 118/25 119/1 129/11 145/3 152/17 158/8 161/15 178/15
theirs [1] 75/15
them [106] 3/17 4/13 5/5 6/15 9/20 10/2 10/4 13/10 15/16 17/22 19/17 21/16 24/3 24/6 24/23 29/18 35/17 37/22 40/13 41/20 49/1 49/20 49/22 50/15 50/17 50/25 51/4 51/12 52/1 53/25 58/3 59/25 60/13 62/8 62/10 64/9 67/3 68/12 68/25 69/23 75/14 75/17 77/17 79/15 82/2 82/4 82/8 82/12 82/13 83/11 83/17 84/16 85/18 87/22 87/23 87/25 91/18 92/16 92/17 92/24 94/6 94/9 94/10 98/5 100/20 105/13 105/25 106/1 106/12 109/11 109/14 109/14 110/11 110/14 112/1 112/4 113/9 117/1 118/25 121/10 124/20 125/2 126/19 126/23 126/23 127/4 128/8 128/24 129/10 129/12 129/22 143/14 146/7 149/9 152/12 155/5 161/19 162/13 162/15 162/15 165/20 172/1 185/10 185/11 185/12 185/15
themselves [2] 3/9 3/19
then [82] 4/18 7/13 9/22 18/22 19/1 21/25 22/4 22/12 23/1 26/21 27/23 28/16 31/14 35/4

36/3 37/5 37/9 37/21 38/8 38/19 39/7 39/9 40/2 48/3 51/10 51/25 53/18 54/14 55/3 55/7 56/20 59/6 60/8 60/12 61/16 70/8 72/8 73/4 73/14 73/16 76/23 77/13 79/14 84/17 84/21 90/15 92/5 93/5 95/15 97/19 99/25 101/4 101/18 106/4 106/14 107/8 107/9 107/20 108/5 114/12 114/15 116/25 124/7 124/19 132/7 132/18 138/10 141/6 148/18 151/13 151/14 154/7 159/25 164/6 165/21 165/23 171/2 176/14 179/1 179/2 183/13 185/7
theory [1] 88/11
there [136] 4/15 7/11 8/12 8/13 8/16 11/9 11/10 11/11 13/25 16/3 16/8 19/6 22/7 22/18 23/7 23/24 24/16 25/19 25/19 25/21 25/24 29/13 32/17 33/23 34/1 34/17 34/18 34/19 35/15 36/1 36/4 36/21 38/20 38/25 39/1 39/2 39/8 41/1 42/14 47/8 49/25 51/9 54/4 56/17 57/7 63/19 68/24 69/7 69/12 71/20 72/5 72/10 73/4 73/11 75/25 77/23 78/18 78/23 81/1 83/23 85/11 90/13 92/8 95/17 97/14 99/18 99/21 101/16 102/6 102/23 103/7 103/15 105/15 106/10 106/11 107/9 108/7 108/17 110/1 110/6 111/15 112/23 113/4 113/4 113/7 115/22 121/2 121/22 122/8 122/11 123/1 123/2 123/3 123/8 123/8 123/9 123/19 123/23 123/23 123/25 124/13 124/20 126/20 130/23 132/16 139/3 139/4 139/9 145/15 146/6 149/16 152/10

**T**

there... [23] 152/15
152/17 152/18
152/19 153/14 155/6
156/25 158/16
159/23 160/19
161/22 162/2 163/2
163/2 163/12 165/8
170/18 171/21
173/21 173/22 178/1
183/11 184/16
there's [43] 4/19
4/21 7/12 7/12 7/13
8/21 8/22 13/17 19/6
21/1 30/2 30/3 38/17
44/11 51/23 70/8
70/25 71/22 72/22
76/18 79/17 89/14
90/3 97/23 100/7
100/8 100/16 104/11
109/14 116/21 122/8
123/11 128/18
128/19 131/20 144/9
145/13 145/15 159/8
162/8 167/12 167/25
168/13
thereafter [2] 80/13
84/18
therefore [1] 67/2
these [57] 2/21 3/6
4/16 4/23 9/21 11/4
15/14 19/24 23/7
26/17 38/23 40/12
40/18 40/20 48/5
54/5 67/23 68/12
81/19 83/9 87/4
88/15 89/24 90/4
90/15 91/2 103/10
114/25 114/25 115/9
115/19 116/13 119/2
119/4 121/16 126/3
129/2 129/2 134/12
145/10 145/22
148/23 155/12
155/15 155/17
158/14 158/25
160/22 160/23
163/15 164/1 164/20
165/9 169/5 169/18
169/22 176/25
they [258]
they'll [1] 99/2
they've [2] 40/13
122/4
thing [18] 10/24
11/25 36/9 46/15
59/8 59/10 59/19
88/3 88/11 90/20
100/7 102/21 106/20
108/12 128/22 162/3
167/13 185/8

things [27] 4/7 4/9
19/21 19/24 20/2
21/24 25/24 28/15
36/6 37/23 38/23
47/8 47/13 58/15
61/7 61/10 72/5 72/6
80/17 80/24 88/15
99/21 110/3 110/6
115/25 131/7 140/8
think [57] 9/1 11/9
13/16 13/16 17/2
19/11 19/20 25/24
27/5 28/2 28/12
30/20 33/4 36/4 41/8
43/19 51/3 52/9
52/11 52/16 53/19
67/9 68/19 68/23
80/4 81/2 82/15
82/17 88/5 101/1
104/12 105/3 105/17
107/19 118/20
118/22 118/24
119/14 123/16 131/9
145/20 148/4 153/2
154/3 156/7 156/9
157/1 157/4 157/15
161/22 163/25
167/14 167/17 171/7
175/20 179/14
179/15
thinking [1] 90/3
third [1] 109/17
third-party [1]
109/17
thirds [2] 60/25
61/2
Thirty [1] 136/1
Thirty-eight [1]
136/1
this [347]
Thomas [83] 2/18
2/23 31/6 32/18
32/22 34/23 38/2
38/6 39/22 39/22
41/7 41/20 41/20
41/21 43/8 48/16
54/1 56/9 56/13 57/8
61/12 61/21 61/23
62/16 62/18 62/23
64/5 64/12 67/15
68/16 69/1 69/9 70/9
70/20 70/21 72/11
73/14 73/16 73/18
74/3 74/5 74/12
74/19 75/1 75/25
77/18 77/24 78/10
78/23 79/4 79/18
80/3 80/4 80/16
81/10 83/18 84/1
84/21 85/21 86/25
88/2 91/3 91/6 91/8
91/9 94/16 95/21

96/6 96/10 96/23
97/11 98/2 100/10
126/12 127/5 127/15
134/24 135/1 135/5
152/21 164/14
165/23 172/9
Thomas' [4] 40/5
62/20 69/25 108/18
those [58] 4/12
4/12 5/19 7/14 8/8
9/14 10/3 19/21 30/1
38/17 41/4 41/5 41/5
41/11 41/17 41/24
42/2 42/10 52/18
64/2 66/17 66/22
67/10 69/13 74/12
75/24 78/11 88/10
92/13 104/1 106/7
108/24 115/7 115/13
115/20 116/15
119/16 125/23 138/4
141/5 144/16 144/17
144/20 145/4 145/5
145/7 145/12 145/18
146/2 146/20 147/4
147/5 148/25 149/8
151/23 152/11 159/8
161/4
though [12] 44/10
44/19 49/21 55/13
55/16 55/21 72/2
86/1 106/23 147/1
149/24 155/19
thought [27] 36/24
48/8 48/11 48/16
63/11 67/8 71/15
72/15 85/1 87/1
93/13 93/14 118/11
120/8 122/2 125/22
126/21 126/22
127/14 129/22 139/4
140/14 146/15
151/17 157/25 163/3
171/9
thoughts [7] 39/5
69/24 140/20 150/12
150/13 151/23 152/1
thousand [2] 51/21
113/14
thousands [2]
42/16 161/4
threat [5] 88/24
124/12 125/20
125/21 167/25
threaten [3] 83/14
94/23 168/25
threatened [8]
10/17 84/14 124/9
125/11 125/12
125/13 125/14
167/23
threats [6] 89/24

92/18 93/8 129/3
168/1 168/23
three [31] 3/3 6/8
7/8 7/11 15/23 22/16
37/19 38/5 38/12
38/13 39/8 46/19
54/25 57/22 59/16
69/6 71/1 74/13
74/25 83/7 92/14
96/14 99/16 135/15
135/20 149/11 150/5
161/15 165/8 169/25
184/7
three-page [1]
150/5
threw [2] 85/12
157/1
through [48] 4/13
4/16 4/22 5/17 6/11
7/8 10/10 10/15
18/13 20/1 21/19
34/25 44/19 46/16
48/5 53/20 54/25
73/15 78/8 90/11
91/25 94/24 104/4
104/17 104/24 105/7
106/20 109/8 118/22
122/18 136/19
136/22 136/22 137/9
138/6 144/24 144/25
145/4 145/19 145/20
149/13 152/7 155/8
155/11 161/5 169/18
173/13 184/15
throw [1] 22/24
thrown [1] 34/22
Thursday [1] 91/6
tie [1] 103/24
tie-in [1] 103/24
tightened [1] 143/9
time [125] 5/10
5/13 7/6 7/17 11/23
12/6 14/16 18/5
24/16 27/7 27/16
27/19 28/3 28/14
28/23 29/5 30/11
30/17 32/15 32/15
32/19 33/22 33/24
34/1 34/2 34/6 34/22
35/12 36/15 36/21
39/21 41/4 42/15
46/20 47/1 47/12
48/7 49/2 49/20 51/6
51/17 52/13 52/20
52/13 53/22 55/1
55/2 55/6 55/13
55/23 57/4 59/5
59/13 59/14 59/19
62/6 62/12 62/15
66/18 66/18 67/6
70/24 71/3 71/4
71/11 71/14 71/21

71/25 72/17 73/18
76/4 80/24 81/10
81/13 81/14 82/23
85/17 86/10 86/16
87/21 92/25 92/25
95/7 95/21 96/14
97/1 97/2 101/1
102/7 103/25 106/10
106/14 108/7 108/13
109/3 113/25 115/23
124/16 125/20
127/15 127/19
131/18 132/10 136/3
137/18 146/3 146/15
147/14 149/7 149/14
150/14 152/3 156/18
161/7 161/8 164/3
164/4 165/15 166/2
175/20 175/23
175/24 180/18 182/1
184/3
times [10] 26/8
32/25 48/5 51/9
61/11 71/5 89/12
130/13 137/10
143/14
Timing [1] 59/14
Tired [1] 114/23
title [1] 138/14
titles [3] 69/23 70/1
80/19
to [994]
to just [1] 50/15
today [11] 2/15
20/8 27/5 53/2 61/19
69/22 79/11 107/12
114/22 161/19 184/8
today's [1] 11/17
together [18] 3/6
3/7 3/10 4/23 35/1
35/5 58/9 58/10
67/23 74/7 75/22
91/14 91/19 98/7
101/3 101/18 106/17
179/23
told [38] 15/13
15/22 29/7 32/21
38/11 51/1 56/13
57/21 63/4 63/5
64/22 65/7 67/10
73/14 73/14 76/2
76/14 82/13 83/17
94/19 101/5 101/6
101/8 107/13 126/11
127/17 132/6 134/11
137/10 138/8 161/6
161/24 162/10
162/12 162/14 168/3
179/22 182/14
Tom [1] 159/15
tomorrow [6]
107/12 122/25 184/9

**T**

**tomorrow... [3]**
184/14 184/24 185/2
**tonight [1]** 184/12
**too [7]** 41/4 70/15
70/16 79/17 104/15
114/24 167/10
**took [13]** 5/5 5/6
8/8 15/4 18/23 22/16
95/17 103/10 124/7
124/16 141/11
161/23 163/8
**top [11]** 46/8 47/9
53/5 68/7 95/5 97/8
119/14 133/4 146/22
157/15 168/15
**tore [3]** 134/4 134/5
134/6
**tortious [2]** 111/1
111/4
**total [5]** 51/21 53/8
90/16 159/21 169/20
**totally [4]** 20/2 20/5
62/1 103/21
**touch [2]** 32/25
103/18
**touched [1]** 149/20
**tough [5]** 23/11
136/25 137/1 137/10
179/18
**toured [1]** 138/4
**towards [5]** 51/10
71/13 78/20 88/20
88/22
**town [1]** 129/7
**track [2]** 22/12
169/3
**traction [1]** 36/25
**trade [1]** 183/23
**trademark [8]** 3/23
4/4 11/3 11/4 11/6
83/20 141/14 141/17
**transacting [1]**
25/22
**transactions [1]**
105/9
**transcript [3]** 44/10
44/19 233/18
**transfers [1]** 87/4
**transmission [1]**
97/10
**transparent [3]**
49/4 49/5 164/19
**transpiring [1]**
160/21
**tread [1]** 147/4
**treats [1]** 84/8
**trench [1]** 76/5
**Trenton [6]** 106/15
106/19 110/1 111/16
112/17 119/8

**trial [3]** 1/12 134/21
154/12
**tried [5]** 29/21
30/10 115/21 123/4
168/6
**Trish [4]** 117/13
117/14 117/17
117/20
**troubling [1]** 144/13
**true [14]** 13/14
13/20 14/23 15/1
15/4 15/10 15/13
15/18 18/2 26/14
31/1 84/11 108/22
164/7
**trust [1]** 88/22
**trusted [1]** 137/22
**trustworthy [1]**
134/10
**truth [3]** 11/19 82/5
134/10
**try [8]** 20/8 29/22
40/15 40/16 74/10
86/25 92/6 184/13
**trying [31]** 18/21
26/18 27/1 27/2
30/18 30/20 30/21
41/3 42/17 52/5
56/21 60/17 66/20
73/25 87/18 87/21
87/23 87/24 87/25
89/24 89/24 92/25
102/14 110/22
118/21 123/16
129/10 131/10
151/14 180/3 182/9
**Tuesday [5]** 57/8
86/2 87/14 127/22
127/24
**turn [8]** 13/22
153/13 158/22 165/6
165/22 173/16 178/6
183/4
**turned [2]** 8/25
110/20
**turns [3]** 27/12 31/7
93/15
**two [48]** 2/20 3/3
4/17 20/1 25/12
28/17 28/21 30/1
36/3 36/3 36/6 38/20
48/21 48/22 48/24
49/25 50/2 50/2 50/3
50/4 60/25 61/2
72/23 73/11 84/9
85/18 85/20 98/18
105/16 106/10
108/24 109/7 116/7
116/8 116/9 119/16
121/6 124/20 144/22
146/20 147/16 150/4
150/16 155/11

165/10 177/4 177/24
183/11
**two-page [1]**
144/22
**two-story [3]** 48/21
48/22 48/24
**two-thirds [2]**
60/25 61/2
**type [4]** 23/10 25/14
41/23 42/2
**types [1]** 108/11
**typically [1]** 170/15
**typo [7]** 132/4 132/9
132/12 163/3 180/19
181/14 181/15

**U**

**ultimately [6]** 50/15
53/23 93/20 101/19
120/3 157/22
**unbelievable [1]**
134/9
**uncertain [2]** 63/20
125/25
**uncle [30]** 5/15 5/17
18/11 21/8 22/4
22/10 22/23 23/7
23/14 24/12 27/20
28/15 29/5 29/23
30/18 31/10 39/4
39/12 39/16 59/8
92/2 101/5 101/11
101/25 102/3 117/1
118/3 146/15 147/12
152/24
**uncle's [3]** 21/12
24/2 101/25
**under [25]** 13/3
26/2 43/6 44/9 46/17
47/18 48/20 50/16
52/7 65/1 77/6 84/9
86/15 90/6 92/18
93/7 103/14 121/21
149/3 149/4 153/18
159/21 161/1 168/15
183/22
**underdeveloped [1]**
124/15
**undersigned [1]**
163/21
**understand [9]** 4/24
13/4 38/20 71/18
91/24 97/23 103/3
178/24 185/3
**understanding [11]**
33/9 35/11 63/3
63/10 71/12 99/15
144/17 145/6 150/3
157/14 184/17
**understood [3]**
49/14 71/17 185/4
**underway [1]**

143/21
**Unfortunately [1]**
5/20
**uniform [1]** 58/19
**union [1]** 135/14
**unisex [1]** 152/16
**UNITED [1]** 1/1
**units [1]** 53/19
**University [2]** 22/15
135/8
**unless [4]** 65/11
89/6 128/24 182/13
**unorthodox [1]**
159/10
**unraveling [1]**
82/20
**unrelated [3]** 36/2
115/1 115/3
**until [19]** 3/13 12/8
15/23 25/8 30/15
30/18 32/21 51/12
51/24 55/3 70/19
72/15 106/6 111/9
162/16 163/2 171/16
176/5 185/13
**up [83]** 3/13 5/17
9/8 9/10 19/1 19/8
20/22 20/22 21/6
21/7 21/10 22/25
25/21 48/14 49/16
50/15 52/9 53/5
59/13 60/8 60/15
62/18 62/19 63/16
68/15 70/19 70/21
76/2 76/2 76/6 81/3
83/18 85/12 88/7
92/4 93/17 95/5
98/14 99/5 104/25
105/20 108/5 110/10
111/21 114/9 114/11
117/2 120/24 124/14
124/16 124/22
126/18 134/4 134/5
134/6 136/5 139/5
140/21 142/22 143/9
145/9 145/12 147/11
147/15 149/11
151/11 153/7 153/15
154/17 157/6 158/4
158/20 163/1 168/8
168/10 170/13
170/19 170/22
171/10 172/23 179/1
180/24 181/15
**upcoming [1]**
138/10
**upon [5]** 11/8 61/8
84/18 114/14 149/20
**upper [2]** 69/14
172/10
**upset [1]** 161/23
**upward [1]** 104/21

**us [68]** 3/23 5/23
5/23 10/10 10/10
10/13 10/18 10/19
10/22 10/24 11/7
11/10 11/15 30/9
38/13 40/10 49/14
56/3 59/3 61/7 64/22
69/6 74/13 79/1
85/24 90/22 99/12
111/7 111/7 111/9
111/13 111/21
121/15 130/9 147/13
148/17 149/12
152/13 157/13 161/2
162/6 162/12 162/14
163/4 163/11 163/13
163/14 164/19
164/20 164/21
164/22 164/24
166/24 167/12
168/19 169/1 169/2
169/5 169/21 170/17
177/11 177/21
179/18 180/7 180/20
181/3 182/20 182/22
**use [21]** 4/22 30/2
35/4 35/8 35/17 36/9
36/13 36/14 37/13
42/8 42/8 67/22
68/22 68/25 111/21
114/1 141/17 142/2
172/14 172/17
183/23
**used [7]** 61/25 67/6
99/22 106/17 106/18
141/16 179/2
**ushered [1]** 124/13
**using [7]** 66/9 66/18
67/4 68/12 83/10
147/22 152/20
**USPTO [1]** 83/20
**usually [2]** 160/16
184/6
**utilize [1]** 143/17
**utilizing [1]** 140/24

**V**

**valid [2]** 102/23
103/6
**validity [1]** 40/16
**valuation [7]** 29/24
30/6 30/7 31/11
31/12 31/14 33/25
**value [13]** 47/14
84/9 84/10 84/10
84/11 84/12 90/11
103/3 104/3 104/17
104/20 114/1 129/19
**value-added [1]**
84/12
**valued [2]** 104/12
104/12

**V**

various [1] 108/10
ventures [1] 46/19
verbal [3] 34/13
51/15 51/16
version [2] 140/20
176/12
versus [2] 109/8
145/8
very [30] 4/15 6/4
6/20 6/20 6/20 6/21
9/2 9/3 28/2 29/14
31/23 31/24 34/23
44/6 49/4 68/7 69/18
72/22 80/16 80/22
90/23 93/24 100/22
127/15 132/15 137/1
138/24 139/10
145/23 184/19
vet [1] 137/25
vets [1] 6/4
vetted [2] 143/8
152/12
via [7] 34/13 35/22
35/23 45/16 56/9
69/8 78/23
vice [2] 27/17
135/19
vice-president [1]
135/19
vice-presidents [1]
27/17
Victor [1] 154/3
video [3] 18/2 18/6
18/7
videotape [1] 9/1
videotaping [3] 5/2
5/3 5/8
virtually [2] 152/25
155/18
virtue [1] 79/10
Vitae [1] 14/3
voir [1] 7/10
voluntarily [1] 5/25
vote [1] 61/3
votes [1] 61/2
vs [1] 1/6

**W**

wait [2] 46/1 111/9
waiting [3] 27/15
31/13 33/24
waive [2] 94/1 94/3
waiver [1] 109/10
waivers [2] 109/9
109/13
Wakefield [1]
135/10
walk [8] 18/5 76/4
83/22 120/5 120/9
121/20 121/23
144/19

walked [7] 81/3
83/7 111/24 124/19
144/25 145/4 169/9
walking [3] 85/13
121/25 127/1
want [51] 2/13 7/19
7/20 7/20 7/20 22/10
23/3 23/8 23/25 24/9
24/24 39/20 47/2
56/19 56/19 56/20
69/12 71/2 72/23
77/15 77/18 77/24
82/1 93/6 93/7 97/4
99/8 99/11 101/10
101/13 102/2 106/6
117/7 123/14 126/3
133/5 134/7 136/20
136/22 144/19
149/24 153/13
157/20 167/3 167/5
167/14 168/5 168/13
168/16 180/22
185/12
wanted [32] 6/24
24/3 24/10 24/13
24/15 27/25 31/19
31/21 32/22 36/19
37/17 46/22 72/21
88/13 101/21 103/18
117/1 118/5 136/21
137/11 139/17 142/3
144/16 149/22 150/1
151/20 153/1 154/13
155/10 155/16 158/4
160/21
wanting [2] 16/15
102/15
was [631]
wasn't [25] 15/23
15/25 17/13 36/21
43/24 48/22 51/4
51/25 52/1 59/10
76/24 76/25 80/21
93/20 100/2 101/12
113/3 125/20 126/15
126/16 147/14
147/20 149/9 156/1
176/5
waste [1] 41/4
water [1] 123/15
WATSON [14] 1/15
2/4 2/11 12/17 54/23
88/25 94/18 109/10
114/6 114/18 134/22
233/5 233/7 233/10
way [29] 2/15 5/17
6/21 9/22 33/24
58/22 60/3 60/16
61/15 70/15 71/18
72/4 73/4 73/25 77/6
83/23 98/10 98/11
99/25 105/1 110/23

111/2 111/3 118/20
123/6 129/11 129/11
129/15 158/15
Wayne [1] 107/11
ways [3] 31/21 72/6
97/5
we [304]
we'd [2] 72/7
169/10
we'll [14] 5/3 5/7
5/22 7/23 10/7 44/23
60/9 60/14 105/24
108/1 140/21 158/9
159/1 175/22
we're [21] 2/17
7/23 11/16 23/24
29/14 34/24 61/6
67/6 78/7 84/11
87/18 104/23 115/20
116/13 122/9 131/22
154/11 158/10 168/2
173/11 183/4
we've [3] 12/25
101/3 115/16
weak [1] 138/9
weaknesses [1]
141/5
wealth [1] 6/23
weather [1] 44/14
website [36] 9/9
9/12 15/2 36/20
58/18 62/14 62/15
62/17 62/18 63/11
63/16 64/7 64/10
64/18 65/24 66/1
66/2 74/8 85/5 88/6
92/6 93/9 145/3
151/3 151/5 151/7
151/11 152/18 154/4
154/17 154/18
167/22 168/9 168/10
168/20 178/15
websites [1] 62/25
wedding [1] 27/14
Wednesday [1]
93/11
weeds [1] 33/21
week [14] 6/17
21/21 25/12 34/6
35/15 51/17 52/11
100/3 143/5 147/15
147/17 148/16
151/16 151/17
weekend [2] 25/19
36/4
weekly [1] 147/15
weeks [5] 53/18
53/19 83/7 148/17
150/16
weird [1] 128/21
welcome [1] 108/4
well [29] 9/6 16/15

16/24 18/20 20/21
26/1 33/6 54/2 66/10
66/23 72/20 73/1
88/25 114/1 119/8
119/11 121/7 140/9
145/5 146/3 155/13
159/2 159/25 162/2
164/1 164/16 167/8
168/17 174/25
went [44] 9/7 9/9
9/11 9/14 14/23 15/1
15/4 15/10 20/6 22/2
23/12 30/11 30/15
33/11 33/11 33/17
38/24 46/16 52/21
84/23 89/11 89/19
93/12 102/4 113/14
124/5 125/7 126/6
127/3 135/8 135/18
136/22 137/23 138/6
144/18 145/19
145/20 146/16
149/12 149/13
169/18 170/3 170/21
171/11
were [215]
weren't [6] 34/18
76/1 93/16 127/18
147/3 149/21
West [2] 1/20 31/20
what [260]
what's [7] 8/9 53/6
65/20 152/13 158/25
163/11 175/23
whatever [5] 74/15
89/22 157/23 169/2
184/24
whatsoever [1]
66/6
wheel [1] 147/6
when [87] 5/10 5/23
5/23 5/24 10/7 11/3
12/12 13/9 20/1
21/14 21/17 23/10
23/21 26/17 28/15
31/13 32/14 35/22
37/9 38/18 40/4 40/4
48/13 53/21 54/20
55/3 57/13 57/23
60/14 62/12 66/4
68/6 68/18 71/8 73/1
75/21 76/23 81/5
81/21 82/11 82/13
86/7 86/10 91/11
95/11 100/4 101/4
101/16 101/24
111/24 117/24 121/1
121/9 121/10 121/19
121/23 124/2 125/2
125/12 125/12 126/6
128/9 128/13 129/5
129/23 132/4 132/11

132/17 133/12 137/3
138/12 140/10 143/3
144/4 147/8 148/14
150/15 154/16 156/5
156/7 156/13 160/11
160/19 163/25
170/11 171/13
179/10
whenever [1]
170/17
where [54] 6/9 6/14
7/2 8/2 10/8 18/18
22/25 31/16 39/5
41/18 45/15 53/7
56/10 59/18 59/20
65/25 66/18 67/11
72/18 82/11 82/15
84/13 87/3 91/6
98/13 98/18 98/21
110/19 111/17 113/9
121/14 122/22 129/9
130/9 130/14 137/15
138/8 138/9 142/9
146/17 148/24 150/9
158/1 160/22 160/23
161/14 163/4 167/16
169/6 172/2 176/1
176/11 177/22
178/16
Whereas [1] 95/12
whether [16] 4/23
8/9 10/19 10/20
10/25 11/2 11/5 11/6
11/6 32/1 65/7 69/8
115/18 124/6 148/2
164/25
which [71] 4/17 7/2
11/25 12/15 13/21
13/23 15/17 16/11
19/25 24/17 25/25
26/23 29/9 29/11
30/6 36/16 37/14
42/13 46/10 48/4
48/10 52/2 52/10
53/2 54/25 61/25
66/15 70/11 70/16
71/24 72/21 73/24
74/20 75/8 77/11
79/3 81/25 82/14
87/8 88/5 88/21
89/18 90/4 94/24
98/2 100/11 100/19
105/21 105/23
106/16 108/7 109/17
112/18 114/13 119/6
119/12 119/12
126/12 126/15
131/19 135/8 140/13
146/19 147/6 147/7
151/3 168/13 172/9
175/9 176/5 178/17
which the [1]

**W**

**which the... [1]**
126/15
**while [7]** 55/14
61/12 73/22 126/11
135/14 140/21
184/22
**whirl [1]** 22/8
**whited [3]** 163/13
165/8 166/2
**whited-out [1]**
165/8
**who [58]** 2/20 5/16
18/12 18/15 19/8
21/8 22/4 24/15
39/4 46/23 49/5 51/1
54/3 61/19 62/16
62/17 64/5 75/8 76/3
85/16 87/10 93/20
98/25 99/1 99/9
104/5 104/8 106/11
107/2 107/7 107/12
112/21 118/5 118/8
118/9 131/16 133/22
137/8 138/23 140/17
142/16 154/4 159/22
162/10 163/20 174/2
174/23 174/25
178/24 180/16 181/5
181/8 181/8 183/9
184/5
**Who's [1]** 85/20
**whole [7]** 26/24
36/19 46/24 59/8
74/7 88/2 106/20
**whom [3]** 36/1
181/22 181/22
**whose [3]** 154/21
175/16 175/16
**why [39]** 8/23 9/20
18/10 19/9 19/9
19/21 23/18 33/17
40/18 57/11 59/13
65/22 72/4 72/21
89/23 107/22 121/24
126/2 126/9 126/9
127/7 129/21 139/12
143/6 143/6 152/4
152/6 152/22 154/15
155/4 156/4 159/23
173/24 180/2 182/5
182/12 182/16
182/18 182/22
**will [28]** 3/24 6/10
16/1 16/9 43/5 44/2
44/3 44/4 67/7 69/12
81/7 88/20 99/22
107/12 109/3 114/3
114/15 121/22
122/21 135/6 140/16

155/21 167/16 172/4
184/8 184/10 184/14
184/15
**William [1]** 23/23
**winding [2]** 147/12
147/13
**winter [2]** 21/20
21/21
**wire [1]** 87/4
**wires [1]** 87/5
**wish [11]** 2/4 12/5
12/6 12/17 20/11
20/13 114/6 134/15
184/17 184/23
184/25
**with [289]**
**without [6]** 9/7
24/13 26/1 54/20
55/5 159/10
**witness [8]** 17/15
20/12 47/16 86/20
114/11 130/6 178/7
233/3
**witnessed [2]** 174/2
174/5
**witnesses [1]**
184/10
**WOLFE [2]** 1/24
233/22
**won't [4]** 88/16
90/19 122/4 142/12
**word [3]** 56/4 75/21
128/18
**words [5]** 17/1
84/21 99/23 116/15
167/7
**work [77]** 3/8 5/11
5/25 6/15 6/18 6/22
8/21 9/24 10/10
10/15 21/18 21/23
22/2 22/6 22/10
22/18 24/1 24/3 25/5
33/6 39/11 41/23
42/2 42/23 43/8
43/15 46/25 49/18
49/19 50/8 50/19
50/20 52/12 54/9
54/17 75/8 75/8
77/24 79/1 79/5
79/14 80/7 81/18
81/19 84/12 87/7
88/20 94/5 101/9
102/3 103/9 119/23
129/11 136/2 139/1
142/4 143/10 143/11
143/16 143/19
143/21 143/22
144/10 145/8 147/11
154/19 154/21
154/23 156/22 159/9
159/10 162/7 162/9
167/12 174/23

179/23 180/3
**worked [29]** 5/14
5/17 6/2 7/6 7/7
13/11 21/11 21/19
22/11 28/11 32/12
42/7 42/10 43/19
54/1 62/18 117/14
117/20 118/9 135/10
135/18 137/21 141/1
146/4 151/12 154/5
154/5 174/24 175/1
**working [48]** 8/19
22/5 34/25 40/25
42/6 43/3 46/10
46/13 50/6 51/7 51/8
52/2 54/6 54/19 55/7
55/14 55/15 55/16
55/21 57/23 58/7
61/12 62/13 62/13
62/15 62/24 64/9
64/17 71/12 72/15
73/18 73/22 77/1
88/18 88/22 91/13
91/18 98/7 101/3
103/20 104/14
115/13 132/16
136/12 148/17 158/5
160/18 166/25
**works [11]** 7/3 7/4
7/4 17/7 35/5 39/6
39/8 78/25 79/14
102/10 162/6
**world [1]** 101/2
**worry [1]** 161/19
**worth [2]** 146/18
147/3
**would [90]** 2/16
4/21 6/15 6/17 8/10
8/17 11/25 17/15
22/20 25/21 30/6
34/2 34/7 34/20 38/2
44/1 48/11 51/16
59/25 61/3 61/9 62/9
62/9 63/15 63/17
68/23 87/3 87/6 87/9
88/12 88/17 88/18
90/18 91/12 92/20
96/4 98/1 98/14
99/21 102/21 104/18
104/20 104/23 105/2
105/4 105/5 105/21
109/17 110/24 113/3
113/7 113/11 113/16
113/24 114/24 115/8
116/8 116/17 116/18
120/19 128/21
128/23 129/2 129/3
133/13 134/22
134/24 137/4 139/4
140/14 143/1 148/16
148/18 148/25 149/1
149/2 149/15 149/15

151/1 153/5 153/6
153/19 159/22
161/18 167/17
169/19 176/5 178/25
179/11 179/23
**wouldn't [10]** 11/16
80/21 99/11 101/9
126/24 149/7 165/3
168/13 168/17
170/25
**wouldn't contract
[1]** 101/9
**wrangle [1]** 101/9
**write [2]** 63/18 65/2
**writing [4]** 16/3
16/7 106/3 155/10
**written [23]** 8/14
16/8 17/19 17/23
71/20 71/22 76/25
87/8 95/22 120/14
122/8 122/22 122/23
123/1 123/2 123/8
123/9 123/11 150/3
160/2 160/5 161/15
177/22
**wrong [13]** 30/3
40/13 48/18 48/19
48/25 49/21 53/21
71/25 74/24 126/22
132/8 167/9 183/11
**wrote [7]** 35/21
35/22 65/7 171/11
172/1 182/18 182/20
**www.DecusConstru
ction.com [1]** 15/2

**X**

**X'd [2]** 176/19
176/20

**Y**

**yeah [2]** 79/13 98/1
**year [10]** 37/6 61/4
75/13 86/12 103/24
128/7 128/8 153/22
153/24 176/4
**year's [1]** 151/2
**years [23]** 2/21 4/17
18/16 24/20 28/11
33/1 40/24 42/11
42/16 46/10 47/2
49/7 58/17 73/9
101/3 101/4 103/21
106/25 111/19
111/22 135/12
135/20 137/22
**yes [139]** 6/10 9/19
12/19 14/11 14/13
14/25 15/3 15/9 16/6
16/21 16/25 17/11
17/12 21/5 26/5 26/7
26/9 26/12 27/22

28/12 28/19 29/4
29/24 30/3 30/25
31/4 32/12 33/7
33/18 34/19 35/23
37/4 38/17 39/24
40/1 40/6 41/8 43/5
43/10 44/22 46/1
46/14 46/16 47/2
47/25 50/22 52/16
53/4 54/8 54/11
56/20 57/10 59/7
61/17 61/17 63/15
63/19 63/24 64/4
64/13 64/15 65/9
66/21 66/24 67/6
68/6 68/19 71/6 71/8
71/19 71/19 76/21
78/1 78/3 78/13
78/18 78/22 82/7
82/9 82/20 83/17
84/4 84/15 84/23
86/3 86/12 87/1
87/13 87/16 91/1
91/4 91/6 91/21
92/12 92/15 92/22
94/11 94/24 98/24
100/18 107/17
108/22 115/2 116/20
117/19 119/5 120/1
120/15 122/7 125/1
125/9 130/18 130/20
131/15 131/25 132/1
132/9 132/13 133/2
133/19 136/24
138/18 142/15
142/19 144/6 145/12
149/11 151/24 152/7
154/24 156/3 157/10
159/14 161/8 164/8
165/16 180/9 183/8
185/4
**yet [15]** 8/21 8/22
15/19 17/23 42/17
62/8 111/3 129/13
161/18 162/14
167/18 172/24
181/16 182/3 182/8
**you'd [1]** 58/3
**you'll [15]** 4/2 5/16
8/2 8/3 8/4 10/16
19/25 24/18 36/16
37/14 59/1 87/20
90/5 95/8 122/24
**you're [47]** 7/24 9/6
10/9 13/3 16/19
28/14 42/23 44/17
47/23 51/6 52/6
55/14 55/14 55/15
56/3 56/21 56/21
57/4 58/11 65/1 67/3
67/4 70/24 73/13

{CASENUM}   {WITNESSNAME}   {DATE}

**Y**

**you're... [23]**  80/19
97/13 103/4 108/4
115/4 115/8 116/6
117/9 118/21 122/12
122/13 122/16
123/16 129/23
131/12 132/21
132/25 134/8 134/9
167/12 176/1 176/14
184/11
**you've [3]**  94/18
122/17 177/12
**young [4]**  2/19 20/4
24/13 135/22
**younger [1]**  146/16
**your [149]**  2/6
11/23 12/17 12/19
13/10 15/6 20/8 20/9
20/16 20/20 20/23
22/20 23/25 24/9
27/7 27/19 27/19
28/1 28/15 29/2 29/5
29/22 30/18 31/5
31/25 32/4 32/24
33/2 33/8 33/15
35/11 39/25 40/20
41/4 41/17 44/4
44/11 44/12 45/4
45/13 45/19 45/25
46/13 48/18 49/15
51/18 52/14 53/1
53/9 53/11 53/16
56/2 56/22 57/19
59/22 60/21 62/23
63/3 66/10 70/6
71/12 72/12 72/25
76/19 77/1 81/12
84/3 84/21 85/6
85/16 87/20 88/23
88/24 90/19 91/20
93/7 98/16 99/15
100/4 100/11 100/12
102/16 104/3 108/20
108/25 110/16
111/11 112/4 112/12
114/8 115/24 116/4
116/25 117/2 118/1
118/1 118/2 118/11
118/12 121/7 121/20
123/25 124/11
128/18 129/14
130/22 131/7 132/2
132/22 133/8 133/23
134/17 134/19 135/4
135/7 138/14 138/15
138/19 139/15
140/23 142/5 142/8
144/22 149/1 153/20
156/11 158/9 160/12
165/9 167/6 167/7

167/7 167/14 171/14
171/14 172/13
172/17 173/19 174/4
176/11 178/2 178/4
182/22 183/25 184/8
184/16 184/17
184/24 185/2
**yours [3]**  69/24
75/16 173/22
**yourself [2]**  33/9
70/3

**Z**

**zero [1]**  159/24
**Zoning [1]**  47/12